**Civil Court of the City of New York**
County of KINGS
Part 34

Index Number 114716/10
Motion Cal. # 1+2  Motion Seq. # 2+3

**DECISION/ORDER**
Recitation, as required by CPLR §2219 (a), of the papers considered in the review of this Motion:

SJ COOPER REALTY, LLC

Claimant(s)/Plaintiff(s)/Petitioner(s)

against

ROMAINE E. PRAGE
-GUARANTOR
TAISHA DEAN

Defendant(s)/Respondent(s)

| Papers | Numbered |
|---|---|
| Notice of Motion and Affidavits Annexed | 1-2 |
| Order to Show Cause and Affidavits Annexed | 3-4 |
| Answering Affidavits | 5-6 |
| Replying Affidavits | |
| Exhibits | |
| Other. ORDER of J. LEVINE DATED 4/29/15 & LIMITED NOTICE OF APPEARANCE | 7-8 |

Upon the foregoing cited papers, the Decision/Order on this Motion to Vacate judgment **is as follows:**

+ restore the case to the calendar is denied. The motion directing JP Morgan Chase to release non-exempt funds is granted to the effect that the funds in the account are deemed exempt + the money in the account may be released to the defendant + any money taken from the account - to be returned to the defendant. Account is released. Any hold vacated. The defendant was unduly + defendants guarantor. They entered stipulation for lesser amount claimed but did not comply. The position of the guarantor has not changed. Notices were  of default provided. Even though it stated Mr Prage signed the stipulation - which he did not sign - he failed to take any action + And the affirmation states he was notified of court date. He was represented by counsel. This is the conti decision of + order of the oral argument.

MAY 22 2015
Date

Judge, Civil Court
HON. STEVEN Z. MOSTOFSKY

CIV-GP-85 (Revised September 1999)