# Kavulich & Associates, P.C.

## Collections Case - 13255

File No: [Show]

Quick Edits Show/Hide

| | | | | |
|---|---|---|---|---|
| **Assigned Attorney** | Gary Kavulich | **Debt Amt** | $8,915.54 | |
| **Plaintiff** | SJ Cooper Realty, LLC | **U&O Amt** | $0.00 | |
| **As on Lease** | SJ Cooper Realty, LLC | **Damages** | $0.00 | |
| **Payee** | J Wasser & Co. | **Referral Amt** | $8,915.54 | |
| **Agent / Mgmt Co** | J Wasser & Company | | | |
| **Building** | 69 Cooper Street, Unit: 3L Brooklyn, NY 11207 | **Amt Collected** | $600.00 | |
| | | **Case Balance** | $10,115.40 | |
| **County** | Kings County of NY | | | |
| **Ent. Judgment Date** | 02/22/2012 | | | |
| **Ent. Judgment Amt** | $10,115.40 | | | |
| **Ent. Judgment Bal** | $10,115.40 | | | |
| **Court** | CIV CNTY KNG | | | |
| **Court Actions** | CV: 114716/10 | | | |

| | | |
|---|---|---|
| **Case Type** | Rent | |
| **File No** | 13255 | |
| **Opened** | 10/15/2010 | |
| **Status** | | |
| **Last Action** | BankISRecd | 05/03/2016 |
| **Hold** | none | none |
| **Next Action** | EOJ | 07/29/2015 |
| **Client Aff of Amt Due Recd** | Yes | |
| **Override Client Aff Hold** | No | |
| **Override Need SSN/TIN Hold** | No | |

**More Info**  SUMMARY  CASE-NOTES  SUBPOENAS  DOCUMENTS

Select document to generate... ▼ [Generate] [Add Manual Case Note]

### Tenancy

| Lease | | Use & Occupancy | | Other | |
|---|---|---|---|---|---|
| Lease Start | 05/01/2010 | U&O Start | | Evicted | No |
| Lease End | 04/30/2011 | U&O End | | Vacate Date | 09/06/2010 |
| Monthly Rent | $1,436.88 | Monthly Pymt | | Re-rent Date | |
| | | | | Sue Thru Date | |
| | | | | Sue Thru Period | 7 Months, -20 Days (02/27/2010..09/06/2010) |

### Process Service

| Type | Action Date | Served Date | Served On | Served Type | Served By | Filed Date | Mailed Date |
|---|---|---|---|---|---|---|---|
| S&C Served | 01/10/2011 | 01/10/2011 | | Substituted | | 01/24/2011 | 02/04/2011 |

### Court Related Actions

| Type | Action Date | Court Action | Issued/Submitted | Entered | Amount | Balance | Case Meeting | Def Att |
|---|---|---|---|---|---|---|---|---|
| Court Date Scheduled | 04/29/2015 | Civil: 114716/10 | | | $0.00 | $0.00 | Motion: 05/08/2015, 09:30 AM, 141 Livingston Street, Room 1102 | |
| Court Date Scheduled | 04/16/2015 | Civil: 114716/10 | | | $0.00 | $0.00 | Motion: 04/29/2015, 09:30 AM, 851 Grand Concourse, Room 503 | |
| Judgment Entered | 02/22/2012 | | | 02/22/2012 | $10,115.40 | $0.00 | | |
| Court Date Scheduled | 06/21/2011 | Civil: 82153/10 | | | $0.00 | $0.00 | | |
| Summons & Complaint Issued | 11/21/2010 | | | 11/21/2010 | $0.00 | $0.00 | | |

### Debt Recovery

| Type | Action Date | Debtor | Amount | Marshal | Docket No |
|---|---|---|---|---|---|
| Docket Num for IE or PX Recd | 04/13/2015 | Romaine E Prage | $0.00 | | |
| Property Execution Created | 04/08/2015 | Romaine E Prage | $10,115.40 | Stephen W. Biegel | E000021140 |
| Default Notice Sent | 12/19/2011 | | $0.00 | | |
| Payment Received | 10/25/2011 | | $150.00 | | |
| Default Notice Sent | 10/18/2011 | | $0.00 | | |
| Payment Received | 09/26/2011 | | $150.00 | | |
| Payment Received | 08/19/2011 | | $150.00 | | |
| Payment Received | 07/18/2011 | | $150.00 | | |
| Settled | 06/30/2011 | | $0.00 | | |

### Debtors

| Name | SSN/TIN | Mailing Address | As Of | Service Address | DNR | W/N | AKA | Guar | EMP | VSNT | BKT | MIL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prage, Romaine E | 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 | 420 Marlborough Road, Apt. 1 Brooklyn, NY 11226-5618 | 11/21/2010 | 420 Marlborough Road, Apt. 1 Brooklyn, NY 11226-5618 | Yes | No | No | Guarantor | No | No | No | No |
| Dean, Taisha | 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 | 70 Weirfield Street, Apt. 2B Brooklyn, NY 11221-5121 | 11/21/2010 | 70 Weirfield Street, Apt. 2B Brooklyn, NY 11221-5121 | No | No | No | No | No | No | No | No |
| Rodriguez, Ann M | | 530 Covington Place, PH Wyckoff, NJ 07481-1350 | 11/21/2010 | 530 Covington Place, PH Wyckoff, NJ 07481-1350 | Yes | No | No | Guarantor | No | No | No | No |

### Case Notes

| DateTime | Type | Note | Manl | Disb Amt | Related Case | User | Show | |
|---|---|---|---|---|---|---|---|---|
| 2016-05-03 12:38 | Bank Info Subp/Rstr Req Resp Recd | recd HSBC for Romaine: below funds; pob states Surgy Care MN at 50 Broad Street New York NY 10004 (347) 221-7780. he's marked DNR. | Yes | | | Vsook | Yes | Edit \| Delete |
| 2016-04-07 12:53 | Bank Info Subp/Rstr Req Sent | Sent bank subpoena/restraint reqs to bank(s) HSBC BANK USA for debtor(s) Romaine E Prage | No | | | Gcruz | Yes | Edit \| Delete |
| 2016-03-09 11:21 | Bank Info Subp/Rstr Req Sent | Sent bank subpoena/restraint reqs to bank(s) JP MORGAN CHASE BANK for debtor(s) Taisha Dean | No | | | Gcruz | Yes | Edit \| Delete |
| 2016-03-09 11:21 | Bank Info Subp/Rstr Req Sent | Sent bank subpoena/restraint reqs to bank(s) JP MORGAN CHASE BANK for debtor(s) Romaine E | No | $110.00 | | Gcruz | Yes | Edit \| Delete |