ROANNE L. MANN  
UNITED STATES MAGISTRATE JUDGE

DATE: Feb. 8, 2017
STARR: 4:35 pm
END: 5:00 pm

DOCKET NO: 16 CV 1627
CASE: Prage v. Kavulich & Associates

- [ ] INITIAL CONFERENCE
- [ ] DISCOVERY CONFERENCE
- [ ] SETTLEMENT CONFERENCE
- [x] MOTION HEARING
- [ ] OTHER/ORDER TO SHOW CAUSE
- [ ] FINAL/PRETRIAL CONFERENCE
- [x] TELEPHONE CONFERENCE
- [ ] INFANT COMPROMISE HEARING

PLAINTIFFS | ATTORNEY
--- | ---
 | Ahmad Keshavarz

DEFENDANTS | ATTORNEY
--- | ---
 | Mitchell Pashkin

- [ ] DISCOVERY TO BE COMPLETED BY _____
- [ ] NEXT _____ CONFERENCE SCHEDULED FOR _____
- [ ] JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
- [ ] PL. TO SERVE DEF. BY: _____   DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

For the reasons stated on the record, the Court denies the motion of defendants and nonparty witness Jonathan Kingston to quash the subpoena served on Kingston for deposition testimony and documents (DE #38). Counsel shall confer and agree upon a mutually convenient date for the deposition, to be held no later than February 28, 2017. Nonprivileged responsive documents, and nonprivileged portions of privileged documents, shall be produced in advance of the deposition. If defendants will

be waiving the privilege at trial or in connection with motions practice, they should make that election soon, so that plaintiff may obtain deposition testimony and documents on matters as to which the privilege is being waived.

Plaintiff's request for a premotion conference (DE#40), which should have been addressed to Judge Amon, is denied without prejudice, and may be renewed until March 7, 2017, the new deadline for requesting a premotion conference before the District Court.