# Kavulich & Associates, P.C.

## Collections Case - 13255

File No: [Show]

Quick Edits Show/Hide

| | | | | |
|---|---|---|---|---|
| Assigned Attorney | Gary Kavulich | Debt Amt | $8,915.54 | |
| Plaintiff | SJ Cooper Realty, LLC | U&O Amt | $0.00 | |
| As on Lease | SJ Cooper Realty, LLC | Damages | $0.00 | |
| Payee | J Wasser & Co. | Referral Amt | $8,915.54 | |
| Agent / Mgmt Co | J Wasser & Company | | | |
| Building | 69 Cooper Street, Unit: 3L Brooklyn, NY 11207 | Amt Collected | $600.00 | |
| | | Case Balance | $10,115.40 | |
| County | Kings County of NY | | | |
| Ent. Judgment Date | 02/22/2012 | | | |
| Ent. Judgment Amt | $10,115.40 | | | |
| Ent. Judgment Bal | $10,115.40 | | | |
| Court | CIV CNTY KNG | | | |
| Court Actions | CV: 114716/10 | | | |

| | | |
|---|---|---|
| Case Type | Rent | |
| File No | 13255 | |
| Opened | 10/15/2010 | |
| Status | | |
| Last Action | BankIsRecd | 05/03/2016 |
| Hold | none | none |
| Next Action | EOJ | 07/29/2015 |
| Client Aff of Amt Due Recd | Yes | |
| Override Client Aff Hold | No | |
| Override Need SSN/TIN Hold | No | |

More Info — SUMMARY — CASE-NOTES — SUBPOENAS — DOCUMENTS

[Select document to generate...] [Generate] [Add Manual Case Note]

## Tenancy

| Lease | |
|---|---|
| Lease Start | 05/01/2010 |
| Lease End | 04/30/2011 |
| Monthly Rent | $1,436.88 |

| Use & Occupancy | |
|---|---|
| U&O Start | |
| U&O End | |
| Monthly Pymt | |

| Other | |
|---|---|
| Evicted | No |
| Vacate Date | 09/06/2010 |
| Re-rent Date | |
| Sue Thru Date | |
| Sue Thru Period | 7 Months, -20 Days (02/27/2010..09/06/2010) |

## Process Service

| Type | Action Date | Served Date | Served On | Served Type | Served By | Filed Date | Mailed Date |
|---|---|---|---|---|---|---|---|
| S&C Served | 01/10/2011 | 01/10/2011 | | Substituted | | 01/24/2011 | 02/04/2011 |

## Court Related Actions

| Type | Action Date | Court Action | Issued/Submitted | Entered | Amount | Balance | Case Meeting | Def Att |
|---|---|---|---|---|---|---|---|---|
| Court Date Scheduled | 04/29/2015 | Civil: 114716/10 | | | $0.00 | $0.00 | Motion: 05/08/2015, 09:30 AM, 141 Livingston Street, Room 1102 | |
| Court Date Scheduled | 04/16/2015 | Civil: 114716/10 | | | $0.00 | $0.00 | Motion: 04/29/2015, 09:30 AM, 851 Grand Concourse, Room 503 | |
| Judgment Entered | 02/22/2012 | | | 02/22/2012 | $10,115.40 | $0.00 | | |
| Court Date Scheduled | 06/21/2011 | Civil: 82153/10 | | | $0.00 | $0.00 | | |
| Summons & Complaint Issued | 11/21/2010 | | 11/21/2010 | | $0.00 | $0.00 | | |

## Debt Recovery

| Type | Action Date | Debtor | Amount | Marshal | Docket No |
|---|---|---|---|---|---|
| Docket Num for IE or PX Recd | 04/13/2015 | Romaine E Prage | $0.00 | | |
| Property Execution Created | 04/08/2015 | Romaine E Prage | $10,115.40 | Stephen W. Biegel | E000021140 |
| Default Notice Sent | 12/19/2011 | | $0.00 | | |
| Payment Received | 10/25/2011 | | $150.00 | | |
| Default Notice Sent | 10/18/2011 | | $0.00 | | |
| Payment Received | 09/26/2011 | | $150.00 | | |
| Payment Received | 08/19/2011 | | $150.00 | | |
| Payment Received | 07/18/2011 | | $150.00 | | |
| Settled | 06/30/2011 | | $0.00 | | |

## Debtors

| Name | SSN/TIN | Mailing Address | As Of | Service Address | DNR | W/N | AKA | Guar | EMP | VSNT | BKT | MIL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prage, Romaine E | Redacted | 420 Marlborough Road, Apt. 1 Brooklyn, NY 11226-5618 | 11/21/2010 | 420 Marlborough Road, Apt. 1 Brooklyn, NY 11226-5618 | Yes | No | No | Guarantor | No | No | No | No |
| Dean, Taisha | | 70 Weirfield Street, Apt. 2B Brooklyn, NY 11221-5121 | 11/21/2010 | 70 Weirfield Street, Apt. 2B Brooklyn, NY 11221-5121 | No | No | No | No | No | No | No | No |
| Rodriguez, Ann M | | 530 Covington Place, PH Wyckoff, NJ 07481-1350 | 11/21/2010 | 530 Covington Place, PH Wyckoff, NJ 07481-1350 | Yes | No | No | Guarantor | No | No | No | No |

## Case Notes

| DateTime | Type | Note | Man! | Disb Amt | Related Case | User | Show | |
|---|---|---|---|---|---|---|---|---|
| 2016-05-03 12:38 | Bank Info Subp/Rstr Req Resp Recd | recd HSBC for Romaine: below funds; pob states Surgy Care MN at 50 Broad Street New York NY 10004 (347) 221-7780, he's marked DNR. | Yes | | | Vsook | Yes | Edit \| Delete |
| 2016-04-07 12:53 | Bank Info Subp/Rstr Req Sent | Sent bank subpoena/restraint reqs to bank(s) HSBC BANK USA for debtor(s) Romaine E Prage | No | | | Gcruz | Yes | Edit \| Delete |
| 2016-03-09 11:21 | Bank Info Subp/Rstr Req Sent | Sent bank subpoena/restraint reqs to bank(s) JP MORGAN CHASE BANK for debtor(s) Taisha Dean | No | | | Gcruz | Yes | Edit \| Delete |
| 2016-03-09 11:21 | Bank Info Subp/Rstr Req Sent | Sent bank subpoena/restraint reqs to bank(s) JP MORGAN CHASE BANK for debtor(s) Romaine E | No | $110.00 | | Gcruz | Yes | Edit \| Delete |

| Date/Time | Type | Description | Billable | Amount | User | Completed | Actions |
|---|---|---|---|---|---|---|---|
| | | Prage; Disb Bank Restraint Disbursement-Civil: $110.00 | | | | | |
| 2016-02-19 16:51 | Note | recd resp from CityScapes: not an employee -- states maybe possibly an entertainer who are independent contractors. | Yes | | Vsook | Yes | Edit \| Delete |
| 2016-02-04 13:18 | Warning Letter Sent | Warning letter with copy of subpoena to Employer: CityScapes Gentleman's Club for Taisha Dean | No | | Ckingsid | No | Edit \| Delete |
| 2016-02-04 13:18 | Info Subp Response Recd | Info subpoena resp recd from CityScapes Gentleman's Club re Taisha Dean; def is a stripper; | No | | Ckingsid | Yes | Edit \| Delete |
| 2016-02-04 13:18 | Info Subp Response Recd | Info subpoena resp recd from Saks Fifth Avenue re Taisha Dean; Supplied no information; | No | | Ckingsid | Yes | Edit \| Delete |
| 2015-09-16 12:44 | Note | def owes 10K and wants to pay half at 80$ a month, declined. | Yes | | Ckingsid | Yes | Edit \| Delete |
| 2015-09-16 11:13 | Info Subp Sent | Subpoena sent to Employer: CityScapes Gentleman's Club for Taisha Dean | No | | Michram | Yes | Edit \| Delete |
| 2015-08-24 15:32 | Note | called defendant Dean, Taisha regarding fax, could not leave voicemail , she has a "text now" number. | Yes | | Michram | Yes | Edit \| Delete |
| 2015-08-24 14:20 | Note | oshobadbookings@gmail.com, taishadean@yahoo.com 347-480-7253 | Yes | | Ckingsid | Yes | Edit \| Delete |
| 2015-07-29 11:16 | Note | 347-206-0744, def wants to know what levy and demand is, Romaine | Yes | | Ckingsid | Yes | Edit \| Delete |
| 2015-06-04 15:38 | Note | tRANSCRIPT OF JUDG SUBMITTED | Yes | | Dmiranda | Yes | Edit \| Delete |
| 2015-05-26 09:36 | Release - Bank Restraint | Release - Bank Restraint for Romaine E Prage | No | | Mramirez | Yes | Edit \| Delete |
| 2015-05-26 09:36 | Release - Bank Restraint | Bank Account released for Romaine E Prage at JP MORGAN CHASE BANK | No | | Mramirez | Yes | Edit \| Delete |
| 2015-05-26 09:15 | Note | NOE Submitted | Yes | | Michram | Yes | Edit \| Delete |
| 2015-05-22 14:01 | Note | OSC denied but so was our Objection motion | Yes | | Gkavulich | Yes | Edit \| Delete |
| 2015-05-14 10:58 | Info Subp Sent | Subpoena sent to Employer: Saks Fifth Avenue for Taisha Dean; Disb Information Subpoena Disbursement-Civil: $60.00 | No | $60.00 | Michram | Yes | Edit \| Delete |
| 2015-04-29 16:27 | Note | Transcript of Judgment to Denise for Ck. Need to Transcript and Docket in Kings and then Docket in Queens, per Gk. | Yes | | Vsook | Yes | Edit \| Delete |
| 2015-04-29 15:56 | Court Date Scheduled | Court date scheduled for CV on 05/08/2015 at 09:30 AM in location 141 Livingston Street, Room 1102 | No | | Gkavulich | Yes | Edit \| Delete |
| 2015-04-29 15:52 | Note | def Prage told (lied) the court he knew nothing about this despite him filing an Answer and signing the stip; judge allowed him to get $2K from the bank but rest of money stays restrained pending adj of motion and the 2 defs' OsSC returnable 5/8; need strong Opp | Yes | | Gkavulich | Yes | Edit \| Delete |
| 2015-04-22 09:37 | Note | def pos pob Apollo Inc | Yes | | Ckingsid | Yes | Edit \| Delete |
| 2015-04-22 09:37 | Note | per Chase, payout of 7825.02 is due to payout 4/23/15 | Yes | | Ckingsid | Yes | Edit \| Delete |
| 2015-04-16 16:02 | Note | did motion objecting to the claimed exemption | Yes | | Gkavulich | Yes | Edit \| Delete |
| 2015-04-16 16:02 | Court Date Scheduled | Court date scheduled for CV on 04/29/2015 at 09:30 AM in location 851 Grand Concourse, Room 503 | No | | Gkavulich | Yes | Edit \| Delete |
| 2015-04-16 15:15 | Bank Info Subp/Rstr Req Resp Recd | Info subpoena resp recd from HSBC Bank USA, N.A. re Romaine E Prage; Account below exemption; Insufficient funds; | No | | Michram | Yes | Edit \| Delete |
| 2015-04-16 14:48 | Note | per chase 7825.00 restrained for romaine, prage, single account | Yes | | Ckingsid | Yes | Edit \| Delete |
| 2015-04-13 12:37 | Docket Num for IE or PX Recd | Docket Num E000021140 was received from Marshal or Sheriff for 13255-PX-10115.4 | No | | Michram | No | Edit \| Delete |
| 2015-04-08 13:25 | Property Execution Created | Property Execution Created for Romaine E Prage Amt $10,115.40; Bank: JP MORGAN CHASE BANK; Disb Property Execution Disbursement-Civil: $50.00 | No | $50.00 | Ckingsid | Yes | Edit \| Delete |
| 2015-04-08 13:23 | Note | per Chase, Romaine Prage is below exemption, we did restraints march 17, called chase said below exemption, def gets letter and does a deposit for 10K on march 30, per GK PX and see if we can catch it | Yes | | Ckingsid | Yes | Edit \| Delete |
| 2015-04-08 10:57 | Note | Romaine called said his Chase Acct is restrained. -- passed the call to Colin | Yes | | Vsook | Yes | Edit \| Delete |
| 2015-04-06 14:16 | Note | Taisha called and said the 3rd Def should be a Phyllis Kwintoh - she doesn't know who this Ann Rodriguez is. She is going to go to Court. | Yes | | Vsook | Yes | Edit \| Delete |
| 2015-04-06 14:11 | Note | 347-480-7253 Taisha Dean called said it was all Ann Rodrigues debt | Yes | | Mramirez | Yes | Edit \| Delete |
| 2015-04-06 13:55 | Note | Prage, Romaine on unemployment | Yes | | Ckingsid | Yes | Edit \| Delete |
| 2015-04-06 11:04 | Note | recvd fax full of nonsense: BR with defs' names crossed out, etc. | Yes | | Gkavulich | Yes | Edit \| Delete |
| 2015-03-25 11:46 | Bank Info Subp/Rstr Req Sent | Sent bank subpoena/restraint reqs to bank(s) HSBC Bank USA, N.A. for debtor(s) Romaine E Prage | No | | Lromeo | Yes | Edit \| Delete |
| 2015-03-17 17:08 | Bank Info Subp/Rstr Req Sent | Sent bank subpoena/restraint reqs to bank(s) JP MORGAN CHASE BANK for debtor(s) Taisha Dean | No | | Lromeo | Yes | Edit \| Delete |
| 2015-03-17 17:08 | Bank Info Subp/Rstr Req Sent | Sent bank subpoena/restraint reqs to bank(s) JP MORGAN CHASE BANK for debtor(s) Romaine E Prage | No | | Lromeo | Yes | Edit \| Delete |
| 2015-03-17 13:50 | Note | City Payroll: no record of Taisha or Romaine | Yes | | Vsook | Yes | Edit \| Delete |
| 2014-08-26 14:42 | Info Subp Response Recd | HSBC BANK USA has no information on Romaine E Prage; below exemption amount. | No | | Vsook | Yes | Edit \| Delete |
| 2014-07-28 11:54 | Note | received Chase response, no funds, no good POB info | Yes | | Emiranda | Yes | Edit \| Delete |
| 2014-06-23 11:32 | Note | received Chase response, no funds held | Yes | | Emiranda | Yes | Edit \| Delete |
| 2014-05-29 12:46 | Bank Info Subp/Rstr Req Sent | Sent bank subpoena/restraint reqs to 1 banks. | No | | Aostan | Yes | Edit \| Delete |
| 2014-05-27 10:01 | Bank Info Subp/Rstr Req Sent | Sent bank subpoena/restraint reqs to 1 banks.; Disb Bank Restraint Disbursement-Civil: $110.00 | No | $110.00 | Aostan | Yes | Edit \| Delete |
| 2013-10-07 15:32 | Note | recvd paychex, said SS not in system | Yes | | Cking | Yes | Edit \| Delete |
| 2013-09-30 17:07 | Note | recvd inf for Taisha Dean, def NLE 2008 Macy's | Yes | | Cking | Yes | Edit \| Delete |
| 2013-09-20 12:06 | Info Subp Sent | Inf Subp Romaine E. Prage-Guarantor To Debtors Pla | No | | Cking | Yes | Edit \| Delete |
| 2013-09-20 12:04 | Info Subp Sent | Inf Subp Taisha Dean To Debtors Place Of Emloyment | No | | Cking | Yes | Edit \| Delete |
| 2013-03-20 14:07 | Note | recvd hsbc, cant find pob surgery care MN, 50 broad st NYC(romain) | Yes | | Cking | Yes | Edit \| Delete |
| 2013-03-13 15:33 | Info Subp Sent | Restraint Ltr 13255 To 1 Banks | No | | Lvong | Yes | Edit \| Delete |
| 2013-03-13 13:20 | Info Subp Sent | Restraint Ltr 13255 To 1 Banks | No | | Lvong | Yes | Edit \| Delete |
| 2013-03-06 11:54 | Info Subp Sent | Restraint Ltr 13255 To 3 Banks | No | | Lvong | Yes | Edit \| Delete |
| 2013-03-06 11:48 | Info Subp Sent | Restraint Ltr 13255 To 3 Banks | No | | Lvong | Yes | Edit \| Delete |
| 2013-03-06 11:31 | Info Subp Sent | Restraint Ltr 13255 To 3 Banks | No | | Lvong | Yes | Edit \| Delete |
| 2012-04-02 14:04 | Info Subp Sent | Inf Subp Romaine E. Prage-Guarantor To Debtors Pla | No | | Cking | Yes | Edit \| Delete |
| 2012-04-02 14:03 | Note | hit on paychex for romaine | Yes | | Cking | Yes | Edit \| Delete |
| 2012-03-26 18:32 | Info Subp Sent | Inf Subp To Health Ins. Empire, GHI and United | No | | Cking | Yes | Edit \| Delete |

| Date | Type | Description | | | | User | | |
|---|---|---|---|---|---|---|---|---|
| 2012-03-26 18:32 | Info Subp Sent | Restraint Ltr 13255 To 6 Banks | No | | | Cking | Yes | Edit | Delete |
| 2012-02-22 04:00 | Judgment Entered | Judgment Entered for $10115.4 on 2/22/2012 | No | | | Dianawild | No | Edit | Delete |
| 2012-01-16 13:59 | Note | Judgment after Stipulation Submitted | Yes | | | Dmiranda | Yes | Edit | Delete |
| 2012-01-16 13:59 | Note | on both defs | Yes | | | Dmiranda | Yes | Edit | Delete |
| 2011-12-19 11:45 | Default Notice Sent | Default Letter Served | Yes | | | Gkavulich | Yes | Edit | Delete |
| 2011-10-25 11:43 | Payment Received | PAYMENT RECEIVED $150 | No | | | Vanessa | Yes | Edit | Delete |
| 2011-10-18 14:34 | Default Notice Sent | Default Letter Served | Yes | | | Gkavulich | Yes | Edit | Delete |
| 2011-09-26 12:33 | Payment Received | PAYMENT RECEIVED $150 | No | | | Vanessa | Yes | Edit | Delete |
| 2011-08-19 13:03 | Payment Received | PAYMENT RECEIVED $150 | No | | | Vanessa | Yes | Edit | Delete |
| 2011-07-18 10:56 | Payment Received | PAYMENT RECEIVED $150 | No | | | Vanessa | Yes | Edit | Delete |
| 2011-06-30 15:09 | Settled | settled.n $2500 @150 mo eff 7/15/11 | No | | | Cjohnson | Yes | Edit | Delete |
| 2011-06-21 14:48 | Court Date Scheduled | Ct Card recd; Ct Date: 6/30/11 @ 9:30am, Rm 1101 | Yes | | | Vanessa | Yes | Edit | Delete |
| 2011-03-14 11:19 | Note | Court Card; Ct Date: 4/6/11 @ 9:30am, Rm 1101 | Yes | | | Vanessa | Yes | Edit | Delete |
| 2011-02-21 14:18 | Note | Judgement Taisha Dean | Yes | | | Vanessa | Yes | Edit | Delete |
| 2011-02-21 14:11 | Note | Judgement Romaine E. Prage-Guarantor | Yes | | | Vanessa | Yes | Edit | Delete |
| 2011-01-10 12:00 | Summons & Complaint Served | S&C served Substitute on 2011-01-10 by Process Server and filed on 1/24/2011 | No | | | Gkavulich | Yes | Edit | Delete |
| 2010-11-21 16:56 | Summons & Complaint Issued | Summ & Comp Romaine E. Prage-Guarantor | No | | | Gkavulich | Yes | Edit | Delete |
| 2010-10-15 17:45 | Demand Letter Sent | Demand Letter for Romaine E. Prage-Guarantor | No | | | Mmiranda | Yes | Edit | Delete |
| 2010-10-15 17:45 | Demand Letter Sent | Demand Letter for Taisha Dean | No | | | Mmiranda | Yes | Edit | Delete |
| 2010-10-15 16:29 | Note | L&T check; | Yes | | | Mmiranda | Yes | Edit | Delete |
| 2010-10-15 16:29 | Note | Security applied to arrears; | Yes | | | Mmiranda | Yes | Edit | Delete |

[ Doc Vars ]