| State of New York, County of Bronx<br>Civil Court of the City of New York Civil Part | Index Number: CV-042539-11/BX |
|---|---|
| Novick, Edelstein, Lubell, Reisman, Wasserman &<br>Leventhal, P.C.<br>Plaintiff(s)<br>-against-<br>Millington Rosemary<br>Defendant(s) | **SUBPOENA TO TESTIFY**<br>Requested by:<br>Millington Rosemary<br>532 Morris Park Avenue<br>Apt 2<br>Bronx, New York 10460 |

## THE PEOPLE OF THE STATE OF NEW YORK

To: **Mabel Garcia**

**We Command** that you lay aside all business and excuses and appear and attend before the Honorable Judge presiding at the Civil Court of the City of New York County of Bronx located at 851 **Grand Concourse, Bronx, New York 10451 September 25, 2013** in Part 11 - Self Represented Non-Jury 503 at 9:30 AM or such other time as this case may be adjourned [CPLR 2305(a)], to testify and give evidence in the action now pending in this Court, to be tried between the parties indicated above, on the part of **Millington Rosemary.**

Failure to comply with a subpoena may be punishable as contempt of court
and/or make you liable for a penalty not exceeding **ONE HUNDRED FIFTY DOLLARS ($150.00)** and damages sustained by the person on whose behalf the subpoena was issued (CPLR 2308).

Date: July 22, 2013

*Carol Alt*

CHIEF CLERK
Carol Alt
Chief Clerk

If required, So Ordered:

_____ 7/24/17

Judge of the Civil Court of the City of New York

HON. EDDIE J. McSHAN

CIVIL COURT

2013 JUL 24 PM 2:22

10/29/13 Ret - Lee Bn

*movant picked up so-ordered*
*rihmprh 7/24/2013*

State of New York, County of Bronx
Civil Court of the City of New York Civil Part

Index Number: CV-042539-11/BX

Novick, Edelstein, Lubell, Reisman, Wasserman &
Leventhal, P.C.

                 Plaintiff(s)

    -against-
Millington Rosemary

                 Defendant(s)

**SUBPOENA AFFIDAVIT**

Requested by:
Millington Rosemary
532 Morris Park Avenue
Apt 2
Bronx, New York 10460

**September 25, 2013 in** Part 11 - Self Represented Non-Jury 503 at 9:30 AM for a hearing

I am making application to the court to subpoena the following: Check One _x___ Person ____ Records
for the above captioned hearing.

Name and Address of person to testify or holder of records requested: _____

_Mabel Garcia_
_532 morris park Ave_
_Bx NY 10460_

this person/records are needed because: _She has to testify
that I paid her to evict a
tanant in 2007 and that I
did not hire Novick, Edelstein as
indicated, that, I was not
nut represent by NOVICK at any
time._

Date: ~~JUL 2 2 2013~~ _____

                                x _____
                                **Millington Rosemary.**

Please fill out and return to the court for a Judge to review.

State of New York, County of Bronx
Civil Court of the City of New York Civil Part

Index Number: CV-042539-11/BX

Novick, Edelstein, Lubell, Reisman, Wasserman &
Leventhal, P.C.

SUBPOENA AFFIDAVIT

            Plaintiff(s)

-against-
Millington Rosemary

            Defendant(s)

Requested by:
Millington Rosemary
532 Morris Park Avenue
Apt 2
Bronx, New York 10460

**July 16, 2013** in Part 11 - Self Represented Non-Jury 503 at 9:30 AM for a hearing

I am making application to the court to subpoena the following: Check One _____ Person _____ Records
for the above captioned hearing.

Name and Address of person to testify or holder of records requested: _Marble Garcia_

this person/records are needed because: _She has to testify before the Judge regarding the the Case between Novick Edelstein and Rosemary Millington that as a lawyer she was paid for an eviction on 2007 which she did not carry out, an other lawyer had to do the eviction few years later Novick, care after Rosemary millington for that money, which Millington never hired._

Date: _6—10—13_

_Millington Rosemary._

Please fill out and return to the court for a Judge to review.

State of New York, County of Bronx          Index Number: CV-042539-11/BX
Civil Court of the City of New York Civil Part

Novick, Edelstein, Lubell, Reisman, Wasserman &
Leventhal, P.C.                              **SUBPOENA TO TESTIFY**

               Plaintiff(s)       Requested by:
      -against-                         Millington Rosemary
Millington Rosemary                       532 Morris Park Avenue
               Defendant(s)      Apt 2
                                                 Bronx, New York 10460

## THE PEOPLE OF THE STATE OF NEW YORK

To: **MABEL GARCIA**

**We Command** that you lay aside all business and excuses and appear and attend before the Honorable Judge presiding at the Civil Court of the City of New York County of Bronx located at **851 Grand Concourse, Bronx, New York 10451 July 16, 2013** in Part 11 - Self Represented Non-Jury 503 at 9:30 AM or such other time as this case may be adjourned [CPLR 2305(a)], to testify and give evidence in the action now pending in this Court, to be tried between the parties indicated above, on the part of **Millington Rosemary.**

Failure to comply with a subpoena may be punishable as contempt of court
and/or make you liable for a penalty not exceeding **ONE HUNDRED FIFTY DOLLARS ($150.00)** and damages
sustained by the person on whose behalf the subpoena was issued (CPLR 2308).

Date: June 4, 2013

                                                 Carol Alt
**JUN 0 4 2013**                           Chief Clerk

                            If required, So Ordered:

                            Judge of the Civil Court of the City of New York
                            HON. ELIZABETH A. TAYLOR

*Declined to Sign.*
*Movant has failed to attach to initial*
*fee for requiring a person to testify*

                      HON. ELIZABETH A. TAYLOR

                                                    *8/7/13*

State of New York, County of Bronx                    Index Number: CV-042539-11/BX
Civil Court of the City of New York Civil Part

Novick, Edelstein, Lubell, Reisman, Wasserman &         **SUBPOENA AFFIDAVIT**
Leventhal, P.C.
                              Plaintiff(s)          Requested by:
        -against-                                   Millington Rosemary
Millington Rosemary                                 532 Morris Park Avenue
                              Defendant(s)          Apt 2
                                                    Bronx, New York 10460

**July 16, 2013** in Part 11 - Self Represented Non-Jury 503 at 9:30 AM for a hearing

I am making application to the court to subpoena the following:  Check One ___✓___ Person _____ Records
for the above captioned hearing.

Name and Address of person to testify or holder of records requested: MEBEL   GARCIA

_____

_____

_____

this person/records are needed because: She has to show proof
that I hired her to evict my former
tenant Jenell Brown and not
NOVICK, Edelstein p.c., and that
I paid her $900.~ for the eviction
which She never carried out.

_____

Date: ___6/4/13___                    Millington Rosemary.

Please fill out and return to the court for a Judge to review.

State of New York, County of Bronx
Civil Court of the City of New York Civil Part

Index Number: CV-042539-11/BX

Novick, Edelstein, Lubell, Reisman, Wasserman &
Leventhal, P.C.

**SUBPOENA TO TESTIFY**

                                   Plaintiff(s)

        -against-
Millington Rosemary

                                 Defendant(s)

Requested by:
Millington Rosemary
532 Morris Park Avenue
Apt 2
Bronx, New York 10460

## THE PEOPLE OF THE STATE OF NEW YORK

To: **Mabel Garcia**

**We Command** that you lay aside all business and excuses and appear and attend before the Honorable Judge
presiding at the Civil Court of the City of New York County of Bronx located at **851 Grand Concourse,
Bronx, New York 10451 September 25, 2013** in Part 11 - Self Represented Non-Jury 503 at 9:30 AM or
such other time as this case may be adjourned [CPLR 2305(a)], to testify and give evidence in the action now
pending in this Court, to be tried between the parties indicated above, on the part of **Millington Rosemary.**

Failure to comply with a subpoena may be punishable as contempt of court
and/or make you liable for a penalty not exceeding **ONE HUNDRED FIFTY DOLLARS ($150.00)** and damages
sustained by the person on whose behalf the subpoena was issued (CPLR 2308).

Date: July 16, 2013

Carol Alt
Chief Clerk

If required, So Ordered:

_____
Judge of the Civil Court of the City of New York

*Decline
w/t/zei
please,
what will
ms. Rosemary
festify about
exactly?
7/16/13*

HON. GERALD LEBOVITS

*9/11/13 Ret. Rec. Fm.*

State of New York, County of Bronx

Civil Court of the City of New York Civil Part

Index Number: CV-042539-11/BX

Novick, Edelstein, Lubell, Reisman, Wasserman &
Leventhal, P.C.

Plaintiff(s)

-against-

Millington Rosemary

Defendant(s)

**SUBPOENA AFFIDAVIT**

Requested by:
Millington Rosemary
532 Morris Park Avenue
Apt 2
Bronx, New York 10460

September 25, 2013 in Part 11 - Self Represented Non-Jury 503 at 9:30 AM for a hearing

I am making application to the court to subpoena the following: Check One ___X___ Person _____ Records
for the above captioned hearing.

Name and Address of person to testify or holder of records requested: Mabel Garcia

532 Morris park Ave

BX NY 10460

this person/records are needed because: She is the
Person to Testify and to prove
that she was hired and paid
by Rosemary Millington to evict a
tanat in 2007 and not Novick
Edelstein.

Date: 7/16/13

_____
Millington Rosemary.

Please fill out and return to the court for a Judge to review.

State of New York, County of Bronx                                    Index No: CV-042539-11/BX
Civil Court of the City of New York Civil Part

Novick, Edelstein, Lubell, Reisman, Wasserman &         **AFFIDAVIT OF SERVICE**
Leventhal, P.C.                                                           of a Subpoena to Testify
                                        Plaintiff(s)
          -against-
Millington Rosemary
                                        Defendant(s)

State of New York, County of _____ss.:

_____, being duly sworn, deposes and says:
          (Name of Person serving papers)
I am over the age of 18 and not a party to this action.

At _____, on _____, I served a Subpoena in this matter on:
       (Time)                        (Date)
_____, whom I know to be the person named in this
                    (Name of Witness)
subpoena by delivering and leaving with him/her personally a true copy of it and paying him/her the sum
of $ _____ for one day's attendance and fees for traveling to the place where he/she was required by the
Subpoena to attend, if required:

| Description of Individual Served in Person | | |
|---|---|---|
| Gender: _____ | Color of Skin: _____ | Color of Hair: _____ |
| Approximate Age: _____ | Approximate Weight: _____ | Approximate Height: _____ |

_____
Signature of Server
(Must be signed before Notary or Court Employee)

Sworn to before me on _____, 20____.

_____
(Signature of Notary Public or Court Employee)

**General Instructions**

Anyone NOT A PARTY to the action who is over the age of 18 may serve the subpoena

1. Find the person to be served (the witness)
2. Give that person a copy of the Subpoena and witness fee.
3. Give all the affidavits of service to the person on whose behalf this subpoena was
   served for further proceedings in case the witness does not comply with the subpoena.

## INSTRUCTIONS FOR SERVICE OF A SUBPOENA TO TESTIFY

**RESTRICTIONS:**

A Civil subpoena issued from the Civil Court of the City of New York County Of Bronx may be served anywhere within the city, county or a neighboring county. Service elsewhere within the State of New York may be done only with written permission of a Judge.

An agency of the city, county, or state government, or a public library, may only be subpoenaed with the written permission of a Judge.

**PROCEDURES:**

1. Make one photocopy of the Subpoena For Records if you are going to personally serve the individual. If you need to mail the document, you will need another copy. **You should make a copy of all completed papers and Affidavit of Service.**

2. Anyone NOT A PARTY TO THE ACTION who is over the age of 18 may "serve" the Subpoena To Testify.

3. *A Subpoena To Testify may not simply be mailed. The subpoena may be served as follows:*

    a. By finding the person to be served and handing the subpoena to that person.

    b. By serving another person old enough to understand, at the home or business of the person intended to be served. The person serving the papers must also mail an additional copy of the subpoena, to the last known address or place of business of the person to be served. The envelope should be marked "Personal and Confidential".

4. After the papers are "served", the person who served the papers must complete an Affidavit of Service, which is provided. The caption of the case, index number, and type of paper to be served has already been completed.

    a. Write the name of the county where the affidavit will be signed and sworn to.

    b. Write the name of the person who served the papers.

    c. Write the time and date on which the papers were served.

    d. Write the name of the person being served.

    e. If the papers were handed to the person, place a check mark in the box that indicates "actual person to be served."

    f. If the papers were handed to another person, place a check mark in the box that indicates "person of suitable age and discretion" (which means old enough to understand).

    g. If the papers were handed to an authorized person of a business or entity, write the name of that person and the name of the business or entity.

    h. Write the location of where the person was served.

    i. Write the address of where the person lives.

    j. If the person was personally served, place a check mark in the box that indicates "by personal delivery" and complete the description of the person.

    k. If the person was served by mail, place a check mark in the box that indicates "mail (check all that apply)" and indicate the type of mailing and write the mailing number provided by the post office.

5. The person who served the papers must sign the Affidavit of Service in the presence of the notary or court employee. The notary or court employee will complete the date and sign his/her name.

**NOTE: This form must be notarized! Leave the rest of the form blank until the person who served the papers is in the presence of a notary public or court employee.**

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX
-----------------------------------------------------------------X
NOVICK, EDELSTEIN, LUBELL, REISMAN,
WASSERMAN & LEVENTHAL, P.C.,

                                 INDEX NO. 42539/11
                                 FILE NO. 14033

               Plaintiff,

                                 NOTICE OF ENTRY

    -against-

MILLINGTON ROSEMARY,

               Defendant(s).
-----------------------------------------------------------------X

      PLEASE TAKE NOTICE, that annexed hereto is the Decision and Order duly

Entered in the office of the Clerk of the Court on the 21st day of September, 20

Dated: Westchester, NY
       September 23, 2011            Yours, etc.,

                                   Kavulich & Associates, PC
                                   181 Westchester Avenue, Suite 500C
                                   Port Chester, NY 10573

To:   Millington Rosemary
      532 Morris Park Avenue, Apt. 2
      Bronx, NY 10460

FILED, CIVIL COURT
—BRONX COUNTY

2011 OCT -3 AM 9: 52



CIVIL COURT OF THE CITY OF New York

County of _____ BRONX _____

Part _____ 34 _____ No. 111

Novick Edelstein

Claimant(s)/Plaintiff(s)/Petitioner(s)

*against*

Mulington Rosemary

Pro se     Defendant(s)/Respondent(s)

Motion Cal. # _____     Motion Seq. # _____

File #
14033

**DECISION/ORDER**

Recitation, as required by CPLR §2219 (a), of the papers
considered in the review of this Motion:

| Papers | Numbered |
|---|---|
| Notice of Motion and Affidavits Annexed......... | |
| Order to Show Cause and Affidavits Annexed..... | |
| Answering Affidavits .............................. | |
| Replying Affidavits................................. | |
| Exhibits ............................................. | |
| Other................................................ | |

Upon the foregoing cited papers, the Decision/Order on this Motion to For Default

judgment. _____ is as follows:

Plaintiffs motion is granted upon Defendants default.

Plaintiff is awarded a judgment in the amount of $1,475.00 plus cost, fees, disbursements & interest from January 31, 2007.

The Clerk of The Court is directed to enter judgment in said amount.

Plaintiff shall file & serve upon Defendant a copy of this Decision & notice of its entry by certified mail, Ret Rec Rec within 30 days of this Decision.

This constitutes the Decision & Order of The Court.

9/21/11

Date

Civil Court
of the
City of New York

SEP 21 2011

**ENTERED**
BRONX COUNTY

Judge, Civil Court

HON. FERNANDO TAPIA

Page 11

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

Index No. 42539/11
File No. 14033

------------------------------------------------------------X

NOVICK, EDELSTEIN, LUBELL, REISMAN,
WASSERMAN & LEVENTHAL, P.C.,

                    Plaintiff,

        -against-

MILLINGTON ROSEMARY,

                    Defendant.

**AFFIDAVIT OF SERVICE
BY MAIL**

------------------------------------------------------------X

STATE OF NEW YORK
COUNTY OF WESTCHESTER ss:

Denise Miranda being duly sworn, deposes and says:

I am over 18 years of age and not a party to this action. On September 23, 2011

I served the within Notice of Entry on the defendant in this action, by depositing

a true copy of the Notice of Entry in a postpaid envelope addressed to:

        Millington Rosemary
        532 Morris Park Avenue, Apt. 2
        Bronx, NY 10460

in an official depository under the exclusive care and custody of the United States Postal Service,

within the State of New York via Certified mail no. 91 7199 9991 7030 5893 2483, return receipt

requested.

                                      Denise Miranda

Sworn to before me
this 23rd day of September, 2011

Notary Public

GARY KAVULICH
NOTARY PUBLIC-STATE OF NEW YORK
NO: 02KA6205615
QUALIFIED IN WESTCHESTER COUNTY
MY COMMISSION EXPIRES 5/11/2013

INDEX NO. 42539          YEAR 2011

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

NOVICK, EDELSTEIN, LUBELL, REISMAN,
WASSERMAN & LEVENTHAL, P.C..
                                        Plaintiff.

                    -against-

MILLINGTON ROSEMARY.

                                        Defendant(s)

=======NOTICE OF ENTRY=======

Signature(Rule ___ )

Gary Kavulich, Esq.

Kavulich & Associates, P.C.
Attorney for Plaintiff
Office and Post Office Address, Telephone
181 Westchester Avenue, Suite 500C
Port Chester, NY 10573
914-355-2074

To

Attorney(s) for

Service of a copy o___  _e within is hereby admitted.
Dated

Attorney(s) for

=======NOTICE OF ENTRY=======

PLEASE take notice that the within is a
(certified) true copy of a
duly entered in the office of the clerk of
the within named court on

Dated,

Attorney for          Office and Post Office Address

To

Attorney(s) for

=======NOTICE OF SETTLEMENT=======

PLEASE take notice that an order

of which the within is a true copy will be presented
for settlement to the Hon.
one of the judges of the within named Court, at

on
at
Dated,              Yours, etc=======
                    _ __

Attorney for          Office and Post Office Address

To
Attorney(s) for

**Civil Court of the City of New York**

County of ___BRONX___

Part 34, No. 11

Novick Edelstein

Claimant(s)/Plaintiff(s)/Petitioner(s)

*against*

Millington Rosemary

Pro Se   Defendant(s)/Respondent(s)

Index Number 42539/11

Motion Cal. # _____   Motion Seq. # _____

**DECISION/ORDER**   File # 14033

Recitation, as required by CPLR §2219 (a), of the papers considered in the review of this Motion:

| Papers | Numbered |
|---|---|
| Notice of Motion and Affidavits Annexed......... | _____ |
| Order to Show Cause and Affidavits Annexed..... | _____ |
| Answering Affidavits ............................ | _____ |
| Replying Affidavits.............................. | _____ |
| Exhibits ........................................ | _____ |
| Other............................................ | _____ |

Upon the foregoing cited papers, the Decision/Order on this Motion to FOR DEFAULT judgment. is as follows:

Plaintiffs motion is granted upon Defendants default.

Plaintiff is awarded a judgment in the amount of $1,475.00 plus cost, fees, disbursements + interest from January 31, 2007.

The Clerk of the Court is directed to enter judgment in said amount.

Plaintiff shall file + serve upon Defendant a copy of this Decision + notice of its entry by certified mail, ret recrea within 30 days of this Decision. This constitutes the Decision + Order of the Court.

9/21

Date

SEP 21 2011

Civil Court
of the
City of New York
SEP 21 2011

ENTERED
BRONX COUNTY

_____
Judge, Civil Court

Page 14

CIV-GP-45 (Revised September 1999)

AFFIDAVIT OF SERVICE

CIVIL COURT OF THE CITY OF NEW YORK                    Index No. 42539/11
COUNTY OF BRONX                                        Filed: _____

Attorneys: Kavulich & Associates, P.C.
Address: 30 Church Street, Suite 26, New Rochelle, NY 10801      File No. 14033

NOVICK, EDELSTEIN, LUBELL, REISMAN,
WASSERMAN & LEVENTHAL P.C.,
vs.
MILLINGTON ROSEMARY,

State of New York County of Nassau SS:
Aston G. Evans II, being duly sworn deposes and says:
Deponent is not a party herein, is over 18 years of age. On July 1, 2011 at 12:12p.m.
At: C/O 532 Morris Park Avenue, Apt. 2, Bronx, NY 10460 served the within Summons and Complaint
on: **MILLINGTON ROSEMARY**, Defendant therin named

| | |
|---|---|
| Individual<br>{} | By delivering a true copy of each to said recipient: deponent knew the person served to be the person described as said person therein. |
| Corporation<br>[ ] | By delivering to and leaving with _____ and that deponent knew the person so served and authorized to accept service on behalf of the Corporation |
| Suitable Age<br>Person<br>[X] | By delivering a true copy of each to a person of suitable age and discretion Said premises is recipients [ X ] actual place of business [] dwelling house within the state. |
| Affixing<br>to Door<br>[] | By affixing a true copy of each to the door of said premises, which is recipients [ ] actual place of business    [] dwelling house (place of abode) within the state |
| Mail Copy<br>[ X ] | On July 2, 2011 deponent completed service under the last two sections by depositing a copy of the Summons and Complaint to the above address in a 1st Class properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. |

Deponent was unable, with due diligence to find the recipient or a person of suitable age and discretion having called thereat:

|  |  |  |
|---|---|---|
| On the | day of | at |
| On the | day of | at |
| On the | day of | at |

Description   A description of the Defendant, or other person served on behalf of the Defendant
[] Sex: M   Color of skin: BLK Color of Hair: BLK Age: 45-50 Height: 5'10" Weight: 220LBS

Military Svce  Deponent asked person spoken to whether the recipient was presently in military
[ X ]          service of the United States Government or of the State of New York and was
               informed that the recipient is not. Recipient wore civilian clothes and no military uniform

Other
[X]"John Doe" stated that the Defendant is not in the military.

Sworn to before me on this 2 day of 7-11

_____

Aston G. Evans II
LIC# 1220069

CIVIL COURT OF THE CITY OF NEW YORK      NO CALENDAR NUMBER ASSIGNED
COUNTY OF BRONX: PART 34                         INDEX NO. 42539/11
------------------------------------------------------------------X        FILE NO. 14033
NOVICK, EDELSTEIN, LUBELL, REISMAN,
WASSERMAN & LEVENTHAL, P.C.,

                              Plaintiff,              NOTICE OF MOTION

        - against -

MILLINGTON ROSEMARY,

                              Defendant.
------------------------------------------------------------------X


MOTION BY:                        Kavulich & Associates, P.C.
                                  Attorneys for Plaintiff


DATE, TIME AND PLACE
OF HEARING:                       September 21, 2011
                                  9:30 A.M.
                                  Motion Term: Part 34, Room 503
                                  Civil Court of the City of New York
                                  County of Bronx
                                  851 Grand Concourse
                                  Bronx, NY 10451


SUPPORTING PAPERS:                Affirmation of Gary M. Kavulich, Esq.,
                                  dated August 24, 2011, affidavit of Charles
                                  Wasserman, principal of the Plaintiff, and
                                  upon all the papers and proceedings
                                  heretofore and herein.


RELIEF REQUESTED:                 Order: Awarding Plaintiff a default
                                  judgment for $1,475.00 plus interest from

January 31, 2007, based upon the
Defendant's failure to answer the summons
and complaint, and for such other and
further relief as to this Court may seem just
and proper.

Dated:      Port Chester, New York
            August 24, 2011

                              Yours Etc.,

                              _____
                              Kavulich & Associates, P.C.
                              By: Gary M. Kavulich, Esq.,
                              181 Westchester Ave., Suite 500-C
                              Port Chester, NY 10801
                              (914)355-2074

To:         Millington Rosemary
            c/o 532 Morris Park Avenue, Apt. 2
            Bronx, NY 10460

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX: PART 34

INDEX NO. 42539/11
FILE NO. 14033

-----------------------------------------------------------X

NOVICK, EDELSTEIN, LUBELL, REISMAN,
WASSERMAN & LEVENTHAL, P.C.,

                                    Plaintiff,

                                                            AFFIRMATION

        - against -

MILLINGTON ROSEMARY,

                                    Defendant.

-----------------------------------------------------------X

        Gary M. Kavulich, Esq., an attorney duly admitted to practice law before the
Courts of the State of New York hereby affirms the following under the penalty of
perjury.

1.      I am a member of the law firm of Kavulich & Associates, P.C., attorneys
        for the Plaintiff, herein. As such, I am fully familiar with the facts and
        circumstances of the within proceeding, except as to those matters stated
        to be based upon information and belief, and as to those matters I believe
        them to be true. The basis of my belief is information furnished to me by
        my client, information contained within the Court's file, and information
        contained within the file as maintained by your affirmant's office.

2.      I make this affirmation which seeks an Order awarding the Plaintiff a
        default judgment for $1,475.00 plus interest from January 31, 2007 based
        upon the Defendant's failure to file an answer to the summons and
        complaint.

3.      The within proceeding was commenced by the Plaintiff against the
        Defendant to recover damages for legal services provided by the Plaintiff
        in the sum of $1,475.00. Please see a copy of Plaintiff's client account
        ledger annexed hereto as Exhibit "1."

4.      Legal services provided by the Plaintiff included but was not limited a
        Holdover. Please see aforementioned Exhibit "1."

5.      The Defendant was served on or about July 2, 2011. Please see a copy of
        the summons and complaint annexed hereto as Exhibit "2." Please see a
        copy of the affidavit of service of said summons and complaint annexed
        hereto as Exhibit "3."

6.     Now more than 30 (thirty) days have elapsed since the summons and complaint was served upon the Defendant, and the Defendant has failed to answer to said summons and complaint.

7.     To date, the Defendant owes the Plaintiff $1,475.00 in damages due to the legal services provided by the Plaintiff. Please see the affidavit of Charles Wasserman annexed hereto as Exhibit "4."

8.     The Plaintiff's billing for said legal services is clearly reasonable. Please see aforementioned client account ledger annexed hereto as Exhibit "1."

9.     As the Defendant has not answered the summons and complaint, your affirmant respectfully requests that this Honorable Court enter a default judgment for the sum sought in the summons and complaint in favor of the Plaintiff against the Defendant.

Dated:     Port Chester, New York
           August 24, 2011

                                        _____
                                        Gary M. Kavulich, Esq.,

1

# EXHIBIT 1

Date: 10/19/2010 at 2:07 PM

**NOVICK, EDELSTEIN, LUBELL,**
Open Receivables Aging Detail by Client
Aged from Due Date, for Client MG06

| Date | Invoice #<br>Inv.Type/Description | Amount | 0-30<br>Action Date | 31-60<br>Case ID | 61-90<br>Index | 91-120<br>Tenant | Over 120 | Open<br>Balance | Last<br>Payment | Credits |
|---|---|---|---|---|---|---|---|---|---|---|
| Customer: | MG06 | MABEL GARCIA | | | Contact: | | | | | |
| Terms: | Due Upon Receipt | | | | Phone: 718/679-8772 | | | | | |
| Building: | 01 | MISCELLANOUS | | | | Premises: 632 MORRIS PARK AVENUE | | | | |
| 5/05/2006 | _RECEIPT | -60.00 Check # | 1027 | | | | | | 0.00 05/05/2006 | |
| | Cash-Legal Fee | / / | | | | | | | | -60.00 |
| | **Building Totals:** | | | | | | | | | -60.00 |
| Building: | 02 | MABEL GARCIA | | | | Premises: 1706 ANTHONY AVENUE | | | | |
| 1/18/2007 | 702141 | 175.00 | | | | | | 175.00 | 175.00 | |
| | Court Appearance | | 01/18/2007 | N942136 | 000486/07 | ANGELA ROBINSON | | | | 0.00 |
| 2/14/2007 | 707160 | 100.00 | | | | | | 100.00 | 100.00 | |
| | Court Appearance | | 02/14/2007 | N942136 | 000486/07 | ANGELA ROBINSON | | | | 0.00 |
| 3/07/2007 | 710304 | 100.00 | | | | | | 100.00 | 100.00 | |
| | Court Appearance | | 03/07/2007 | N942136 | 000486/07 | ANGELA ROBINSON | | | | 0.00 |
| 4/11/2007 | 715365 | 100.00 | | | | | | 100.00 | 100.00 | |
| | Court Appearance | | 04/11/2007 | N942136 | 000486/07 | ANGELA ROBINSON | | | | 0.00 |
| 5/01/2007 | 718445 | 100.00 | | | | | | 100.00 | 100.00 | |
| | Court Appearance | | 05/01/2007 | N942136 | 000486/07 | ANGELA ROBINSON | | | | 0.00 |
| | **Building Totals:** | | | | | | | 575.00 | 575.00 | |
| Building: | 03 | MILLINGTON ROSEMARY | | | | Premises: 1693 WATSON AVENUE | | | | |
| 1/31/2007 | 704781 | 150.00 | | | | | | 150.00 | 150.00 | |
| | Holdover | | 01/31/2007 | H001907 | 004342/07 | JENNELL BROWN | | | | 0.00 |
| 2/21/2007 | 707931 | 150.00 | | | | | | 150.00 | 150.00 | |
| | Court Appearance | | 02/21/2007 | H001907 | 004342/07 | JENNELL BROWN | | | | 0.00 |
| 3/22/2007 | 712678 | 150.00 | | | | | | 150.00 | 150.00 | |
| | Court Appearance | | 03/22/2007 | H001907 | 004342/07 | JENNELL BROWN | | | | 0.00 |
| 4/19/2007 | 716678 | 150.00 | | | | | | 150.00 | 150.00 | |
| | Court Appearance | | 04/19/2007 | H001907 | 004342/07 | JENNELL BROWN | | | | 0.00 |
| 5/09/2007 | 719923 | 150.00 | | | | | | 150.00 | 150 00 | |
| | Court Appearance | | 05/09/2007 | H001907 | 004342/07 | JENNELL BROWN | | | | 0.00 |
| 5/30/2007 | 722940 | 150.00 | | | | | | 150.00 | 150.00 | |
| | Court Appearance | | 05/30/2007 | H001907 | 004342/07 | JENNELL BROWN | | | | 0.00 |
| | **Building Totals:** | | | | | | | 900.00 | 900.00 | |
| | **Customer Totals:** | | | | | | | 1475.00 | 1475.00 | -60.00 |

```
***********************************************************************
**
**        #PINT KEY FROM=RO           BY USER=ANG           12/03/10    10:51:00
**
***********************************************************************


                        CASE  LOG  INQUIRY                Today's Date 12/03/10
CSE H001907  IND  004342 / 07 R/C R  BAT  20107    FUR            FRT
ACC M60603   TEL 718 679-6772        FRT  53007    PAR C    YES
CLI MABEL GARCIA                     GRI       JUR      HW1    MOT
    532 MORRIS PARK AVENUE           APT 2                      RPT
                                     TEN JENNELL BROWN           ARR
    BRONX, NY        10460           TN2
LLO MILLINGTON ROSEMARY              URT
PRM 1693 WATSON AVENUE       CTY B  FUT
HOC         HOT        HOP          CSV       TGV       PRS
SML         WOR        WIS          GND       KMS
EOR         EVS        EVC          MAR       BIL P
CTA  0131 0221 0322 0419 0509 0530  BJM                 TO

DSP 53007  TYP       ATT
TKL


**********  CLIENT 718-679-6772   718-589-9369
1/31/07 -E- ROOM 420 @ 9:30---CASE ADJ TO 2/21/07 @ 9:30AM FOR RESP TO
OBTAIN ATTY. PER STIP USE (LM 2/6)
RECD NOTICE OF APPEARANCE FROM RESP ATTY. THE LEGAL AID SOCIETY JUSTIN
HAINES 953 S. BLVD, SUITE 401  BRONX NEW YORK 10459  718 991-4708 EXT. 230
2/21/07 -C- CASE ADJ TO 3/22/07 PER TL CAL (LM)
Hit ENTER Next Page, CMD7 End of Job, CMD8 Previous Page CMD12 Next Inquiry
```



```
                            CASE  LOG  INQUIRY              Today's date 12/03/10
CSE 5001907  JLD  064342 / 07 R/C R  DAT  20107   PUP         PRT
ACC M00603   TEL 718 679-6772        TRI  50007   PAR E   TOR
CLI RAFEL GARCIA                     DKT          JUR   NUI     KOT
     532 MORRIS PARK AVENUE          APT 2                      RNT
                                     TEN JENNELL BROWN          ARR
     BRONX, NY       10460           TN2
LLD MILLINGTON ROSEMARY              UNT
PRM 1693 WATSON AVENUE      CTY B    FUT
ROC        ROT        HOP           CBJ        TSV        PRG
NAL        WOR        WIS           WHO        RPS
EOR        EVS        EVC           MAR        RT_P
CTA   0131 0921 0322 0419 0509 0530 BJM                     TO

DSF  50007  TYP       ATT
TKL
```

3/22/07 -E- RESP ALLEGES THAT PROPERTY IS NO LONGER OWNED BY PET. ALSO AT
ISSUE RESP IS AN ESP TENANT AND PET. DID NOT PLEASE RSP STATUS OF TENANCY
NOR IS THERE PROOF OF NOTIFICATION CASE ADJ FOR RESP TO DO MOTION TO DISMISS
AMEND ANSWER AND PET TO PRODUCE PROOF OF OWNERSHIP, CASE ADJ TO 4/19/07
A/D TO BE ARRANGED, PER STIP ISE (LM 3/27)
4/19/07 -E- CASE ADJ TO 5/9/07 FOR RESP TO SERVE MOTION TO DISMISS/AMEND
Hit ENTER Next Page, CMD7 End of Job, CMD8 Previous Page CMD12 Next Inquiry

```
*********************************************************************************
***
***        PRINT KEY FROM-RO          AT UB-6-694        12/03/10    10:53.05
***
*********************************************************************************


                        CASE  LSS  INQUIRY                 Today's date 12/03/10
   CSE H001907   IND  004342 / 07 R/C F  DAT  20107    PUR         PRI
   ACC M80603    TEL 718 679-6272        TRT  33007    PAR E  TDR
   CLI NABEL GARCIA                      DKT          JUR    NWI    MUT
       592 MORRIS PARK AVENUE            APT 2                       RNT
                                         TEN JENNELL BROWN            ARR
       BRONX, NY       10460             TN2
   LLD MILLINGTON ROSEMARY               UNT
   PRM 1693 WATSON AVENUE        CTY B   FUT
   HOC        HDT        HOP        CSV        ISV        FFE
   RML        WON        WIS        WND        KnS
   EOR        EVS        EVC        HAR        BIL P
   CTA  0131 0221 0322 0419 0509 0530  9JH                      TO

   DSP  33007  TYP        ATT
   TRL

   ANSWER AND FOR PET. TO PRODUCE PROOF OF CURRENT POSSESS&RY INTEREST
   AND ABILITY TO TRANSFER THE INTEREST TO OWNER PER STIP PAL (LM 4/29)
   5/9/07 -[- CASE ADJ TO 5/30/07 @ 9:30 ,; OPP. PAPERS DUE BY 5/28 REPLY IF
   ANY DUE BY 5/30 FAX. IS O.K., PET. ATTY. TO INQUIRE WITH PET. REGARDING DISC
   ,PER STIP ISE (LM 5/11)
   REED 5/9 MOTION FROM RESP ATTY. ON 5/11 RESP ATTY. JUSTIN HAINES
   Hit ENTER Next Page, CMD7 End of Job, CMD8 Previous Page CMD12 Next Inquiry
```



```
*********************************************************************************

         PRINT KEY FROM-RO        BY USER-ANG         12/03/10    10.01.08

*********************************************************************************
```

```
                        CASE  LOG  INQUIRY              Today's date 12/03/10
CSE H001907   IND  004942 / 07 R/U #  DAT  90107   PUR             PT1
ACC M80603    TEL 718 679-6773       TRI  55007   PAR 2   TGR
CLI MABEL GARCIA                     DKT             JUP     RUT    MUT
    552 MORRIS PARK AVENUE           APT 2                          RNT
                                     TEN JENNELL BROWN              ARR
    BRONX, NY       10460            INC
LLD HILLINGTON ROSEMARY              UNT
PRM 1693 WATSON AVENUE          CTY B FUT
HOC        POT          HOP          CSV       TSV      PRS
NML        WOR          ATS          WKO       KMS
EOR        EVS          EVC          MGR       BIL P
CTA  0131 0221 0322 0419 0509 0530   BLM               TD

DST  55007   TYP         ATT
TKL
```

THE LEGAL AID SOCIETY 933 S. BLVD. SUITE 402 BRONX NEW YORK, 10459
718-991-4750 EXT. 249 (LM 5/11)
5/29/07 +E+ PET. DISC. THE PROCEEDING ANY J/W ARE VACATED, DISC. W/O
PREJUDICE PER STIP ISE (LM 6/4)

Press Enter Next Inquiry, CMD7 End of Job, CMD8 Previous Page.

# EXHIBIT 2

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX
-----------------------------------------------------------------X

NOVICK, EDELSTEIN, LUBELL, REISMAN,
WASSERMAN & LEVENTHAL, P.C.

Plaintiff,

-against-

MILLINGTON ROSEMARY,

Defendants.

-----------------------------------------------------------------X

Index No.
File No. 14033

**SUMMONS**

Place of Venue is designated
as Defendant's Place of
Business whose address is
1693 Watson Avenue
Bronx, New York

To the above named Defendant(s):

YOU ARE HEREBY SUMMONED to appear in the CIVIL COURT OF THE CITY OF
NEW YORK, COUNTY OF BRONX at the office of the Clerk of the said Court at 851
GRAND CONCOURSE, Bronx, NY 10451 to answer the complaint in this action and to
serve a copy of your answer, or, if the complaint is not served with the summons, to serve
a notice of appearance on the Plaintiff's attorney within (20) days after the service of this
summons, exclusive of the day of service or within 30 days after the service in complete
if this summons is not personally delivered to you within the State of New York; and in
case of your failure to appear or answer, judgment will be taken against you for the sum
of $1,475.00 with interest thereon from the 31st day of January 2007, together with the
costs of this action.

DATED: April 11, 2011

By: Cheryl-Renee Johnson, Esq.
Attorney for Plaintiff
Kavulich & Associates, P.C.

Defendant's Address:
Millington Rosemary
c/o 532 Morris Park Avenue, Apt. 2
Bronx, New York 10460

181 Westchester Avenue, Suite 500C
Port Chester, NY 10573
(914) 355-2074

Note: The law provides that: (a) If the summons is served by its delivery to you personally
within the City of New York, you must appear and answer within TWENTY days after such
service; or (b) If the summons is served by any means other than personal delivery to you
within the City of New York, you must appear and answer within THIRTY days after proof of
service thereof is filed with the Clerk of this Court.

COMPLAINT

**FIRST ACTION:** Plaintiff seeks to recover damages from Defendant for professional services rendered in the sum of $1,475.00 representing legal services performed together with costs and disbursements of this action and for such other and further relief as the court may deem just and proper.

**SECOND ACTION:** Plaintiff seeks to recover damages from the Defendant for breach of agreement in the sum of $1,475.00 together with costs and disbursements of this action and for such other and further relief as the Court may deem just and proper.

**THIRD ACTION:** Plaintiff seeks to recover damages from the Defendant for unjust enrichment in the sum of $1,475.00 together with costs and disbursements of this action and for such other and further relief as the Court may deem just.

**FOURTH ACTION:** Plaintiff seeks to recover damages in the amount of $1,475.00 from the Defendant for account stated as the aforesaid sum has been duly demanded and has gone unpaid, together with costs and disbursements of this action and for such other and further relief as the Court may deem just.

**FIFTH ACTION:** Plaintiff seeks to recover damages from the Defendant in the sum of $1,475.00 in quantum meruit together with costs and disbursements of this action and for such other and further relief as the Court may deem just.

**WHEREFORE:,** Plaintiff demands judgment (A) on the First Action in the sum of $1,475.00 plus interest from January 31, 2007, together with costs and disbursements of this action and for such other and further relief as the Court may deem just; (B) on the Second Action in the sum of $1,475.00 plus interest from January 31,2007, together with costs and disbursements of this action and for such other and further relief as the Court may deem just; (C) on the Third Action in the sum of $1,475.00 plus interest from January 31, 2007, together with costs and disbursements of this action and for such other and further relief as the Court may deem just; (D) on the Fourth Action in the sum of $1,475.00 plus interest from January 31, 2007, together with costs and disbursements of this action and for such other and further relief as the Court may deem just; (E) on the Fifth Action in the sum of $1,475.00, plus interest from January 31, 2007, together with costs and disbursements of this action and for such other and further relief as the Court may deem just.

# EXHIBIT 3

# AFFIDAVIT OF SERVICE

CIVIL COURT OF THE CITY OF NEW YORK                    Index No. 42539/11
COUNTY OF BRONX                                        Filed: _____

Attorneys: Kavulich & Associates, P.C.
Address: 30 Church Street, Suite 26, New Rochelle, NY 10801      File No. 14033

---

NOVICK, EDELSTEIN, LUBELL, REISMAN,
WASSERMAN & LEVENTHAL P.C.,
vs.
MILLINGTON ROSEMARY,

State of New York County of Nassau SS:
Aston G. Evans II, being duly sworn deposes and says:
Deponent is not a party herein, is over 18 years of age. On July 1, 2011 at 12:12p.m.
At: C/O 532 Morris Park Avenue, Apt. 2, Bronx, NY 10460 served the within Summons and Complaint
on: MILLINGTON ROSEMARY, Defendant therin named

| | |
|---|---|
| Individual [] | By delivering a true copy of each to said recipient: deponent knew the person served to be the person described as said person therein. |
| Corporation [ ] | By delivering to and leaving with _____ and that deponent knew the person so served and authorized to accept service on behalf of the Corporation |
| Suitable Age Person [X] | By delivering a true copy of each to a person of suitable age and discretion Said premises is recipients [ X ] actual place of business [] dwelling house within the state. |
| Affixing to Door [] | By affixing a true copy of each to the door of said premises, which is recipients [ ] actual place of business     [] dwelling house (place of abode) within the state |
| Mail Copy [ X ] | On July 2, 2011 deponent completed service under the last two sections by depositing a copy of the Summons and Complaint to the above address in a 1ⁿ Class properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. |

Deponent was unable, with due diligence to find the recipient or a person of suitable age and discretion having called thereat:

|  | | | |
|---|---|---|---|
| On the | day of | at |
| On the | day of | at |
| On the | day of | at |

Description  A description of the Defendant, or other person served on behalf of the Defendant
[] Sex: M  Color of skin: BLK Color of Hair: BLK Age: 45-50  Height: 5'10" Weight: 220LBS

Military Svce  Deponent asked person spoken to whether the recipient was presently in military
[ X ]      service of the United States Government or of the State of New York and was
          informed that the recipient is not. Recipient wore civilian clothes and no military uniform
Other
[X]"John Doe" stated that the Defendant is not in the military.

Sworn to before me on this ___ day of __7-11__

_____

_____
Aston G. Evans II
LIC# 1220069

EXHIBIT 4

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX: PART 34

INDEX NO. 42539/11
FILE NO. 14033

--------------------------------------------------------------X

NOVICK, EDELSTEIN, LUBELL, REISMAN,
WASSERMAN & LEVENTHAL, P.C.,

Plaintiff,          **AFFIDAVIT**

- against -

MILLINGTON ROSEMARY,

Defendant.

--------------------------------------------------------------X

STATE OF NEW YORK )
                  ) SS
COUNTY OF WESTCHESTER )

I, Charles Wasserman, being duly sworn deposes and says:

1. I am a member of the Plaintiff, Novick, Edelstein, Lubell, Reisman,
   Wasserman & Leventhal, P.C., herein, and as such I am fully familiar with the
   facts and circumstances of this proceeding.

2. The Plaintiff performed legal services on behalf of the Defendant, Millington
   Rosemary.

3. Said legal services included a Holdover.

4. The Plaintiff duly performed said services to the satisfaction of the Defendant.

5. To date, despite repeated demands, the Defendant has failed to pay for said
   services; as a result the Defendant's unpaid balance has accumulated to the
   sum of $900.00.

6. My attorneys have advised me that the Defendant has failed to file an answer
   to the summons and complaint.

WHEREFORE, your deponent prays that the relief sought herein is granted in all
respects and for such other and further relief as to this Court may seem just and
proper.

Sworn to before me this
_25_ day of August, 2011

_____          _____
Notary Public                              Charles Wasserman

        EUGENE REISMAN
     Notary Public, State of New York
           No. 02-4732638
      Qualified in Westchester County
     Commission Expires Feb. 28, 2015

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX: PART 34

INDEX NO. 42539/11
FILE NO. 14033

-----------------------------------------------------------X

NOVICK, EDELSTEIN, LUBELL, REISMAN,
WASSERMAN & LEVENTHAL, P.C.,

                                 Plaintiff,

             - against -

MILLINGTON ROSEMARY,

                              Defendant.

__AFFIRMATION__

-----------------------------------------------------------X

       Gary M. Kavulich, Esq., an attorney duly admitted to practice law before the Courts of the State of New York hereby affirms the following under the penalty of perjury.

       On September 7, 2011 I served the within Notice of Motion upon Millington Rosemary, the Defendant in this action, by depositing a true copy in a post-paid envelope addressed to:

                        Millington Rosemary
                c/o 532 Morris Park Avenue, Apt. 2
                    Bronx, NY 10460

in an official depository under the exclusive dominion and control of the United States Postal Service within the State of New York via regular first class mail.

                      Gary M. Kavulich, Esq.

INDEX NO: 42539                    YEAR: 2011

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX: PART 34

NOVICK, EDELSTEIN, LUBELL, REISMAN,
WASSERMAN & LEVENTHAL, P.C.,

                            Plaintiff,

            - against -

MILLINGTON ROSEMARY,

                            Defendant.

NOTICE OF MOTION FOR ENTRY OF A DEFAULT JUDGMENT

Signature Rule 130-1.1-a

Print Name Beneath                            Gary M. Kavulich, Esq.,

Kavulich & Associates, P.C.
Attorney for Plaintiff
181 Westchester Ave., Suite 500-C
Port Chester, NY 10801
(914)355-2074

## CASE SUMMARY

| | | |
|---|---|---|
| Court: | Bronx County Civil Court | Plaintiff(s): |
| Index Number: | CV-042539-11/BX | Novick, Edelstein, Lubell, Reisman, Wasserman & Leventhal, P.C. |
| | | |
| Case Type: | Civil | vs. |
| Classification: | General | |
| Filed Date: | 06/20/2011 | Defendant(s): |
| | | Millington Rosemary |
| Disposed Date: | 10/04/2011 | |
| Disposed Reason: | Judgment(1)-Motion Decision | |
| | | |
| Cause(s) of Action: | Monies Due in the amount of $1,475.00 | |

(P) Novick, Edelstein, Lubell, Reisman, Wasserman & Leventhal, P.C.
Kavulich & Associates PC - 181 Westchester Avenue, Suite 500C, Port Chester, NY 10573-, (914) 355-2074 ext:

(D) Millington Rosemary - 532 Morris Park Avenue, Apt 2, Bronx, NY 10460-

### PAPERS RECORDED

| | |
|---|---|
| 06/20/2011 | Summons and Complaint (Attorney), Filed By: (P) Novick, Edelstein, Lubell, Reisman, Wasserman & Leventhal, P.C. |
| 09/15/2011 | Motion (General), Seq 1, Court Date(s): 09/21/2011, Judgment - Default, Filed By: (P) Novick, Edelstein, Lubell, Reisman, Wasserman & Leventhal, P.C., Status: Decided, Decision: Granted on Default, Deciding Judge: Fernando Tapia |
| 10/03/2011 | Judgment (Motion Decision), Seq 1, Filed Date: 10/03/2011, Total Judgment: $2,225.47, Entered Date: 10/04/2011, Status: Vacated (02/26/2013), Creditor(s): (P) Novick, Edelstein, Lubell, Reisman, Wasserman & Leventhal, P.C., Debtor(s): (D) Millington Rosemary, Certificate of Disposition Printable Remarks: Vacated on 02/26/2013 AS PER ORDER SIGNED BY JUDGE PADILLA ON 2/26/13 |
| 02/11/2013 | Motion (Order to Show Cause), Seq 2, Court Date(s): 02/26/2013; 02/26/2013; 02/26/2013, Vacate Judgment, Filed By: (D) Millington Rosemary, Status: Decided, Decision: Granted to Extent per Order, Deciding Judge: Jose A. Padilla |
| 02/26/2013 | Miscellaneous - JUDGMENT VACATED PER ORDER |
| 02/26/2013 | Answer Filed (Self Represented), Filed By: (D) Millington Rosemary |

### APPEARANCE ACTIVITY

| | |
|---|---|
| 09/21/2011 | Part 34 - Procedural Motions - Self Represented Litigant, Judge: Fernando Tapia, Purpose: Motion (1) - Judgment - Default, Outcomes(s): Granted on Default |
| 02/26/2013 | Part 34C - Procedural Motions - Self-Represented Litigant - Consumer, Purpose: Motion (2) - Vacate Judgment, Outcomes(s): Adjourned: 02/26/2013 |

This report reflects information recorded as of 05/01/2013 04:23 PM. Users should verify the accuracy of information by consulting original court records or sources. The Unified Court System is not responsible for consequential use of this data.

CV-042539-11/BX   (P) Novick, Edelstein, Lubell, Reisman, Wasserman & Leventhal, P.C. vs. (D) Millington Rosemary

| | |
|---|---|
| 02/26/2013 | Part 34 - Procedural Motions - Self Represented Litigant, Judge: Jose A. Padilla, Purpose: Motion (2) - Vacate Judgment, Outcomes(s): Granted to Extent per Order |
| 02/26/2013 | Part 34C - Procedural Motions - Self-Represented Litigant - Consumer, Purpose: Motion (2) - Vacate Judgment, Outcomes(s): Rescheduled: 02/26/2013 |
| 03/19/2013 | Part 11 - Self Represented Non-Jury, Purpose: Trial: Bench, Outcomes(s): Adjourned: 04/30/2013 |
| 04/30/2013 | Part 11 - Self Represented Non-Jury, Purpose: Trial: Bench, Outcomes(s): Adjourned: 06/04/2013 |
| 06/04/2013 | Part 11 - Self Represented Non-Jury, Purpose: Trial: Bench |

This report reflects information recorded as of 05/01/2013 04:23 PM. Users should verify the accuracy of information by consulting original court records or sources. The Unified Court System is not responsible for consequential use of this data.

State of New York, County of Bronx
Civil Court of the City of New York Civil Part

Index Number: CV-042539-11/BX

Novick, Edelstein, Lubell, Reisman, Wasserman &
Leventhal, P.C.

Plaintiff(s)

-against-
Millington Rosemary

Defendant(s)

**SUBPOENA TO TESTIFY**

Requested by:
Millington Rosemary
532 Morris Park Avenue
Apt 2
Bronx, NY 10460

**June 4, 2013** in Part 11 - Self Represented Non-Jury 503 at 9:30 AM for a hearing

I am making application to the court to subpoena the following: Check One \_\_\_\_ Person \_\_\_\_ Records
for the above captioned hearing.

Name and Address of person to testify or holder of records requested: _____

MABEL GARCIA.

this person/records are needed because: She is the only
one that can prove that I did
not hire the Law firm (Novick,
Edelstein) But that I hired her
as an atorney to Evict a tenant
in 2007, So there for I don't owe
this Law firm anything that Garnished
my payroll, Mabel Garcia Has a Law
firm of her own.

Date:
4/30/13

Millington Rosemary.

Please fill out and return to the court for a Judge to review.

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX
------------------------------------------------------------------X
NOVICK, EDELSTEIN, LUBELL, REISMAN,
WASSERMAN & LEVENTHAL, P.C.

**42539**

                                Plaintiff,

          -against-

MILLINGTON ROSEMARY,

                            Defendants.

------------------------------------------------------------------X

Index No.
File No. 14033

**SUMMONS**

Place of Venue is designated
as Defendant's Place of
Business whose address is
1693 Watson Avenue
Bronx, New York

To the above named Defendant(s):

YOU ARE HEREBY SUMMONED to appear in the CIVIL COURT OF THE CITY OF
NEW YORK, COUNTY OF BRONX at the office of the Clerk of the said Court at 851
GRAND CONCOURSE, Bronx, NY 10451 to answer the complaint in this action and to
serve a copy of your answer, or, if the complaint is not served with the summons, to serve
a notice of appearance on the Plaintiff's attorney within (20) days after the service of this
summons, exclusive of the day of service or within 30 days after the service in complete
if this summons is not personally delivered to you within the State of New York; and in
case of your failure to appear or answer, judgment will be taken against you for the sum
of $1,475.00 with interest thereon from the 31st day of January 2007, together with the
costs of this action.

DATED: April 11, 2011

By: Cheryl-Ranee Johnson, Esq.
Attorney for Plaintiff
Kavulich & Associates, P.C.

Defendant's Address:
Millington Rosemary
c/o 532 Morris Park Avenue, Apt. 2
Bronx, New York 10460

181 Westchester Avenue, Suite 500C
Port Chester, NY 10573
(914) 355-2074

Note:  The law provides that: (a) If the summons is served by its delivery to you personally
within the City of New York, you must appear and answer within TWENTY days after such
service; or (b) If the summons is served by any means other than personal delivery to you
within the City of New York, you must appear and answer within THIRTY days after proof of
service thereof is filed with the Clerk of this Court.

# FEE PAID

JUN 2 0 2011

**CIVIL COURT**
**BRONX COUNTY**

Page 38

## COMPLAINT

**FIRST ACTION:** Plaintiff seeks to recover damages from Defendant for professional services rendered in the sum of $1,475.00 representing legal services performed together with costs and disbursements of this action and for such other and further relief as the court may deem just and proper.

**SECOND ACTION:** Plaintiff seeks to recover damages from the Defendant for breach of agreement in the sum of $1,475.00 together with costs and disbursements of this action and for such other and further relief as the Court may deem just and proper.

**THIRD ACTION:** Plaintiff seeks to recover damages from the Defendant for unjust enrichment in the sum of $1,475.00 together with costs and disbursements of this action and for such other and further relief as the Court may deem just.

**FOURTH ACTION:** Plaintiff seeks to recover damages in the amount of $1,475.00 from the Defendant for account stated as the aforesaid sum has been duly demanded and has gone unpaid, together with costs and disbursements of this action and for such other and further relief as the Court may deem just.

**FIFTH ACTION:** Plaintiff seeks to recover damages from the Defendant in the sum of $1,475.00 in quantum meruit together with costs and disbursements of this action and for such other and further relief as the Court may deem just.

**WHEREFORE:,** Plaintiff demands judgment (A) on the First Action in the sum of $1,475.00 plus interest from January 31, 2007, together with costs and disbursements of this action and for such other and further relief as the Court may deem just; (B) on the Second Action in the sum of $1,475.00 plus interest from January 31,2007, together with costs and disbursements of this action and for such other and further relief as the Court may deem just; (C) on the Third Action in the sum of $1,475.00 plus interest from January 31, 2007, together with costs and disbursements of this action and for such other and further relief as the Court may deem just; (D) on the Fourth Action in the sum of $1,475.00 plus interest from January 31, 2007, together with costs and disbursements of this action and for such other and further relief as the Court may deem just; (E) on the Fifth Action in the sum of $1,475.00, plus interest from January 31, 2007, together with costs and disbursements of this action and for such other and further relief as the Court may deem just.

Bronx County Civil Court
Civil Judgment

Plaintiff(s):
Novick, Edelstein, Lubell, Reisman, Wasserman & Leventhal, P.C.

**Index Number:  CV-042539-11/BX**

Judgment issued:   Per Motion Decision

vs.

On Motion of:

Defendant(s):
Millington Rosemary

Kavulich & Associates, P.C.
181 Westchester Avenue, Suite 500C, Port
Chester, NY 10573-

| | | | | | |
|---|---|---|---|---|---|
| Amount claimed | $1,475.00 | Index Number Fee | $45.00 | Transcript Fee | $0.00 |
| Less Payments made | $0.00 | Consumer Credit Fee | $0.00 | County Clerk Fee | $0.00 |
| Less Counterclaim Offset | $0.00 | Service Fee | $25.00 | Enforcement Fee | $40.00 |
| Interest    01/31/2007 at 9% | $620.47 | Non-Military Fee | $0.00 | Other Disbursements | $0.00 |
| Attorney Fees | $0.00 | Notice of Trial Fee | $0.00 | Other Costs | $0.00 |
| Cost By Statute | $20.00 | Jury Demand Fee | $0.00 | | |

| Total Damages | $2,095.47 | Total Costs & Disbursements | $130.00 | Judgment Total | $2,225.47 |
|---|---|---|---|---|---|

The following named parties, addressed and identified as creditors below:

Plaintiff creditor(s) and address

(1) Novick, Edelstein, Lubell, Reisman, Wasserman & Leventhal, P.C.
733 Yonkers Avenue, Yonkers, NY 10704-

Shall recover of the following parties, addresses and identified as debtors below:

Defendant debtor(s) and address

(1) Millington Rosemary
532 Morris Park Avenue, Apt 2, Bronx, NY 10460-

Judgment entered at the Bronx County Civil Court, 851 Grand Concourse, Bronx, NY 10451, in the STATE OF NEW YORK
in the total amount of **$2,225.47** on **10/04/2011** at **07:54 AM.**

*Carol Alt*

CHIEF CLERK

Judgment sequence 1

Carol Alt, Chief Clerk Civil Court

Page 1 of 1

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX
-------------------------------------------------------------------X

NOVICK, EDELSTEIN, LUBELL, REISMAN,
WASSERMAN & LEVENTHAL, P.C.,

PLAINTIFF(S)

-AGAINST-

MILLINGTON ROSEMARY,
DEFENDANT(S)
-------------------------------------------------------------------X

INDEX NO. 42539/11
FILE NO. 14033

JUDGMENT

| | |
|---|---|
| AMOUNT AWARDED | $1,475.00 |
| INTEREST FROM JANUARY 31, 2007 | $   608.44 |
| | $2,083.44 |

| | | |
|---|---|---|
| COSTS BY STATUTE | $20.00 | |
| SERVICE OF SUMMONS AND COMPLAINT | $25.00 | |
| FILING OF SUMMONS AND COMPLAINT | $45.00 | |
| PROSPECTIVE MARSHALL'S FEE | $40.00 | |
| NOTICE OF INQUEST | $0.00 | |
| TRANSCRIPT & DOCKETING | $0.00 | |
| | | $   130.00 |
| TOTAL: | | $2,213.44 |

STATE OF NEW YORK, COUNTY OF WESTCHESTER:
   THE UNDERSIGNED, ATTORNEY AT LAW OF THE STATE OF NEW YORK, ON OF THE
ATTORNEY(S) OF RECORD FOR THE PLAINTIFF(S) IN THE ABOVE ENTITLED ACTION,
STATES THAT THE DISBURSEMENTS ABOVE SPECIFIED HAVE BEEN OR WILL NECESSARILY BE MADE OR
INCURRED THEREIN AND ARE REASONABLE IN AMOUNT;  UPON FAILURE TO ANSWER, THE T       F THE
DEFENDANT TO APPEAR AND ANSWER HEREIN HAS EXPIRED AND THAT SAID DEFENDANT HAS ... APPEARED
AND ANSWERED HEREIN. THE CAUSE OF ACTION IN THE WITHIN MATTER ACCRUED IN THE STATE OF NEW
YORK WHERE THE STATUTE OF LIMITATIONS ON A CONTRACT, UPON WHICH THE ACTION IS BASED, IS SIX (6)
YEARS.  THE STATUTE OF LIMITATIONS HAS NOT EXPIRED.  THE UNDERSIGNED AFFIRMS THIS STATEMENT TO
BE TRUE UNDER THE PENALTIES OF PERJURY.

DATED:  WESTCHESTER, NY
        SEPTEMBER 23, 2011
                                        ------------------------------------------
                                        KAVULICH & ASSOCIATES, P.C.
                                        BY: GARY KAVULICH, ESQ.

JUDGMENT ENTERED ON
SERVICE OF SUMMONS AND COMPLAINT IN THIS ACTION ON THE DEFENDANT(S)
HEREIN HAVING BEEN COMPLETED; DEFENDANT(S) HAS NOT APPEARED AND ANSWERED HEREIN AND
PURSUANT TO DECISION/ORDER DATED SEPTEMBER 21, 2011, JUDGMENT IS REQUESTED.
         NOW ON MOTION OF KAVULICH & ASSOCIATES, P.C. ATTORNEY(S) FOR THE PLAINTIFF(S) IT IS, ADJUDGED
THAT PURSUANT TO DECISION/ORDER
NOVICK, EDELSTEIN, LUBELL, REISMAN, WASSERMAN & LEVENTHAL, P.C.,
RESIDING AT:  733 YONKERS AVENUE, YONKERS, NY 10704
RECOVER OF:  MILLINGTON ROSEMARY,
RESIDING AT: c/o 532 MORRIS PARK AVENUE, APT. 2, BRONX, NY  10460
THE SUM OF $1,475.00 WITH INTEREST OF $608.44 MAKING A TOTAL OF $2,083.44
TOGETHER WITH $130.00 COSTS AND DISBURSEMENTS, AMOUNTING IN ALL TO THE
SUM OF $2,213.44 AND THAT PLAINTIFF HAVE EXECUTION THEREFORE.

                                        ------------------------------------------
                                        CLERK

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

INDEX NO. 42539/11

------------------------------------X

NOVICK, EDELSTEIN, LUBELL, REISMAN,
WASSERMAN & LEVENTHAL, P.C.,

PLAINTIFF(S)

AGAINST

MILLINGTON ROSEMARY,

DEFENDANT(S)

------------------------------------X

## JUDGMENT

| | |
|---|---|
| Amount Claimed with Interest | $2,083.44 |
| Costs and Disbursements | $ 130.00 |
| Total: | $2,213.44 |

KAVULICH & ASSOCIATES, P.C.
ATTORNEY FOR PLAINTIFF
181 WESTCHESTER AVENUE, SUITE 500C
PORT CHESTER, NY 10573
PHONE: 914-355-2074

**Civil Court of the City of New York**

County of _Bronx_

Part _54 / Rm. 11_

Norick Edelstein

Claimant(s)/Plaintiff(s)/Petitioner(s)

*against*

Mullington Rosemary

Pro se      Defendant(s)/Respondent(s)

Index Number _42591/11_

Motion Cal. # _____   Motion Seq. # _____

File #
14033

**DECISION/ORDER**

Recitation, as required by CPLR §2219 (a), of the papers considered in the review of this Motion:

| Papers | Numbered |
|---|---|
| Notice of Motion and Affidavits Annexed......... | _____ |
| Order to Show Cause and Affidavits Annexed..... | _____ |
| Answering Affidavits .............................. | _____ |
| Replying Affidavits................................ | _____ |
| Exhibits .......................................... | _____ |
| Other.............................................. | _____ |

Upon the foregoing cited papers, the Decision/Order on this Motion to _For Default_

_judgment._ is as follows:

Plaintiff's motion is granted upon Defendant's default.

Plaintiff is awarded a judgment in the amount of $1,475.88 plus costs, Fees, disbursements & interest from January 31, 2007.

The Clerk of the Court is directed to enter judgment in said amount.

Plaintiff shall file & serve upon Defendant a copy of this Decision & notice of its entry by certified mail ret rec rec within 30 days of this Decision.

This constitutes the Decision & Order of the Court.

Date _9/21/11_

Civii Court
of the
City of New York

SEP 21 2011

ENTERED
BRONX COUNTY

Judge, Civil Court

Page 43

CIV-GP-85 (Revised, September 1909)

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX
------------------------------------------------------------X
NOVICK, EDELSTEIN, LUBELL, REISMAN,                     Index No. 42539/11
WASSERMAN & LEVENTHAL, P.C.,                            File 14033

                              Plaintiff,

            -against-                                   **AFFIDAVIT OF**
                                                       **INVESTIGATOR**
MILLINGTON ROSEMARY,
         0519
                              Defendant(s).
------------------------------------------------------------X

STATE OF NEW YORK        )
                         )SS.:
COUNTY OF WESTCHESTER    )

I am over 18 years of age, am not a party to this action and reside in Westchester County,
State of New York.

I have been requested by Kavulich & Associates, P.C. attorney's for the Plain..... make
an investigation to ascertain if the Defendant Millington, Rosemary, is at the present
time in military service for the purpose of entry of judgment.

On September 22, 2011, I Denise Miranda, contacted the Defense manpower Date Center
concerning the Defendant Millington Rosemary's military status.

I inputted the Defendant's name and social security number, as provided by the Defendant
him/herself, into the Defense Manpower Data Center.

Under the Defendant's social security number I received an affidavit from the Defense
Manpower Data Center stating that the said Defendant is not currently in the military
service of the United States and the State of New York (National Guard).

                                                       _____
                                                       Denise Miranda

Sworn to before me this
22nd day of September/2011                              :\*ff :c

Notary Public

Gary Kavulich
Notary Public- State of New York
No. 02KA6205615
Qualified in Westchester County
My Commission Expires 05/11/2013

Department of Defense Manpower Data Center                    Sep-22-2011 12:20:10

 Military Status Report
Pursuant to the Service Members Civil Relief Act

| ◁ Last Name | First/Middle | Begin Date | Active Duty Status | Active Duty End Date | Service Agency |
|---|---|---|---|---|---|
| ROSEMARY | MILLINGTON | Based on the information you have furnished, the DMDC does not possess any information indicating the individual status. | | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).

*Mary M. Snavely-Dixon*

_____

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Service Members Civil Relief Act (50 USC App. §§ 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person is on active duty and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. §521(c).

If you obtain additional information about the person (e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects **active duty status** including date the individual was last on active duty, if it was within the preceding 367 days. For historical information, please contact the Service SCRA points-of-contact.

Request for Military Status                                                    Page 1 of 2

Department of Defense Manpower Data Center                        Sep-22-2011 12:20:29

 Military Status Report
Pursuant to the Service Members Civil Relief Act

| ◄ Last Name | First/Middle | Begin Date | Active Duty Status | Active Duty End Date | Service Agency |
|---|---|---|---|---|---|
| MILLINGTON | ROSEMARY | Based on the information you have furnished, the DMDC does not possess any information indicating the individual status. | | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Service Members Civil Relief Act (50 USC App. §§ 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person is on active duty and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. §521(c).

If you obtain additional information about the person (e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects **active duty status** including date the individual was last on active duty, if it was within the preceding 367 days. For historical information, please contact the Service SCRA points-of-contact.

*More information on "Active Duty Status"*

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d)(1) for a period of more than 30 consecutive days. In the case of a member of the National ... ard, includes service under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy TARs, Marine Corps ARs and Coast Guard RPAs. Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps) for a period of more than 30 consecutive days.

*Coverage Under the SCRA is Broader in Some Cases*

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of SCRA extend beyond the last dates of active duty.

Those who would rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected.

WARNING: This certificate was provided based on a name and SSN provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.
Report ID:Q3V5OJSBNE

d exte

*More information on "Active Duty Status"*

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d)(1) for a period of more than 30 consecutive days. In the case of a member of the National Guard, includes service under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy TARs, Marine Corps ARs and Coast Guard RPAs. Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps) for a period of more than 30 consecutive days.

*Coverage Under the SCRA is Broader in Some Cases*

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of SCRA extend beyond the last dates of active duty.

Those who would rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected.

WARNING: This certificate was provided based on a name and SSN provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be pr. ed.
Report ID:AL6B0CTOEA

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX
..............................................................X
NOVICK, EDELSTEIN, LUBELL, REISMAN,
WASSERMAN & LEVENTHAL, P.C.,                          INDEX NO. 42559/11
                                                     FILE NO. 14033
                    Plaintiff,

                                                     NOTICE OF ENTRY
        -against-

MILLINGTON ROSEMARY,

                    Defendant(s).
..............................................................X

        PLEASE TAKE NOTICE, that annexed hereto is the Decision and Order duly

Entered in the office of the Clerk of the Court on the 21⁵ day of September, 201

Dated: Westchester, NY
        September 23, 2011            Yours, etc.

                                      Kavulich & Associates, PC
                                      181 Westchester Avenue, Suite 500C
                                      Port Chester, NY 10573

To:  Millington Rosemary
     532 Morris Park Avenue, Apt. 2
     Bronx, NY 10460

                                                  1.

**Civil Court of the City of New York**

County of ___BRONX___

Part ___34, No. 11___

Index Number ___42534/11___

Motion Cal. # _____ Motion Seq. # _____

File #
14033

**DECISION/ORDER**

Recitation, as required by CPLR §2219 (a), of the papers
considered in the review of this Motion

MARCUS EDELSTEIN

Claimant(s)/Plaintiff(s)/Petitioner(s)

*against*

MELINGTON ROSEMARY
Rouse   Defendant(s)/Respondent(s)

| Papers | Numbered |
|---|---|
| Notice of Motion and Affidavits Annexed........ | _____ |
| Order to Show Cause and Affidavits Annexed .... | _____ |
| Answering Affidavits ................................ | _____ |
| Replying Affidavits.................................. | _____ |
| Exhibits ............................................. | _____ |
| Other................................................. | _____ |

Upon the foregoing cited papers, the Decision/Order on this Motion to ___FOR DEFAULT Judgment___ is as follows:

Plaintffs motion is granted upon Defendants default.

Plaintiff is awarded a judgment in the amount of $1,475.00 plus cost, Fees, disbursements + interest from January 31, 2007.

The Clerk of the Court is directed to enter judgment in said amount.

Plaintiff shall file + serve upon Defendant a copy of this decision + notice of its entry by certified mail. Ret Rec Req within 30 days of this decision.

This constitutes the Decision + Order of the Court

Date ___9/21/11___

Civil Court
of the City of New York

SEP 21 2011

**ENTERED**
**BRONX COUNTY**

_____
Judge, Civil Court

HON. FERNANDO TAPIA

Case 1:16-cv-01627-CBA-RLM Document 55-6 Filed 01/29/18 Page 51 of 58 PageID #: 1610

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

.............................................................X

NOVICK, EDELSTEIN, LUBELL, REISMAN,
WASSERMAN & LEVENTHAL, P.C.,

Plaintiff,

-against-

MILLINGTON ROSEMARY,

Defendant.

.............................................................X

Index No. 42539/11
File No. 14033

AFFIDAVIT OF SERVICE
BY MAIL

STATE OF NEW YORK
COUNTY OF WESTCHESTER ss:

Denise Miranda being duly sworn, deposes and says:

I am over 18 years of age and not a party to this action. On September 23, 2011

I served the within Notice of Entry on the defendant in this action, by depositing

a true copy of the Notice of Entry in a postpaid envelope addressed to:

Millington Rosemary
532 Morris Park Avenue, Apt. 2
Bronx, NY 10460

in an official depository under the exclusive care and custody of the United States Postal Service,

within the State of New York via Certified mail no. 91 7199 9991 7030 5893 2483. return receipt

requested.

Sworn to before me
this 23rd day of September, 2011

Notary Public

GARY KAVULICH
NOTARY PUBLIC-STATE OF NEW YORK
NO: 02KA6205615
QUALIFIED IN WESTCHESTER COUNTY
MY COMMISSION EXPIRES 5/11/2013

Denise Miranda

INDEX NO. 3430    YEAR 2011

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

NOVICK, EDELSTEIN, L...  FH RHISMAN,
BASSERMAN & FINESTHAL, P.C.
                                        Plaintiff

-against-

MILLINGTON ROSEMARY

                                        Defendant(s)

NOTICE OF ENTRY

_____
Signature Rule...

Gary Kavulich, Esq

Kavulich & Associates, P.C.
Attorney for Plaintiff
Office and Post Office Address, Telephone
181 Westchester Avenue, Suite 500C
Port Chester, NY 10573
914-355-2074

To

_____
Attorneys for

Service of a copy of ...e within is hereby admitted
Dated

_____
Attorneys for

---

_____
... OF ...NTRY

PLEASE take notice that the within is a
certified true copy of a
duly entered in the office of the clerk of
the within named court on

Dated

_____
Attorney for                   Office and Post Office Address

To

_____
Attorneys for

_____
NOTICE OF SETTLEMENT
PLEASE take notice that an order
of which the within is a true copy will be presented
for settlement to the Hon.
one of the judges of the within named court at

at

on

Dated

                        Yours, etc.

_____
Attorney for                   Office and Post Office Address

To

_____
Attorneys for

State of New York, County of Bronx
Civil Court of the City of New York Civil Part

Index Number: CV-042539-11/BX

Novick, Edelstein, Lubell, Reisman, Wasserman & Leventhal, P.C.

**SUBPOENA TO TESTIFY**

Plaintiff(s)

Requested by:
Millington Rosemary
532 Morris Park Avenue
Apt 2
Bronx, NY 10460

-against-
Millington Rosemary

Defendant(s)

## THE PEOPLE OF THE STATE OF NEW YORK

To: **MARBLE GARCIA**

We Command that you lay aside all business and excuses and appear and attend before the Honorable Judge presiding at the Civil Court of the City of New York County of Bronx located at **851 Grand Concourse, Bronx, NY 10451 June 4, 2013 in Part 11 - Self Represented Non-Jury 503** at 9:30 AM or such other time as this case may be adjourned [CPLR 2305(a)], to testify and give evidence in the action now pending in this Court, to be tried between the parties indicated above, on the part of **Millington Rosemary.**

Failure to comply with a subpoena may be punishable as contempt of court and/or make you liable for a penalty not exceeding **ONE HUNDRED FIFTY DOLLARS ($150.00)** and damages sustained by the person on whose behalf the subpoena was issued (CPLR 2308).

Date: April 30, 2013

CHIEF CLERK
Carol Alt
Chief Clerk

If required, So Ordered:

Judge of the Civil Court of the City of New York

Page 53

CIVIL COURT OF THE CITY OF NEW YORK
County of _BRONX_ Part _34_

Index No. _42539/11_

Novick Edelstein et al
Plaintiff(s),

-against-

Rosemary Mullington
Defendant(s).

**STIPULATION
OF SETTLEMENT**

Civil Court
of the
City of New York
FEB 26 2013
ENTERED
BRONX COUNTY

It is hereby stipulated and agreed by and between the parties that the above-referenced action is settled as follows:

① Defendant's motion is granted to the extent that the judgment and all execution measures are vacated.

② Defendant's proposed Answer, as attached to her motion, is hereby deemed served and filed.

The Clerk shall place this matter on the appropriate calendar * Defendant's address is 1693 Watson Ave, Pt. Bronx, NY 10472

Signature _Plaintiff's Attorney_    Date _2/26/13_

Signature _Rosemary Mullington_    Date _2/26/13_

Signature _____    Date _____

Signature _____    Date _____

CIV-GP-32 (Revised December, 2005)

On March 19

Page ___ of ___

**Appearances are Mandatory**

...urt of the City of New York
..ty of Bronx  Part 39

Index Number: **CV-042539-11/BX**

Novick, Edelstein, Lubell, Reisman, Wasserman & Leventhal, P.C.
       -against-
Millington Rosemary

34   4A

**ORDER TO SHOW CAUSE**
To restore case to the calendar, and vacate any judgment, liens and income executions on this defendant on this Index number,
allow proposed answer or dismissing the action

**UPON** the annexed affidavit of **Millington Rosemary**, sworn to on February 11, 2013, and upon all papers and proceedings herein:

Let the Claimant(s)/Plaintiff(s) or Claimant(s)/Plaintiff(s) attorney(s) show cause at:
  **Bronx Civil Court**
  **851 Grand Concourse**
  **Bronx, NY 10451**
  **Part 34C**    **Room 504**
  on FEBRUARY 26  2013  at 9:30 AM
or as soon thereafter as counsel may be heard, why an order should not be made:

**VACATING** the Judgment, and all income executions and restraining notices, if any, restoring the case to the calendar, deeming the proposed answer filed and/or dismissing the action if warranted, and/or granting such and further relief as may be just.

**PENDING** the hearing of this Order to Show Cause and the entry of an Order thereon, let all proceedings on the part of the Claimant(s)/Plaintiff(s), Claimant(s)/Plaintiff(s) attorney(s) and agent(s) and any Marshal or Sheriff of the City of New York for the enforcement of said Judgment be stayed.

**SERVICE** of a copy of this Order to Show Cause, and annexed Affidavit, upon the:

Claimant(s)/Plaintiff(s) or **named attorney(s):**
(Judge to Initial)

Sheriff or **Marshal:**
(Judge to Initial)

_____ by Personal Service by " In Hand Delivery"
  X   by Certified Mail, Return Receipt Requested
_____ by First Class Mail with official Post Office
    Certificate of Mailing

_____ by Personal Service by " In Hand Delivery"
  X   by Certified Mail, Return Receipt Requested
_____ by First Class Mail with official Post Office
    Certificate of Mailing

on or before FEBRUARY 15th 2013 , shall be deemed good and sufficient

**PROOF OF SUCH SERVICE** may be filed with the Clerk in the Part
indicated above on the return date of this Order to Show Cause.

Mail to Attorney:
**Kavulich & Associates PC**
(Counsel for Pltf),
at 181 Westchester Avenue,
Suite 500C,
Port Chester, NY 10573

Sheriff/Marshal:
NYC Marshal
**Biegel, Stephen, Marshal**
109 W 38 Street
Suite 200
New York, NY 10018-3615

February 11, 2013
    **DATE**

Hon. David B. Cohen, Civil Court Judge (NYC)

| City of New York, County of Bronx | Index # **CV-042539-11/BX** |
|---|---|

Edelstein, Lubell, Reisman, Wasserman & ...nthal, P.C.
            -against-
Millington Rosemary

Affidavit in support of an order to show cause to restore case to the calendar, vacate any judgment, liens and income executions on this defendant on this Index number,
allow proposed answer or dismissing the action

State of New York, County of New York:

**Millington Rosemary**, being duly sworn, deposes and says:
(Defendant's initials)

1. _____ a) I am the **Party** named as (Defendant)(Respondent) in the above titled action

2. _____ a) I have been served with a summons and complaint in this action. [NOTE: if Small Claims skip #3, and go to # 4]
   _____ b) I have not been served, and my first notice of legal action was [NOTE: if you complete any of #2b, skip #3, #4, #5, and go to #6]
   _____ a Notice of Default Judgment mailed to me
   _____ a Restraining Notice on my bank account.
   _____ a copy of an Income Execution served on *with marshal's notice dated 8/27/12*
   _____ Other: *pay has been garnished from last 2 pay periods*

3. _____ a) I did not appear and answer in the Clerk's Office because:[NOTE: if you complete # 3a, skip and go to #6].
   _____
   b) I did not appear and answer in the Clerk's Office
   _____ and I received a date for trial.
   _____ but the answer was entered late
   _____ Other: _____

4. On the Date of **Trial** before Judge/Arbitrator
   _____ a stipulation(a written agreement) was made between claimant/plaintiff and defendant.
   _____ a judgment was entered after the trial.
   _____ a judgment was entered against me by default for my failure to appear.
   _____ Other: _____

5. My reason for not
   _____ complying with the stipulation is _____
   _____ following the order of the Court is _____
   _____ appearing in court on the date scheduled for trial is _____
   _____ Other: _____

6. _____ I allege that I have a good defense because: _____

7. _____ a) I have not had a previous Order to Show Cause regarding this index number.
   _____ b) I have had a previous Order to Show Cause regarding this index number but I am making this application because: _____

8. _____ I request that the Judgment be vacated, that the case be restored to the calendar and that the answer be deemed timely filed.

Sworn to before me this day February 11, 2013

Signature of Court Employee and Title: _____ *court Asst*

(Sign Name) _____
Millington Rosemary
~~532 Morris Park Avenue~~
~~Apt 2~~
~~Bronx, NY 10460~~

*1693 Watson Ave*
*PH*
*Bx NY 10472*

Millington Rosemary

**CONSUMER CREDIT TRANSACTION**
✓ ACTION FOR MONEY ONLY

Defendant, **Millington Rosemary**, at 532 Morris Park Avenue, Apt 2, Bronx, NY 10460 answers the
Complaint as follows:

*Check all that apply)*

1  ____ General Denial: I deny the allegations in the complaint

   **SERVICE**

2  ____ I did not receive a copy of the summons and complaint

3  ____ I received the Summons and Complaint, but service was not correct as required by law.

   **DEFENSES**

4  ____ I do not owe this debt

5  ✓ I did not incur this debt. I am the victim of identity theft or mistaken identity.

6  ____ I have paid all or part of the alleged debt.

7  ____ I dispute the amount of the debt.

8  ✓ I do not have a business relationship with Plaintiff. ( Plaintiff lacks standing.)

9  ____ The NYC Department of Consumer Affairs shows no record of plaintiff having a license to collect a debt.

10 ____ Plaintiff does not allege a debt collection license number in the Complaint.

11 ____ Statute of Limitations ( the time has passed to sue on this debt: more than six years.)

12 ____ The debt has been discharged in bankruptcy.

13 ____ The collateral (property) was not sold at a commercially reasonable price.

14 ____ Unjust enrichment (the amount demanded is excessive compared with the original debt.)

15 ____ Violation of the duty of good faith and fair dealing.

16 ____ Unconscionability (the contract is unfair.)

17 ____ Laches (plaintiff has excessively delayed in bringing this lawsuit to my disadvantage.)

18 ____ Defendant is in the military.

19 ____ Other: I don't know the plaintiff and I don't reside at this address

**OTHER** I own my own home and am not a tenent.

20 ____ Please take notice that my only source of income is _____, which is exempt from collection.

**COUNTERCLAIM**

21 ____ Counterclaim(s):$ _____ Reason: _____

**VERIFICATION-**

State of New York, County of **Bronx** ss:

**Millington Rosemary,** being duly sworn, deposes and says: I am the Defendant in this proceeding. I have read the Answer in
Writing Consumer Credit Transaction and know the contents thereof to be true to my own knowledge except as to those matters
stated on information and belief, and as to those matters I believe them to be true

FEB 1 1 2013

Sworn to before me this _____ day of _____ 20__

OH court Asst

X Romillington
                                                        Defendant

BRONX COUNTY
CIVIL COURT
FEB 2 6 2013
RECEIVED

CV 042539 -11

Civil Court of the City of New York

CV-042539-11/BX

Novick, Edelstein, Lubell, Reisman,
Wasserman & Leventhal, P.C.

-against-

Millington Rosemary

**Comments**

4/30/2013 - Adj

4-30-13 - Motion off by stipulation
6/4/13 Trial

HON. JOSEPH CAPELLA

Adj 6 → 7/16/13 @ 9:30 a.m. Trial
T's counsel stipulates adj must by trial counsel
moreover due to issues. A would subpoena by
off the issues, the Defendant - last the T.
9/25/13 for Trial
10/2/13 Trial 9:3[...]

**Notes**

12/2/13 - Discontinued w/o Prejudice
by T's attorney

12-2-13

Hon. Joseph Capella, J.

**FELONY WARNING:**
A person who willfully and unlawfully removes, mutilates, destroys, conceals or obliterates a record of this office is subject
to punishment by imprisonment for five years. (Penal Law § 175.25)

CIV-GP-94.1 (Revised, Feb, 2004)

One of ____

Page 58