CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

--------------------------------------------------x

2246 Webster Avenue, HDFC,
                Plaintiff,

    -against-

Ernesto Nunez, Evelyn Martinez,

              Defendant(s)

--------------------------------------------------x

**33659**

INDEX NO.
FILE NO. 13816.0

SUMMONS
Place of Venue is Plaintiff's
place of business:

2246 Webster Avenue
Bronx, NY 10457

To the above named defendants(s):

    YOU ARE HEREBY SUMMONED to appear at the CIVIL COURT OF THE CITY OF NEW YORK, COUNTY OF BRONX at the office of the clerk of the said Court at 851 Grand Concourse, Bronx, NY 10451, in the COUNTY OF BRONX, State of New York, within the time provided by law as noted below and to file an answer to the below complaint with the clerk: upon your failure to answer, judgment will be taken against you for the sum of $7,486.98 with interest thereon from May 1, 2005 together with costs of this action.

DATED: March 29, 2011

By: Gary Kavulich, Esq.,
Kavulich & Associates, P.C.
Attorney for Plaintiff
181 Westchester Avenue
Suite 500C
Port Chester, NY 10573
(914) 355-2074

FEE PAID
MAY 0 5 2011
CIVIL COURT
BRONX COUNTY

Defendant's Address:
Ernesto Nunez
550 Audubon Avenue, Apt. 56
New York, NY 10040-3365

Evelyn Martinez,
707 N. 6th Street Apt. 2F
Allentown, PA 18102-1607

Note: The law provides that: (a) If the summons is served by its delivery to you personally within the City of New York, you must appear and answer within TWENTY days after such service; or (b) If the summons is served by any means other than personal delivery to you within the City of New York, you must appear and answer within THIRTY days after proof of service thereof is filed with the Clerk of this Court.

COMPLAINT

**FIRST ACTION**: Plaintiff seeks to recover damages from defendant(s) for breach of a lease agreement in the sum of $6,251.98 representing rental arrears for the months of May, 2005 balance of $417,48; June, 2005 through and including March, 2006 at the agreed monthly sum of $583.45 for the premises known as 2246 Webster Avenue, Apt.3 Bronx, NY 10457 together with costs and disbursements of this action and for such other and further relief as the court may deem just.

SECOND ACTION: Plaintiff seeks to recover damages from the defendant in the sum of $735.00 representing damages together with costs and disbursements of this action and for such other and further relief as the Court may deem just.

**THIRD ACTION**: Plaintiff seeks to recover damages from the defendant in the sum of $500.00 representing reasonable attorneys fees together with costs and disbursements of this action and for such other further relief as the Court may deem just.

**WHEREFORE**, Plaintiff demands judgment (A) on the First Action, in the sum of $6,251.98 plus interest from May 1, 2005 together with costs and disbursements of this action and for such other and further relief as the Court may deem just, (B) on the Second Action, in the sum of $735.00 plus interest from May 1, 2005 together with costs and disbursements of this action and for such other and further relief as the Court may deem just, (C) on the Third Action, in the sum of $500.00 together with costs and disbursements of this action and for such other and further relief as the Court may deem just.

The Plaintiff in this action is NOT required to be licensed by the New York City Department of Consumer Affairs.

## AFFIDAVIT OF SERVICE

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

Index No. 33659/11
Filed: _____

Attorneys: Kavulich & Associates, P.C.
Address: 30 Church Street, Suite 26, New Rochelle, NY 10801    File No. 13816

2246 WEBSTER AVENUE HDFC,
vs.
ERNESTO NUNEZ,
EVELYN MARTINEZ,

State of New York County of Nassau SS:

Aston G. Evans II, being duly sworn deposes and says:
Deponent is not a party herein, is over 18 years of age. On May 14, 2011 at 8:00p.m.
At: 550 Audubon Avenue, Apt. 56, New York, NY 10040-3365served the within Summons and
Complaint on: ERNESTO NUNEZ, Defendant therin named.

| | |
|---|---|
| Individual<br>[] | By delivering a true copy of each to said recipient: deponent knew the person served to be the person described as said person therein. |
| Corporation<br>[ ] | By delivering to and leaving with _____ and that deponent knew the person so served and authorized to accept service on behalf of the Corporation |
| Suitable Age<br>Person<br>[X] | By delivering a true copy of each to a person of suitable age and discretion Said premises is recipients [ ] actual place of business [X] dwelling house within the state. |
| Affixing<br>to Door<br>[] | By affixing a true copy of each to the door of said premises, which is recipients [ ] actual place of business   [] dwelling house (place of abode) within the state |
| Mail Copy<br>[ X ] | On May 16, 2011 deponent completed service under the last two sections by depositing a copy of the Summons and Complaint to the above address in a 1st Class properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. |

Deponent was unable, with due diligence to find the recipient or a person of suitable age
and discretion having called thereat:

On the   day of   at
On the   day of   at
On the   day of   at

Description   A description of the Defendant, or other person served on behalf of the Defendant
[] Sex: F Color of skin: BRN Color of Hair: BLK Age: 45-50 Height: 5'5" Weight: 150LBS

Military Svce  Deponent asked person spoken to whether the recipient was presently in military
[ X ]         service of the United States Government or of the State of New York and was
             informed that the recipient is not. Recipient wore civilian clothes and no military uniform

Other
[X] "Jane Doe" stated that the Defendant is not in the military.

Sworn to before me on this ___ day of 5-11

_____
Notary Public
County of Bronx
Cheryl Mark
Lic. No. 01MA6044818
Commission Expires June 5, 20__

_____
Aston G. Evans II
LIC# 1220069

## AFFIDAVIT OF SERVICE

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

Index No. 33659/11
Filed: _____

Attorneys: Kavulich & Associates, P.C.
Address: 30 Church Street, Suite 26, New Rochelle, NY 10801      File No. 13816

2246 WEBSTER AVENUE HDFC,
vs.
ERNESTO NUNEZ,
EVELYN MARTINEZ,

State of New York County of Nassau SS:

Aston G. Evans II, being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age. On May 13, 2011 at 7:23p.m.

At: 707 N. 6th Street, Apt. 2F, Allentown, PA 18102-3365 served the within Summons and Complaint on: EVELYN MARTINEZ,  Defendant therin named.

| | |
|---|---|
| Individual<br>[] | By delivering a true copy of each to said recipient: deponent knew the person served to be the person described as said person therein. |
| Corporation<br>[ ] | By delivering to and leaving with _____ and that deponent knew the person so served and authorized to accept service on behalf of the Corporation |
| Suitable Age Person<br>[X] | By delivering a true copy of each to a person of suitable age and discretion Said premises is recipients [ ] actual place of business [X] dwelling house within the state. |
| Affixing to Door<br>[] | By affixing a true copy of each to the door of said premises, which is recipients [ ] actual place of business   [] dwelling house (place of abode) within the state |
| Mail Copy<br>[ X ] | On May 14, 2011 deponent completed service under the last two sections by depositing a copy of the Summons and Complaint to the above address in a 1st Class properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. |

Deponent was unable, with due diligence to find the recipient or a person of suitable age and discretion having called thereat:

On the   day of   at
On the   day of   at
On the   day of   at

Description   A description of the Defendant, or other person served on behalf of the Defendant
[] Sex: F  Color of skin: BRN Color of Hair: BLK Age: 35-40 Height: 5'3" Weight: 163LBS

Military Svce   Deponent asked person spoken to whether the recipient was presently in military
[ X ]     service of the United States Government or of the State of New York and was
informed that the recipient is not. Recipient wore civilian clothes and no military uniform

Other
[X] "Jane Doe" stated that the Defendant is not in the military.

Sworn to before me on this __ day of 5-11

_____
Aston G. Evans II
LIC# 1220069

_____
State Notary Public
County of Bronx
Cheryl Marsh
Lic. No. 01MA6922816
Commission Expires June 3, 20 14

## AFFIDAVIT OF SERVICE

CIVIL COURT OF THE CITY OF NEW YORK          Index No. 33659/11
COUNTY OF BRONX                              Filed: _____

Attorneys: Kavulich & Associates, P.C.
Address: 30 Church Street, Suite 26, New Rochelle, NY 10801      File No. ~~13816~~  14255

2246 WEBSTER AVENUE HDFC,
vs.
ERNESTO NUNEZ,
EVELYN MARTINEZ,

State of New York County of Nassau SS:
Aston G. Evans II, being duly sworn deposes and says:
Deponent is not a party herein, is over 18 years of age. On May 14, 2011 at 8:00p.m.
At: 550 Audubon Avenue, Apt. 56, New York, NY 10040-3365served the within Summons and
Complaint on: ERNESTO NUNEZ, Defendant therin named.

| | |
|---|---|
| Individual [] | By delivering a true copy of each to said recipient: deponent knew the person served to be the person described as said person therein. |
| Corporation [ ] | By delivering to and leaving with _____ and that deponent knew the person so served and authorized to accept service on behalf of the Corporation |
| Suitable Age Person [X] | By delivering a true copy of each to a person of suitable age and discretion Said premises is recipients [ ] actual place of business [X] dwelling house within the state. |
| Affixing to Door [] | By affixing a true copy of each to the door of said premises, which is recipients [ ] actual place of business  [] dwelling house (place of abode) within the state |
| Mail Copy [ X ] | On May 16, 2011 deponent completed service under the last two sections by depositing a copy of the Summons and Complaint to the above address in a 1st Class properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. Deponent was unable, with due diligence to find the recipient or a person of suitable age and discretion having called thereat: |

On the   day of   at
On the   day of   at
On the   day of   at

Description   A description of the Defendant, or other person served on behalf of the Defendant
[] Sex: F  Color of skin: BRN Color of Hair: BLK Age: 45-50 Height: 5'5" Weight: 150LBS

Military Svce  Deponent asked person spoken to whether the recipient was presently in military
[ X ]          service of the United States Government or of the State of New York and was
               informed that the recipient was not. Recipient wore civilian clothes and no military uniform
Other
       [X] "Jane Doe" stated that the Defendant is not in the military.

Sworn to before me on this 14 day of 5-11

_____
Notary Public
County of Bronx
Cheryl Marsh
Lic. No. 01MA6042016
Commission Expires June 5, 20 14

_____
Aston G. Evans II
LIC# 1220069

Page 5

## AFFIDAVIT OF SERVICE

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

Index No. 33659/11
Filed: _____

Attorneys: Kavulich & Associates, P.C.
Address: 30 Church Street, Suite 26, New Rochelle, NY 10801    File No. ~~13816~~  142 &5

2246 WEBSTER AVENUE HDFC,
vs.
ERNESTO NUNEZ,
EVELYN MARTINEZ,

State of New York County of Nassau SS:

Aston G. Evans II, being duly sworn deposes and says:
Deponent is not a party herein, is over 18 years of age. On May 13, 2011 at 7:23p.m.
At: 707 N. 6th Street, Apt. 2F, Allentown, PA 18102-3365 served the within Summons and Complaint
on: EVELYN MARTINEZ, Defendant therin named.

| | |
|---|---|
| Individual<br>[] | By delivering a true copy of each to said recipient: deponent knew the person served to be the person described as said person therein. |
| Corporation<br>[ ] | By delivering to and leaving with _____ and that deponent knew the person so served and authorized to accept service on behalf of the Corporation |
| Suitable Age<br>Person<br>[X] | By delivering a true copy of each to a person of suitable age and discretion Said premises is recipients [ ] actual place of business [X] dwelling house within the state. |
| Affixing<br>to Door<br>[] | By affixing a true copy of each to the door of said premises, which is recipients [ ] actual place of business    [] dwelling house (place of abode) within the state |
| Mail Copy<br>[X] | On May 14, 2011 deponent completed service under the last two sections by depositing a copy of the Summons and Complaint to the above address in a 1st Class properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. |

Deponent was unable, with due diligence to find the recipient or a person of suitable age and discretion having called thereat:

On the   day of   at
On the   day of   at
On the   day of   at

Description  A description of the Defendant, or other person served on behalf of the Defendant
[] Sex: F Color of skin: BRN Color of Hair: BLK Age: 35-40 Height: 5'3" Weight: 163LBS

Military Svce  Deponent asked person spoken to whether the recipient was presently in military
[X]      service of the United States Government or of the State of New York and was
         informed that the recipient is not. Recipient wore civilian clothes and no military uniform

Other
[X] "Jane Doe" stated that the Defendant is not in the military.

Sworn to before me on this 14 day of 5-11

_____
Aston G. Evans II
LIC# 1220069

_____
New York State Notary Public
County of Bronx
Cheryl Mund
Lic. No. 01MU6042016
Commission Expires June 5, 20 14

CIVIL COURT OF THE CITY OF NEW YORK    NO CALENDAR NUMBER ASSIGNED
COUNTY OF BRONX: PART 34          INDEX NO. 33659/11
-----------------------------------------------------------X   FILE NO. 14285

2246 WEBSTER AVENUE, HDFC,

           Plaintiff,          <u>NOTICE OF MOTION</u>
                                              <u>TO AMEND THE</u>
     - against -                 <u>SUMMONS AND</u>
                                              <u>COMPLAINT</u>
ERNESTO NUNEZ, EVELYN MARTINEZ,

          Defendant.
-----------------------------------------------------------X

MOTION BY:                  Kavulich & Associates, P.C.
                              Attorneys for Plaintiff

DATE, TIME AND PLACE
OF HEARING:               October 18, 2011
                             9:30 A.M.
                             Motion Term: Part 34, Room 503
                             Civil Court of the City of New York
                             County of Bronx
                             851 Grand Concourse
                             Bronx, NY 10451

SUPPORTING PAPERS:        Affirmation of Gary M. Kavulich, Esq.,
                             dated October 5, 2011, and upon all the
                             papers and proceedings heretofore and
                             herein.

RELIEF REQUESTED:                An Order amending the summons and
                                 complaint nuc pro tunc to reflect a prior
                                 judgment against the Defendant.

Dated:        Port Chester, New York
              October 5, 2011

                                           Yours Etc.,

                                           Kavulich & Associates, P.C.
                                           By: Gary M. Kavulich, Esq.,
                                           181 Westchester Ave., Suite 500-C
                                           Port Chester, NY 10573
                                           (914) 355-2074

To:           Ernesto Nunez
              550 Audubon Avenue, Apt. 56
              New York, NY 10040

              Evelyn Martinez
              707 N. 6th Street, Apt. 2F
              Allentown, PA 18102

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX: PART 34

INDEX NO. 33659/11
FILE NO. 14285

----------------------------------------------------------X

2246 WEBSTER AVENUE, HDFC,

Plaintiff,

AFFIRMATION

- against -

ERNESTO NUNEZ, EVELYN MARTINEZ,

Defendant.

----------------------------------------------------------X

Gary M. Kavulich, Esq., an attorney duly admitted to practice law before the Courts of the State of New York hereby affirms the following under the penalty of perjury.

1.  I am a member of the law firm of Kavulich & Associates, P.C., attorneys for the Plaintiff, herein. As such, I am fully familiar with the facts and circumstances of the within proceeding, except as to those matters stated to be based upon information and belief, and as to those matters I believe them to be true. The basis of my belief is information furnished to me by my client, information contained within the Court's file, and information contained within the file as maintained by your affirmant's office.

2.  I make this affirmation in support of the Plaintiff's instant motion to amend the summons and complaint nunc pro tunc, and for such other and further relief as this Court deems just and proper. Annexed hereto as Exhibit "1" is the proposed Amended Summons and Complaint.

3.  The Plaintiff commenced the instant proceeding due to the Defendant's breach of a lease for the letting of real property known as and located at 2246 Webster Avenue, Apt. 3, Bronx, NY.

4.  On May 13, 2011, the Plaintiff served the Defendant with a copy of the Summons and Complaint. Annexed hereto as Exhibit "2" is a copy of the original Summons and Complaint. Annexed hereto as Exhibit "3" is a copy of the affidavit of service.

5.  To date, the Defendant has failed to interpose an answer to the Plaintiff's summons and complaint.

6.  As such, the Plaintiff has moved for a default judgment on submission. Annexed hereto as Exhibit "4" is the Plaintiff's submission.

7.   Thereafter, the Clerk rejected said judgment stating, "move to amend pleadings to reflect facts constituting claim." Annexed hereto as Exhibit "5" is a copy of the Clerk's Judgment Rejection Notification.

8.   CPLR 3025(b) states that, "[a] party may amend his pleading, or supplement it by setting forth additional or subsequent transactions or occurrences, at any time by leave of court or by stipulation of all parties. Leave shall be freely given upon such terms as may be just...."

9.   Upon review and further investigation, it has come to your affirmant's attention that the Plaintiff obtained a prior judgment for a portion of the relief sought in the instant proceeding in a prior proceeding in Housing Court under the index number 46395/05. Annexed hereto as Exhibit "6" is a copy the Decision and Judgment of Possession.

10.  As such, the Plaintiff now seeks to amend its summons and complaint to reflect the sum which is represented by said judgment.

11.  The relief sought herein – leave to amend the Plaintiff's summons and complaint - will have no prejudicial effect on the Defendant as it only serves to reduce the Defendant's monetary liability as alleged by the Plaintiff in its pleadings.

12.  Conversely, the Plaintiff will be highly prejudiced if the relief sought herein is denied as the Plaintiff will be unable to obtain a judgment in this proceeding.

13.  Therefore, the Plaintiff requests this Court for leave to amend its Summons and Complaint nuc pro tunc to reflect the Plaintiff's prior judgment.

WHEREFORE, your affirmant respectfully requests that the instant motion be granted in all respects and for such other and further relief as to this Court may seem just and proper.

Dated:      Port Chester, New York
            October 5, 2011

                                        Gary M. Kavulich, Esq.,

# EXHIBIT 1

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX
-----------------------------------------------------------X

2246 WEBSTER AVENUE HDFC,

Plaintiff,

-against-

ERNESTO NUNEZ, EVELYN MARTINEZ,

Defendants.

-----------------------------------------------------------X

Index No.
File No. 14285

AMENDED SUMMONS

Place of Venue is designated
as Plaintiffs' Place of
Business:
2246 Webster Avenue
Bronx, NY 10457

To the above named Defendant(s):

YOU ARE HEREBY SUMMONED to appear in the CIVIL COURT OF THE CITY OF
NEW YORK, COUNTY OF BRONX at the office of the Clerk of the said Court at 851
Grand Concourse, Bronx, NY 10451 to answer the complaint in this action and to serve a
copy of your answer, or, if the complaint is not served with the summons, to serve a
notice of appearance on the Plaintiff's attorney within (20) days after the service of this
summons, exclusive of the day of service or within 30 days after the service in complete
if this summons is not personally delivered to you within the State of New York; and in
case of your failure to appear or answer, judgment will be taken against you for the sum
of $3,302.11 with interest thereon from May 1, 2005 together with costs and
disbursements of this action.

Dated: October 5, 2011

By: Gary M. Kavulich, Esq.
Attorney for Plaintiff
Kavulich & Associates, P.C.
181 Westchester Avenue, Suite 500C
Port Chester, NY 10573
(914) 355-2074

Defendants' Address:
Ernesto Nunez
550 Audubon Avenue, Apt. 56
New York, NY 10040

Evelyn Martinez
707 N. 6th Street, Apt. 2F
Allentown, PA 18102

Note: The law provides that: (a) If the summons is served by its delivery to you personally
within the City of New York, you must appear and answer within TWENTY days after such
service; or (b) If the summons is served by any means other than personal delivery to you
within the City of New York, you must appear and answer within THIRTY days after proof of
service thereof is filed with the Clerk of this Court.

# AMENDED COMPLAINT

**FIRST ACTION:** Plaintiff seeks to recover damages from Defendanst for breach of a lease agreement in the sum of $2,802.11 representing rental arrears for the months of October, 2005 through and including March, 2006 at the agreed monthly sum of $583.45 for the premises known as 2246 Webster Avenue, Apt. 3, Bronx, NY 10457 together with costs and disbursements of this action and for such other and further relief as the court may deem just.

**SECOND ACTION:** Plaintiff seeks to recover damages form Defendants for breach of the lease agreement in the sum of $500.00 representing reasonable attorneys fees together with costs and disbursements of this action and for such other and further relief as the court may deem just.

**WHEREFORE:** Plaintiff demands judgment (A) on the First Action in the sum of $2,802.11 plus interest from May 1, 2005 together with costs and disbursements of this action and for such other and further relief as the Court may deem just; (B) on the Second Action in the sum of $500.00, together with costs and disbursements of this action and for such other and further relief as the Court may deem just.

EXHIBIT 2

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

--------------------------------------------------X

2246 Webster Avenue, HDFC,

                Plaintiff,

     -against-

Ernesto Nunez, Evelyn Martinez,

                  Defendant(s)

--------------------------------------------------X

INDEX NO.
FILE NO. ~~13816-4~~  14285

SUMMONS
Place of Venue is Plaintiff's
place of business:

2246 Webster Avenue
Bronx, NY 10457

To the above named defendants(s):

    YOU ARE HEREBY SUMMONED to appear at the CIVIL COURT OF THE CITY OF NEW YORK, COUNTY OF BRONX at the office of the clerk of the said Court at 851 Grand Concourse, Bronx, NY 10451, in the COUNTY OF BRONX, State of New York, within the time provided by law as noted below and to file an answer to the below complaint with the clerk; upon your failure to answer, judgment will be taken against you for the sum of $7,480.98 with interest thereon from May 1, 2005 together with costs of this action.

DATED: March 29, 2011

                        By: Gary Kavulich, Esq.,
                        Kavulich & Associates, P.C.
                        Attorney for Plaintiff
                        181 Westchester Avenue
                        Suite 500C
                        Port Chester, NY 10573
                        (914) 355-2074

Defendant's Address:
Ernesto Nunez
550 Audubon Avenue, Apt. 56
New York, NY 10040-3365

Evelyn Martinez,
707 N. 6th Street Apt. 2F
Allentown, PA 18102-1607

Note: The law provides that: (a) If the summons is served by its delivery to you personally within the City of New York, you must appear and answer within TWENTY days after such service; or (b) If the summons is served by any means other than personal delivery to you within the City of New York, you must appear and answer within THIRTY days after proof of service thereof is filed with the Clerk of this Court.

## COMPLAINT

**FIRST ACTION:** Plaintiff seeks to recover damages from defendant(s) for breach of a lease agreement in the sum of $6,251.98 representing rental arrears for the months of May, 2005 balance of $417.48; June, 2005 through and including March, 2006 at the agreed monthly sum of $583.45 for the premises known as 2246 Webster Avenue, Apt.3 Bronx, NY 10457 together with costs and disbursements of this action and for such other and further relief as the court may deem just.

**SECOND ACTION:** Plaintiff seeks to recover damages from the defendant in the sum of $735.00 representing damages together with costs and disbursements of this action and for such other and further relief as the Court may deem just.

**THIRD ACTION:** Plaintiff seeks to recover damages from the defendant in the sum of $500.00 representing reasonable attorneys fees together with costs and disbursements of this action and for such other further relief as the Court may deem just.

**WHEREFORE,** Plaintiff demands judgment (A) on the First Action, in the sum of $6,251.98 plus interest from May 1, 2005 together with costs and disbursements of this action and for such other and further relief as the Court may deem just, (B) on the Second Action, in the sum of $735.00 plus interest from May 1, 2005 together with costs and disbursements of this action and for such other and further relief as the Court may deem just, (C) on the Third Action, in the sum of $500.00 together with costs and disbursements of this action and for such other and further relief as the Court may deem just.

The Plaintiff in this action is NOT required to be licensed by the New York City Department of Consumer Affairs.

EXHIBIT 3

**AFFIDAVIT OF SERVICE**

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

Index No. 33659/11
Filed: _____

Attorneys: Kavulich & Associates, P.C.
Address: 30 Church Street, Suite 26, New Rochelle, NY 10801

File No. ~~13816~~  14285

2246 WEBSTER AVENUE HDFC,

vs.

ERNESTO NUNEZ,
EVELYN MARTINEZ,

State of New York County of Nassau SS:

Aston G. Evans II, being duly sworn deposes and says:
Deponent is not a party herein, is over 18 years of age. On May 13, 2011 at 7:23p.m.
At: 707 N. 6th Street, Apt. 2F, Allentown, PA 18102-3365 served the within Summons and Complaint
on: EVELYN MARTINEZ, Defendant therin named.

| | |
|---|---|
| Individual [] | By delivering a true copy of each to said recipient: deponent knew the person served to be the person described as said person therein. |
| Corporation [ ] | By delivering to and leaving with _____ and that deponent knew the person so served and authorized to accept service on behalf of the Corporation |
| Suitable Age Person [X] | By delivering a true copy of each to a person of suitable age and discretion Said premises is recipients [ ] actual place of business [X] dwelling house within the state. |
| Affixing to Door [] | By affixing a true copy of each to the door of said premises, which is recipients [ ] actual place of business [] dwelling house (place of abode) within the state |
| Mail Copy [X] | On May 14, 2011 deponent completed service under the last two sections by depositing a copy of the Summons and Complaint to the above address in a 1st Class properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. Deponent was unable, with due diligence to find the recipient or a person of suitable age and discretion having called thereat: |

On the   day of   at
On the   day of   at
On the   day of   at

Description  A description of the Defendant, or other person served on behalf of the Defendant
[] Sex: F Color of skin: BRN Color of Hair: BLK Age: 35-40 Height: 5'3" Weight: 163LBS

Military Svce  Deponent asked person spoken to whether the recipient was presently in military
[X]   service of the United States Government or of the State of New York and was
informed that the recipient is not. Recipient wore civilian clothes and no military uniform
Other
[X] "Jane Doe" stated that the Defendant is not in the military.

Sworn to before me on this   day of   5-11

_____
County of Bronx
Clerk of Work
Lic. No. 01PU4042016
Commission Expires June 5, 2014

Aston G. Evans II
LIC# 1220069

## AFFIDAVIT OF SERVICE

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

Index No. 33659/11
Filed: _____

Attorneys: Kavulich & Associates, P.C.
Address: 30 Church Street, Suite 26, New Rochelle, NY 10801

File No. ~~13816~~  14285

2246 WEBSTER AVENUE HDFC,

vs.

ERNESTO NUNEZ,
EVELYN MARTINEZ,

State of New York County of Nassau SS:
Aston G. Evans II, being duly sworn deposes and says:
Deponent is not a party herein, is over 18 years of age. On May 14, 2011 at 8:00p.m.
At: 550 Audubon Avenue, Apt. 36, New York, NY 10040-3365erved the within Summons and
Complaint on: ERNESTO NUNEZ, Defendant therin named.

| | |
|---|---|
| Individual<br>{} | By delivering a true copy of each to said recipient: deponent knew the person<br>served to be the person described as said person therein. |
| Corporation<br>[ ] | By delivering to and leaving with _____ and that deponent knew the<br>person so served and authorized to accept service on behalf of the Corporation |
| Suitable Age<br>Person<br>[X] | By delivering a true copy of each to a person of suitable age and discretion<br>Said premises is recipients [ ] actual place of business [X] dwelling house within the<br>state. |
| Affixing<br>to Door<br>[] | By affixing a true copy of each to the door of said premises, which is recipients<br>[ ] actual place of business    [] dwelling house (place of abode) within the state |
| Mail Copy<br>[X] | On May 16, 2011 deponent completed service under the last two sections by<br>depositing a copy of the Summons and Complaint to the above address in a 1st<br>Class properly addressed envelope marked "Personal and Confidential" in an official<br>depository under the exclusive care and custody of the United States Post Office in the State<br>of New York. |

Deponent was unable, with due diligence to find the recipient or a person of suitable age
and discretion having called thereat:

On the    day of    at
On the    day of    at
On the    day of    at

Description  A description of the Defendant, or other person served on behalf of the Defendant
[] Sex: F  Color of skin: BRN Color of Hair: BLK Age: 45-50 Height: 5'5" Weight: 150LBS

Military Sves  Deponent asked person spoken to whether the recipient was presently in military
[X]    service of the United States Government or of the State of New York and was
informed that the recipient is not. Recipient wore civilian clothes and no military uniform
Other
[X] "Jane Doe" stated that the Defendant is not in the military.

Sworn to before me on this ___ day of 5-11

_____
Notary Public
County of Bronx
Cheryl Mack
Lic. No. 01MA6033816
Commission Expires June 3, 20 14

_____
Aston G. Evans II
LIC# 1220069

# EXHIBIT 4

~~OF NEW YORK~~
COUNTY OF BRONX

2246 Webster Avenue, HDFC,

PLAINTIFF(S)

-AGAINST-

Ernesto Nunez , Evelyn Martinez

DEFENDANT(S)

INDEX NO. 33659/11

FILE NO. 14285.0
JUDGMENT

2246 Webster Avenue
Bronx, NY 10457

| | |
|---|---|
| AMOUNT CLAIMED LESS PMTS ON ACCT. | $2,802.11 |
| INTEREST FROM 11/1/2005 | $1419.68 |
| | $42 31.19 |
| COSTS BY STATUTE | $20.00 |
| SERVICE OF SUMMONS AND COMPLAINT | $25.00 |
| FILING OF SUMMONS AND COMPLAINT | $45.00 |
| PROSPECTIVE MARSHALL'S FEE | $40.00 |
| NOTICE OF INQUEST | $0.00 |
| TRANSCRIPT & DOCKETING | $0.00 |
| | $130.00 |
| | TOTAL $ 43 61.19 |

STATE OF NEW YORK, COUNTY OF WESTCHESTER:
    THE UNDERSIGNED, ATTORNEY AT LAW OF THE STATE OF NEW YORK, ON OF THE
ATTORNEY(S) OF RECORD FOR THE PLAINTIFF(S) IN THE ABOVE ENTITLED ACTION,
STATES THAT THE DISBURSEMENTS ABOVE SPECIFIED HAVE BEEN OR WILL NECESSARILY BE MADE OR INCURRED
THEREIN AND ARE REASONABLE IN AMOUNT: UPON FAILURE TO ANSWER THE TIME OF THE DEFENDANT TO APPEAR
AND ANSWER HEREIN HAS EXPIRED AND THE SAID DEFENDANT HAS NOT APPEARED AND ANSWERED HEREIN.
THE STATUTE OF LIMITATIONS HAS NOT EXPIRED. THE UNDERSIGNED AFFIRMS THIS STATEMENT TO BE TRUE UNDER
THE PENALTIES OF PERJURY.
DATED: WESTCHESTER, NY
    7/5/2011                                        KAVULICH &ASSOCIATES, P.C.
                                                    BY: GARY KAVULICH, ESQ.
                                                    181 WESTCHESTER AVENUE, SUITE 500C
JUDGMENT ENTERED ON                                 PORT CHESTER, NY 10573
SERVICE OF SUMMONS AND COMPLAINT IN THIS ACTION ON THE DEFENDANT(S)
HEREIN HAVING BEEN COMPLETED ON 7/4/2011 WITHIN THE CITY OF NEW YORK ON THAT DAY AND MORE THAN 20
DAYS
    HAVING ELAPSED.
    BY FILING ON SAID DAY OF PROOF OF THE SERVICE THEREOF BY SUBSTITUED SERVICE ON DEFENDANT(S)
AND MORE THAN 30 DAYS HAVING ELAPSED SINCE THE DAY OF COMPLETION OF SERVICE AND THE TIME OF SAID
DEFENDANT(S) TO APPEAR AND ANSWER HAVING EXPIRED, AND
    NOW ON MOTION OF KAVULICH & ASSOCIATES, P.C. ATTORNEY(S) FOR THE PLAINTIFF(S) IT IS. ADJUDGED THAT
2246 Webster Avenue, HDFC
RESIDING AT: 2246 Webster Avenue Bronx, NY 10457
RECOVER OF  Ernesto Nunez, Evelyn Martinez
RESIDING AT: 550 Audubon Avenue Apt. 56 New York, NY 10040-3365 - Ernesto Nunez
        707 N. 6th Street Apt. 2F Allentown, PA 18102-1607 - Evelyn Martinez
THE SUM OF  $2,802.11 WITH INTEREST OF  $ 1419.08 MAKING A TOTAL OF $42 31.19 TOGETHER WITH  $130.00 COSTS AND
DISBURSEMENTS, AMOUNTING IN ALL TO THE SUM OF  $ 4361.19  AND THAT PLAINTIFF HAVE EXECUTION THEREFORE.
SECOND AND THIRD CAUSES OF ACTION ARE HEREBY WAIVED.

                                        CLERK

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX
--------------------------------------------------------

2246 Webster Avenue, HDFC,
                    PLAINTIFF(S)

                    AGAINST

Ernesto Nunez, Evelyn Martinez
                    DEFENDANT(S)
--------------------------------------------------------

AFFIDAVIT OF FACTS
CONSTITUTING THE CLAIM
THE DEFAULT AND THE
AMOUNT DUE

STATE OF NEW YORK COUNTY OF WESTCHESTER
SS: GARY KAVULICH, ESQ. HEREBY DEPOSES AND SAYS UNDER THE PENALTIES OF PERJURY, THAT DEPONENT IS THE
ATTORNEY FOR THE PLAINTIFF(S) IN THE WITHIN ACTION; THIS ACTION WAS COMMENCED BY SUBSTITUED SERVICE
OF THE SUMMONS AND COMPLAINT UPON DEFENDANT(S) AND IS AN ACTION FOR RENT DUE AND OWING FOR (AFTER
APPLICATION OF PAYMENT AND SECURITY DEPOSIT)
November, 2005 balance of $468.31
December, 2005  $583.45
January, 2006  $583.45
February, 2006  $583.45
March, 2006  $583.45
AT THE AGREED MONTHLY RENTAL OF $583.45
ALL OTHER CAUSES OF ACTION ARE HEREBY WAIVED AND DISPOSED.  AFTER A COMPLETE AND THOROUGH
INVESTIGATION THE DEFENDANT IS FOUND NOT TO BE IN THE MILITARY
        RENT WAS NOT PAID BY ANY OTHER SOURCE.  I MAKE THIS AFFIRMATION UPON INFORMATION AND BELIEF, A
BELIEF PREDICATED UPON CONVERSATIONS WITH MY CLIENT, MY INVOLVEMENT IN THE PROCEEDING AND READING
THE FILE IN THIS CASE.
SECOND AND THIRD CAUSES OF ACTION ARE HEREBY WAIVED.  THE CAUSE OF ACTION IN THE WITHIN MATTER
ACCRUED IN THE STATE OF NEW YORK WHERE THE STATUTE OF LIMITATIONS ON A CONTRACT, UPON WHICH THE
ACTION IS BASED, IS SIX(6) YEARS.  THE STATUTE OF LIMITATIONS HAS NOT EXPIRED.
        WHEREFORE DEPONENT DEMANDS JUDGMENT AGAINST DEFENDANT(S) FOR $2,802.11 WITH INTEREST FROM
11/1/2005 TOGETHER WITH COSTS AND DISBURSEMENTS OF THE ACTION.

                    ----------------------------------------
                    KAVULICH & ASSOCIATES, P.C.
                    BY:  GARY KAVULICH, ESQ.
                    181 WESTCHESTER AVENUE, SUITE 500C
                    PORT CHESTER, NY 10573

TO THE DEFENDANT(S):  PLEASE TAKE NOTICE THAT THE WITHIN IS A TRUE COPY OF A JUDGMENT MADE AND
ENTERED IN THE WITHIN ENTITLED ACTION AND DULY FILED IN THE OFFICE OF THE CLERK OF THE COUNT ON

DATED:  WESTCHESTER, NY                         YOURS, ETC.,
        7/5/2011                                ATTORNEYS FOR PLAINTIFF

STATE OF NEW YORK, COUNTY OF                    SS:
BEING DULY SWORN, DEPOSES AND SAYS;  THAT DEPONENT IS NOT A PARTY TO THE ACTION, IS OVER 18 YEARS OF AGE
AND RESIDES IN

THAT ON        DEPONENT SERVED A TRUE COPY OF THE WITHIN JUDGMENT AND NOTICE OF ENTRY THEREOF
(EACH OF) THE FOLLOWING NAMED DEFENDANT(S) AT THE ADDRESS(ES) INDICATED (FOR EACH):

BY DEPOSITING SAME ENCLOSED IN POSTPAID PROPERLY ADDRESSED WRAPPER(S), IN ~A POST OFFICE- OFFICIAL
DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POSTAL SERVICE WITHIN NEW
YORK STATE.

SWORN TO BEFORE ME ON

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

INDEX NO. 33659/11

2246 Webster Avenue, HDFC,

PLAINTIFF(S)

-AGAINST-

AFFIRMATION OF
MAILING OF ADDITIONAL
NOTICE OF SUIT

Ernesto Nunez, Evelyn Martinez

DEFENDANT(S)

GARY KAVULICH, ESQ..HEREBY AFFIRMS THE FOLLOWING UNDER THE PENALTY OF PERJURY.

1. I AM THE ATTORNEY FOR THE PLAINTIFF(S) HEREIN.

2. THE ABOVE ENTITLED ACTION IS AGAINST A NATURAL PERSON AND IS BASED
UPON NON PAYMENT OF A CONTRACTUAL OBLIGATION.

3. ON 6/1/2011,I MAILED A COPY OF THE SUMMONS AND COMPLAINT IN THE ABOVE ENTITLED ACTION BY DEPOSITING
THE ENVELOPE(S) IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE U.S. POSTAL
SERVICE WITHIN NEW YORK STATE.  SAID MAILING WAS BY FIRST CLASS MAIL IN A POSTPAID ENVELOPE(S), PROPERLY
ADDRESSED TO THE DEFENDANT(S), THE ENVELOPE(S) BORE THE LEGEND
"PERSONAL & CONFIDENTIAL" AND THERE WAS NO INDICATION ON THE OUTSIDE OF THE ENVELOPE(S) THAT THE
COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNED AN ALLEGED DEBT.  AT DEFENDANT(S):

——LAST KNOWN ADDRESS AT: Ernesto Nunez,       550 Audubon Avenue Apt. 56  New York, NY  10040-3365
                    Evelyn Martinez; 707 N. 6th Street Apt. 2F Allentown, PA 18102-1607

——PLACE OF EMPLOYMENT AT:

THE ENVELOPE BORE THE LEGEND "PERSONAL & CONFIDENTIAL" AND THERE
WAS NO INDICATION ON THE OUTSIDE OF THE ENVELOPE THAT THE
COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNED AN ALLEGED DEBT.

——A KNOWN ADDRESS OF THE DEFENDANT AT:

THIS ADDRESS IS NOT THE RESIDENCE OR PLACE OF EMPLOYMENT OF THE DEFENDANT.

THE AFOREMENTIONED MAILING:

——HAS NOT BEEN RETURNED UNDELIVERABLE BY POSTAL SERVICE.

——WAS RETURNED UNDELIVERABLE BY POSTAL SERVICE AND WAS RE-SENT TO THE DEFENDANT AT:

GARY KAVULICH, ESQ.

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX
-------------------------------------------------------------------X
2246 Webster Avenue, HDFC.

Index No. 33659/11
File No 14285.0

Plaintiff,

-against-

**AFFIDAVIT OF
INVESTIGATOR**

Ernesto Nunez, Evelyn Martinez
■■■■3547          Defendant(s).
-------------------------------------------------------------------X

STATE OF NEW YORK        )
                         )SS.: ■■■■3547
COUNTY OF WESTCHESTER    )

I am over 18 years of age, am not a party to this action and reside in Westchester County,
State of New York.

I have been requested by Kavulich & Associates, P.C. attorney for the Plaintiff, to make
an investigation to ascertain if the Defendant(s) Ernesto Nunez is at the present
time in military service for the purpose of entry of judgment.

On July 5, 2011, I Denise Miranda, contacted the Defense manpower Date Center
concerning the Defendant Ernesto Nunez military status.

I inputted the Defendant's name and social security number, as provided by the Defendant him/herself, into the Defense
Manpower Data Center.

Under the Defendant's social security number I received an affidavit from the Defense
Manpower Data Center stating that the said Defendant is not currently in the military
service of the United States and the State of New York (National Guard).

Denise Miranda

Sworn to before me this
5  Day of          , 2011

Notary Public

GARY KAVULICH
NOTARY PUBLIC-STATE OF NEW YORK
NO:02KA6305615
QUALIFIED IN WESTCHESTER COUNTY
MY COMMISSION EXPIRES 05/11/2013

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

-------------------------------------------------------------X

2246 Webster Avenue, HDFC,

Index No. 33659/11
File No. 14285.0

Plaintiff,

-against-

AFFIDAVIT OF
INVESTIGATOR

Evelyn Martinez, Ernesto Nunez,
████ 1227            Defendant(s).

-------------------------------------------------------------X

STATE OF NEW YORK          )
                           )SS.: ████ 1227
COUNTY OF WESTCHESTER      )

I am over 18 years of age, am not a party to this action and reside in Westchester County,
State of New York.

I have been requested by Kavulich & Associates, P.C. attorney for the Plaintiff, to make
an investigation to ascertain if the Defendant(s) Evelyn Martinez is at the present
time in military service for the purpose of entry of judgment.

On July 5, 2011, I Denise Miranda, contacted the Defense manpower Date Center
concerning the Defendant Evelyn Martinez military status.

I inputted the Defendant's name and social security number, as provided by the Defendant him/herself, into the Defense
Manpower Data Center.

Under the Defendant's social security number I received an affidavit from the Defense
Manpower Data Center stating that the said Defendant is not currently in the military
service of the United States and the State of New York (National Guard).

Denise Miranda

Sworn to before me this
5 Day of J____, 201_

Notary Public

GARY KAVULICH
NOTARY PUBLIC-STATE OF NEW YORK
NO:02KA6205615
QUALIFIED IN WESTCHESTER COUNTY
MY COMMISSION EXPIRES 05/11/2013

Jul-05-2011 07:13:48

Department of Defense Manpower Data Center



Military Status Report
Pursuant to the Service Members Civil Relief Act

| < Last Name | First/Middle | Begin Date | Active Duty Status | Active Duty End Date | Service Agency |
|---|---|---|---|---|---|
| NUNEZ | ERNESTO | Based on the information you have furnished, the DMDC does not possess any information indicating the individual status. | | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Service Members Civil Relief Act (50 USC App. §§ 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person is on active duty and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. §521(c).

If you obtain additional information about the person (e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects **active duty status** including date the individual was last on active duty, if it was within the preceding 367 days. For historical information, please contact the Service SCRA points-of-contact.

UNITED STATES

*More information on "Active Duty Status"*
Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d)(1) for a period of more than 30 consecutive days. In the case of a member of the National Guard, includes service under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy TARs, Marine Corps ARs and Coast Guard RPAs. Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps) for a period of more than 30 consecutive days.

*Coverage Under the SCRA is Broader in Some Cases*
Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of SCRA extend beyond the last dates of active duty.

Those who would rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected.

WARNING: This certificate was provided based on a name and SSN provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.
Report ID:6B7C2ACVV6

CIV-OF-8) (Revised, September 1997)

Military Status

Department of Defense Manpower Data Center                    Jul-05-2011 07:17:01



Military Status Report
Pursuant to the Service Members Civil Relief Act

| Last Name | First/Middle | Begin Date | Active Duty Status | Active Duty End Date | Service Agency |
|---|---|---|---|---|---|
| MARTINEZ | EVELYN | Based on the information you have furnished, the DMDC does not possess any information indicating the individual status. | | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).

*Mary M. Snavely-Dixon*

—————————————————————
Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Service Members Civil Relief Act (50 USC App. §§ 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person is on active duty and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. §521(c).

If you obtain additional information about the person (e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects **active duty status** including date the individual was last on active duty, if it was within the preceding 367 days. For historical information, please contact the Service SCRA points-of-contact.

Status

### More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d)(1) for a period of more than 30 consecutive days. In the case of a member of the National Guard, includes service under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy TARs, Marine Corps ARs and Coast Guard RPAs. Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps) for a period of more than 30 consecutive days.

### Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of SCRA extend beyond the last dates of active duty.

Those who would rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected.

WARNING: This certificate was provided based on a name and SSN provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.
Report ID:19J15U7C7C

CIV-GP-93 (Revised, Semester, 1999)

EXHIBIT 5

Civil Court of the City of New York
County of Bronx

Index No: CV-033659-11/BX

2246 Webster Avenue, HDFC
          Plaintiff(s)
   -against-
Ernesto Nunez;  Evelyn Martinez
         Defendant(s)

**Judgment Rejection Notification**

The judgment which was submitted for the above captioned case has been rejected by the clerk for the following reason(s) listed below:

      move to amend pleadings to reflect facts constituting claim .



When you resubmit your judgment application, please attach this sheet or a copy to your submission. This will allow the clerk to process your re-submittal in a timely fashion.

                                 Thank you,
                           The Judgment Clerk

July 22, 2011

EXHIBIT 6

13816

Civil Court of the City of New York

County of _____ Part ___

Index Number ___46395/05___

2246 Webster

Petitioner(s)

against

Nunez Ernesto
Evelyn Martine
Respondent(s)

Respondent Undertenant(s)

## DECISION AND
## JUDGMENT OF POSSESSION

In Favor of Petitioner
Upon Respondent's Failure to Appear for Trial, or
On Stipulation, or After Trial

## NON - PAYMENT

### DECISION AND JUDGMENT

Respondent(s) has/have answered, the case was placed on the calendar, and the Respondent(s):

☐ failed to appear for trial on _____.

☑ stipulated (in writing) (on the record) that the proceeding is settled.

☐ appeared before me for trial on _____.

The Court determines that the amount now due to the Petitioner(s) is the sum of $ _____ for the

period from _____ to _____, for a total now due of $ _____

A Counterclaim was interposed and the Court determines that:

☐ the amount now due to the Respondent(s) is the sum of $ _____.

☐ such Counterclaim is dismissed (on the merits) (without prejudice).

The Clerk is hereby directed to:

ENTER A JUDGMENT OF POSSESSION in favor of the Petitioner(s) and against the Respondent(s), (and)

ENTER A MONEY JUDGMENT in favor of Petitioner(s) in the amount of $ 3,449.87, together

with costs and disbursements in the amount of $ _____, for a total of 3,449.87

Issuance of Warrant (forthwith)( YES ). Execution stayed to and including _____

9/8/05
Date

_____
Judge, Civil/Housing Court

Tape # _____ Digital Count _____, or Court Reporter _____

### ENTRY OF JUDGMENT

Judgment entered in accordance with the above on _____

_____
Chief Clerk, Civil Court
OCT 24 2005

Warrant issued to Marshal _____ on _____

Civil Court of the City of New York

County of _Bronx_

Part _Lr eh_   Date _9/8/05_

Index Number _46395/05_

Hon. _Lee_

22416 Webster
HDFC

Plaintiff(s)/Petitioner(s),

against

Ernest Numb
Evelyn Martinez

Defendant(s)/Respondent(s)

**STIPULATION OF SETTLEMENT**

*The parties understand that each party has the right to a trial, the right to see a Judge at any time and the right not to enter into a stipulation of settlement. However, after a review of all the issues, the parties agree that they do not want to go to trial and instead agree to the following stipulation in settlement of the issues in this matter:*

1. Petition amended to include all rent due through _9/30/05_   Petitioner Motion Granted A Below

2. Respondent acknowledges owing $ _3449.81_ as all rent due through _9/5/05_

3. Final judgment in favor of Petitioner for $ _3449.81_  (Except to Dave

4. ~~Issuance~~ Execution of warrant stayed on condition Respondent pays as follows: Tenant

   a) _3449.81_ on or before _10/10/05_

   b) _____ on or before _____

   c) _____ on or before _____

5. Respondent to additionally pay rent for _October_ as it becomes due. All payments received shall be applied to current rent first.

6. In the event of default on any payment, the full amount shall become due and payable immediately.

7. Petitioner may accept partial payments without prejudice.

8. M/A  2314.05  7/15/05 Srp pl  8/05 = 9/05 Rent  minus c

   Payments = 3449.81

AGINS, SIEGEL & REINER, LLP
Attorneys for Petitioner

By: _____

X _Evelyn Martinez_

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX: PART 34
-----------------------------------------------------------------X

2246 WEBSTER AVENUE, HDFC,

                    Plaintiff,

       - against -

ERNESTO NUNEZ, EVELYN MARTINEZ,

                   Defendant.

-----------------------------------------------------------------X

INDEX NO. 33659/11
FILE NO. 14285

**AFFIRMATION
OF SERVICE**

Gary M. Kavulich, Esq., an attorney duly admitted to practice law before the Courts of the State of New York hereby affirms the following under the penalty of perjury.

On October 5, 2011 I served the within Notice of Motion upon Ernesto Nunez and Evelyn Martinez, the Defendant in this action, by depositing a true copy in a post-paid envelope addressed to:

        Ernesto Nunez
        550 Audubon Avenue, Apt. 56
        New York, NY 10040

        Evelyn Martinez
        707 N. 6th Street, Apt. 2F
        Allentown, PA 18102

in an official depository under the exclusive dominion and control of the United States Postal Service within the State of New York via regular first class mail.

                                _____
                                Gary M. Kavulich, Esq.

INDEX NO: 33659/11

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX: PART 34

2246 WEBSTER AVENUE, HDFC,

                                        Plaintiff,

        - against -

ERNESTO NUNEZ, EVELYN MARTINEZ,

                                        Defendant.

---

### NOTICE OF MOTION TO AMEND THE SUMMONS AND COMPLAINT

---

Signature Rule 130-1.1-a

---

Print Name Beneath                          Gary M. Kavulich, Esq.

---

Kavulich & Associates, P.C.
Attorney for Plaintiff
181 Westchester Ave., Suite 500-C
Port Chester, NY 10573
(914)355-2074

**Civil Court of the City of New York**

County of ___BRONX___

Part ___34___

Index Number ___33659/11___

Motion Cal. # _____ Motion Seq. # _____

2246 Webster Avenue HDFC

Claimant(s)/Plaintiff(s)/Petitioner(s)

*against*

ERNESTO NUNEZ
Evelyn Martinez

Defendant(s)/Respondent(s)

**DECISION/ORDER** File #14285

Recitation, as required by CPLR §2219 (a), of the papers considered in the review of this Motion

| Papers | Numbered |
|---|---|
| Notice of Motion and Affidavits Annexed......... | |
| Order to Show Cause and Affidavits Annexed.. | |
| Answering Affidavits .................................... | |
| Replying Affidavits...................................... | |
| Exhibits .................................................... | |
| Other......................................................... | |

Civil Court
of the
City of New York

OCT 18 2011

ENTERED
BRONX COUNTY

Upon the foregoing cited papers, the Decision/Order on this Motion to Amend Summons
& Complaint nunc pro tunc is as follows:

Plaintiff's motion is granted on default.
THE Summons & Complaint is hereby amended to
Reflect #3,302ᵘ with interest from May 1,
2005.

Plaintiff shall file & serve upon Defendant
a copy of this decision/order, notice of
its entry & the amended summons &
complaint within 30 days of this
decision by mail, certified Return Receipt
Requested.

This constitutes the decision/order of this
court

___10/18/11___
Date

Judge, Civil Court BEN R. BARBATO
JUDGE, CIVIL COURT

CIV-GP-43 (Revised September 1999)

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX
————————————————————————X

2246 WEBSTER AVENUE HDFC,

INDEX NO. 33659|11
FILE NO. 14285

Plaintiff,

NOTICE OF ENTRY

-against-

ERNESTO NUNEZ,
EVELYN MARTINEZ,

Defendant(s).
————————————————————————X

PLEASE TAKE NOTICE, that annexed hereto is the Decision and Order duly

Entered in the office of the Clerk of the Court on the 18th day of October, 2011 along with a copy of

the Amended Summons and Complaint.

Dated: Westchester, NY
October 20, 2011

Yours, etc.,

Kavulich & Associates, PC
181 Westchester Avenue, Suite 500C
Port Chester, NY 10573

To:  Ernesto Nunez
550 Audubon Avenue, Apt. 56
New York, NY 10040

Evelyn Martinez
707 N. 6th Street, Apt. 2F
Allentown, PA 18102

FILED: CIVIL COURT     2011 OCT 24    AM 10: 21

**Civil Court of the City of New York**

County of ___Bronx___

Part __34__

2246 Webster Avenue HDFC

Claimant(s)/Plaintiff(s)/Petitioner(s)

*against*

ERNESTO NUNEZ
Evelyn Martinez

Defendant(s)/Respondent(s)

Index Number ___33659___

Motion Cal. # _____   Motion Seq. # _____

**DECISION/ORDER**

Recitation, as required by CPLR §2219 (a), of the papers considered in the review of this Motion.

| Papers | Numbered |
|---|---|
| Notice of Motion and Affidavits Annexed | |
| Order to Show Cause and Affidavits Annexed | |
| Answering Affidavits | |
| Replying Affidavits | |
| Exhibits | |
| Other | |

Civil Court
of the
City of New York

OCT 18 2011

ENTERED
BRONX COUNTY

Upon the foregoing cited papers, the Decision/Order on this Motion to _____
& Complaint nunc pro tunc _____ is as follows:

Plaintiff's motion is granted on default. The summary complaint is hereby amended to reflect $3,302.44 with interest from May 1, 2008.

Plaintiff shall file & serve upon Def. a copy of this decision/order + notice of its entry & the amended summons & complaint within 30 days of this decision by mail, certified return receipt (400) postage.

This constitutes the decision/order of the court.

10/18/11
Date

Judge, Civil Court
JOHN R. BARRETO
JUDGE, CIVIL COURT

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

Index No. 33459|11
File No. 14285

-----------------------------------------------------------X

2246 WEBSTER AVENUE HDFC,

                Plaintiff,

AMENDED SUMMONS

          -against-

Place of Venue is designated
as Plaintiffs' Place of
Business:

ERNESTO NUNEZ, EVELYN MARTINEZ,

2246 Webster Avenue

                Defendants.

Bronx, NY 10457

-----------------------------------------------------------X

To the above named Defendant(s):

YOU ARE HEREBY SUMMONED to appear in the CIVIL COURT OF THE CITY OF
NEW YORK, COUNTY OF BRONX at the office of the Clerk of the said Court at 851
Grand Concourse, Bronx, NY 10451 to answer the complaint in this action and to serve a
copy of your answer; or, if the complaint is not served with this summons, to serve a
notice of appearance on the Plaintiff's attorney within (20) days after the service of this
summons, exclusive of the day of service or within 30 days after the service in complete
if this summons is not personally delivered to you within the State of New York; and in
case of your failure to appear or answer, judgment will be taken against you for the sum
of $3,302.11 with interest thereon from May 1, 2005 together with costs and
disbursements of this action.

Dated: October 5, 2011

By: Gary M. Kavulich, Esq.
Attorney for Plaintiff
Kavulich & Associates, P.C.
181 Westchester Avenue, Suite 500C
Port Chester, NY 10573
(914) 355-2074

Defendants' Address:
Ernesto Nunez
550 Audubon Avenue, Apt. 56
New York, NY 10040

Evelyn Martinez
707 N. 6th Street, Apt. 2F
Allentown, PA 18102

Note: The law provides that: (a) If the summons is served by its delivery to you personally
within the City of New York, you must appear and answer within TWENTY days after such
service; or (b) If the summons is served by any means other than personal delivery to you
within the City of New York, you must appear and answer within THIRTY days after proof of
service thereof is filed with the Clerk of this Court.

## AMENDED COMPLAINT

**FIRST ACTION:** Plaintiff seeks to recover damages from Defendanst for breach of a lease agreement in the sum of $2,802.11 representing rental arrears for the months of October, 2005 through and including March, 2006 at the agreed monthly sum of $583.45 for the premises known as 2246 Webster Avenue, Apt. 3, Bronx, NY 10457 together with costs and disbursements of this action and for such other and further relief as the court may deem just.

**SECOND ACTION:** Plaintiff seeks to recover damages form Defendants for breach of the lease agreement in the sum of $500.00 representing reasonable attorneys fees together with costs and disbursements of this action and for such other and further relief as the court may deem just.

**WHEREFORE:** Plaintiff demands judgment (A) on the First Action in the sum of $2,802.11 plus interest from May 1, 2005 together with costs and disbursements of this action and for such other and further relief as the Court may deem just; (B) on the Second Action in the sum of $500.00, together with costs and disbursements of this action and for such other and further relief as the Court may deem just.

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

Index No. 33659/11
File No. 14285

------------------------------------------------------X

2246 WEBSTER AVENUE HDFC,

               Plaintiff,

AFFIDAVIT OF SERVICE
BY MAIL

     -against-

ERNESTO NUNEZ,
EVELYN MARTINEZ,

              Defendant(s)

------------------------------------------------------X

STATE OF NEW YORK
COUNTY OF WESTCHESTER ss:

Denise Miranda being duly sworn, deposes and says:

I am over 18 years of age and not a party to this action. On October 20, 2011

I served the within Notice of Entry on the defendant in this action, by depositing

a true copy of the Notice of Entry in a postpaid envelope addressed to:

          Ernesto Nunez
          550 Audubon Avenue, Apt. 56
          New York, NY 10040

in an official depository under the exclusive care and custody of the United States Postal Service,

within the State of New York via Certified mail no. 91 7108 2133 3938 6989 8509/return receipt

requested.

                                         Denise Miranda

Sworn to before me,
this 20th day of October, 2011

Notary Public

GARY KAVULICH
NOTARY PUBLIC-STATE OF NEW YORK
NO: 02KA6205615
QUALIFIED IN WESTCHESTER COUNTY
MY COMMISSION EXPIRES 5/11/2013

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

Index No. 33659/11
File No. 14285

------------------------------------------------X

2246 WEBSTER AVENUE HDFC,

Plaintiff,

AFFIDAVIT OF SERVICE
BY MAIL

-against-

ERNESTO NUNEZ,
EVELYN MARTINEZ,

Defendant(s)

------------------------------------------------X

STATE OF NEW YORK
COUNTY OF WESTCHESTER ss:

Denise Miranda being duly sworn, deposes and says:

I am over 18 years of age and not a party to this action.  On October 20, 2011

I served the within Notice of Entry on the defendant in this action, by depositing

a true copy of the Notice of Entry in a postpaid envelope addressed to:

Evelyn Martinez
707 N. 6th Street, Apt. 2F
Allentown, PA 18102

in an official depository under the exclusive care and custody of the United States Postal Service,

within the State of New York via Certified mail no. 91 7108 2133 3938 6989 8493, return receipt

requested.

Sworn to before me,
this 20th day of October, 2011

Notary Public

Denise Miranda

GARY KAVULICH
NOTARY PUBLIC-STATE OF NEW YORK
NO: 02KA6205615
QUALIFIED IN WESTCHESTER COUNTY
MY COMMISSION EXPIRES 5/11/2013

INDEX NO. 33659     YEAR 2011

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

2246 WEBSTER AVENUE HDFC,

           Plaintiff,

-against-

ERNESTO NUNEZ,
EVELYN MARTINEZ,

           Defendant(s).

NOTICE OF ENTRY

Signature(Rule 130-1.1-a)

Gary Kavulich, Esq.

Kavulich & Associates, P.C.
Attorney for Plaintiff
Office and Post Office Address, Telephone
181 Westchester Avenue, Suite 500C
Port Chester, NY 10573
914-355-2074

To

Attorney(s) for

Service of a copy of the within is hereby admitted.
Dated

Attorneys(s) for

---

NOTICE OF ENTRY

PLEASE take notice that the within is a
(certified) true copy of a
duly entered in the office of the clerk of
the within named court on

Dated,

Attorney for      Office and Post Office Address

To

Attorneys(s) for

NOTICE OF SETTLEMENT

PLEASE take notice that an order

of which the within is a true copy will be presented
for settlement to the Hon.
one of the judges of the within named Court. at

on
at
Dated,

         Yours, etc.

Attorney for      Office and Post Office Address

To
Attorney(s) for

## Bronx County Civil Court
## Civil Judgment

Plaintiff(s):
2246 Webster Avenue, HDFC

**Index Number:** CV-033659-11/BX

Judgment issued: On Default

vs.

On Motion of:

Defendant(s):
Ernesto Nunez;
Evelyn Martinez

Kavulich & Associates PC
181 Westchester Avenue, Suite 500C, Port
Chester, NY 10573-

| | | | | | |
|---|---|---|---|---|---|
| Amount claimed | $2,802.11 | Index Number Fee | $45.00 | Transcript Fee | $0.00 |
| Less Payments made | $0.00 | Consumer Credit Fee | $0.00 | County Clerk Fee | $0.00 |
| Less Counterclaim Offset | $0.00 | Service Fee | $25.00 | Enforcement Fee | $40.00 |
| Interest 11/01/2005 at 9% | $1,563.58 | Non-Military Fee | $0.00 | Other Disbursements | $0.00 |
| Attorney Fees | $0.00 | Notice of Trial Fee | $0.00 | Other Costs | $0.00 |
| Cost By Statute | $20.00 | Jury Demand Fee | $0.00 | | |
| **Total Damages** | **$4,365.69** Total Costs & Disbursements | | $130.00 | Judgment Total | $4,495.69 |

The following named parties, addressed and identified as creditors below:

Plaintiff creditor(s) and address

(1) 2246 Webster Avenue, HDFC
2246 Webster AVenue, Bronx, NY 10457-

Shall recover of the following parties, addresses and identified as debtors below:

Defendant debtor(s) and address

(1) Ernesto Nunez
550 Audubon Avenue, Apt. 56, New York, NY 10040-
(2) Evelyn Martinez
707 N. 6th Street, Apt. 2F, Allentown, PA 18102-

Judgment entered at the Bronx County Civil Court, 851 Grand Concourse, Bronx, NY 10451, in the STATE OF NEW YORK in the total amount of **$4,495.69 on 01/12/2012 at 08:58 AM.**

Judgment sequence 3

*Carol Alt*

CHIEF CLERK

Carol Alt, Chief Clerk Civil Court

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

INDEX NO. 33659/11

2246 Webster Avenue, HDFC,

FILE NO. 14285.0

PLAINTIFF(S)

JUDGMENT

-AGAINST-

Ernesto Nunez , Evelyn Martinez

2246 Webster Avenue
Bronx, NY 10457

DEFENDANT(S)

| | |
|---|---|
| AMOUNT CLAIMED LESS PMTS ON ACCT. | $2,802.11 |
| INTEREST FROM 11/1/2005 | 1513.14 |
| | 4315.25 |

| | |
|---|---|
| COSTS BY STATUTE | $20.00 |
| SERVICE OF SUMMONS AND COMPLAINT | $25.00 |
| FILING OF SUMMONS AND COMPLAINT | $45.00 |
| PROSPECTIVE MARSHALL'S FEE | $40.00 |
| NOTICE OF INQUEST | $0.00 |
| TRANSCRIPT & DOCKETING | $0.00 |
| | $130.00 |

TOTAL $ 4445.25

STATE OF NEW YORK, COUNTY OF WESTCHESTER:
    THE UNDERSIGNED, ATTORNEY AT LAW OF THE STATE OF NEW YORK, ON OF THE
ATTORNEY(S) OF RECORD FOR THE PLAINTIFF(S) IN THE ABOVE ENTITLED ACTION,
STATES THAT THE DISBURSEMENTS ABOVE SPECIFIED HAVE BEEN OR WILL NECESSARILY BE MADE OR INCURRED
THEREIN AND ARE REASONABLE IN AMOUNT: UPON FAILURE TO ANSWER THE TIME OF THE DEFENDANT TO APPEAR
AND ANSWER HEREIN HAS EXPIRED AND THE SAID DEFENDANT HAS NOT APPEARED AND ANSWERED HEREIN.
THE STATUTE OF LIMITATIONS HAS NOT EXPIRED. THE UNDERSIGNED AFFIRMS THIS STATEMENT TO BE TRUE UNDER
THE PENALTIES OF PERJURY.
DATED:  WESTCHESTER, NY
    11/21/2011                                    KAVULICH & ASSOCIATES, P.C.
                                                BY: GARY KAVULICH, ESQ.
                                                181 WESTCHESTER AVENUE, SUITE 500C
JUDGMENT ENTERED ON                             PORT CHESTER, NY 10573
SERVICE OF SUMMONS AND COMPLAINT IN THIS ACTION ON THE DEFENDANT(S)
HEREIN HAVING BEEN COMPLETED ON 7/4/2011 WITHIN THE CITY OF NEW YORK ON THAT DAY AND MORE THAN 20
DAYS
    HAVING ELAPSED.
    BY FILING ON SAID DAY OF PROOF OF THE SERVICE THEREOF BY SUBSTITUED SERVICE ON DEFENDANT(S)
AND MORE THAN 30 DAYS HAVING ELAPSED SINCE THE DAY OF COMPLETION OF SERVICE AND THE TIME OF SAID
DEFENDANT(S) TO APPEAR AND ANSWER HAVING EXPIRED, AND
    NOW ON MOTION OF KAVULICH & ASSOCIATES, P.C. ATTORNEY(S) FOR THE PLAINTIFF(S) IT IS,  ADJUDGED THAT
2246 Webster Avenue, HDFC
RESIDING AT: 2246 Webster Avenue Bronx, NY 10457
RECOVER OF  Ernesto Nunez, Evelyn Martinez
RESIDING AT: 550 Audubon Avenue Apt. 56 New York, NY 10040-3365 - Ernesto Nunez
                707 N. 6th Street Apt. 2F Allentown, PA 18102-1607  -  Evelyn Martinez
THE SUM OF  $2,802.11 WITH INTEREST OF $1513.14  MAKING A TOTAL OF $4315.25  TOGETHER WITH  $130.00 COSTS AND
DISBURSEMENTS, AMOUNTING IN ALL TO THE SUM OF $4445.25  AND THAT PLAINTIFF HAVE EXECUTION THEREFORE.
SECOND AND THIRD CAUSES OF ACTION ARE HEREBY WAIVED.

_____
CLERK

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX
-------------------------------------------------------------

2246 Webster Avenue, HDFC.

        PLAINTIFF(S)

        AGAINST

Ernesto Nunez, Evelyn Martinez
        DEFENDANT(S)
-------------------------------------------------------------

                  AFFIDAVIT OF FACTS
                  CONSTITUTING THE CLAIM
                  THE DEFAULT AND THE
                  AMOUNT DUE

STATE OF NEW YORK COUNTY OF WESTCHESTER
SS: GARY KAVULICH, ESQ. HEREBY DEPOSES AND SAYS UNDER THE PENALTIES OF PERJURY, THAT DEPONENT IS THE
ATTORNEY FOR THE PLAINTIFF(S) IN THE WITHIN ACTION; THIS ACTION WAS COMMENCED BY SUBSTITUED SERVICE
OF THE SUMMONS AND COMPLAINT UPON DEFENDANT(S) AND IS AN ACTION FOR RENT DUE AND OWING FOR (AFTER
APPLICATION OF PAYMENT AND SECURITY DEPOSIT)
November, 2005 balance of $468.31
December, 2005 $583.45
January, 2006 $583.45
February, 2006 $583.45
March, 2006 $583.45
AT THE AGREED MONTHLY RENTAL OF $583.45
ALL OTHER CAUSES OF ACTION ARE HEREBY WAIVED AND DISPOSED. AFTER A COMPLETE AND THOROUGH
INVESTIGATION THE DEFENDANT IS FOUND NOT TO BE IN THE MILITARY AND RESIDES WITHIN THE CITY OF NEW
YORK. RENT WAS NOT PAID BY ANY OTHER SOURCE. I MAKE THIS AFFIRMATION UPON INFORMATION AND BELIEF, A
BELIEF PREDICATED UPON CONVERSATIONS WITH MY CLIENT, MY INVOLVEMENT IN THE PROCEEDING AND READING
THE FILE IN THIS CASE.
SECOND AND THIRD CAUSES OF ACTION ARE HEREBY WAIVED. THE CAUSE OF ACTION IN THE WITHIN MATTER
ACCRUED IN THE STATE OF NEW YORK WHERE THE STATUTE OF LIMITATIONS ON A CONTRACT, UPON WHICH THE
ACTION IS BASED, IS SIX(6) YEARS. THE STATUTE OF LIMITATIONS HAS NOT EXPIRED.
    WHEREFORE DEPONENT DEMANDS JUDGMENT AGAINST DEFENDANT(S) FOR $2,802.11 WITH INTEREST FROM
11/1/2005 TOGETHER WITH COSTS AND DISBURSEMENTS OF THE ACTION.

                -----------------------------------
                KAVULICH & ASSOCIATES, P.C.
                BY: GARY KAVULICH, ESQ.
                181 WESTCHESTER AVENUE, SUITE 500C
                PORT CHESTER, NY 10573

TO THE DEFENDANT(S): PLEASE TAKE NOTICE THAT THE WITHIN IS A TRUE COPY OF A JUDGMENT MADE AND
ENTERED IN THE WITHIN ENTITLED ACTION AND DULY FILED IN THE OFFICE OF THE CLERK OF THE COUNT ON

DATED: WESTCHESTER, NY
    11/21/2011

                YOURS, ETC.,
                ATTORNEYS FOR PLAINTIFF

STATE OF NEW YORK, COUNTY OF        SS:
BEING DULY SWORN, DEPOSES AND SAYS; THAT DEPONENT IS NOT A PARTY TO THE ACTION, IS OVER 18 YEARS OF AGE
AND RESIDES IN

THAT ON            DEPONENT SERVED A TRUE COPY OF THE WITHIN JUDGMENT AND NOTICE OF ENTRY THEREOF
(EACH OF) THE FOLLOWING NAMED DEFENDANT(S) AT THE ADDRESS(ES) INDICATED (FOR EACH):

BY DEPOSITING SAME ENCLOSED IN POSTPAID PROPERLY ADDRESSED WRAPPER(S), IN –A POST OFFICE- OFFICIAL
DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POSTAL SERVICE WITHIN NEW
YORK STATE.

SWORN TO BEFORE ME ON

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX
------------------------------------------------------------------
2246 Webster Avenue, HDFC,

                 PLAINTIFF(S)

             -AGAINST-

Ernesto Nunez, Evelyn Martinez

             DEFENDANT(S)
------------------------------------------------------------------

INDEX NO. 33659/11

AFFIRMATION OF
MAILING OF ADDITIONAL
NOTICE OF SUIT

GARY KAVULICH, ESQ.,HEREBY AFFIRMS THE FOLLOWING UNDER THE PENALTY OF PERJURY.

1. I AM THE ATTORNEY FOR THE PLAINTIFF(S) HEREIN.

2. THE ABOVE ENTITLED ACTION IS AGAINST A NATURAL PERSON AND IS BASED UPON NON PAYMENT OF A CONTRACTUAL OBLIGATION.

3. ON 6/1/2011,I MAILED A COPY OF THE SUMMONS AND COMPLAINT IN THE ABOVE ENTITLED ACTION BY DEPOSITING THE ENVELOPE(S) IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE U.S. POSTAL SERVICE WITHIN NEW YORK STATE. SAID MAILING WAS BY FIRST CLASS MAIL IN A POSTPAID ENVELOPE(S), PROPERLY ADDRESSED TO THE DEFENDANT(S), THE ENVELOPE(S) BORE THE LEGEND "PERSONAL & CONFIDENTIAL" AND THERE WAS NO INDICATION ON THE OUTSIDE OF THE ENVELOPE(S) THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNED AN ALLEGED DEBT. AT DEFENDANT(S):

------LAST KNOWN ADDRESS AT: Ernesto Nunez,       550 Audubon Avenue Apt. 56 New York. NY 10040-3365
               Evelyn Martinez:    707 N. 6th Street Apt. 2F Allentown, PA 18102-1607

-------PLACE OF EMPLOYMENT AT:

THE ENVELOPE BORE THE LEGEND "PERSONAL & CONFIDENTIAL" AND THERE WAS NO INDICATION ON THE OUTSIDE OF THE ENVELOPE THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNED AN ALLEGED DEBT.

-------A KNOWN ADDRESS OF THE DEFENDANT AT:

THIS ADDRESS IS NOT THE RESIDENCE OR PLACE OF EMPLOYMENT OF THE DEFENDANT.

THE AFOREMENTIONED MAILING:

------HAS NOT BEEN RETURNED UNDELIVERABLE BY POSTAL SERVICE.

-------WAS RETURNED UNDELIVERABLE BY POSTAL SERVICE AND WAS RE-SENT TO THE DEFENDANT AT:

                           -------------------------------------
                           GARY KAVULICH, ESQ.

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX
------------------------------------------------------------------X

2246 Webster Avenue, HDFC,

Index No. 33659/11
File No. 14285.0

Plaintiff,

-against-

**AFFIDAVIT OF
INVESTIGATOR**

Evelyn Martinez , Ernesto Nunez
1227             Defendant(s).
------------------------------------------------------------------X

STATE OF NEW YORK        )
                         )SS.:     1227
COUNTY OF WESTCHESTER    )

I am over 18 years of age, am not a party to this action and reside in Westchester County,
State of New York.

I have been requested by Kavulich & Associates, P.C. attorney for the Plaintiff, to make
an investigation to ascertain if the Defendant(s) Evelyn Martinez is at the present
time in military service for the purpose of entry of judgment.

On November 21, 2011, I Denise Miranda, contacted the Defense manpower Date Center
concerning the Defendant Evelyn Martinez military status.

I inputted the Defendant's name and social security number, as provided by the Defendant him/herself, into the Defense
Manpower Data Center.

Under the Defendant's social security number I received an affidavit from the Defense
Manpower Data Center stating that the said Defendant is not currently in the military
service of the United States and the State of New York (National Guard).

Denise Miranda

Sworn to before me this
21 Day of _____ , 2014

Notary Public

GARY KAVULICH
NOTARY PUBLIC-STATE OF NEW YORK
NO:02KA6205615
QUALIFIED IN WESTCHESTER COUNTY
MY COMMISSION EXPIRES 05/11/2013

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX
-------------------------------------------------------------------X

2246 Webster Avenue, HDFC,

                                  Index No. 33659/11
                                  File No. 14285.0

                  Plaintiff,

        -against-                         **AFFIDAVIT OF**
                                             **INVESTIGATOR**

**Ernesto Nunez, Evelyn Martinez**
████ 3547       Defendant(s).
-------------------------------------------------------------------X

STATE OF NEW YORK    )
                        )SS.: ████ 3547
COUNTY OF WESTCHESTER  )

I am over 18 years of age, am not a party to this action and reside in Westchester County, State of New York.

I have been requested by Kavulich & Associates, P.C. attorney for the Plaintiff, to make an investigation to ascertain if the Defendant(s) Ernesto Nunez is at the present time in military service for the purpose of entry of judgment.

On November 21, 2011, I Denise Miranda, contacted the Defense manpower Date Center concerning the Defendant Ernesto Nunez military status.

I inputted the Defendant's name and social security number, as provided by the Defendant him/herself, into the Defense Manpower Data Center.

Under the Defendant's social security number I received an affidavit from the Defense Manpower Data Center stating that the said Defendant is not currently in the military service of the United States and the State of New York (National Guard).

                                            Denise Miranda

Sworn to before me this
2 \ Day of ████, 2018

_____
Notary Public

GARY KAVULICH
NOTARY PUBLIC-STATE OF NEW YORK
NO:02KA6205615
QUALIFIED IN WESTCHESTER COUNTY
MY COMMISSION EXPIRES 05/11/2013

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

------------------------------------------------------------X   INDEX NO:

FILE NO: 13846-0   14255

2246 Webster Avenue, HDFC,                    PLAINTIFF,

          -AGAINST-                                   AFFIRMATION OF FACTS
                                                      CONSTITUTING THE
Ernesto Nunez, Evelyn Martinez,               DEFENDANT(S)        AMOUNT DUE

_____X

TARA GREKULAR

     hereby deposes and says under the penalties of perjury, ss:

That deponent is the managing agent of 2246 Webster Avenue, HDFC, Plaintiff in the within action; this action was
commenced by substituted service of the summons and complaint upon defendant(s) and is an action for breach of a
lease agreement in the amount of $9,803.11 for the months Nov, 2005   balance of $468.31; Dec, 2005 through and
including March, 2006 at the agreed monthly rental amount of $583.45 per month (after application of security and
after application of payments) no part having been paid, although duly demanded and Damages in the amount of
$735.00. All other causes of action are hereby waived and disposed of. After a complete and thorough investigation, as
I have been informed by Plaintiff's counsel, the defendant(s) is/are found not to be in the military
               Rent was not paid by any other source. I make this affirmation upon personal Knowledge.


WHEREFORE, Plaintiff demands judgment against defendant for $ 2802.11 with interest from Nov, 1, 2005   together
with costs and disbursements of the action.


Dated: 3/29/2011

Sworn to before me
on this  day of May, 2011                           TARA GREKULAR

_____
Notary Public

                                    CECILIA A. ...
                              Notary Public, State of New
                                  No. 01FE6286776
                              Qualified in Westchester ...
                              Commission Expires   5/31/14

Request for Military Status                                                    Page 1 of 2

Department of Defense Manpower Data Center                          Nov-21-2011 10:59:45


Military Status Report
Pursuant to the Service Members Civil Relief Act

| ◄ Last Name | First/Middle | Begin Date | Active Duty Status | Active Duty End Date | Service Agency |
|---|---|---|---|---|---|
| NUNEZ | ERNESTO | Based on the information you have furnished, the DMDC does not possess any information indicating the individual status. | | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).

*Mary M. Snavely-Dixon*

_____
Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Service Members Civil Relief Act (50 USC App. §§ 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person is on active duty and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. §521(c).

If you obtain additional information about the person (e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects **active duty status** including date the individual was last on active duty, if it was within the preceding 367 days. For historical information, please contact the Service SCRA points-of-contact.

## *More information on "Active Duty Status"*

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d)(1) for a period of more than 30 consecutive days. In the case of a member of the National Guard, includes service under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy TARs, Marine Corps ARs and Coast Guard RPAs. Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps) for a period of more than 30 consecutive days.

## *Coverage Under the SCRA is Broader in Some Cases*

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of SCRA extend beyond the last dates of active duty.

Those who would rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected.

WARNING: This certificate was provided based on a name and SSN provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.
Report ID:JN5AI7GMIV

Request for Military Status

Page 1 of 2

Department of Defense Manpower Data Center

Nov-21-2011 11:00:50



Military Status Report
Pursuant to the Service Members Civil Relief Act

| Last Name | First/Middle | Begin Date | Active Duty Status | Active Duty End Date | Service Agency |
|---|---|---|---|---|---|
| NUNEZ | ERNESTO | Based on the information you have furnished, the DMDC does not possess any information indicating the individual status. | | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Service Members Civil Relief Act (50 USC App. §§ 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person is on active duty and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. §521(c).

If you obtain additional information about the person (e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects **active duty status** including date the individual was last on active duty, if it was within the preceding 367 days. For historical information, please contact the Service SCRA points-of-contact.

*More information on "Active Duty Status"*

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d)(1) for a period of more than 30 consecutive days. In the case of a member of the National Guard, includes service under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy TARs, Marine Corps ARs and Coast Guard RPAs. Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps) for a period of more than 30 consecutive days.

*Coverage Under the SCRA is Broader in Some Cases*

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of SCRA extend beyond the last dates of active duty.

Those who would rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected.

WARNING: This certificate was provided based on a name and SSN provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.
Report ID:2VAATCU0MM

**Civil Court of the City of New York**

County of _____ BRONX _____

Part _____ 34 _____

2240 Webster Avenue HDFC

Claimant(s)/Plaintiff(s)/Petitioner(s)

*against*

ERNESTO NUNEZ

SYLVIA MARTINEZ

Defendant(s)/Respondent(s)

Index Number _____ 33659/11 _____

Motion Cal. # _____ Motion Seq. # _____

**DECISION/ORDER**

Recitation, as required by CPLR §2219 (a) of the papers considered in the review of this Motion

| Papers | Numbered |
|---|---|
| Notice of Motion and Affidavits Annexed | |
| Order to Show Cause and Affidavits Annexed | |
| Answering Affidavits | |
| Replying Affidavits | |
| Exhibits | |
| Other | |

*[stamp]* Civil Court of the City of New York

OCT 18 2011

**ENTERED**

**BRONX COUNTY**

Upon the foregoing cited papers, the Decision/Order on this Motion to _____ amend summons & complaint nunc pro tunc _____ is as follows:

Plaintiff's motion is granted on default. The complaint is hereby amended to reflect # 3,302 with interest from May 1, 2005.

Plaintiff shall file & serve upon Defendant a copy of this decision/order, notice of its entry & the amended summons & complaint within 30 days of this decision by mail, certified return receipt requested.

This constitutes the decision/order of this court.

Date _____ 10/18/11 _____

Judge, Civil Court

GLEN R. BAKER

JUDGE, CIVIL COURT

**Civil Court of the City of New York**

County of _____

_____ Part

Index Number ___33659/11___

Motion Cal. # _____   Motion Seq. # _____

**DECISION/ORDER**

Recitation, as required by CPLR §2219 (a), of the papers considered in the review of this Motion

224b WEBSTER AV, HDFC

Claimant(s)/Plaintiff(s)/Petitioner(s)
*against*

ERNESTO NUÑEZ
EVELYN MARTINEZ

_____ Defendant(s)/Respondent(s)

| Papers | Numbered |
|---|---|
| Notice of Motion and Affidavits Annexed | |
| Order to Show Cause and Affidavits Annexed | |
| Answering Affidavits | |
| Replying Affidavits | |
| Exhibits | |
| Other | |

Upon the foregoing cited papers, the Decision/Order on this Motion to __VACATE__ _____ is as follows:

DEFAULT JUDGMENT
GRANTED. PLAINTIFF'S AFFIDAVIT
OF SERVICE INDICATES SERVICE OF THE
SUMMONS AND COMPLAINT ON MAY 14, 2011
DEFENDANTS HAVE PRESENTED TO THE COURT
DOCUMENTS, INCLUDING A LEASE, DRIVERS
LICENSE, PAY CHECKS, BANK STATEMENS
WHICH CLEARLY SHOW THAT THEY
HAVE BEEN RESIDING IN PENNSYLVANIA
SINCE APPROXIMATELY 2006. AND THE STATEMENTS OF THE
BASED UPON THE DOCUMENTARY EVIDENCE THE
COURT FINDS THAT DEFENDANTS WERE NOT
PROPERLY SERVED

THE ACTION IS DISMISSED ALL LEVIES ATTACHMENT
AND GARNISHMENTS ARE VACATED AND ALL FUNDS
SEIZED AS A RESULT OF THIS ACTION SHALL BE
RETURNED TO THE DEFENDANTS.
THIS CONSTITUTES THE ORDER OF THIS COURT

_____          _____
Date                          Judge, Civil Court

HON. RUBÉN FRANCO

CIV-GP-35 (Revised, September 1999)

Page 57

**Appearances Are Mandatory**

Civil Court of the City of New York
County of Bronx  Part 39

Index Number: CV-033659-11/BX

2246 Webster Avenue, HDFC
             ~against~
Ernesto Nunez... et al.

**ORDER TO SHOW CAUSE**
To restore case to the calendar, and vacate any
judgment, liens and income executions on this
defendant on this Index number,
allow proposed answer or dismissing the action

UPON the annexed affidavit of **Ernesto Nunez**, sworn to on April 9, 2013, and upon all papers and proceedings
herein:

Let the Claimant(s)/Plaintiff(s) or Claimant(s)/Plaintiff(s) attorney(s) show cause at:
   **Bronx Civil Court**
   **851 Grand Concourse**
   **Bronx, NY 10451**
   **Part 34C       Room 504**
   on *April 23, 2013*       at  9:30 AM
   or as soon thereafter as counsel may be heard, why an order should not be made:

**VACATING** the Judgment, and all income executions and restraining notices, if any, restoring the case to the
calendar, deeming the proposed answer filed and/or dismissing the action if warranted, and/or granting such and
further relief as may be just.

**PENDING** the hearing of this Order to Show Cause and the entry of an Order thereon, let all proceedings on the
part of the Claimant(s)/Plaintiff(s), Claimant(s)/Plaintiff(s) attorney(s) and agent(s) and any Marshal or Sheriff of
the City of New York for the enforcement of said Judgment be stayed.

**SERVICE** of a copy of this Order to Show Cause, and annexed Affidavit, upon the:
Claimant(s)/Plaintiff(s) or **named attorney(s):**              Sheriff or Marshal:
(Judge to initial)                                             (Judge to initial)
_____ by Personal Service by " In Hand Delivery"        _____ by Personal Service by " In Hand Delivery"
_____ by Certified Mail, Return Receipt Requested       _____ by Certified Mail, Return Receipt Requested
_____ by First Class Mail with official Post Office       _____ by First Class Mail with official Post Office
       Certificate of Mailing                                  Certificate of Mailing
on or before _____ 4/10/13 _____ , shall be deemed good and sufficient

          **PROOF OF SUCH SERVICE may be filed with the Clerk in the Part**
          **indicated above on the return date of this Order to Show Cause.**

**Mail to Attorney:**                              Sheriff/Marshal:
**Kavulich & Associates PC**                       NYC Marshal
(Counsel for Pltf),                                Biegel, Stephen, Marshal
at 181 Westchester Avenue,                         109 W 38 Street
Suite 500C,                                        Suite 200
Port Chester, NY 10573                             New York, NY 10018-3615

      April 9, 2013

          DATE                           Hon. Jose A. Padilla, Civil Court Judge, Acting JSC (NYC)

il Court of the City of New York, County of Bronx

Index # CV-033639-11/BX

2246 Webster Avenue, HDFC
      -against-
Ernesto Nunez... et al.

Affidavit in support of an order to show cause to restore case to the calendar, vacate any judgment, liens and income executions on this defendant on this Index number,
allow proposed answer or dismissing the action

State of New York, County of New York:

    Ernesto Nunez, being duly sworn, deposes and says:
    (Defendant's initials)

1. ___ a) I am the Party named as (Defendant)(Respondent) in the above titled action

2. ___ a) I have been served with a summons and complaint in this action. [NOTE: if Small Claims skip #3, and go to # 4]
    b) I have not been served, and my first notice of legal action was [NOTE: if you complete any of #2b, skip #3, #4, #5, and go to #6]
      ___ a Notice of Default Judgment mailed to me
      ___ a Restraining Notice on my bank account.
      ___ a copy of an Income Execution served on ___
      ___ Other: marshal's notice dated 4/5/2012

3. ___ a) I did not appear and answer in the Clerk's Office because: [NOTE: if you complete # 3a, skip and go to #6].
    _____
    b) I did not appear and answer in the Clerk's Office
      ___ and I received a date for trial.
      ___ but the answer was entered late
      ___ Other: _____

4. On the Date of Trial before Judge/Arbitrator
    ___ a stipulation (a written agreement) was made between claimant/plaintiff and defendant.
    ___ a judgment was entered after the trial.
    ___ a judgment was entered against me by default for my failure to appear.
    ___ Other: _____

5. My reason for not
    ___ complying with the stipulation is _____
    ___ following the order of the Court is _____
    ___ appearing in court on the date scheduled for trial is _____
    ___ Other: _____

6. ___ I allege that I have a good defense because: No. Marshall Closed Apt before the time they are paying, we had paid 7530 a more of the debt by a harrisible BA pay check, every week (unless)

7. ___ a) I have not had a previous Order to Show Cause regarding this index number.
    ___ b) I have had a previous Order to Show Cause regarding this index number but I am making this application because: _____

8. ___ I request that the Judgment be vacated, that the case be restored to the calendar AND that the answer be deemed timely filed.

Sworn to before me this day April 9, 2013

_____
Signature of Court Employee and Title

(Sign Name) _____
Ernesto Nunez
550 Audubon Avenue
Apt. 56
New York, NY 10040

il Court of the City of New York
County of **Bronx**

Index No: **CV-033659-11/BX**

2246 Webster Avenue, HDFC

—against—

Ernesto Nunez... et al.

**PROPOSED ANSWER IN WRITING**

~~CONSUMER CREDIT TRANSACTION~~

___ ACTION FOR MONEY ONLY

Defendant, **Ernesto Nunez**, at ~~550 Audubon Avenue, Apt 56, New York, NY 10040~~ answers the Complaint
as follows:  9335 Front st. Allentown PA. 18103

*Check all that apply)*

1 ___ General Denial: I deny the allegations in the complaint

**SERVICE**

2 ✓ I did not receive a copy of the summons and complaint

3 ___ I received the Summons and Complaint, but service was not correct as required by law.

**DEFENSES**

4 ✓ I do not owe this debt

5 ___ I did not incur this debt. I am the victim of identity theft or mistaken identity.

6 ✓ I have paid all or part of the alleged debt.

7 ✓ I dispute the amount of the debt.

8 ___ I do not have a business relationship with Plaintiff. ( Plaintiff lacks standing.)

9 ___ The NYC Department of Consumer Affairs shows no record of plaintiff having a license to collect a debt.

10 ___ Plaintiff does not allege a debt collection license number in the Complaint.

11 ___ Statute of Limitations ( the time has passed to sue on this debt: more than six years.)

12 ___ The debt has been discharged in bankruptcy.

13 ___ The collateral (property) was not sold at a commercially reasonable price.

14 ✓ Unjust enrichment (the amount demanded is excessive compared with the original debt.)

15 ___ Violation of the duty of good faith and fair dealing.

16 ___ Unconscionability (the contract is unfair.)

17 ✓ Laches (plaintiff has excessively delayed in bringing this lawsuit to my disadvantage.)

18 ___ Defendant is in the military.

19 ___ Other: _____

**OTHER**

20 ✓ Please take notice that my only source of income is __wages__, which is exempt from collection.

**COUNTERCLAIM**

21 ___ Counterclaim(s):$ _____ Reason: _____

**VERIFICATION-**

State of New York, County of Bronx ss:

**Ernesto Nunez,** being duly sworn, deposes and says: I am the Defendant in this proceeding. I have read the Answer in Writing Consumer Credit Transaction and know the contents thereof to be true to my own knowledge except as to those matters stated on information and belief, and as to those matters I believe them to be true

Sworn to before me this _____ day of _____ 20__      APR - 9 2013

_____

_____
Defendant

**Appearances are Mandatory**

Civil Court of the City of New York
County of Bronx Part 39

Index Number: CV-033659-11/BX

3 4    2

2246 Webster Avenue, HDFC
-against-
Ernesto Nunez... et al.

**ORDER TO SHOW CAUSE**
To restore case to the calendar, and vacate any
judgment, liens and income executions on this
defendant on this Index number,
allow proposed answer or dismissing the action

UPON the annexed affidavit of Evelyn Martinez, sworn to on April 9, 2013, and upon all papers and proceedings
herein:

Let the Claimant(s)/Plaintiff(s) or Claimant(s)/Plaintiff(s) attorney(s) show cause at:

Bronx Civil Court
851 Grand Concourse
Bronx, NY 10451
Part 34C          Room 504
on APRIL 23, 2013        at  9:30 AM

4/23/13

or as soon thereafter as counsel may be heard, why an order should not be made:

VACATING the Judgment, and all income executions and restraining notices, if any, restoring the case to the
calendar, deeming the proposed answer filed and/or dismissing the action if warranted, and/or granting such and
further relief as may be just..

PENDING the hearing of this Order to Show Cause and the entry of an Order thereon, let all proceedings on the
part of the Claimant(s)/Plaintiff(s), Claimant(s)/Plaintiff(s) attorney(s) and agent(s) and any Marshal or Sheriff of
the City of New York for the enforcement of said Judgment be stayed.

SERVICE of a copy of this Order to Show Cause, and annexed Affidavit, upon the:
Claimant(s)/Plaintiff(s) or named attorney(s):          Sheriff or Marshal:
(Judge to Initial)                                       (Judge to Initial)

Personal Service or hand on Marshall

overnight next day mail

_____ by Personal Service by " In Hand Delivery"          _____ by Personal Service by " In Hand Delivery"
_____ by Certified Mail, Return Receipt Requested          _____ by Certified Mail, Return Receipt Requested
_____ by First Class Mail with official Post Office          _____ by First Class Mail with official Post Office
Certificate of Mailing                                   Certificate of Mailing

on or before _____ 4/10/13 _____, shall be deemed good and sufficient

PROOF OF SUCH SERVICE may be filed with the Clerk in the Part
indicated above on the return date of this Order to Show Cause.

Mail to Attorney:
Kavulich & Associates PC
(Counsel for Pltf)
, at 181 Westchester Avenue,
Suite 500C,
Port Chester, NY 10573

Sheriff/Marshal:
Biegel, Stephan, Marshall
109 West 38th Street
Suite 200
New York NY 10018

April 9, 2013
DATE

Hon. Jose A. Padilla, Civil Court Judge, Acting JSC NY

Movant must
proof of all payments
made to marshall on
next court date    4-10-13

Page 61

...urt of the City of New York, County of Bronx

Webster Avenue, HDFC
          -against-
...rnesto Nunez... et al.

Index # CV-033659-11/BX

Affidavit in support of an order to show cause to restore case to the calendar, vacate any judgment, liens and income executions on this defendant on this Index number,
allow proposed answer or dismissing the action

State of New York, County of New York:

Evelyn Martinez, being duly sworn, deposes and says:
(Defendant's initials)

1. ___ a) I am the Party named as (Defendant)(Respondent) in the above titled action

2. ___ a) I have been served with a summons and complaint in this action. [NOTE: if Small Claims skip #3, and go to # 4]
   ___ b) I have not been served, and my first notice of legal action was [NOTE: if you complete any of #2b, skip #3, #4, #5, and go to #6]
      ___ a Notice of Default Judgment mailed to me
      ___ a Restraining Notice on my bank account.
      ___ a copy of an Income Execution served on _____
      ___ Other: _aware due to co-defendant's garnishment_

3. ___ a) I did not appear and answer in the Clerk's Office because:[NOTE: if you complete # 3a, skip and go to #6].
      ___ b) I did not appear and answer in the Clerk's Office
      ___ and I received a date for trial.
      ___ but the answer was entered late
      ___ Other: _____

4. On the Date of Trial before Judge/Arbitrator
      ___ a stipulation(a written agreement) was made between claimant/plaintiff and defendant.
      ___ a judgment was entered after the trial.
      ___ a judgment was entered against me by default for my failure to appear.
      ___ Other: _____

5. My reason for not
      ___ complying with the stipulation is _____
      ___ following the order of the Court is _____
      ___ appearing in court on the date scheduled for trial is _____
      ___ Other: _____

6. ___ I allege that I have a good defense because: _Marshall close Apt before the time they are suppa. we had stayed 75% a move of the dept of abrandon on pay check every week (charges)_

7. ___ a) I have not had a previous Order to Show Cause regarding this index number.
   ___ b) I have had a previous Order to Show Cause regarding this index number but I am making this application because: _____

8. ___ I request that the Judgment be vacated, that the case be restored to the calendar AND that the answer be deemed timely filed .

Sworn to before me this day April 9, 2013

_Umberto Ace_
Signature of Court Employee and Title

(Sign Name) _Evelyn martinez_
Evelyn Martinez
707 N. 6th Street
Apt. 2F
Allentown, PA 18102

...ourt of the City of New York
...ty of Bronx

Index No: **CV-033659-11/BX**

||||||||||||||||||||||||||||||

.246 Webster Avenue, HDFC

    -against-

Ernesto Nunez... et al.

## PROPOSED ANSWER IN
## WRITING

_____ **ACTION FOR MONEY ONLY**

Defendant, **Evelyn Martinez**, at 707 N. 6th Street, Apt. 2F, Allentown PA 18102 answers the Complaint as
follows:      933 S. Front St.
         Allentown PA 18103

*Check all that apply)*

1 _____ General Denial: I deny all the allegations in the complaint

    **SERVICE**

2 ✓ I did not receive a copy of the summons and complaint

3 _____ I received the Summons and Complaint, but service was not correct as required by law.

    **DEFENSES**

4 ✓ I do not owe this debt

5 _____ I did not incur this debt. I am the victim of identity theft or mistaken identity.

6 ✓ I have paid all or part of the alleged debt.

7 ✓ I dispute the amount of the debt.

8 _____ I do not have a business relationship with Plaintiff. ( Plaintiff lacks standing.)

9 _____ The NYC Department of Consumer Affairs shows no record of plaintiff having a license to collect a debt.

10 _____ Plaintiff does not allege a debt collection license number in the Complaint.

11 _____ Statute of Limitations ( the time has passed to sue on this debt: more than six years.)

12 _____ The debt has been discharged in bankruptcy.

13 _____ The collateral (property) was not sold at a commercially reasonable price.

14 ✓ Unjust enrichment (the amount demanded is excessive compared with the original debt.)

15 _____ Violation of the duty of good faith and fair dealing.

16 _____ Unconscionability (the contract is unfair.)

17 ✓ Laches (plaintiff has excessively delayed in bringing this lawsuit to my disadvantage.)

18 _____ Defendant is in the military.

19 _____ Other: _____

**OTHER**

20 ✓ Please take notice that my only source of income is _Wages_ ,which is exempt from collection.

**COUNTERCLAIM**

21 _____ Counterclaim(s):$ _____ Reason: _____

_____

### VERIFICATION-

State of New York, County of Bronx ss:

**Evelyn Martinez**,being duly sworn, deposes and says: I am the Defendant in this proceeding. I have read the Answer in Writing
Consumer Credit Transaction and know the contents thereof to be true to my own knowledge except as to those matters stated on
information and belief, and as to those matters I believe them to be true
        APR - 9. 2003

Sworn to before me this _____ day of _____ 20__

_____

X _Evelyn Martinez_
                       Defendant

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX: PART 34
-------------------------------------------------------------X

2246 WEBSTER AVENUE, HDFC,

                            Plaintiff,

       - against -

ERNESTO NUNEZ,
EVELYN MARTINEZ,

                     Defendants.
-------------------------------------------------------------X

Index No. 33659/11
File No. 14285

AFFIRMATION IN OPPOSITION

     GARY KAVULICH, ESQ., an attorney duly admitted to practice law before the Court of the State of New York, hereby affirms under the penalty of perjury:

    1.  I am a member of Kavulich & Associates, P.C., attorneys for the Plaintiff herein. As such, I am fully familiar with the facts and circumstances of the within proceeding, except as to those matters stated upon information and belief, as to those matters I believe them to be true. The basis of my belief is information supplied to me by my client, information contained within the court file and information maintained within my office.

    2.  I make this affirmation in opposition to the Defendants Ernesto Nunez and Evelyn Martinez Orders to Show Cause which seek to restore case to the calendar and request that the judgment be vacated. Please see Defendants instant Order to Show Cause annexed hereto as Exhibit "1."

## STATEMENT OF THE UNDISPUTED FACTS

    3.  On or about September 16, 2002, the Plaintiff entered into a one (1) year lease agreement and subsequent renewal lease agreements with the Defendants for the premises known as 2246 Webster Avenue, Apartment 3, Bronx, New York 10458. Please see a copy of the Plaintiff's agent, Janine Losey, annexed hereto as Exhibit "2." Annexed hereto as Exhibit "3" is a copy of the said lease agreement.

4. Thereafter, the Defendants breached said agreement by failing to pay rent.

5. Upon information and belief, on or about leave date Defendant, Plaintiff obtained legal possession of the subject-premises.

6. The Plaintiff thereafter commenced the instant proceeding against the Defendants for breach of a lease agreement by service of a summons and complaint on or about March 29, 2011. Please see a copy of said summons and complaint annexed hereto as Exhibit "4." Please see also a copy of the affidavit of service for the Defendants annexed hereto as Exhibit "5."

7. Thereafter, the Defendants failed to interpose an answer to said summons and complaint and the Plaintiff was then awarded a judgment in the sum of $4,459.69. Please see a copy of the judgment annexed hereto as Exhibit "6."

8. Plaintiff then commenced execution measures pursuant to that judgment and on or about May 13, 2011, by serving an information subpoena with a restraining notice on the Defendants' current financial institution.

9. Pursuant to NY CPLR § 5222, §5222(h), §5222(i) or (ii), the bank responded that the funds were below the attachable limit of the protected amount set forth in 31 CFR Part 212 and so Plaintiff obtained no monies to apply to the aforementioned judgment. Please see a copy of said report annexed hereto as Exhibit "7."

10. However, it is your Affirmant's almost twenty years of experience that a bank will duly inform its account holders of any attempt to molest or disturb his or her assets changed to that bank's custody.

11. Plaintiff then commenced further execution measures on that judgment and on or about March 29, 2012, it issued a wage garnishment to New York City Marshal Stephen Biegel and he, in turn, served that income execution upon the Defendant Ernesto Nunez' current place of employment.

12. Pursuant to that income execution, the Plaintiff has received monthly payments since when totaling $3,169.02 towards the satisfaction of the underlying judgment.

13. Thereafter, on April 9, 2013, more than a year Defendant Ernesto Nunez's started being garnished, the Defendants moved, via the instant Order to Show Cause, seeking to vacate the judgment with a return date for April 23, 2012, and adjourned for May 17, 2013.. Please see aforementioned Exhibit "1."

14. Plaintiff now opposes Defendants' motions.

## THE DEFENDANTS INSTANT MOTION DOES NOT DEMONSTRATE AN EXCUSABLE DEFAULT AND MERITORIOUS DEFENSE, THEREFORE THE MOTION SHOULD BE DENIED

15. In order to meet the standard to allow this Court to vacate a judgment the Defendants are required to demonstrate both a reasonable excuse for the default and the existence of a potentially meritorious defense to the action. CPLR 5051(a)(1).

16. Moreover, should the Defendants demonstrate a reasonable excuse for the default, a Court must nonetheless uphold the default when the Defendants' papers submitted in support thereof are replete with self-serving, vague, unsubstantiated denials, and unsupported legal conclusions. *Thapt v. Lutheran Med. Ct.*, 89 AD3d 837 [2d Dep't 2011]; *Garal Wholesalers, Ltd. v. Raven Brands, Inc.*, 82 AD3d 1041 [2d Dep't 2011].

17. The Defendants, in their affidavit in support, asserts as a reason for requesting a new trial is specifically that "I do not owe the debt, I did not receive the summons and complaint, unjust enrichment and laches." Please see the aforementioned Exhibit "1."

18. However, the Defendants do not provide adequate or accurate proof that they do not owe a debt to the Plaintiff. As a result, the Defendants explanation is only self-serving and unsubstantiated.

19. Defendant Ernesto Nunez' claim that he did not receive the summons and complaint is difficult to believe in light of Plaintiff's mailing of that Summons and Complaint. Please see the aforementioned Exhibit "5" also see a copy of the certified mail to the Defendant Ernesto Nunez that was returned by the Post Office marked "unclaimed" annexed hereto as Exhibit "8."

20. The certified mail was addressed to the address of the Defendant Ernesto Nunez as he stated in the Order to Show Cause. Please see aforementioned Exhibit "1." Please see aforementioned Exhibit "5." Please see aforementioned Exhibit "8."

21. Thus, according to the Post Office, the Defendant maintained an address there.

22. The Defendant even denied to your Affirmant that he has any connection to that residence. Please see aforementioned Exhibit "5."

23. In light of the Post Office having him at that address it strains credulity that Defendant denies even a connection there. Please see aforementioned Exhibit "5."

24. It is respectfully stated that such a blatant disregard for an obvious fact should inform the Honorable Court of Defendant's truthfulness.

25. However, the Defendant Ernesto Nunez does not provide adequate or accurate proof that he did not receive a copy of the summons and complaint. As a result, the Defendant's reason is only self-serving and unsubstantiated.

26. As stated earlier, on or about September 16, 2002, the Plaintiff entered into a one (1) year lease agreement and subsequent renewal leases agreements with the Defendants for the premises known as 2246 Webster Avenue, Apartment 3, Bronx, New York 10458. Please see the aforementioned Exhibit "3."

27. As stated within upon information and belief, on or about February 19, 2005, the Defendants vacated the subject premises.

28. As a result, the Defendants are liable for the rent payments for the months of October, 2005 through and including March, 2006.

29. Moreover, the tenant ledger we currently posses clearly shows that the Defendants, at the time they vacated the subject-premises, had a balance of $6,986.98. Annexed hereto as Exhibit "9" is a copy of the said tenant ledger.

30. Thus, this Court should find the Defendants reason not persuasive and thus not reasonable pursuant to CPLR 5051(a)(1).

31. Even if this Court finds the Defendants above excuses and reasons to constitute a reasonable default, the Defendants must additionally allege a meritorious defense in order for their motion to be successful.

32. The Defendants fail to allege a meritorious defense.

33. Thus, the Defendants alleged defense has therefore failed to provide anything but mere conclusory statements.

34. Moreover, the Defendants alleged meritorious defense does not state any cognizable legal principle.

35. Thus, in accord with *Thapt* and *Garal*, this Court must uphold the herein judgment agreed to by both parties.

36. Conversely, the Plaintiff's claim has merit as the Defendants breached the parties' lease agreement by not paying rent pursuant to said lease. To date, the Defendants owe the Plaintiff the amount agreed to in the judgment in the amount of $1,326.67($4,495.69- $3,169.02 monies collected from the New York City Marshal's income execution) plus interest from May 1, 2005, costs, disbursements and fees. Please see the aforementioned Exhibit "6."

37. As the Defendants fail to set forth both an excusable default and a meritorious defense,

and the Plaintiff continues to suffer from the unsatisfied debt, the Plaintiff respectfully requests

this Court to deny the Defendants motion to vacate the judgment.


WHEREFORE, as no legal or equitable basis has been stated or exists, Plaintiff
respectfully asks that this Court deny the instant motion.

Dated: May 14, 2013
      Port Chester, NY

Kavulich & Associates, P.C.
By: Gary Kavulich, Esq.
Attorney for Plaintiff
181 Westchester, Ave., Suite 500C
Port Chester, NY 1057
(914) 355-2074

# EXHIBIT 1

County of Bronx  Part 39

Index Number CV-033659-11/BX

2246 Webster Avenue, HDFC
                -against-
Ernesto Nunez... et al.

**ORDER TO SHOW CAUSE**

To restore case to the calendar, and vacate any judgment, liens and income executions on this defendant on this Index number,
allow proposed answer or dismissing the action

**UPON** the annexed affidavit of **Ernesto Nunez**, sworn to on April 9, 2013, and upon all papers and proceedings herein:

Let the Claimant(s)/Plaintiff(s) or Claimant(s)/Plaintiff(s) attorney(s) show cause at:

**Bronx Civil Court**
**851 Grand Concourse**
**Bronx, NY 10451**
**Part 34C**        **Room 504**
on _APR 23, 2013_        at  9:30 AM
or as soon thereafter as counsel may be heard, why an order should not be made:

**VACATING** the Judgment, and all income executions and  restraining notices, if any, restoring the case to the calendar, deeming the proposed answer filed and/or dismissing the action if warranted, and/or granting such and further relief as may be just.

**PENDING** the hearing of this Order to Show Cause and the entry of an Order thereon, let all proceedings on the part of the Claimant(s)/Plaintiff(s), Claimant(s)/Plaintiff(s) attorney(s) and agent(s) and any Marshal or Sheriff of the City of New York for the enforcement of said Judgment be stayed.

**SERVICE** of a copy of this Order to Show Cause, and annexed Affidavit, upon the:

Claimant(s)/Plaintiff(s) or named attorney(s):        Sheriff or Marshal:
(Judge to initial)                                       (Judge to initial)
_____ by Personal Service by " In Hand Delivery"        _____ by Personal Service by " In Hand Delivery"
_____ by Certified Mail, Return Receipt Requested       _____ by Certified Mail, Return Receipt Requested
_____ by First Class Mail with official Post Office       _____ by First Class Mail with official Post Office
        Certificate of Mailing                                   Certificate of Mailing

on or before _____4/10/13_____ , shall be deemed good and sufficient

**PROOF OF SUCH SERVICE** may be filed with the Clerk in the Part indicated above on the return date of this Order to Show Cause.

**Mail to Attorney:**
**Kavulich & Associates PC**
(Counsel for Pltf),
at 181 Westchester Avenue,
Suite 500C,
Port Chester, NY 10573

Sheriff/Marshal:
NYC Marshal
Biegel, Stephen, Marshal
109 W 38 Street
Suite 200
New York, NY 10018-3615

April 9, 2013

DATE

Hon. Jose A. Padilla, Civil Court Judge, Acting JSC (NYC)

STATE OF NEW YORK, COUNTY OF BRONX                                      Index # CV-033659-11/BX

2246 Webster Avenue, HDFC
                -against-
Ernesto Nunez... et al.

Affidavit in support of an order to show cause to
restore case to the calendar, vacate any judgment,
liens and income executions on this defendant on
this Index number,
allow proposed answer or dismissing the action

State of New York, County of New York:

Ernesto Nunez, being duly sworn, deposes and says:
(Defendant's initials)

1. [EN] a) I am the Party named as (Defendant)(Respondent) in the above titled action

2. [EN] a) I have been served with a summons and complaint in this action. [NOTE: If Small Claims skip #3, and go to # 4]
   b) I have not been served, and my first notice of legal action was [NOTE: if you complete any of #2b, skip #3, #4, #5, and go to #6]
   _____ a Notice of Default Judgment mailed to me
   [EN] a Restraining Notice on my bank account.
   _____ a copy of an Income Execution served on _____
   [EN] Other: marshall's notice, dated 1/15/2013

3. _____ a) I did not appear and answer in the Clerk's Office because:[NOTE: If you complete # 3a, skip and go to #6].

   b) I did not appear and answer in the Clerk's Office
   _____ and I received a date for trial.
   _____ but the answer was entered late
   _____ Other: _____

4. On the Date of Trial before Judge/Arbitrator
   _____ a stipulation(a written agreement) was made between claimant/plaintiff and defendant.
   _____ a judgment was entered after the trial.
   _____ a judgment was entered against me by default for my failure to appear.
   _____ Other: _____

5. My reason for not
   _____ complying with the stipulation is _____
   _____ following the order of the Court is _____
   _____ appearing in court on the date scheduled for trial is _____
   _____ Other: _____

6. I allege that I have a good defense because: NO Moralbell Classal Apt buteer th
   time they are "Seyrin" we had owe 9578 Cmore of the
   cleth by a apartment bon play the reatory week winters

7. [EN] a) I have not had a previous Order to Show Cause regarding this index number.
   _____ b) I have had a previous Order to Show Cause regarding this index number but I am making this application
   because: _____

8. [EN] I request that the Judgment be vacated, that the case be restored to the calendar AND that the answer be deemed
   timely filed.

Sworn to before me this day April 9, 2013

_____                           (Sign Name) _____
Signature of Court Employee and Title     Emesto Nunez
                                          550 Audubon Avenue
                                          Apt. 56
                                          New York, NY 10040

Index No: CV-033659-11/BX

County of Bronx

2246 Webster Avenue, HDFC
-against-
Ernesto Nunez... et al.

PROPOSED ANSWER IN WRITING

~~CONSUMER CREDIT TRANSACTION~~

___ ACTION FOR MONEY ONLY

Defendant, Ernesto Nunez, at ~~550 Audubon Avenue, Apt. 5G, New York, NY 10040~~ answers the Complaint as follows:   9335 Front st. Allentown PA-18103

*Check all that apply)*

1 _____ General Denial: I deny the allegations in the complaint
   **SERVICE**
2 ✓ I did not receive a copy of the summons and complaint
3 _____ I received the Summons and Complaint, but service was not correct as required by law.
   **DEFENSES**
4 ✓ I do not owe this debt
5 _____ I did not incur this debt. I am the victim of identity theft or mistaken identity.
6 ✓ I have paid all or part of the alleged debt.
7 ✓ I dispute the amount of the debt.
8 _____ I do not have a business relationship with Plaintiff. ( Plaintiff lacks standing.)
9 _____ The NYC Department of Consumer Affairs shows no record of plaintiff having a license to collect a debt.
10 _____ Plaintiff does not allege a debt collection license number in the Complaint.
11 _____ Statute of Limitations ( the time has passed to sue on this debt: more than six years.)
12 _____ The debt has been discharged in bankruptcy.
13 _____ The collateral (property) was not sold at a commercially reasonable price.
14 ✓ Unjust enrichment (the amount demanded is excessive compared with the original debt.)
15 _____ Violation of the duty of good faith and fair dealing.
16 _____ Unconscionability (the contract is unfair.)
17 ✓ Laches (plaintiff has excessively delayed in bringing this lawsuit to my disadvantage.)
18 _____ Defendant is in the military.
19 _____ Other: _____

**OTHER**
20 ✓ Please take notice that my only source of income is ___wages___ ,which is exempt from collection.

**COUNTERCLAIM**
21 _____ Counterclaim(s):$ _____ Reason: _____

## VERIFICATION-

State of New York, County of Bronx ss:
Ernesto Nunez,being duly sworn, deposes and says: I am the Defendant in this proceeding. I have read the Answer in Writing Consumer Credit Transaction and know the contents thereof to be true to my own knowledge except as to those matters stated on information and belief, and as to those matters I believe them to be true

APR - 9 2013

Sworn to before me this _____ day of _____20__

_____

_____
Defendant

County of Bronx Part 39

Index Number: CV-033659-11/BX

2246 Webster Avenue, HDFC
~against~
Ernesto Nunez... et al.

**ORDER TO SHOW CAUSE**

To restore case to the calendar, and vacate any judgment, liens and income executions on this defendant on this Index number, allow proposed answer or dismissing the action

**UPON** the annexed affidavit of Evelyn Martinez, sworn to on April 9, 2013, and upon all papers and proceedings herein:

Let the Claimant(s)/Plaintiff(s) or Claimant(s)/Plaintiff(s) attorney(s) show cause at:

**Bronx Civil Court**
**851 Grand Concourse**
**Bronx, NY 10451**
Part 34C

Room 504

on APRIL 23, 2013                at 9:30 AM

4/23/13

or as soon thereafter as counsel may be heard, why an order should not be made:

**VACATING** the Judgment, and all income executions and restraining notices, if any, restoring the case to the calendar, deeming the proposed answer filed and/or dismissing the action if warranted, and/or granting such and further relief as may be just..

**PENDING** the hearing of this Order to Show Cause and the entry of an Order thereon, let all proceedings on the part of the Claimant(s)/Plaintiff(s), Claimant(s)/Plaintiff(s) attorney(s) and agent(s) and any Marshal or Sheriff of the City of New York for the enforcement of said Judgment be stayed.

**SERVICE** of a copy of this Order to Show Cause, and annexed Affidavit, upon the:
Claimant(s)/Plaintiff(s) or named attorney(s):                    Sheriff or Marshal:
(Judge to initial)                                                (Judge to Initial)

_____ by Personal Service by " In Hand Delivery"          _____ by Personal Service by " In Hand Delivery"
_____ by Certified Mail, Return Receipt Requested          _____ by Certified Mail, Return Receipt Requested
_____ by First Class Mail with official Post Office          _____ by First Class Mail with official Post Office
Certificate of Mailing                                        Certificate of Mailing

Personal Service on Marshal

on or before _____ 4/10/13 _____, shall be deemed good and sufficient

**PROOF OF SUCH SERVICE** may be filed with the Clerk in the Part indicated above on the return date of this Order to Show Cause.

Mail to Attorney:
Kavulich & Associates P.C.
(Counsel for Pltf)
, at 181 Westchester Avenue,
Suite 500C,
Port Chester, NY 10573

Sheriff/Marshal:
Biegel, Stephen, Marshall
109 West 38th Street
Suite 200
New York NY 10018

April 9, 2013
DATE

Hon. Jose A. Padilla, Civil Court Judge, Acting (SC/NYC)

Movant must [provide] proof of all payments made to marshal on next court date 4/23/13

Index # CV-033659-11/BX

2246 Webster Avenue, HDFC
 —against—
Ernesto Nunez... et al.

Affidavit in support of an order to show cause to restore case to the calendar, vacate any judgment, liens and income executions on this defendant on this Index number, allow proposed answer or dismissing the action

State of New York, County of New York;

Evelyn Martinez, being duly sworn, deposes and says:
(Defendant's initials)

1. ☑ a) I am the Party named as (Defendant)(Respondent) in the above titled action

2. ___ a) I have been served with a summons and complaint in this action. [NOTE: if Small Claims skip #3, and go to # 4]
   ☑ b) I have not been served, and my first notice of legal action was [NOTE: if you complete any of #2b, skip #3, #4, #5, and go to #6]
   ___ a Notice of Default Judgment mailed to me
   ☑ a Restraining Notice on my bank account.
   ___ a copy of an Income Execution served on _____
   ☑ Other: aware due to co-defendants garnishment

3. ___ a) I did not appear and answer in the Clerk's Office because:[NOTE: if you complete # 3a, skip and go to #6].

   b) I did not appear and answer in the Clerk's Office
   ___ and I received a date for trial.
   ___ but the answer was entered late
   ___ Other: _____

4. On the Date of Trial before Judge/Arbitrator
   ___ a stipulation(a written agreement) was made between claimant/plaintiff and defendant.
   ___ a judgment was entered after the trial.
   ___ a judgment was entered against me by default for my failure to appear.
   ___ Other: _____

5. My reason for not
   ___ complying with the stipulation is _____
   ___ following the order of the Court is _____
   ___ appearing in court on the date scheduled for trial is _____
   ___ Other: _____

6. ☑ I allege that I have a good defense because: Marshall close Apt before the time We are suing. We had styled 15% or more of the dept by a Garnishment on my check every week. (Wages)

7. ☑ a) I have not had a previous Order to Show Cause regarding this index number.
   ___ b) I have had a previous Order to Show Cause regarding this index number but I am making this application because: _____

8. ☑ I request that the Judgment be vacated, that the case be restored to the calendar AND that the answer be deemed timely filed.

Sworn to before me this day April 9, 2013

_____
Signature of Court Employee and Title

(Sign Name) Evelyn martinez
Evelyn Martinez
707 N. 6th Street
Apt. 2F
Allentown, PA 18102

Page 75

~~County of New York~~
County of Bronx

Index No: CV-033659-11/BX

2246 Webster Avenue, HDFC
        -against-
Ernesto Nunez... et al.

**PROPOSED ANSWER IN WRITING**

___ **ACTION FOR MONEY ONLY**

Defendant, **Evelyn Martinez**, at ~~702 N. 9th Street, Apt. 2F, Allentown, PA 18102~~ answers the Complaint as follows: 933 S. Front St.
        Allentown PA 18103

*Check all that apply)*

1 ____ General Denial: I deny the allegations in the complaint

   **SERVICE**

2 ✓ I did not receive a copy of the summons and complaint

3 ____ I received the Summons and Complaint, but service was not correct as required by law.

   **DEFENSES**

4 ✓ I do not owe this debt

5 ____ I did not incur this debt. I am the victim of identity theft or mistaken identity.

6 ✓ I have paid all or part of the alleged debt.

7 ✓ I dispute the amount of the debt.

8 ____ I do not have a business relationship with Plaintiff. ( Plaintiff lacks standing.)

9 ____ The NYC Department of Consumer Affairs shows no record of plaintiff having a license to collect a debt.

10 ____ Plaintiff does not allege a debt collection license number in the Complaint.

11 ____ Statute of Limitations ( the time has passed to sue on this debt: more than six years.)

12 ____ The debt has been discharged in bankruptcy.

13 ____ The collateral (property) was not sold at a commercially reasonable price.

14 ✓ Unjust enrichment (the amount demanded is excessive compared with the original debt.)

15 ____ Violation of the duty of good faith and fair dealing.

16 ____ Unconscionability (the contract is unfair.)

17 ✓ Laches (plaintiff has excessively delayed in bringing this lawsuit to my disadvantage.)

18 ____ Defendant is in the military.

19 ____ Other: _____

**OTHER**

20 ✓ Please take notice that my only source of income is _Wages_ ,which is exempt from collection.

**COUNTERCLAIM**

21 ____ Counterclaim(s):$ _____ Reason: _____

_____

**VERIFICATION-**

State of New York, County of Bronx ss:

Evelyn Martinez,being duly sworn, deposes and says: I am the Defendant in this proceeding. I have read the Answer in Writing Consumer Credit Transaction and know the contents thereof to be true to my own knowledge except as to those matters stated on information and belief, and as to those matters I believe them to be true
                                APR = 3 2013

Sworn to before me this ____ day of ____ 20__           X _Evelyn Martinez_
_Norobato Dr_                                                    Defendant

**EXHIBIT 2**

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX: PART 3C
INDEX NO. 33659/11
FILE NO. 14285
-----------------------------------------------------------------X

2246 WEBSTER AVENUE, HDFC,

                                        Plaintiff,

                                                    AFFIDAVIT IN
                                                    OPPOSITION
               -against-

ERNESTO NUNEZ,
EVELYN MARTINEZ,

                              Defendants.

-----------------------------------------------------------------X

STATE OF NEW YORK        )
                         ) SS
COUNTY OF BRONX          )

        I, Janine Losey, being duly sworn deposes and says:

1.      That I am the managing agent for the Plaintiff, 2246 Webster Avenue, HDFC
        herein, and as such I am fully familiar with the facts and circumstances of this
        proceeding.

2.      The Plaintiff entered into a lease agreement with the Defendants, for a period of
        one (1) year from September 16, 2002 through and including September 30, 2003
        for the premises known as 2246 Webster Avenue, Apt. 3, Bronx, NY 10457.

3.      The Parties thereafter entered into a series of renewal lease agreements, with the
        latest renewal lease agreement ending on March, 2006.

4.      Defendant then breached said renewal lease agreement and allowed a balance of
        $2,802.11 to accumulate representing rental arrears for the months of October,
        2005 through and including March, 2006 at the agreed upon monthly sum of
        $583.45.

5.    On or about February 19, 2005, the Defendants' were evicted from the premises known as 2246 Webster Avenue, Apt. 3, Bronx, New York 10458.

6.    The Plaintiff then brought this instant action seeking to recover arrears balance owed by Defendants' to Plaintiff.

7.    Thereafter, Defendants' failed to interpose an answer thereby defaulting on this action.

8.    Accordingly, on January 12, 2012, a judgment was entered in the amount of $4,495.69.

9.    On, or about March 29, 2012, Plaintiff then commenced Income Execution measure pursuant to that judgment on the defendant, Ernesto Nunez current place of employment.

10.    As of this date, Plaintiff has received $3,169.02 towards the satisfaction of the said judgment.

11.    Therefore, the remaining amount of $2,802.11 remains due and outstanding.

12.    My attorney has further advised me that the Defendant now seeks to vacate the judgment taken against them in this matter.

WHEREFORE, your deponent prays that the Court deny the instant motion as no legal or equitable basis has been provided.

Janine Losey

Sworn to before me this

24th day of April, 2013

Notary Public

NOTARY PUBLIC-STATE OF NEW YORK
TARA J. GREKULAK
No. 01GR6198968
Qualified in Westchester County
My Commission Expires February 02, 2017

# EXHIBIT 3

Copyright © 1996 by Rent Stabilization Association.

**RSA**

# RENT STABILIZED LEASE
## ATTACHED RIDER SETS FORTH RIGHTS AND OBLIGATIONS OF TENANTS AND LANDLORDS UNDER THE RENT STABILIZATION LAW. (LOS DERECHOS Y RESPONSABILIDADES DE INQUILINOS Y CASEROS ESTÁN DISPONIBLE EN ESPAÑOL.)

Owner and Renter make this apartment lease agreement as follows:

Owner's Name: **2246 WEBSTER AVENUE HDFC**

Owner's Address for Notices: **660 E. 183 ST. BX, NY 10458**

Renter's Name: 1. **MR. ERNESTO NUNEZ**        Social Security #: ███ **3547**

2. _____        Social Security #: _____

Renter's Present Address: **877 BROOK AVENUE, BRONX, NY  10451**

Address of Premises to Be Rented: **2246 WEBSTER AVENUE, BRONX, NY 10457**

Apt. No.: **3**   Term of This Lease *(Check one)*: ☒ 1 year ☐ 2 years *Monthly Rent: $ ~~505.96~~ **792.52**
                        PREFERRED RENT: $525.00

Date of Lease: **09/16/02**   Beginning: **09/16/02**   Ending: **09/30/03**

* If a preferential rent is being charged, the amount of the preferential rent is set forth in the attached rider.

1.HEADINGS: Paragraph headings are only for ready reference to the terms of this lease.

2.CONDITION "AS IS": Renter acknowledges inspecting the apartment prior to signing this lease and accepts the apartment in the condition it is in as of such inspection. Renter acknowledges that the apartment is free of defects. Owner warrants that the apartment and building are fit for habitation and there are no conditions dangerous to health, life or safety.

3.USE AND OCCUPANCY OF APARTMENT: The apartment is to be used and occupied for private residential purposes only, as the primary residence of Renter. The apartment may be occupied only by Renter named in this lease, Renter's immediate family, or other occupants in accordance with the applicable provisions of law. Renter agrees that the apartment will be occupied only by the following individuals, in addition to Renter:

| Name: | Birth Date: | Relation to Renter: |
|---|---|---|
| → Ernesto Nunez | 80 | Self |
| Evelyn Martinez | 82 | Spouse |
| ████████ | 02 | Daughter |

Renter is obligated to advise Owner, in writing, if any additional occupant moves into the apartment. Such notice must be furnished by Renter to Owner within 10 days of the date such additional occupant moves into the apartment. The apartment may not be occupied by more than the number of occupants permitted by §27-2075 of the Housing Maintenance Code or by §235-f of the Real Property Law, whichever is less.

4.RENTER'S POSSESSION OF APARTMENT: Owner shall not be liable for failure to give Renter possession of the apartment on the beginning day of the lease term. Rent shall be payable as of the beginning of the term unless Owner is unable to give possession, in which case rent shall be payable as of the date possession is available. Owner must give possession within 30

days of the beginning day of the lease term. If not, Renter may cancel this lease and obtain a refund of money deposited. Owner will notify Renter as of the date possession is available. The ending date of the lease term will not change in the event Owner is unable to give possession as of the beginning of the lease term.

5.RENT, ADDED RENT, RENT ADJUSTMENTS: a.Rent payments for each month are due on or before the first day of each month at the address above or at a location designated by Owner in writing. Notice from Owner to Renter that rent is due is not required. The rent must be paid in full without deductions. The first month's rent and added rent must be paid when Renter signs this lease. b.Renter may be required to pay other charges and fees to Owner under the terms of this lease. They are called "added rent." This added rent will be payable as rent, together with the next monthly rent due. If Renter fails to pay the added rent on time, Owner shall have the same rights against Renter as if Renter failed to pay rent. c.If this apartment is subject to the rent stabilization laws, the rent to be paid during the term of this lease may be adjusted, prospectively or retroactively, pursuant to an order of the New York State Division of Housing and Community Renewal (DHCR). Renter agrees to be bound by such determination, and to pay any increase in rent in the manner specified by the agency. In the event the applicable rent guideline has not been fixed by the Rent Guidelines Board (RGB) by the date the lease is executed, the rent provided for in this lease may be increased or decreased retroactively to the commencement date of the lease consistent with orders issued by the RGB. Added rent as defined herein shall include, but is not limited to:

| MCI IMPROVEMENTS | TENANT DAMAGES TO ← |
|---|---|
| J-51 | PREMISES |

6.FAILURE TO PAY RENT ON DUE DATE: Rent is due by the first day of each month. Payment after the **10th** day of each month shall be considered a "late payment." Renter expressly agrees and understands that three (3) or more late payments in any twelve month period shall be deemed to be a failure to comply

1 of 4

if any, shall be used by messengers and trades people ...ing and leaving and the passenger elevators, if any, shall ...ed by them for any purpose.

...UNDRY: Laundry machines if any, provided by Owner, ...be used by Renter in the manner and at the times that Owner ...designate. Renter shall not dry or air clothes on the roof or ...the terrace or balcony, if any. Renter may use laundry machines, ...ny, at their own risk.

**42.OBJECTIONABLE CONDUCT:** Renter, their families, guests, employees, or visitors shall not engage in any conduct which makes the apartment or building less fit to live in for Renter or other occupants. Renter shall not make or permit any disturbing noises in the apartment or building or permit anything to be done that will interfere with the rights, comfort or convenience of other renters. Renter shall not play a musical instrument or operate or allow to be operated audio or video equipment so as to disturb or annoy any other occupant of the building.

**43.NO PROJECTIONS:** Renter may not install or cause to be installed anything on the roof or outside wall of the building or any balcony, terrace, or window.

**44.MOVING:** Renter can use the elevator or service elevator, if any, to move furniture and possessions only on designated days and at designated hours. Owner shall not be liable for any costs, expenses or damages incurred by Renter in moving because of delays caused by unavailability of the elevator. Renter shall be liable for any damage caused to the building or the apartment during such move.

**45.WAIVER OF FOREIGN SOVEREIGN AND DIPLOMATIC IMMUNITY:** Renter represents that he is not subject to foreign sovereign or diplomatic immunity. Renter expressly waives the doctrine of foreign sovereign immunity and diplomatic immunity and consents to the jurisdiction of the Housing Court and all other courts. Renter expressly represents that in the event a judgment is obtained against him, Owner may enforce the judgment against any property or assets of Renter, wherever they are located.

**46.MILITARY STATUS:** Renter represents that he is not in the United States military, and is not dependent upon a member of the United States military. Renter must notify Owner within ten days of enlistment in the military.

**47.PARTIES BOUND:** This lease agreement is binding on Owner and Renter, and on all those who claim a right, or have a right, to succeed to the legal interest of Owner and Renter.

**48.FORMS:** Renter agrees to complete any and all forms that may be requested by Owner from time to time.

**49.SUBORDINATION:** The rights of Renter, including all rights granted under the terms of this lease are, and shall be, subject to and subordinate to the terms of any mortgage on the building or the land under the building which now exists, or which may hereafter exist. The foregoing shall include but not be limited to any modification, consolidation or extension agreement of any existing mortgage on the land or building.

**50.SINGULAR/PLURAL and JOINT/SEVERAL:** The use of the singular shall be deemed to include the plural, and vice versa, whenever the context so requires. If more than one entity is renting the apartment, their obligations shall be joint and several.

**51.CONDEMNATION/EMINENT DOMAIN:** If the building, or any part of the building, is taken or condemned by a public authority or government agency, this lease will end on the date of such taking. In such event, Renter will have no claim for damages against Owner based upon such taking, and Renter will be required to surrender the apartment to Owner upon 30 days written notice from Owner to Renter of such government taking.

**52.CONSTRUCTION/CONVENIENCE:** Neighboring buildings may be the subject of construction, renovation or demolition. Owner will not be liable to Renter, nor shall Owner seek to hold Owner liable for interference with views, light, air flow, or ventilation, the covenant of quiet enjoyment, or breach of the warranty of habitability whether such interference is temporary or permanent, if such interference results from activities conducted on adjoining Owners' properties.

**53.NO WAIVER:** The failure of Owner to insist at any time upon strict performance of any clause in this lease shall not be construed as a waiver of Owner's rights. No waiver by Owner of any provision of this lease can be made unless made in writing by Owner. Acceptance of rent by Owner with knowledge of the breach of any condition or term of this lease is not a waiver of the breach.

**54.CREDIT REPORTS:** Renter authorizes Owner to use the Social Security number of Renter to obtain any and all credit reports for the purpose of the initial lease or any renewal thereof now and no more than five years after the expiration of this lease or any renewal thereof, and fully understands that these reports will be used by owner in connection with Renter's occupancy of the apartment.

**55.ENTIRE AGREEMENT:** Owner and Renter have read this lease and agree that it contains the entire understanding of the parties regarding the rental of the subject apartment. The lease can only be changed in writing. The writing must be signed by both Owner and Renter.

**If any part of this lease is determined to be unlawful, the remaining provisions of the lease will remain valid and in full force and effect.**

→ 2246 WEBSTER AVENUE HDFC
Owner/Agent (on behalf of Owner)

_Consulata Cicec_
**SIGNATURE**

MR. ERNESTO NUNEZ
Renter

Renter

Renter

4 of 4

RSA © 1998 Rent Stabilization Association

# EXHIBIT 4

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

-------------------------------------------------------X

2246 Webster Avenue, HDFC,

                 Plaintiff,

INDEX NO.
FILE NO. ~~13816-0~~   14285

    -against-

SUMMONS
Place of Venue is Plaintiff's
place of business:

Ernesto Nunez, Evelyn Martinez,

2246 Webster Avenue
Bronx, NY 10457

             Defendant(s)

-------------------------------------------------------X

To the above named defendants(s):

   YOU ARE HEREBY SUMMONED to appear at the CIVIL COURT OF THE CITY OF NEW YORK, COUNTY OF BRONX at the office of the clerk of the said Court at 851 Grand Concourse, Bronx, NY 10451, in the COUNTY OF BRONX, State of New York, within the time provided by law as noted below and to file an answer to the below complaint with the clerk: upon your failure to answer, judgment will be taken against you for the sum of $7,486.98 with interest thereon from May 1, 2005 together with costs of this action.

DATED: March 29, 2011

By: Gary Kavulich, Esq.,
Kavulich & Associates, P.C.
Attorney for Plaintiff
181 Westchester Avenue
Suite 500C
Port Chester, NY 10573
(914) 355-2074

Defendant's Address:
Ernesto Nunez
550 Audubon Avenue, Apt. 56
New York, NY 10040-3365

Evelyn Martinez,
707 N. 6th Street Apt. 2F
Allentown, PA 18102-1607

Note: The law provides that: (a) If the summons is served by its delivery to you personally within the City of New York, you must appear and answer within TWENTY days after such service; or (b) If the summons is served by any means other than personal delivery to you within the City of New York, you must appear and answer within THIRTY days after proof of service thereof is filed with the Clerk of this Court.

## COMPLAINT

**FIRST ACTION**: Plaintiff seeks to recover damages from defendant(s) for breach of a lease agreement in the sum of $6,251.98 representing rental arrears for the months of May, 2005 balance of $417.48; June, 2005 through and including March, 2006 at the agreed monthly sum of $583.45 for the premises known as 2246 Webster Avenue, Apt.3 Bronx, NY 10457 together with costs and disbursements of this action and for such other and further relief as the court may deem just.

**SECOND ACTION**: Plaintiff seeks to recover damages from the defendant in the sum of $735.00 representing damages together with costs and disbursements of this action and for such other and further relief as the Court may deem just.

**THIRD ACTION**: Plaintiff seeks to recover damages from the defendant in the sum of $500.00 representing reasonable attorneys fees together with costs and disbursements of this action and for such other further relief as the Court may deem just.

**WHEREFORE**, Plaintiff demands judgment (A) on the First Action, in the sum of $6,251.98 plus interest from May 1, 2005 together with costs and disbursements of this action and for such other and further relief as the Court may deem just, (B) on the Second Action, in the sum of $735.00 plus interest from May 1, 2005 together with costs and disbursements of this action and for such other and further relief as the Court may deem just, (C) on the Third Action, in the sum of $500.00 together with costs and disbursements of this action and for such other and further relief as the Court may deem just.

The Plaintiff in this action is NOT required to be licensed by the New York City Department of Consumer Affairs.

**EXHIBIT 5**

## AFFIDAVIT OF SERVICE

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

Index No. 33659/11
Filed: _____

Attorneys: Kavulich & Associates, P.C.
Address: 30 Church Street, Suite 26, New Rochelle, NY 10801

File No. ~~13816~~  14285

2246 WEBSTER AVENUE HDFC,

vs.

ERNESTO NUNEZ,
EVELYN MARTINEZ,

State of New York County of Nassau SS:

Aston G. Evans II, being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age. On May 13, 2011 at 7:23p.m.

At: 707 N. 6th Street, Apt. 2F, Allentown, PA 18102-3365 served the within Summons and Complaint on: EVELYN MARTINEZ, Defendant therin named.

| | |
|---|---|
| Individual [] | By delivering a true copy of each to said recipient: deponent knew the person served to be the person described as said person therein. |
| Corporation [ ] | By delivering to and leaving with _____ and that deponent knew the person so served and authorized to accept service on behalf of the Corporation |
| Suitable Age Person [X] | By delivering a true copy of each to a person of suitable age and discretion Said premises is recipients [ ] actual place of business [X] dwelling house within the state. |
| Affixing to Door [] | By affixing a true copy of each to the door of said premises, which is recipients [ ] actual place of business [] dwelling house (place of abode) within the state |
| Mail Copy [X] | On May 14, 2011 deponent completed service under the last two sections by depositing a copy of the Summons and Complaint to the above address in a 1st Class properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. |

Deponent was unable, with due diligence to find the recipient or a person of suitable age and discretion having called thereat:

On the   day of   at
On the   day of   at
On the   day of   at

Description   A description of the Defendant, or other person served on behalf of the Defendant
[] Sex: F Color of skin: BRN Color of Hair: BLK Age: 35-40 Height: 5'3" Weight: 163LBS

Military Svce  Deponent asked person spoken to whether the recipient was presently in military
[X]       service of the United States Government or of the State of New York and was
          informed that the recipient is not. Recipient wore civilian clothes and no military uniform
Other
[X] "Jane Doe" stated that the Defendant is not in the military.

Sworn to before me on this ___ day of 5-11

_____
County of Bronx
Cheryl Marsh
Lic. No. 01MA6042810
Commission Expires June 5, 20 14

_____
Aston G. Evans II
LIC# 1220069

## AFFIDAVIT OF SERVICE

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

Index No. 33659/11
Filed: _____

Attorneys: Kavulich & Associates, P.C.
Address: 30 Church Street, Suite 26, New Rochelle, NY 10801

File No. ~~13816~~  14295

2246 WEBSTER AVENUE HDFC,

vs.

ERNESTO NUNEZ,
EVELYN MARTINEZ,

State of New York County of Nassau SS:
Aston G. Evans II, being duly sworn deposes and says:
Deponent is not a party herein, is over 18 years of age. On May 14, 2011 at 8:00p.m.
At; 550 Audubon Avenue, Apt. 56, New York, NY 10040-3365 served the within Summons and
Complaint on: ERNESTO NUNEZ, Defendant therin named.

| | |
|---|---|
| Individual [] | By delivering a true copy of each to said recipient: deponent knew the person served to be the person described as said person therein. |
| Corporation [ ] | By delivering to and leaving with _____ and that deponent knew the person so served and authorized to accept service on behalf of the Corporation |
| Suitable Age Person [X] | By delivering a true copy of each to a person of suitable age and discretion Said premises is recipients [ ] actual place of business [X] dwelling house within the state. |
| Affixing to Door [] | By affixing a true copy of each to the door of said premises, which is recipients [ ] actual place of business [] dwelling house (place of abode) within the state |
| Mail Copy [X] | On May 16, 2011 deponent completed service under the last two sections by depositing a copy of the Summons and Complaint to the above address in a 1st Class property addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. |

Deponent was unable, with due diligence to find the recipient or a person of suitable age and discretion having called thereat:

On the ___ day of ___ at
On the ___ day of ___ at
On the ___ day of ___ at

Description    A description of the Defendant, or other person served on behalf of the Defendant
[] Sex: F Color of skin: BRN Color of Hair: BLK Age: 45-50 Height: 5'5" Weight: 150LBS

Military Svce    Deponent asked person spoken to whether the recipient was presently in military
[X] service of the United States Government or of the State of New York and was informed that the recipient is not. Recipient wore civilian clothes and no military uniform
Other
[X] "Jane Doe" stated that the Defendant is not in the military.

Sworn to before me on this ___ day of 5-11

_____
Aston G. Evans II
LIC# 1220069

Cheryl Marsh
Lic. No. 01MA6036014
Commission Expires June 3, 20 14

# EXHIBIT 6

Bronx County Civil Court
Civil Judgment

Plaintiff(s):
2246 Webster Avenue, HDFC

vs.

Defendant(s):
Emesto Nunez;
Evelyn Martinez

Index Number: CV-033659-11/BX

Judgment issued: On Default

On Motion of:

Kavulich & Associates PC
181 Westchester Avenue, Suite 500C, Port
Chester, NY 10573-

| | | | | |
|---|---|---|---|---|
| Amount claimed | $2,802.11 | Index Number Fee | $45.00 | Transcript Fee | $0.00 |
| Less Payments made | $0.00 | Consumer Credit Fee | $0.00 | County Clerk Fee | $0.00 |
| Less Counterclaim Offset | $0.00 | Service Fee | $25.00 | Enforcement Fee | $40.00 |
| Interest 11/01/2005 at 9% | $1,563.58 | Non-Military Fee | $0.00 | Other Disbursements | $0.00 |
| Attorney Fees | $0.00 | Notice of Trial Fee | $0.00 | Other Costs | $0.00 |
| Cost By Statute | $20.00 | Jury Demand Fee | $0.00 | | |
| **Total Damages** | **$4,365.69** | **Total Costs & Disbursements** | **$130.00** | **Judgment Total** | **$4,495.69** |

The following named parties, addressed and identified as creditors below:

Plaintiff creditor(s) and address

(1) 2246 Webster Avenue, HDFC
2246 Webster AVenue, Bronx, NY 10457-

Shall recover of the following parties, addresses and identified as debtors below:

Defendant debtor(s) and address

(1) Ernesto Nunez
550 Audubon Avenue, Apt. 56, New York, NY 10040-
(2) Evelyn Martinez
707 N. 6th Street, Apt. 2F, Allentown, PA 18102-

Judgment entered at the Bronx County Civil Court, 851 Grand Concourse, Bronx, NY 10451, in the STATE OF NEW YORK in the total amount of $4,495.69 on 01/12/2012 at 08:58 AM.

Judgment sequence 3

*Carol Alt*

CHIEF CLERK
Carol Alt, Chief Clerk Civil Court

14285

3547

1227

Page 1 of 1

# EXHIBIT 7

**TD Bank**

America's Most Convenient Bank®

TD Bank, N.A.
1701 Route 70 East
Cherry Hill, NJ 08034-5400
T: 888-751-9000
www.tdbank.com

May 13, 2011

13816

TD Bank, N.A.
Levy Department
P.O. Box 1880
Cherry Hill, NJ 08034

Kavulich & Associates, P.C.
181 Westchester Ave
Suite 500C
Port Chester, NY 10573

Re: 2246 Webster Avenue, HDFC v. Ernesto Nunez, Evelyn Martinez
Index Number: 046395-05
TD Bank reference number: 307947

Dear Sir or Madam:

TD Bank, N.A., is in receipt of the Information Subpoena you served in connection with the above referenced matter. A search of our records indicates that TD Bank, N.A. maintains an account or accounts in the name of the debtor as set forth below. Please note that no funds have been restrained in connection with this matter, as it was determined that (i) at the time of service the Restraining Notice was void pursuant to NY CPLR § 5222, § 5222(h), § 5222(i) and/or (ii) at the time of an Account Review there were no funds in excess of the Protected Amount as set forth in 31 CFR Part 212.

| Account | Name | Amount |
|---|---|---|
| ▓▓▓2893 | Ernesto J Nunez, Evelyn Martinez | $15.95 |
| Total | $15.95 | |

TD Bank, N.A.

By: Dorianne Metz,
Levy Associate

Sworn to before me
this 13th day of May 2011

Notary Public

CHRISTINA BONCZAK
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES JULY 15, 20...

**EXHIBIT 8**





Page 96

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ernesto Nunez
550 Audubon Avenue
Apt. 56
New York, NY 10040

2. Article Number
   (Transfer from service label)
   7108 2133 3936 6989 8509

PS Form 3811, No Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

102595-02-M-1540

**EXHIBIT 9**

 

# Registry·SafeRent

## TENANT ACCOUNT RECORD REPORTING FORM

Purpose of this form: 1. Register a New Tenant 2. Report the Close of a Tenancy 3. Report the Performance of a Tenant

### INFORMATION MUST BE COMPLETE AND ACCURATE

Property Name: 2246 Webster Ave. HDFC    Acct #: 3

Phone #: 718-295-2882    Contact Person: JoAnn

Address of Rented Premises:
Street Address: 2246 Webster Ave    Apt#: 3

City: Bronx    State: N.Y.    Zip: 10457

Tenant Account Record is for:

| | | |
|---|---|---|
| ___ Move-in | ☒ Evicted | ___ Skip Trace |
| ___ Move-out (Satisfactory) | ___ Skipped | ___ Credit Grant |
| ✓☒ Move-out (Unsatisfactory) | ___ Damages | ___ Payment Made |

| Move-in Date | Move-out Date | Last Paid Date |
|---|---|---|
| 9-16-02 | 2-19-05 | |

| Rent Amount | Balance Owing | # of Payments Past Due |
|---|---|---|
| 583.45 | 6986.98 | |

List All Lease Holders for this Rental Unit (SSN is MANDATORY):

| Last Name | First Name | M.I. | Social Security# | D.O.B |
|---|---|---|---|---|
| Nunez | Ernesto | | ███ 3547 | ████ 80 |
| Martinez | Evelyn | | ██ 1227 ██ | ██ 82 |
| | | | | |
| | | | | |

Fax To: 1-800-366-7344 or
Mail To: Registry-SafeRent, Inc.
Attn: Director of T.A.R.S
P.O. Box 935
Longwood, FL 32752

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX: PART 34

INDEX NO. 33659/11
FILE NO. 14285

------------------------------------------------------------X

2246 WEBSTER AVENUE, HDFC,

                Plaintiff,

AFFIRMATION OF SERVICE

      - against -

ERNESTO NUNEZ,
EVELYN MARTINEZ,

                Defendant.

------------------------------------------------------------X

      Gary M. Kavulich, Esq., an attorney duly admitted to practice law before the courts of the State of New York hereby affirms the following under the penalty of perjury.

      On May 3, 2013, I served the within Affirmation in Opposition upon Ernesto Nunez and Evelyn Martinez, the Defendants' in this action, by depositing a true copy in a post-paid envelope addressed to:

      Ernesto Nunez                Evelyn Martinez
      933 S Front Street            933 S Front Street
      Allentown, PA 18103         Allentown, PA 18103

in an official depository under the exclusive dominion and control of the United States Postal Service within the State of New York via regular first class mail.

                                     Gary M. Kavulich, Esq.

503

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX: PART 34

-----------------------------------------------------------------X

2246 WEBSTER AVENUE, HDFC,

                    Plaintiff,

        - against -

ERNESTO NUNEZ,
EVELYN MARTINEZ,

                 Defendants.

-----------------------------------------------------------------X

Index No. 33659/11
File No. 14285

AFFIRMATION IN OPPOSITION

GARY KAVULICH, ESQ., an attorney duly admitted to practice law before the Court of the State of New York, hereby affirms under the penalty of perjury:

1. I am a member of Kavulich & Associates, P.C., attorneys for the Plaintiff herein. As such, I am fully familiar with the facts and circumstances of the within proceeding, except as to those matters stated upon information and belief, as to those matters I believe them to be true. The basis of my belief is information supplied to me by my client, information contained within the court file and information maintained within my office.

2. I make this affirmation in opposition to the Defendants' Ernesto Nunez and Evelyn Martinez Orders to Show Cause which seek to restore case to the calendar and request that the judgment be vacated. Please see Defendants' instant Order to Show Cause annexed hereto as Exhibit "1."

STATEMENT OF THE UNDISPUTED FACTS

3. On or about March 1, 2005, the Plaintiff entered into a one (1) year lease agreement with the Defendant for the premises known as 2246 Webster Avenue, Apartment 3, Bronx, New York 10458. Please see a copy of the Plaintiff's agent, Janine Losey, annexed hereto as Exhibit "2." Annexed hereto as Exhibit "3" is a copy of the said lease agreement.

4. On or about February 19, 2005, the Defendants were evicted from the premises. Please see aforementioned Exhibit "9."

5. The Plaintiff thereafter commenced the instant proceeding against the Defendants for breach of a lease agreement by service of a summons and complaint on or about March 29, 2011. Please see a copy of said summons and complaint annexed hereto as Exhibit "4." Please see also a copy of the affidavit of service for the Defendants' annexed hereto as Exhibit "5."

6. Thereafter, the Defendants failed to interpose an answer to said summons and complaint and the Plaintiff was then awarded a judgment in the sum of $4,459.69. Please see a copy of the judgment annexed hereto as Exhibit "6."

7. Plaintiff then commenced execution measures pursuant to that judgment and on or about May 13, 2011, by serving an information subpoena with a restraining notice on the Defendants' current financial institution.

8. Pursuant to that information subpoena the funds were below the attachable limit. Please see a copy of said report annexed hereto as Exhibit "7."

9. Plaintiff then commenced execution measures pursuant to that judgment and on or about March 29, 2012, it caused New York City Marshall Stephen Biegel by serving a income execution upon the Defendant Ernesto Nunez current place of employment.

10. Pursuant to that income execution the Plaintiff has received $3,169.02 towards the satisfaction of the underlying judgment.

11. Thereafter, the Defendants' moved via an Order to Show Cause to vacate the default judgment for which a court date was set for April 23, 2013 and was adjourned to May 17, 2013.

12. Plaintiff now opposes Defendants' motion.

## THE DEFENDANT'S INSTANT MOTION DOES NOT DEMONSTRATE AN EXCUSABLE DEFAULT AND MERITORIOUS DEFENSE, THEREFORE THE MOTION SHOULD BE DENIED

13. In order to meet the standard to allow this Court to vacate a judgment the Defendants' are required to demonstrate both a reasonable excuse for the default and the existence of a potentially meritorious defense to the action. CPLR 5051(a)(1).

14. Moreover, should the Defendants' demonstrate a reasonable excuse for the default, a Court must nonetheless uphold the default when the Defendants' papers submitted in support thereof are replete with self-serving, vague, unsubstantiated denials, and unsupported legal conclusions. *Thapt v. Lutheran Med. Ct.*, 89 AD3d 837 [2d Dep't 2011]; *Garal Wholesalers, Ltd. v. Raven Brands, Inc.*, 82 AD3d 1041 [2d Dep't 2011].

15. The Defendants', in their affidavit in support, asserts as a reason for requesting a new trial is specifically that "I do not owe the debt, I did not receive the summons and complaint, unjust enrichment and laches." Please see the aforementioned Exhibit "1."

16. However, the Defendants do not provide adequate or accurate proof that they do not owe a debt to the Plaintiff. As a result, the Defendants' explanation is only self-serving and unsubstantiated.

17. As to the Defendant Ernesto Nunez claim that he did not receive the summons and complaint. Please see the aforementioned Exhibit "5" also see a copy of the certified mail to the Defendant Ernesto Nunez that was returned by the Post Office marked "unclaimed" annexed hereto as Exhibit "8."

18. The certified mail was addressed to the address of the Defendant, Ernesto Nunez stated on the Order to Show Cause.

19. However, the Defendant Ernesto Nunez does not provide adequate or accurate proof that he did not receive a copy of the summons and complaint. As a result, the Defendant's reason is only self-serving and unsubstantiated.

20. As stated earlier, on or about March 1, 2005, the Plaintiff entered into a one (1) year lease agreement with the Defendants' for the premises known as 2246 Webster Avenue, Apartment 3, Bronx, New York 10458. Please see the aforementioned Exhibit "3."

21. On or about February 19, 2006, the Defendants' were evicted from the premises. Please see aforementioned Exhibit "9."

22. As a result, the Defendants' are liable for the rent payments for the months of October, 2005 through and including March, 2006 even though they had earlier been evicted from the premises and no longer lived there. Please see aforementioned Exhibit "9."

23. Moreover, the tenant ledger we currently posses clearly show that the Defendants at the time of their eviction had a balance of $6,986.98. Annexed hereto as Exhibit "9" is a copy of the said tenant ledger.

24. Thus, this Court should find the Defendants' reason not persuasive and thus not reasonable pursuant to CPLR 5051(a)(1).

25. Even if this Court finds the Defendants' above reason to constitute a reasonable default, the Defendants' must additionally allege a meritorious defense in order for their motion to be successful.

26. The Defendants' fail to allege a meritorious defense.

27. Thus, the Defendants' alleged defense has therefore failed to provide anything but mere conclusory statements.

28. Moreover, the Defendants' alleged meritorious defense does not state any cognizable legal principle.

29. Thus, in accord with *Thapt* and *Garal*, this Court must uphold the herein judgment agreed to by both parties.

30. Conversely, the Plaintiff's claim has merit as the Defendants' breached the parties' lease agreement by not paying rent pursuant to said lease. To date, the Defendants' owe the Plaintiff the amount agreed to in the judgment in the amount of $4,495.69 (less payment of $3,169.02) plus interest from October 1, 2005, costs, disbursements and fees. Please see the aforementioned Exhibit "6."

31. As the Defendants' fail to set forth both an excusable default and a meritorious defense, and the Plaintiff continues to suffer from the unsatisfied debt, the Plaintiff respectfully requests this Court to deny the Defendants' motion to vacate the judgment.

WHEREFORE, as no legal or equitable basis has been stated or exists, Plaintiff respectfully asks that this Court deny the instant motion.

Dated: April 24, 2013
      Port Chester, NY

Kavulick & Associates, P.C.
By: Gary Kavulich, Esq.
Attorney for Plaintiff
181 Westchester, Ave., Suite 500C
Port Chester, NY 1057
(914) 355-2074

Page 104

**EXHIBIT 1**

Civil Court of the City of New York
County of Bronx Part 39

Index Number: CV-033689-11/BX

2246 Webster Avenue, HDFC
—against—
Ernesto Nunez... et al.

**ORDER TO SHOW CAUSE**

To restore case to the calendar, and vacate any judgment, liens and income executions on this defendant on this Index number, allow proposed answer or dismissing the action

UPON the annexed affidavit of **Ernesto Nunez**, sworn to on April 9, 2013, and upon all papers and proceedings herein:

Let the Claimant(s)/Plaintiff(s) or Claimant(s)/Plaintiff(s) attorney(s) show cause at:
**Bronx Civil Court**
**851 Grand Concourse**
**Bronx, NY 10451**
**Part 34C      Room 504**
on _April 23, 2013_      at 9:30 AM
or as soon thereafter as counsel may be heard, why an order should not be made:

**VACATING** the Judgment, and all income executions and restraining notices, if any, restoring the case to the calendar, deeming the proposed answer filed and/or dismissing the action if warranted, and/or granting such and further relief as may be just.

**PENDING** the hearing of this Order to Show Cause and the entry of an Order thereon, let all proceedings on the part of the Claimant(s)/Plaintiff(s), Claimant(s)/Plaintiff(s) attorney(s) and agent(s) and any Marshal or Sheriff of the City of New York for the enforcement of said Judgment be stayed.

**SERVICE** of a copy of this Order to Show Cause, and annexed Affidavit, upon the:

Claimant(s)/Plaintiff(s) or named attorney(s):
(Judge to initial)
_____ by Personal Service by " In Hand Delivery"
_____ by Certified Mail, Return Receipt Requested
_____ by First Class Mail with official Post Office
Certificate of Mailing
on or before _____4/10/13_____ , shall be deemed good and sufficient

Sheriff or Marshal:
(Judge to initial)
_____ by Personal Service by " In Hand Delivery"
_____ by Certified Mail, Return Receipt Requested
_____ by First Class Mail with official Post Office
Certificate of Mailing

PROOF OF SUCH SERVICE may be filed with the Clerk in the Part indicated above on the return date of this Order to Show Cause.

**Mail to Attorney:**
**Kavulich & Associates PC**
(Counsel for Pltf),
at 181 Westchester Avenue,
Suite 500C,
Port Chester, NY 10573

Sheriff/Marshal:
NYC Marshal
Blegel, Stephen, Marshal
109 W 38 Street
Suite 200
New York, NY 10018-3615

April 9, 2013

DATE

Hon. Jose A. Padilla, Civil Court Judge, Acting JSC (NYC)

2246 Webster Avenue, HDFC
          -against-
Ernesto Nunez... et al.

Affidavit in support of an order to show cause to restore case to the calendar, vacate any judgment, liens and income executions on this defendant on this Index number.
allow proposed answer or dismissing the action

State of New York, County of New York:

Ernesto Nunez, being duly sworn, deposes and says:
(Defendant's initials)

1. _____ a) I am the Party named as (Defendant)(Respondent) in the above titled action

2. _____ a) I have been served with a summons and complaint in this action. [NOTE: if Small Claims skip #3, and go to # 4]
   _____ b) I have not been served, and my first notice of legal action was [NOTE: if you complete any of #2b, skip #3, #4, #5, and go to #6]
         _____ a Notice of Default Judgment mailed to me
         _____ a Restraining Notice on my bank account.
         _____ a copy of an Income Execution served on _____
         _____ Other: marshal's notice dated 4/5/2013

3. _____ a) I did not appear and answer in the Clerk's Office because:[NOTE: if you complete # 3a, skip and go to #6].

   _____ b) I did not appear and answer in the Clerk's Office
         _____ and I received a date for trial.
         _____ but the answer was entered late
         _____ Other: _____

4. On the Date of Trial before Judge/Arbitrator
         _____ a stipulation(a written agreement) was made between claimant/plaintiff and defendant.
         _____ a judgment was entered after the trial.
         _____ a judgment was entered against me by default for my failure to appear.
         _____ Other: _____

5. My reason for not
         _____ complying with the stipulation is _____
         _____ following the order of the Court is _____
         _____ appearing in court on the date scheduled for trial is _____
         _____ Other: _____

6. _____ I allege that I have a good defense because: NO. Marshall Closed Apt before th _____

7. _____ a) I have not had a previous Order to Show Cause regarding this index number.
   _____ b) I have had a previous Order to Show Cause regarding this index number but I am making this application because: _____

8. _____ I request that the Judgment be vacated, that the case be restored to the calendar AND that the answer be deemed timely filed.

Sworn to before me this day April 9, 2013

_____
Signature of Court Employee and Title

(Sign Name) _____
Ernesto Nunez
550 Audubon Avenue
Apt. 56
New York, NY 10040

Civil Court of the City of New York
County of Bronx                                                    Index No: CV-038659-11/BX

2246 Webster Avenue, HDFC
        -against-
Ernesto Nunez... et al.

**PROPOSED ANSWER IN**
**WRITING**
~~CONSUMER CREDIT TRANSACTION~~
ACTION FOR MONEY ONLY

Defendant, Ernesto Nunez, at ~~350 Audubon Avenue, Apt. 5G, New York, NY 10040~~ answers the Complaint
as follows:          9333 Front st. Allentown PA. 18103

*Check all that apply)*

1  _____  General Denial: I deny the allegations in the complaint
           **SERVICE**
2  ✓ I did not receive a copy of the summons and complaint
3  _____  I received the Summons and Complaint, but service was not correct as required by law.
           **DEFENSES**
4  ✓ I do not owe this debt
5  _____  I did not incur this debt. I am the victim of identity theft or mistaken identity.
6  ✓ I have paid all or part of the alleged debt.
7  ✓ I dispute the amount of the debt.
8  _____  I do not have a business relationship with Plaintiff. ( Plaintiff lacks standing.)
9  _____  The NYC Department of Consumer Affairs shows no record of plaintiff having a license to collect a debt.
10 _____  Plaintiff does not allege a debt collection license number in the Complaint.
11 _____  Statute of Limitations ( the time has passed to sue on this debt: more than six years.)
12 _____  The debt has been discharged in bankruptcy.
13 _____  The collateral (property) was not sold at a commercially reasonable price.
14 ✓ Unjust enrichment (the amount demanded is excessive compared with the original debt.)
15 _____  Violation of the duty of good faith and fair dealing.
16 _____  Unconscionability (the contract is unfair.)
17 ✓ Laches (plaintiff has excessively delayed in bringing this lawsuit to my disadvantage.)
18 _____  Defendant is in the military.
19 _____  Other: _____

**OTHER**
20 ✓ Please take notice that my only source of income is __wages__ ,which is exempt from collection.

**COUNTERCLAIM**
21 _____  Counterclaim(s):$ _____ Reason: _____

---

**VERIFICATION**

State of New York, County of Bronx ss:
Ernesto Nunez,being duly sworn, deposes and says: I am the Defendant in this proceeding. I have read the Answer in Writing
Consumer Credit Transaction and know the contents thereof to be true to my own knowledge except as to those matters stated on
information and belief, and as to those matters I believe them to be true

                                      APR - 9 2012

Sworn to before me this _____ day of _____ 20__

_____                    _____
                                                        Defendant

~~Supreme Court~~ City of New York
County of Bronx Part 39

Index Number: CV-035659-11/BX

2246 Webster Avenue, HDFC
-against-
Ernesto Nunez... et al.

**ORDER TO SHOW CAUSE**
To restore case to the calendar, and vacate any
judgment, liens and income executions on this
defendant on this Index number,
allow proposed answer or dismissing the action

UPON the annexed affidavit of Evelyn Martinez, sworn to on April 9, 2013, and upon all papers and proceedings herein:

Let the Claimant(s)/Plaintiff(s) or Claimant(s)/Plaintiff(s) attorney(s) show cause at:

Bronx Civil Court
851 Grand Concourse
Bronx, NY 10451
Part 34C          Room 504          4/23/13
on APRIL 23, 2013          at  9:30 AM

or as soon thereafter as counsel may be heard, why an order should not be made:

VACATING the Judgment, and all income executions and restraining notices, if any, restoring the case to the calendar, deeming the proposed answer filed and/or dismissing the action if warranted, and/or granting such and further relief as may be just.

PENDING the hearing of this Order to Show Cause and the entry of an Order thereon, let all proceedings on the part of the Claimant(s)/Plaintiff(s), Claimant(s)/Plaintiff(s) attorney(s) and agent(s) and any Marshal or Sheriff of the City of New York for the enforcement of said Judgment be stayed.

SERVICE of a copy of this Order to Show Cause, and annexed Affidavit, upon the:

Claimant(s)/Plaintiff(s) or named attorney(s):          Sheriff or Marshal:          Personal,
(Judge to Initial)     overnight next day mail          (Judge to Initial)          Service on Marshal
hand on Marshal
___ by Personal Service by " In Hand Delivery"          ___ by Personal Service by " In Hand Delivery"
___ by Certified Mail, Return Receipt Requested          ___ by Certified Mail, Return Receipt Requested
___ by First Class Mail with official Post Office          ___ by First Class Mail with official Post Office
Certificate of Mailing          Certificate of Mailing

on or before ___4/10/13___ , shall be deemed good and sufficient

PROOF OF SUCH SERVICE may be filed with the Clerk in the Part
indicated above on the return date of this Order to Show Cause.

Mail to Attorney:
Kavulich & Associates P.C.
(Counsel for Pltf)
, at 181 Westchester Avenue,
Suite 500C,
Port Chester, NY 10573

Sheriff/Marshal:
Biegel, Stephen, Marshall
109 West 38th Street
Suite 200
New York NY 10018

April 9, 2013          4/9/13
DATE          Hon. Jose A. Padilla, Civil Court Judge, Acting (SCANYC)

Movant must
proof of all payments
made to marshal on
next court date  4/10/13

Page 109

.......... County of Bronx                                      Index # CV-033659-11/?

2246 Webster Avenue, HDFC
        -against-
Ernesto Nunez... et al.

Affidavit in support of an order to show cause to
restore case to the calendar, vacate any judgment,
liens and income executions on this defendant on
this index number,
allow proposed answer or dismissing the action

State of New York, County of New York:
    Evelyn Martinez, being duly sworn, deposes and says:
    (Defendant's initials)
1. ___ a) I am the Party named as (Defendant)(Respondent) in the above titled action

2. ___ a) I have been served with a summons and complaint in this action. [NOTE: if Small Claims skip #3, and go to # 4]
   ___ b) I have not been served, and my first notice of legal action was [NOTE: if you complete any of #2b,
        skip #3, #4, #5, and go to #6]
   ___     a Notice of Default Judgment mailed to me
   ___     a Restraining Notice on my bank account.
   ___     a copy of an Income Execution served on _____
   ___     Other: aware due to co-defendants party lawsuit

3. ___ a) I did not appear and answer in the Clerk's Office because:[NOTE: if you complete # 3a, skip and go to #6].

   ___ b) I did not appear and answer in the Clerk's Office
   ___     and I received a date for trial.
   ___     but the answer was entered late
   ___     Other: _____

4. On the Date of Trial before Judge/Arbitrator
   ___     a stipulation(a written agreement) was made between claimant/plaintiff and defendant.
   ___     a judgment was entered after the trial.
   ___     a judgment was entered against me by default for my failure to appear.
   ___     Other: _____

5. My reason for not
   ___     complying with the stipulation is _____
   ___     following the order of the Court is _____
   ___     appearing in court on the date scheduled for trial is _____
   ___     Other: _____

6. ___ I allege that I have a good defense because: Marshall close Apt before the time
   _____ _____ we had Stipped 15% a month of the debt
   by a agreement on pay check every week (wages)

7. ___ a) I have not had a previous Order to Show Cause regarding this index number.
   ___ b) I have had a previous Order to Show Cause regarding this index number but I am making this application
        because: _____

8. ___ I request that the Judgment be vacated, that the case be restored to the calendar AND that the answer be deemed
        timely filed .

Sworn to before me this day April 9, 2013

_____              (Sign Name) Evelyn martinez
Signature of Court Employee and Title     Evelyn Martinez
                                          707 N. 6th Street
                                          Apt. 2F
                                          Allentown, PA 18102

Civil Court of the City of New York
County of Bronx

Index No: CV-033659-11/BX

2246 Webster Avenue, HDFC
—against—
Ernesto Nunez... et al.

PROPOSED ANSWER IN
WRITING

ACTION FOR MONEY ONLY

Defendant, Evelyn Martinez, at ~~702 N. 6th Street Apt. 2F, Allentown, PA 18102~~ answers the Complaint as
follows: 933 S. Front St
Allentown PA 78103

*Check all that apply)*

1 ___ General Denial: I deny the allegations in the complaint
   **SERVICE**
2 ✓ I did not receive a copy of the summons and complaint
3 ___ I received the Summons and Complaint, but service was not correct as required by law.
   **DEFENSES**
4 ✓ I do not owe this debt
5 ___ I did not incur this debt. I am the victim of identity theft or mistaken identity.
6 ✓ I have paid all or part of the alleged debt.
7 ✓ I dispute the amount of the debt.
8 ___ I do not have a business relationship with Plaintiff. ( Plaintiff lacks standing.)
9 ___ The NYC Department of Consumer Affairs shows no record of plaintiff having a license to collect a debt.
10 ___ Plaintiff does not allege a debt collection license number in the Complaint.
11 ___ Statute of Limitations ( the time has passed to sue on this debt: more than six years.)
12 ___ The debt has been discharged in bankruptcy.
13 ___ The collateral (property) was not sold at a commercially reasonable price.
14 ✓ Unjust enrichment (the amount demanded is excessive compared with the original debt.)
15 ___ Violation of the duty of good faith and fair dealing.
16 ___ Unconscionability (the contract is unfair.)
17 ✓ Laches (plaintiff has excessively delayed in bringing this lawsuit to my disadvantage.)
18 ___ Defendant is in the military.
19 ___ Other: _____

**OTHER**
20 ✓ Please take notice that my only source of income is *Wages* ,which is exempt from collection.
**COUNTERCLAIM**
21 ___ Counterclaim(s):$ _____ Reason: _____

---

**VERIFICATION-**

State of New York, County of Bronx ss:
Evelyn Martinez,being duly sworn, deposes and says: I am the Defendant in this proceeding. I have read the Answer in Writing
Consumer Credit Transaction and know the contents thereof to be true to my own knowledge except as to those matters stated on
information and belief, and as to those matters I believe them to be true
                                              APR = 9, 2003

Sworn to before me this ____ day of ____ 20__         X *Evelyn martinez*
_____                                                    Defendant

# EXHIBIT 2

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX: PART 3C

----------------------------------------------------------X

2246 WEBSTER AVENUE, HDFC,

                                    Plaintiff,

               -against-

ERNESTO NUNEZ,
EVELYN MARTINEZ,

                                    Defendants.

----------------------------------------------------------X

INDEX NO. 33659/11
FILE NO. 14285

AFFIDAVIT IN
OPPOSITION

STATE OF NEW YORK )
                                    ) SS
COUNTY OF BRONX )

I, Janine Losey, being duly sworn deposes and says:

1. That I am the managing agent for the Plaintiff, 2246 Webster Avenue, HDFC herein, and as such I am fully familiar with the facts and circumstances of this proceeding.

2. The Plaintiff entered into a lease agreement with the Defendants, for a period of one (1) year from September 16, 2002 through and including September 30, 2003 for the premises known as 2246 Webster Avenue, Apt. 3, Bronx, NY 10457.

3. The Parties thereafter entered into a series of renewal lease agreements, with the latest renewal lease agreement ending on March, 2006.

4. Defendant then breached said renewal lease agreement and allowed a balance of $2,802.11 to accumulate representing rental arrears for the months of October, 2005 through and including March, 2006 at the agreed upon monthly sum of $583.45.

5. On or about February 19, 2005, the Defendants' were evicted from the premises known as 2246 Webster Avenue, Apt. 3, Bronx, New York 10458.

6. The Plaintiff then brought this instant action seeking to recover arrears balance owed by Defendants' to Plaintiff.

7. Thereafter, Defendants' failed to interpose an answer thereby defaulting on this action.

8. Accordingly, on January 12, 2012, a judgment was entered in the amount of $4,495.69.

9. On, or about March 29, 2012, Plaintiff then commenced Income Execution measure pursuant to that judgment on the defendant, Ernesto Nunez current place of employment.

10. As of this date, Plaintiff has received $3,169.02 towards the satisfaction of the said judgment.

11. Therefore, the remaining amount of $2,802.11 remains due and outstanding.

12. My attorney has further advised me that the Defendant now seeks to vacate the judgment taken against them in this matter.

WHEREFORE, your deponent prays that the Court deny the instant motion as no legal or equitable basis has been provided.

_Janine Losey_

Sworn to before me this

26th day of April, 2013

Notary Public

TARA J. GREKULAK
NOTARY PUBLIC-STATE OF NEW YORK
No. 01GR6192968
Qualified in Westchester County
My Commission Expires February 02. 2017



**EXHIBIT 3**

**RSA**

Copyright © 1998 by Rent Stabilization Association

# RENT STABILIZED LEASE

ATTACHED RIDER SETS FORTH RIGHTS AND OBLIGATIONS OF TENANTS AND LANDLORDS UNDER THE RENT STABILIZATION LAW. (LOS DERECHOS Y RESPONSABILIDADES DE INQUILINOS Y CASEROS ESTÁN DISPONIBLE EN ESPAÑOL.)

Owner and Renter make this apartment lease agreement as follows:

Owner's Name: __2246 WEBSTER AVENUE HDFC__

Owner's Address for Notices: __660 E. 183 ST. BX, NY 10458__

Renter's Name:1. __MR. ERNESTO NUNEZ__     Social Security #: ▮▮▮▮▮3547

2. _____     Social Security #: _____

Renter's Present Address: __877 BROOK AVENUE, BRONX, NY 10451__

Address of Premises to Be Rented: __2246 WEBSTER AVENUE, BRONX, NY 10457__

Apt. No.: __3__   Term of This Lease *(Check one)*: ☒ 1 year ☐ 2 years *Monthly Rent:$ ~~805.90~~   792.52   ? ? ?

PREFERRED RENT: $525.00

Date of Lease: __09/16/02__     Beginning: __09/16/02__     Ending: __09/30/03__

* If a preferential rent is being charged, the amount of the preferential rent is set forth in the attached rider.

---

**1.HEADINGS:** Paragraph headings are only for ready reference to the terms of this lease.

**2.CONDITION "AS IS":** Renter acknowledges inspecting the apartment prior to signing this lease and accepts the apartment in the condition it is in as of such inspection. Renter acknowledges that the apartment is free of defects. Owner warrants that the apartment and building are fit for habitation and there are no conditions dangerous to health, life or safety.

**3.USE AND OCCUPANCY OF APARTMENT:** The apartment is to be used and occupied for private residential purposes only, as the primary residence of Renter. The apartment may be occupied only by Renter named in this lease, Renter's immediate family, or other occupants in accordance with the applicable provisions of law. Renter agrees that the apartment be occupied only by the following individuals, in addition to Renter:

| Name: | Birth Date: | Relation to Renter: |
|---|---|---|
| ➡ Ernesto Nunez | ▮▮ 80 | Self |
| Evelyn Martinez | ▮▮ 82 | Spouse |
| ▮▮▮▮▮▮▮▮ | ▮▮ 02 | Daughter |

Renter is obligated to advise Owner, in writing, if any additional occupant moves into the apartment. Such notice must be furnished by Renter to Owner within 10 days of the date such additional occupant moves into the apartment. The apartment may not be occupied by more than the number of occupants permitted by §27-2075 of the Housing Maintenance Code or by §235-f of the Real Property Law, whichever is less.

**4.RENTER'S POSSESSION OF APARTMENT:** Owner shall not be liable for failure to give Renter possession of the apartment on the beginning day of the lease term. Rent shall be payable as of the beginning of the term unless Owner is unable to give possession, in which case rent shall be payable as of the date possession is available. Owner must give possession within 30

days of the beginning day of the lease term. If not, Renter may cancel this lease and obtain a refund of money deposited. Owner will notify Renter as of the date possession is available. The ending date of the lease term will not change in the event Owner is unable to give possession as of the beginning of the lease term.

**5.RENT, ADDED RENT, RENT ADJUSTMENTS: a.**Rent payments for each month are due on or before the first day of each month at the address above or at a location designated by Owner in writing. Notice from Owner to Renter that rent is due is not required. The rent must be paid in full without deductions. The first month's rent and added rent must be paid when Renter signs this lease. **b.**Renter may be required to pay other charges and fees to Owner under the terms of this lease. They are called "added rent." This added rent will be payable as rent, together with the next monthly rent due. If Renter fails to pay the added rent on time, Owner shall have the same rights against Renter as if Renter failed to pay rent. **c.**If this apartment is subject to the rent stabilization laws, the rent to be paid during the term of this lease may be adjusted, prospectively or retroactively, pursuant to an order of the New York State Division of Housing and Community Renewal (DHCR). Renter agrees to be bound by such determination, and to pay any increase in rent in the manner specified by the agency. In the event the applicable rent guideline has not been fixed by the Rent Guidelines Board (RGB) by the date the lease is executed, the rent provided for in this lease may be increased or decreased retroactively to the commencement date of the lease consistent with orders issued by the RGB. Added rent as defined herein shall include, but is not limited to:

| MCI IMPROVEMENTS | TENANT DAMAGES TO |
|---|---|
| J-51 | PREMISES |

**6.FAILURE TO PAY RENT ON DUE DATE:** Rent is due by the first day of each month. Payment after the __10th__ day of each month shall be considered a "late payment." Renter expressly agrees and understands that three (3) or more late payments in any twelve month period shall be deemed to be a failure to comply

1 of 4

, if any, shall be used by messengers and trades people ...ing and leaving and the passenger elevators, if any, shall ...sed by them for any purpose.

...UNDRY: Laundry machines if any, provided by Owner, ...e used by Renter in the manner and at the times that Owner ... designate. Renter shall not dry or air clothes on the roof or ...he terrace or balcony, if any. Renter may use laundry machines, ...any, at their own risk.

**42.OBJECTIONABLE CONDUCT:** Renter, their families, guests, employees, or visitors shall not engage in any conduct which makes the apartment or building less fit to live in for Renter or other occupants. Renter shall not make or permit any disturbing noises in the apartment or building or permit anything to be done that will interfere with the rights, comfort or convenience of other renters. Renter shall not play a musical instrument or operate or allow to be operated audio or video equipment so as to disturb or annoy any other occupant of the building.

**43.NO PROJECTIONS:** Renter may not install or cause to be installed anything on the roof or outside wall of the building or any balcony, terrace, or window.

**44.MOVING:** Renter can use the elevator or service elevator, if any, to move furniture and possessions only on designated days and at designated hours. Owner shall not be liable for any costs, expenses or damages incurred by Renter in moving because of delays caused by unavailability of the elevator. Renter shall be liable for any damage caused to the building or the apartment during such move.

**45.WAIVER OF FOREIGN SOVEREIGN AND DIPLOMATIC IMMUNITY:** Renter represents that he is not subject to foreign sovereign or diplomatic immunity. Renter expressly waives the doctrine of foreign sovereign immunity and diplomatic immunity and consents to the jurisdiction of the Housing Court and all other courts. Renter expressly represents that in the event a judgment is obtained against him, Owner may enforce the judgment against any property or assets of Renter, wherever they are located.

**46.MILITARY STATUS:** Renter represents that he is not in the United States military, and is not dependent upon a member of the United States military. Renter must notify Owner within ten days of enlistment in the military.

**47.PARTIES BOUND:** This lease agreement is binding on Owner and Renter, and on all those who claim a right, or have a right, to succeed to the legal interest of Owner and Renter.

**48.FORMS:** Renter agrees to complete any and all forms that may be requested by Owner from time to time.

**49.SUBORDINATION:** The rights of Renter, including all rights granted under the terms of this lease are, and shall be, subject to and subordinate to the terms of any mortgage on the building or the land under the building which now exists, or which may hereafter exist. The foregoing shall include but not be limited to any modification, consolidation or extension agreement of any existing mortgage on the land or building.

**50.SINGULAR/PLURAL and JOINT/SEVERAL:** The use of the singular shall be deemed to include the plural, and vice versa, whenever the context so requires. If more than one entity is renting the apartment, their obligations are joint and several.

**51.CONDEMNATION/EMINENT DOMAIN:** If the building, or any part of the building, is taken or condemned by a public authority or government agency, this lease will end on the date of such taking. In such event, Renter will have no claim for damages against Owner based upon such taking, and Renter will be required to surrender the apartment to Owner upon 30 days written notice from Owner to Renter of such government taking.

**52.CONSTRUCTION/CONVENIENCE:** Neighboring buildings may be the subject of construction, renovation or demolition. Owner will not be liable to Renter, nor shall Renter seek to hold Owner liable for interference with views, light, air flow, or ventilation, the covenant of quiet enjoyment, or breach of the warranty of habitability whether such interference is temporary or permanent, if such interference results from activities conducted on adjoining Owners' properties.

**53.NO WAIVER:** The failure of Owner to insist at any time upon strict performance of any clause in this lease shall not be construed as a waiver of Owner's rights. No waiver by Owner of any provision of this lease can be made unless made in writing by Owner. Acceptance of rent by Owner with knowledge of the breach of any condition or term of this lease is not a waiver of the breach.

**54.CREDIT REPORTS:** Renter authorizes Owner to use the Social Security number of Renter to obtain any and all credit reports for the purpose of the initial lease or any renewal thereof now and no more than five years after the expiration of this lease or any renewal thereof, and fully understands that these reports will be used by owner in connection with Renter's occupancy of the apartment.

**55.ENTIRE AGREEMENT:** Owner and Renter have read this lease and agree that it contains the entire understanding of the parties regarding the rental of the subject apartment. The lease can only be changed in writing. The writing must be signed by both Owner and Renter.

**If any part of this lease is determined to be unlawful, the remaining provisions of the lease will remain valid and in full force and effect.**

2246 WEBSTER AVENUE HDFC
Owner/Agent *(on behalf of Owner)*

MR. ERNESTO NUNEZ
Renter

SIGNATURE

Renter

Renter

4 of 4

© 1991 Rent Stabilization Association

# EXHIBIT 4

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX
-------------------------------------------------------------x

2246 Webster Avenue, HDFC,
                                    Plaintiff,

                                                        INDEX NO.
                                                        FILE NO. ~~138160~~  142285

          -against-

                                                        SUMMONS
                                                        Place of Venue is Plaintiff's
                                                        place of business:

Ernesto Nunez, Evelyn Martinez,
                                                        2246 Webster Avenue
                                                        Bronx, NY 10457

                            Defendant(s)

-------------------------------------------------------------x

To the above named defendants(s):

   YOU ARE HEREBY SUMMONED to appear at the CIVIL COURT OF THE CITY OF
NEW YORK, COUNTY OF BRONX at the office of the clerk of the said Court at 851 Grand
Concourse, Bronx, NY 10451, in the COUNTY OF BRONX, State of New York, within the
time provided by law as noted below and to file an answer to the below complaint with the
clerk; upon your failure to answer, judgment will be taken against you for the sum of 57,486.98
with interest thereon from May 1, 2005 together with costs of this action.

DATED: March 29, 2011

                                                By: Gary Kavulich, Esq.,
                                                Kavulich & Associates, P.C.
                                                Attorney for Plaintiff
                                                181 Westchester Avenue
                                                Suite 500C
                                                Port Chester, NY 10573
                                                (914) 355-2074

Defendant's Address:
   Ernesto Nunez,                               Evelyn Martinez,
550 Audubon Avenue, Apt. 56                     707 N. 6th Street Apt. 2F
New York, NY 10040-3365                         Allentown, PA 18102-1607


Note: The law provides that: (a) If the summons is served by its delivery to you personally
within the City of New York, you must appear and answer within TWENTY days after such
service; or (b) If the summons is served by any means other than personal delivery to you
within the City of New York, you must appear and answer within THIRTY days after proof of
service thereof is filed with the Clerk of this Court.

## COMPLAINT

**FIRST ACTION**: Plaintiff seeks to recover damages from defendant(s) for breach of a lease agreement in the sum of $6,251.98 representing rental arrears for the months of May, 2005 balance of $417.48; June, 2005 through and including March, 2006 at the agreed monthly sum of $583.45 for the premises known as 2246 Webster Avenue, Apt.3 Bronx, NY 10457 together with costs and disbursements of this action and for such other and further relief as the court may deem just.

**SECOND ACTION**: Plaintiff seeks to recover damages from the defendant in the sum of $735.00 representing damages together with costs and disbursements of this action and for such other and further relief as the Court may deem just.

**THIRD ACTION**: Plaintiff seeks to recover damages from the defendant in the sum of $500.00 representing reasonable attorneys fees together with costs and disbursements of this action and for such other further relief as the Court may deem just.

**WHEREFORE**, Plaintiff demands judgment (A) on the First Action, in the sum of $6,251.98 plus interest from May 1, 2005 together with costs and disbursements of this action and for such other and further relief as the Court may deem just, (B) on the Second Action, in the sum of $735.00 plus interest from May 1, 2005 together with costs and disbursements of this action and for such other and further relief as the Court may deem just, (C) on the Third Action, in the sum of $500.00 together with costs and disbursements of this action and for such other and further relief as the Court may deem just.

The Plaintiff in this action is NOT required to be licensed by the New York City Department of Consumer Affairs.

# EXHIBIT 5

AFFIDAVIT OF SERVICE

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

Index No. 33659/11
Filed: _____

Attorneys: Kavulich & Associates, P.C.
Address: 30 Church Street, Suite 26, New Rochelle, NY 10801     File No. ~~13816~~  14285

2246 WEBSTER AVENUE HDFC,
vs.
ERNESTO NUNEZ,
EVELYN MARTINEZ,

State of New York County of Nassau SS:
Aston G. Evans II, being duly sworn deposes and says:
Deponent is not a party herein, is over 18 years of age. On May 13, 2011 at 7:23p.m.
At: 707 N. 6th Street, Apt. 2F, Allentown, PA 18102-3365 served the within Summons and Complaint
on: EVELYN MARTINEZ,  Defendant therin named.

| | |
|---|---|
| Individual [] | By delivering a true copy of each to said recipient: deponent knew the person served to be the person described as said person therein. |
| Corporation [ ] | By delivering to and leaving with _____ and that deponent knew the person so served and authorized to accept service on behalf of the Corporation |
| Suitable Age Person [X] | By delivering a true copy of each to a person of suitable age and discretion Said premises is recipients [ ] actual place of business [X] dwelling house within the state. |
| Affixing to Door [] | By affixing a true copy of each to the door of said premises, which is recipients [ ] actual place of business [] dwelling house (place of abode) within the state |
| Mail Copy [X] | On May 14, 2011 deponent completed service under the last two sections by depositing a copy of the Summons and Complaint to the above address in a 1st Class properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. |

Deponent was unable, with due diligence to find the recipient or a person of suitable age and discretion having called thereat:

On the    day of    at
On the    day of    at
On the    day of    at

Description  A description of the Defendant, or other person served on behalf of the Defendant
[] Sex: F Color of skin: BRN Color of Hair: BLK Age: 35-40 Height: 5'3" Weight: 163LBS

Military Svce  Deponent asked person spoken to whether the recipient was presently in military
[ X ]    service of the United States Government or of the State of New York and was
         informed that the recipient was not. Recipient wore civilian clothes and no military uniform
Other
[X] "Jane Doe" stated that the Defendant is not in the military.

Sworn to before me on this ___ day of 5-11

_____
Aston G. Evans II
LIC# 1220069

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

**AFFIDAVIT OF SERVICE**

Index No. 33659/11
Filed: _____

Attorneys: Kavulich & Associates, P.C.
Address: 30 Church Street, Suite 26, New Rochelle, NY 10801

File No. ~~13816~~  14285

2246 WEBSTER AVENUE HDFC,

vs.

ERNESTO NUNEZ,
EVELYN MARTINEZ,

State of New York County of Nassau SS:
Aston G. Evans II, being duly sworn deposes and says:
Deponent is not a party herein, is over 18 years of age. On May 14, 2011 at 8:00p.m.
At: 550 Audubon Avenue, Apt. 56, New York, NY 10040-3365 served the within Summons and
Complaint on: ERNESTO NUNEZ, Defendant therin named.

| | |
|---|---|
| **Individual**<br>[] | By delivering a true copy of each to said recipient: deponent knew the person served to be the person described as said person therein. |
| **Corporation**<br>[ ] | By delivering to and leaving with _____ and that deponent knew the person so served and authorized to accept service on behalf of the Corporation |
| **Suitable Age Person**<br>[X] | By delivering a true copy of each to a person of suitable age and discretion Said premises is recipients [ ] actual place of business [X] dwelling house within the state. |
| **Affixing to Door**<br>[] | By affixing a true copy of each to the door of said premises, which is recipients [ ] actual place of business   [] dwelling house (place of abode) within the state |
| **Mail Copy**<br>[X] | On May 16, 2011 deponent completed service under the last two sections by depositing a copy of the Summons and Complaint to the above address in a 1st Class properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.<br>  Deponent was unable, with due diligence to find the recipient or a person of suitable age and discretion having called thereat: |

On the    day of    at
On the    day of    at
On the    day of    at

Description   A description of the Defendant, or other person served on behalf of the Defendant
[] Sex: F  Color of skin: BRN Color of Hair: BLK Age: 45-50 Height: 5'5" Weight: 150LBS

Military Svce   Deponent asked person spoken to whether the recipient was presently in military
[X]        service of the United States Government or of the State of New York and was
          informed that the recipient is not. Recipient wore civilian clothes and no military uniform

Other
[X] "Jane Doe" stated that the Defendant is not in the military.

Sworn to before me on this ___ day of 5-11

_____
Notary Public
County of Bronx
Cheryl Marsh
Lic No. 01MA6042816
Commission Expires June 3, 2014

_____
Aston G. Evans II
LIC# 1220069



# EXHIBIT 6

Bronx County Civil Court
Civil Judgment

Plaintiff(s):
2246 Webster Avenue, HDFC

vs.

Defendant(s):
Ernesto Nunez;
Evelyn Martinez

Index Number: CV-033659-11/BX

Judgment Issued: On Default

On Motion of:

Kavulich & Associates PC
181 Westchester Avenue, Suite 500C, Port Chester, NY 10573-

| Amount claimed | $2,802.11 | Index Number Fee | $45.00 | Transcript Fee | $0.00 |
|---|---|---|---|---|---|
| Less Payments made | $0.00 | Consumer Credit Fee | $0.00 | County Clerk Fee | $0.00 |
| Less Counterclaim Offset | $0.00 | Service Fee | $25.00 | Enforcement Fee | $40.00 |
| Interest  11/01/2005 at 9% | $1,563.58 | Non-Military Fee | $0.00 | Other Disbursements | $0.00 |
| Attorney Fees | $0.00 | Notice of Trial Fee | $0.00 | Other Costs | $0.00 |
| Cost By Statute | $20.00 | Jury Demand Fee | $0.00 | | |
| Total Damages | $4,365.69 | Total Costs & Disbursements | $130.00 | Judgment Total | $4,495.69 |

The following named parties, addressed and identified as creditors below:

Plaintiff creditor(s) and address

(1) 2246 Webster Avenue, HDFC
2246 Webster AVenue, Bronx, NY 10457-

Shall recover of the following parties, addresses and identified as debtors below:

Defendant debtor(s) and address

(1) Ernesto Nunez
550 Audubon Avenue, Apt. 56, New York, NY 10040-
(2) Evelyn Martinez
707 N. 6th Street, Apt. 2F, Allentown, PA 18102-

Judgment entered at the Bronx County Civil Court, 851 Grand Concourse, Bronx, NY 10451, in the STATE OF NEW YORK in the total amount of $4,495.69 on 01/12/2012 at 08:58 AM.

Judgment sequence 3

*Carol Alt*

CHIEF CLERK
Carol Alt, Chief Clerk Civil Court

14285

354 7

1227

Page 1 of 1



# EXHIBIT 7

Case 1:16-cv-01627-CBA-RLM   Document 55-8   Filed 01/29/18   Page 127 of 138 PageID #: 1750



**TD Bank**

America's Most Convenient Bank®

TD Bank, N.A.
1701 Route 70 East
Cherry Hill, NJ 08034-5400
T: 888-751-9000
www.tdbank.com

May 13, 2011

TD Bank, N.A.
Levy Department
P.O. Box 1880
Cherry Hill, NJ 08034

Kavulich & Associates, P.C.
181 Westchester Ave
Suite 500C
Port Chester, NY 10573

13816

Re: 2246 Webster Avenue, HDFC v. Ernesto Nunez, Evelyn Martinez
Index Number: 046395-05
TD Bank reference number: 307947

Dear Sir or Madam:

TD Bank, N.A., is in receipt of the Information Subpoena you served in connection with the above referenced matter. A search of our records indicates that TD Bank, N.A. maintains an account or accounts in the name of the debtor as set forth below. Please note that no funds have been restrained in connection with this matter as it was determined that (i) at the time of service the Restraining Notice was void pursuant to NY CPLR § 5222, § 5222(h), § 5222(i) and/or (ii) at the time of an Account Review there were no funds in excess of the Protected Amount as set forth in 31 CFR Part 212.

| Account | Name | Amount |
|---------|------|--------|
| ▮▮▮2893 | Ernesto J Nunez, Evelyn Martinez | $15.95 |
| Total | $15.95 | |

TD Bank, N.A.

By: Dorianne Metz
Levy Associate

Sworn to before me
this 13th day of May 2011

Notary Public

CHRISTINA BONCZAK
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES 08/29/2015



# EXHIBIT 8





Page 131

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ernesto Nunez
550 Audubon Avenue
Apt. 5c
New York, NY 10040

2. Article Number
(Transfer from service label)

47. 7108 2133 3938 6989 8509

PS Form 3811, No Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by ( Printed Name )

C. Date of Delivery

D. Is delivery address different from Item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

102595-02-M-1540

# EXHIBIT 9

  **Registry·SafeRent**

First American Registry · SafeRent

## TENANT ACCOUNT RECORD REPORTING FORM

Purpose of this form: 1. Register a New Tenant 2. Report the Close of a Tenancy 3. Report the Performance of a Tenant

### INFORMATION MUST BE COMPLETE AND ACCURATE

Property Name: _2246 Webster Ave. HDFC_   Acct #: _3_

Phone #: _718-295-2892_   Contact Person: _JoAnn_

**Address of Rented Premises:**
Street Address: _2246 Webster Ave_   Apt#: _3_

City: _Bronx_   State: _N.Y._   Zip: _10457_

**Tenant Account Record is for:**

| | | |
|---|---|---|
| ___ Move-in | ☒ Evicted | ___ Skip Trace |
| ___ Move-out (Satisfactory) | ___ Skipped | ___ Credit Gram |
| ✔ ☒ Move-out (Unsatisfactory) | ___ Damages | ___ Payment Made |

| Move-in Date | Move-out Date | Last Paid Date |
|---|---|---|
| 9-16-02 | 2-19-05 | |

| Rent Amount | Balance Owing | # of Payments Past Due |
|---|---|---|
| 583.45 | 6986.98 | |

List All Lease Holders for this Rental Unit (SSN is **MANDATORY**):

| Last Name | First Name | M.I. | Social Security# | D.O.B |
|---|---|---|---|---|
| Nunez | Ernesto | | ███ 3547 | ████ 80 |
| Martinez | Evelyn | | ███ 1227 | ████ 82 |
| | | | | |
| | | | | |

Fax To: 1-800-866-7344 or
Mail To: Registry-SafeRent, Inc.
Attn: Director of T.A.R.S
P.O. Box 985
Longwood, FL 32752



# U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**PORT CHESTER NY 10573**

OFFICIAL USE

| | |
|---|---|
| Postage | $ $0.49 |
| Certified Fee | $3.30 |
| Return Receipt Fee (Endorsement Required) | $2.70 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $6.49 |

Postmark Here  02/07/2014

Sent To _Kovlich & Associates P.C._

Street, Apt. No.; or PO Box No. _181 Westchester Ave, suite 508_

City, State, ZIP+4 _Port Chester New York 10573_

PS Form 3800, August 2006    See Reverse for Instructions

7013 2630 0001 0573 3945

Civil Court of the City of New York
County of Bronx

Index Number: CV-033659-11/BX

2246 Webster Avenue, HDFC
        Plaintiff(s)

-against-

Ernesto Nunez;  Evelyn Martinez
        Defendant(s)

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that upon the annexed affidavit of **Ernesto Nunez**

sworn to on _7th_ day of _February_, 2014_, and the exhibits annexed thereto, and upon all the prior

pleadings and proceedings had herein, the defendant  will move this court located at

**851 Grand Concourse, Bronx, New York 10451  Part 34**, 5th Floor, **Room  503**, on the _3rd_,

day of _March_, 2014_, at 9:30 am , or as soon thereafter as can be heard for an Order :

TO RESTORE THE CASE TO THE  TRIAL CALENDAR FOR THE PURPOSE OF ENFORCING A
DECISION/ORDER ENTERED ON 5/17/2013, BY HON. RUBEN FRANCO.

and for such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that ( check the applicable box below):

[X]   **Appearances are required on the return date of the motion by the moving party. The
non moving party(ies) should also attend to interpose any response.**

[]   these papers have been served on you at least eight days before the motion is scheduled to be
heard. You must serve your answering papers, if any, at least two days before such time upon the
movant.

[X]   these papers have been served on you at least twelve days before the motion is scheduled to be
heard. You must serve your answering papers, if any, at least seven days before such time upon
the movant.

MAIL TO:

    **Kavulich & Associates PC**
    (Counsel for Pltf)
    **181 Westchester Avenue**
    **Suite 500C**
    **Port Chester, New York 10573**

**All answering papers to the Court are to be filed on the return date of the motion with the Clerk
in the Part listed above.**

February 7, 2014               ,From: Ernesto Nunez
                                 933  S. Front St
                                 Allentown, Pennsylvania 18103

Page 135

HON. DONALD A. MILES

**Civil Court of the City of New York**
**County of Bronx**

Index Number: CV-033659-11/BX

2246 Webster Avenue, HDFC
           Plaintiff(s)
  -against-
Ernesto Nunez; Evelyn Martinez
          Defendant(s)

**AFFIDAVIT IN SUPPORT OF**
**NOTICE OF MOTION**

Ernesto Nunez, being duly sworn, states that I would like to obtain the following relief from the

Court: __to restore the case to the trial calendar to enforce the decision/order dated 05/17/2013, by Hon. Ruben Franco

The basis for my request is : because the judge ordered all garnish money to be returned to me and they have not comply with the order, the judge gave. Last time I spoke with their lawyer, they said that I didn't have any documents that says that the money was suppose to be refunded to me.

WHEREFORE, THE UNDERSIGNED RESPECTFULLY REQUESTS THE WITHIN MOTION BE GRANTED.

Sworn to before me this _____ day of _____, 20___

FEB - 7 2014

COURT
REV. ASST

_____
Signature of Movant

Notary Public/ Court Employee

Civil Court of the City of New York

County of _____   Part _____

Index Number _____
Motion Cal. # _____   Motion Seq. # _____

### DECISION/ORDER

Recitation, as required by CPLR §2219 (a), of the papers considered in the review of this Motion.

2286 WEBSTER AV, HDFC

Claimant(s)/Plaintiff(s)/Petitioner(s)

*against*

ERNESTO NUÑEZ
EVELYN MARTINEZ
Defendant(s)/Respondent(s)

| Papers | Numbered |
|---|---|
| Notice of Motion and Affidavits Annexed | |
| Order to Show Cause and Affidavits Annexed | |
| Answering Affidavits | |
| Replying Affidavits | |
| Exhibits | |
| Other | |

MAY 17 2013

Upon the foregoing cited papers, the Decision/Order on this Motion to ___VACATE___ is as follows:

DEFAULT JUDGMENT GRANTED. PLAINTIFF'S AFFIDAVIT OF SERVICE INDICATES SERVICE OF THE SUMMONS AND COMPLAINT ON MAY 17 2011. DEFENDANTS HAVE PRESENTED THE COURT DOCUMENTS INCLUDING A LEASE DRIVERS LICENSE, PAY CHECKS BANK STATEMENTS WHICH CLEARLY SHOW THAT THEY HAVE BEEN RESIDING IN PENNSYLVANIA SINCE APPROXIMATELY 2006. BASED UPON THE DOCUMENTARY EVIDENCE THE COURT FINDS THAT DEFENDANTS WERE NOT PROPERLY SERVED. THE ACTION IS DISMISSED ALL LEVYS ATTACHMENTS AND GARNISHMENTS ARE VACATED AND ALL FUNDS SEIZED AS A RESULT OF THIS ACTION SHALL BE RETURNED TO THE DEFENDANTS. THIS CONSTITUTES THE ORDER OF THIS COURT.

_____   _____
Date        Judge, Civil Court

HON. RUBÉN FRANCO

CIV-GP-45 (Revised September, 1999)



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

PORT CHESTER NY 10573

| | | |
|---|---|---|
| Postage | $ | $0.46 |
| Certified Fee | | $3.10 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $3.56 |

Sent To

Street, Apt. No.;
or PO Box No.

City, State, ZIP+4

PS Form 3800, August 2006                    See Reverse for Instructions