CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK PART F
DECISION AND JUDGMENT

INDEX # 061457/2007
JUDGMENT SEQ # 001

795 SHEVA REALTY ASSOC LLC,

Petitioner(s)

AGAINST
GASPARRO, VICTORIA

Respondent(s)

---

Decision and judgment is rendered based upon a stipulation entered into by the parties as follows:
Judgment of possession is granted in favor of:
795 SHEVA REALTY ASSOC LLC,
and against
GASPARRO, VICTORIA
A counterclaim is granted in favor of the respondent in the amount of $0.00 (which if not being entered separately is offset and reflected in the total amount due, listed below.)

A money judgment is hereby granted, along with cost and disbursements in the amount of $0.00 in favor of:
795 SHEVA REALTY ASSOC LLC,
and against
GASPARRO, VICTORIA

*for a total amount of* $2614.47

(Monthly use and occupancy is set at $0.00 per month, as per order, stipulation or decision in record.)

Warrant to issue forthwith Execution APS

Date 4-2-07

HON. GARY F. MARTON
Judge, Civil/Housing Court

Section 5020(c) of the Civil Practice Law and Rules requires that a satisfaction be filed with the clerk when the judgment is satisfied. Failure to do so subjects the judgment creditor to penalties.

ENTRY OF JUDGMENT

Judgment entered in accordance with the above on 4-2-07 [signature]
Chief Clerk, Civil Court

Warrant issued to Marshal Bia On APR 17 2007

CIV-LT-50(2006)

**CIVIL COURT OF THE CITY OF NEW YORK**
**County of** ______________________
Housing Part

Index No.: 61457/17

795 Shera Rlty Assoc
Petitioner(s),

-against-

Victoria Gasparro
Respondent(s)

**LANDLORD/TENANT ANSWER IN PERSON**

Address: 795 St Nicholas Av
__________
10028 Apt. 4H

Respondent has appeared and has orally answered the Petition as follows:

Answer

SERVICE

1. ______ The Respondent did not receive a copy of the Notice of Petition and Petition.
2. ______ The Respondent received the Notice of Petition and Petition, but service was not correct as required by law.

PARTIES

3. ______ The Respondent is indicated improperly, by the wrong name, or is not indicated on the Notice of Petition and Petition.
4. ______ The Petitioner is not the Landlord or Owner of the building, or a proper party.

RENT

5. ______ No rent demand or proper rent demand, either oral or written, was made before this proceeding.
6. X The Respondent tried to pay the rent, but the Petitioner refused to accept it.
7. ______ The monthly rent being requested is not the legal rent or the amount on the current lease.
8. ______ The Petitioner owes money to the Respondent because of a rent overcharge.
9. ______ The rent, or a portion of the rent, has already been paid to the Petitioner.

APARTMENT

10. X There are conditions in the apartment which need to be repaired and/or services which the Petitioner has not provided.
11. ______ Public Assistance shelter allowance has stopped because of housing code violations in the apartment or the building.
12. ______ The apartment is an illegal apartment.

OTHER

13. ______ Laches.
14. ______ General Denial.
15. X Other Answer, Disputes amt

3/26
Dated

Clerk's Initials

**NOTICE OF SCHEDULED APPEARANCE**

**This case is scheduled to appear on the calendar as follows:**

**DATE:** 4/2 **TIME:** 930 AM **PART:** F **ROOM:** 830

**YOU SHOULD ARRIVE AT THE COURTHOUSE AT LEAST ONE HALF HOUR BEFORE THE ABOVE SCHEDULED TIME, TO ALLOW TIME TO BE PROCESSED THROUGH THE METAL DETECTORS. IF A SETTLEMENT IS NOT REACHED ON THE ABOVE SCHEDULED DATE THE CASE MAY BE SENT TO A TRIAL-READY PART FOR A TRIAL. IF YOU WILL NOT BE READY FOR TRIAL ON THE ABOVE SCHEDULED DATE, YOU MUST ASK THE COURT FOR ANOTHER TRIAL DATE. IF THE COURT DOES NOT ACCEPT YOUR REASON FOR NOT BEING READY FOR TRIAL, AND YOUR REQUEST FOR ANOTHER TRIAL DATE IS DENIED, YOU MAY BE REQUIRED TO PROCEED TO TRIAL IMMEDIATELY.**

**THE CLERK CANNOT CHANGE THE SCHEDULED DATE OR TIME.**
**YOU MUST APPEAR AND BRING THIS FORM WITH YOU.**

***For assistance visit a Resource Center in the courthouse or the court's website:*** **NYCourts.Gov/NYCHousing.**

CIV-LT-91(Revised May 2006)

Ivette #14

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF NY PART G

Index No.: 61457 Year 2007
Date: 4/2/07
Hon: Marton

795 Shore Realty Assoc LLC
Petitioner,

against

Victoria Gasparo Respondent, Client
795 St Nicholas Ave Apt. # 4H

x

The parties understand that each party has the right to a trial, the right to see a Judge at any time and the right not to enter into a stipulation of settlement. However, after a review of all the issues, the parties agree that they do not want to go to trial and instead agree to the following stipulation in settlement of the issues in this matter.

So Ordered:

x

IT IS STIPULATED AND AGREED: Petition is amended to date. Respondent paid $500.00 by check # 104 (Chase) which is accepted subject to collect. After payment respondent consents to a final judgment for $2614.47 which is all rent owed thru 4/30/07 assuming clearance of the check. Issuance of the warrant forthwith, execution stayed to 4/20/07 for respondent to pay $538.16. If paid execution of the warrant shall be stayed to 5/18/07 for respondent to pay May's rent. If paid execution shall then be stayed to 5/20/07 for $1038.16. If paid execution shall then be stayed to 6/18/07 for respondent to pay June's rent. If paid execution shall then be stayed to 6/20/07 for respondent to pay $1038.16. All monies received will be applied to current rent & then to the arrears. Upon default the entire sum shall become due & owing & warrant to execute. Petitioner to inspect & repair the following as needed: (a) exterminate (b) plaster bathroom ceiling leak bathroom ceiling, clogged bathroom sink, bathroom wall tiles. Access is 4/13/07 from 9Am-5pm if further dates are needed respondent will provide access Monday-Friday between 9am-5pm. Court may sign 1 OSC for good cause shown.

GARY F. MARTON
JUDGE, HOUSING PART

So Ordered
4/2/07

Petitioner by: [signature]
Attorneys for Petitioner
NOVICK, EDELSTEIN, LUBELL, REISMAN, WASSERMAN & LEVENTHAL, P.C.
733 YONKERS AVENUE
YONKERS, NY 10704

Respondent: [signature]
Respondent's Attorney (if any)

ADJ WF FJ AD NC

**IMPORTANT TO TENANT** - If you are dependent upon a person in the military service of the United States or the State of New York, advise the Clerk immediately, in order to protect your rights.

L&T. No. 07N061457

Civil Court of the City of New York 2007
County of NEW YORK
Housing Part

795 SHIVA REALTY ASSOC LLC
Landlord

AGAINST
VICTORIA GASPARRO
Tenant

795 ST NICHOLAS AVENUE
APT 4H
NEW YORK, N.Y. 10029

Undertenant

*Amount Claimed* $ 2485.10 [illegible]

NOTICE OF PETITION-NON-PAYMENT DWELLING

2007 MAR 23 PM 2:26

*Attorney for Petitioner*

[illegible], [illegible], LOWELL, [illegible], HASSELMAN, LEVENTHAL, PC
733 YONKERS AVENUE
YONKERS 10704 914.3750100

# Civil Court of the City of New York

County of NEW YORK

## Housing Part

Index No. L/T

795 SHIVA REALTY ASSOC LLC
*Petitioner*

NOTICE OF PETITION
DWELLING
*Non-Payment*

AGAINST
VICTORIA GASPARRO
795 ST NICHOLAS AVENUE 4H
NEW YORK, N.Y. 10029
*Respondent (Tenant)*

*Respondent (Undertenant)*

*First name of Tenant and/or Undertenant being fictitious and unknown to petitioner. Person intended being in possession of the premises herein described*

To the respondent[s] above named and described, in possession of the premises hereinafter described or claiming possession thereof:

PLEASE TAKE NOTICE that the annexed petition of 795 SHIVA REALTY ASSOC LLC

verified 3/13/07

prays for a final judgment of eviction, awarding to the petitioner possession of premises described as follows: ALL ROOMS APT 4H
795 ST NICHOLAS AVENUE, located at
County of NEW YORK in the City of New York, as demanded in the petition.

TAKE NOTICE also that demand is made in the petition for judgment against you for the sum of $ 2485.10 plus the costs and disbursements of the proceeding.

TAKE NOTICE also that WITHIN FIVE DAYS after service of this Notice of Petition upon you, you must answer, either orally before the Clerk of this Court at 111 CENTRE STREET County of NEW YORK City and State of New York, or in writing by serving a copy thereof upon the attorneys for the petitioner, and by filing the original of such answer, with proof of service thereof, in the Office of the Clerk. Your answer may set forth any defense or counterclaim you may have against the petitioner unless such defense or counterclaim is precluded by law or prior agreement of the parties. On receipt of your answer, the Clerk will fix and give notice of the date for trial or hearing which will be held not less than 3 nor more than 8 days thereafter, at which you must appear. If, after the trial or hearing, judgment is rendered against you, the issuance of a warrant dispossessing you may, in the discretion of the Court, be stayed for FIVE days from the date of such judgment.

TAKE NOTICE also that if you fail to interpose and establish any defense that you may have to the allegations of the petition, you may be precluded from asserting such defense or the claim on which it is based in any other proceeding or action.

In the event you fail to answer and appear, final judgment by default will be entered against you by a warrant dispossessing you will not be issued until the tenth day following the date of the service of this Notice of Petition upon you.

TAKE NOTICE that under Section 745 of the Real Property Actions and Proceedings Law, you may be required by the Court to make a rent deposit, or a rent payment to the petitioner, upon your second request for an adjournment or if the proceeding is not settled or a final determination has not been made by the court within 30 days of the first court appearance. Failure to comply with an initial rent deposit or payment order may result in the entry of a final judgment against you without a trial. Failure to make subsequent required deposits or payments may result in an immediate trial on issues raised in your answer.

CHIEF CLERK
MAR 13 2007
NEW YORK COUNTY CIVIL COURT

JACK BAER
CHIEF
Clerk of the Civil Court of the City of New York

AFFIDAVIT OF CONSPICUOUS SERVICE

STATE OF NEW YORK )
COUNTY OF WESTCHESTER )

CASE # N
CNTL # 61457

2007 MAR 23 PM 2:26

MANUEL PAGAN, BEING DULY SWORN, DEPOSES AND SAYS: THAT DEPONENT IS NOT A PARTY TO THIS PROCEEDING, IS A LICENSED PROCESS SERVER OVER 18 YEARS OF AGE AND RESIDES AT NEW YORK, NEW YORK.

DEPONENT WAS UNABLE TO SERVE: VICTORIA GASPARRO, TENANT(S)/OCCUPANT(S) BY PERSONAL DELIVERY.

AT 795 ST NICHOLAS AVENUE NEW YORK, NY 10028
APT 4H

ON 03/21/07 AT 10:17 AM DEPONENT SERVED THE ATTACHED

NOTICE OF PETITION AND PETITION

[X] BY AFFIXING A TRUE COPY FOR EACH TENANT/OCCUPANT UPON A CONSPICUOUS PART, TO WIT-THE ENTRANCE DOOR OF SAID PROPERTY.

DEPONENT WAS UNABLE TO FIND A PERSON OF SUITABLE AGE AND DISCRETION WILLING TO RECEIVE THE SAME AT THIS TIME OR DURING THE PRIOR ATTEMPT MADE ON 03/20/07 AT 7:06 PM.

AND ON 03/21/07 DEPONENT SERVED COPIES OF THE WITHIN NOTICE OF PETITION AND PETITION ON EACH TENANT/OCCUPANT SERVED AT THE PROPERTY SOUGHT TO BE RECOVERED, BY DEPOSITING A TRUE COPY FOR EACH NAMED TENANT/OCCUPANT OF THE SAME ENCLOSED IN A POST PAID WRAPPER ADDRESSED TO EACH TENANT/OCCUPANT AT THE PROPERTY SOUGHT TO BE RECOVERED, IN THE POST OFFICE BY CERTIFIED MAIL AND BY REGULAR FIRST CLASS MAIL WITHIN THE STATE OF NEW YORK.

AND ON 03/21/07 ADDITIONAL MAILING BY REGULAR AND CERTIFIED MAIL TO:

SWORN TO BEFORE ME ON 03/21/07

PAULA MARKS MCGURN
NOTARY PUBLIC, STATE OF NEW YORK
NO.01MC6055829
QUALIFIED IN WESTCHESTER COUNTY
COMMISSION EXPIRES MARCH 5, 2011

MANUEL PAGAN
LIC.# 1073712

C

SS



THOMAS J. BIA

MARSHAL, CITY OF NEW YORK
181 EAST 161 STREET
BRONX, NEW YORK 10451
(718) 681-8878
FAX (718) 681-8677

Fang 864

WARRANT REQUISITION

COUNTY New York

INDEX NUMBER 61457/07 MARSHAL'S DOCKET # 208222

| PETITIONER(S) | RESPONDENT(S) |
|---|---|
| 795 Shera Realty Assoc JK | Victoria Gasparro |

ADDRESS 795 St Nicholas Avenue
New York NY 10028
Apr 4H

L & T
APR - 4 2007
CIVIL COURT
NEW YORK COUNTY

N/P ___ ✓ B/O ___ A/T ___ DEF ✓ RES ✓ COM ___

COMMENTS: ___

DATE 04/04/07

SIGNATURE Thomas J Bia

CITY OF New York — L&T Index # 61457/07

795 Sheva Realty Assoc LLC — Landlord

- against -

Victoria Gasparro — Respondent Tenant; Tenant Undertenant

Address 795 St. Nicholas avenue New York, N.Y. 10028 Apt.# 4H

State of New York, County of New York ,SS:

Edith Cardona, being duly sworn deposes and says that he/she is the agent for the petitioner herein and is fully familiar with all the facts. That this is a summary proceeding/action in which the respondent(s)/defendant(s) was served but failed to answer. I made several attemps to question the tenant, any blood relative or neighbor in order to be able to submit this affidavit that the tenant was not in the military service or dependent upon someone in the military service.

1). I spoke in person with the tenant(s) on ______, at approximately ______ a.m./p.m., at ______ (location). The tenant(s) ______ (name) who is approximately ______ (description) advised me that he/she is not in the military service of the United States of the State of New York in any capacity, and the tenant(s) informed me that neither he/she nor anyone in the family is dependent on any person in the military service of the United States.

2). I spoke to (name) Victoria Gasparro directly over the telephone by calling number (212) 244-5505 (work #) on March 28, 2007 at approximately 10:16 a.m./p.m. she/he identified herself/himself as the tenant. I recognized the voice as I have [ ] prior conversations with her/him. The tenant, during that telephone call, advised me that she/he is not in military service of the United States. The tenant(s) also informed me that neither she/he nor anyone in Tenant's family is dependent on any person in the military service of the United States.

3). I could not locate anybody to speak with concerning the tenants(s) military status. I called at ( ) ______ on ______ and again on ______ and there was no answer. I went to the premises located at ______ apt.# ______ on ______ and again on ______ and no one was home. Based upon my records and the tenant(s) with whom I am familiar with, that the tenant(s) is not in the military because the tenant(s) is/are:

_____(a) approximately ______ years of age;

_____(b) disabled and uses a wheelchair/crutches/other ______;

_____(c) receives public assistance;

_____(d) see application, recertification form attached.

From the facts set forth, I am convinced that the tenant(s) is not in or finacially dependent upon someone in the military service of the United States at the present time.

L & T APR 4 2007 CIVIL COURT NEW YORK COUNTY

[signature] Edith Cardona

Sworn to before me this 29th Day of March, 2007

Notary Public

[signature]

IVETTE RIMAR
Notary Public, State of New York
No. 24-4972698
Qualified in ~~Kings County~~ Nassau County
Commission Expires Oct. 1, 2010

Clerk of the Civil Court of the City of New York

795 Sheva Realty Assoc LLC

Landlord

— against —

Victoria Gasparro

Tenant

County of New York

INDEX No. 61457/07

YOU ARE HEREBY REQUESTED TO SUBMIT THE PAPERS IN THE ABOVE ENTITLED PROCEEDING TO THE JUDGE FOR A FINAL ORDER.

Signature [signature]

LANDLORD
~~AGENT FOR LANDLORD~~
~~ATTORNEY FOR LANDLORD~~

I HEREBY WAIVE
ALL LEGAL FEES

L & T
APR 4 2007
CIVIL COURT
NEW YORK COUNTY

L&T. No.

Civil Court of the City of New York

County of Housing Part

Landlord

Tenant

Undertenant

Amount Claimed $ [illegible]

PETITION-NON-PAYMENT

Notice of Petition served on ________ 20 ____

Notice of Petition returned on ________ 20 ____

Notice of Petition issued on ________ 20 ____

Tenant appears on ________ 20 ____ but fails to answer.

Tenant answers on ________ 20 ____

Answer is ________

Set for Trial on ________ 20 ____

Landlord notified on ________ 20 ____

Sufficiency of answer referred to court ________ 20 ____

Raises ________ issue

________ Judge

*Attorney for Petitioner*

...WICK, EDELSTEIN, LUZELL, FEIGMAN, WASSERMAN, LEVENTHAL, PC
[illegible] YONKERS AVENUE
YONKERS 10704 914.375.0100

*PETITION Non-Payment*

THE PETITION OF [illegible] alleges upon Information and Belief

1. Petitioner is the landlord and [illegible] of the premises

2. Respondent(s) [illegible] is (are) tenant(s) in possession of said premises pursuant to a [illegible] rental agreement [illegible] wherein respondent promised to pay to landlord as rent $ [illegible] each month in advance on the 1st day of each month.

3. Respondent is undertenant of the respondent tenant(s).

4. Respondents are now in possession of said premises which is the residence of the tenant(s) and undertenants herein.

5. The premises from which removal is sought were rented for DWELLING purposes and are described as follows: [illegible] in premises located at [illegible] situated within the territorial jurisdiction of the Civil Court of the City of New York, County of [illegible]

6. Pursuant to said agreement there was due from respondent tenant(s), the sum of $ 2486.10 in rent and additional rent (*) as follows: [illegible]/MAR 07 [illegible]/FEB 07 769.[illegible]/JAN 07 [illegible] LEGAL FEES

7. THE PREMISES ARE SUBJECT TO THE RENT STABILIZATION LAW OF 1969 AS AMENDED AND [illegible] REGISTERED WITH THE N.Y. STATE DIVISION OF HOUSING AND COMMUNITY RENEWAL [illegible] THE RENT DEMANDED [illegible] DOES NOT EXCEED THE [illegible] LAWFUL RENT STABILIZED RENT.

2007 MAR 15 PM 2:[illegible]

8. Said rent has been demanded BY [illegible] DAY NOTICE IN WRITING COPY WITH PROOF OF SERVICE ANNEXED HERETO from the tenant(s) since same became due.

9. Respondents have defaulted in the payments thereof and continue in possession of premises without permission after said default.

10. The premises are a multiple dwelling and pursuant to the Housing Maintenance Code Section 27-2097 there is a currently effective registration statement on file with the Office of Code Enforcement which designates the managing agent named below, a natural person over 21 years of age, to be in control of and responsible for the maintenance and operation of the dwelling. [illegible] NIKMAN 1601 [illegible] AVENUE BRONX, NY 10462 Multiple Dwelling No. 132717

Agent

11. [illegible] HERETOFORE FOR A TERM FROM 4/01/05 TO 3/31/07

WHEREFORE Petitioner requests a final judgment against respondent(s) for the rent demanded therein, awarding possession of the premises to petitioner landlord, and directing the issuance of a warrant to remove respondent(s) from possession of the premises together with costs and disbursements of this proceeding. Dated: 3/13/07

795 [illegible] REALTY ASSOC LLC

STATE OF NEW YORK, COUNTY OF WESTCHESTER The Undersigned AFFIRMS UNDER PENALTY OF PERJURY that he is ONE OF THE ATTORNEYS FOR the Petitioner; that he has read the foregoing petition and knows the contents thereof; that the same are true to his own knowledge except as to matters stated to be upon information and belief, and as to those matters he believes them to be true. THE GROUNDS OF HIS BELIEF AS TO MATTERS NOT STATED UPON HIS KNOWLEDGE ARE STATEMENTS AND/OR RECORDS PROVIDED BY THE PETITIONER, ITS AGENTS AND/OR EMPLOYEES AND CONTAINED IN THE FILE IN THE ATTORNEY'S OFFICE. PETITIONER IS NOT IN THE COUNTY IN WHICH ATTORNEY'S OFFICE IS LOCATED. THIS VERIFICATION IS MADE PURSUANT TO THE PROVISIONS OF CPLR 3020.

3/13/07 [illegible]

# THREE DAY NOTICE

049-I-250800

[illegible]
795 ST [illegible] AVENUE APT 4R
[illegible], N.Y. [illegible]

PLEASE TAKE NOTICE that you are hereby required to pay to 795 SHEVA REALTY ASSOC LLC landlord of the above described premises, the sum of $1,[illegible] for rent of the premises [illegible]/FEB07 [illegible]/JAN07

You are required to pay within three days from the day of service of this notice, on or before 3/05/07 or to give up possession of the premises to the landlord. If you fail to pay or to give up the premises, the landlord will commence summary proceedings against you to recover possession of the premises.

# NOTA DE TRES DIAS

POR FAVOR SIRVASE TOMAR NOTA de que usted es requerido, por este medio, de pagar a [illegible] REALTY ASSOC LLC dueno de las propiedades arriba descritas por la suma de $1,[illegible] por la renta de las propiedades [illegible]/FEB07 [illegible]/JAN07

Usted es requerido de pagar dentro de los tres dias a continuacion de recibir esta nota, o antes de 3/0[illegible]/07 o entregar al dueno la posesion de dichas propiedades. Si usted falla en pagar o en entregar las propiedades, la dueña de las propiedades se vera obligada a proceder legalmente para recuperar la posesion de dichas propiedades.

DATE: [illegible]/07 795 SHEVA REALTY ASSOC LLC, LANDLORD

[illegible] PROP. SVCES. CORP., AGENT

AFFIDAVIT OF CONSPICUOUS SERVICE

STATE OF NEW YORK )
COUNTY OF WESTCHESTER )

CASE # N
CNTL #

JIMMY ROMAN, BEING DULY SWORN, DEPOSES AND SAYS: THAT DEPONENT IS NOT A PARTY TO THIS PROCEEDING, IS A LICENSED PROCESS SERVER OVER 18 YEARS OF AGE AND RESIDES AT BRONX, NEW YORK.

DEPONENT WAS UNABLE TO SERVE: VICTORIA GASPARRO, TENANT(S)/OCCUPANT(S) BY PERSONAL DELIVERY.

AT 795 ST NICHOLAS AVENUE NEW YORK, NY 10028
APT 4H

ON 02/28/07 AT 11:09 AM DEPONENT SERVED THE ATTACHED

THREE DAY NOTICE

[X] BY AFFIXING A TRUE COPY FOR EACH TENANT/OCCUPANT UPON A CONSPICUOUS PART, TO WIT-THE ENTRANCE DOOR OF SAID PROPERTY.

DEPONENT WAS UNABLE TO FIND A PERSON OF SUITABLE AGE AND DISCRETION WILLING TO RECEIVE THE SAME AT THIS TIME OR DURING THE PRIOR ATTEMPT MADE ON 02/27/07 AT 8:04 PM.

AND ON 02/28/07 DEPONENT SERVED COPIES OF THE WITHIN THREE DAY NOTICE ON EACH TENANT/OCCUPANT SERVED AT THE PROPERTY SOUGHT TO BE RECOVERED, BY DEPOSITING A TRUE COPY FOR EACH NAMED TENANT/OCCUPANT OF THE SAME ENCLOSED IN A POST PAID WRAPPER ADDRESSED TO EACH TENANT/OCCUPANT AT THE PROPERTY SOUGHT TO BE RECOVERED, IN THE POST OFFICE BY CERTIFIED MAIL AND BY REGULAR FIRST CLASS MAIL WITHIN THE STATE OF NEW YORK.

AND ON 02/28/07 ADDITIONAL MAILING BY REGULAR AND CERTIFIED MAIL TO:

SWORN TO BEFORE ME ON 02/28/07

PAULA MARKS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01MA6055829
QUALIFIED IN WESTCHESTER COUNTY
COMMISSION EXPIRES MARCH 5, 2007

JIMMY ROMAN
LIC.# 1132155

C

SS

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK
HOUSING PART: SP, TRM 1, RM.408

Spec Term

INDEX NO. [illegible]
[illegible]
[illegible] OF RESPONDENT
OSC APPLICATION(S) [illegible]

ORDER TO SHOW CAUSE TO VACATE DEFAULT JUDGMENT AND TO RESTORE TO THE CALENDAR

29F

795 [illegible] REALTY ASSOC LLC
PETITIONER(S),
AGAINST
GASPARRO VICTORIA
RESPONDENT(S).

PREMISES:
795 ST NICHOLAS AVENUE [illegible]
NEW YORK NY [illegible]

UPON THE ANNEXED AFFIDAVIT (ON BEHALF) OF VICTORIA GASPARRO, THE ABOVE NAMED RESPONDENT(S), SWORN TO ON DECEMBER [illegible], 2014, AND UPON ALL THE PAPERS AND PROCEEDINGS HEREIN:

LET THE PETITIONER(S) OR HIS/HER/THEIR ATTORNEY(S) SHOW CAUSE AT A MOTION TERM OF THE

CIVIL COURT OF THE CITY OF NEW YORK
HOUSING PART: SP, TRM 1, RM.408
LOCATED AT: 111 CENTRE STREET, NEW YORK
ON: JANUARY [illegible], 2015, AT 09:30 AM

OR AS SOON THEREAFTER AS COUNSEL MAY BE HEARD, WHY AN ORDER SHOULD NOT BE MADE:

VACATING THE JUDGMENT BASED ON THE RESPONDENT'S FAILURE TO APPEAR, RESTORING THE CASE TO THE CALENDAR AND/OR GRANTING SUCH OTHER AND FURTHER RELIEF AS MAY BE JUST.

UNTIL THE ENTRY OF A COURT ORDER, ALL PROCEEDINGS BY PETITIONER, OWNER, ATTORNEY, AND ANY CITY MARSHAL ARE STAYED.

SERVICE OF A COPY OF THIS ORDER TO SHOW CAUSE AND ANNEXED AFFIDAVIT UPON THE PARTY'S ATTORNEY (OR, IF HE/SHE HAS NONE, ON THE PARTY),

ATTORNEY(OR PARTY)
(JUDGE TO INITIAL)
__BY PERSONAL SERVICE "IN HAND DELIVERY"
__BY CERTIFIED MAIL, R. R. R.
__BY FIRST CLASS MAIL WITH CERTIFICATE OF MAILING AT POST OFFICE
ON OR BEFORE 12/23/14

MARSHAL:
(JUDGE TO INITIAL)
__BY PERSONAL SERVICE "IN HAND DELIVERY"
__BY CERTIFIED MAIL, R. R. R.
__BY FIRST CLASS MAIL WITH CERTIFICATE OF MAILING AT POST OFFICE
SHALL BE DEEMED GOOD AND SUFFICIENT.

PAPERS MAY BE SERVED BY THE RESPONDENT IN PERSON.

PROOF OF SUCH SERVICE MAY BE FILED WITH THE CLERK IN THE PART INDICATED ABOVE OR IN THE L & T CLERK'S OFFICE BEFORE THE RETURN DATE OF THIS ORDER TO SHOW CAUSE.

ATTORNEY:
[illegible] EDELSTEIN & LINDELL, P.C.
[illegible] AVENUE PVT
[illegible], NY [illegible]
TELEPHONE: (914) 275-0190

MARSHAL:
BIR, THOMAS GEORGE [illegible]
1000 GRAND CONCOURSE
BRONX, NY 10451
TELEPHONE: (718) 681-8878

12/16/14
JUDGE

GERALD LEBOVITS

NOTICE OF MOTION
[illegible] NOTIFICATION TO MARSHAL
BY PHONE OR OSC SHOWING
DATE____ TIME____ INITIALS
PERSON CONTACTED [illegible]

Declined. Please provide the [illegible] [illegible] [illegible]
12/26/14

[illegible]

DATE: 12/26/2014 OFFICE OF COURT ADMINISTRATION
TIME: 13:40:13 - NWYK HOUSING COURT INFORMATION SYSTEM - PAGE: 1
HISTORY OF PROCEEDINGS

CASE: 061457/2007
795 SHEVA REALTY ASSOC LLC VS GASPARRO VICTORIA

NO OF RESP OSC APPL: 1
AMT DMD: $2,486.10 PETN ATTY: NOVICK, EDELSTEIN & LUBELL, P.
FILING DTE FILING TYPE CASE TYPE1 CASE TYPE2 CASE TYPE3
03/15/2007 PET/NP RESDT NON-PAY
PETITIONER:
795 SHEVA REALTY ASSOC LLC
RESPONDENT:
GASPARRO VICTORIA
PREMISES ADDRESS:
795 ST NICHOLAS AVENUE 4H
NEW YORK NY 10028
DESCRIPTION:
4H

03/26/2007 001 JND 04/02/2007 F 09:30A JURY DMD BY
VIOLS RENT OFFR"D DISPUTES AMT
RESP ATTY: PRO SE 212-999-9999
04/02/2007 001 CLN F 09:30A JSTP GM CAL

12/26/2014 001 OSC BY RESP SIGNED BY GL 01/05/2015 SP.TR 09:30A
VACATE JUDGMENT
01/05/2015 001 CLN SP.TR 09:30A OSC

04/02/2007 001 FJD SIGNED BY GM
AS PER STIP/
POSS AWARDED Y MONEY AWARD $2,614.47
JUDGMENT AGAINST:
GASPARRO VICTORIA
COMMENT: WAR REJ 4/27/07 - DUPE WARR
04/04/2007 001 WAR WARRANT REQUESTED
04/17/2007 001 WAR WARRANT REVIEWED
04/17/2007 001 WAR WARRANT ISSUED BIA, THOMAS (BADGE 9)
EXECUTION IS AS PER STIP/ORDER
AGAINST:
GASPARRO VICTORIA
04/18/2007 001A WAR WARRANT REQUESTED
04/27/2007 001A WAR WARRANT REVIEWED
04/27/2007 001A WAR WARRANT REJECTED
AGAINST:
GASPARRO VICTORIA

796

29F

of the City of New York

Housing Part Spec Term

795 Shea Rlty
Petitioner,

against

Gasparro
Respondent

(PLEASE PRESS HARD)

Index No. LT 61457/07

**AFFIDAVIT IN SUPPORT OF AN ORDER TO SHOW CAUSE TO VACATE A JUDGMENT**
Based Upon a) Failure To Appear b) Failure to Comply
and
**TO RESTORE TO THE CALENDAR**

Address: 795 St. Nicholas Ave
NY NY 10031 Apt. 4H

State of New York, County of NY ss.:

Victoria Gasparro (Print Your Name), being duly sworn, deposes and says:

**Tenant's Initials**

**1. PARTY** VG a) I am the tenant named as respondent in the above summary proceeding.
____ b) I am the person claiming possession to these premises and am the ____ of the tenant named above.

**2. SERVICE and ANSWER** VG I received the Notice of Petition and Petition in this proceeding, filed my answer in the Clerk's Office and received a date for trial.
____ I received a Holdover Notice of Petition and Petition and the date had already passed.

**3. EXCUSE** On the Date of Trial before Judge GM
____ a) a Judgment was entered against me by default for my *failure to appear*. My reason for not appearing in Court on the date scheduled for (Trial) (Motion) is: ____

VG b) a Judgment was entered ~~(after trial)~~ (after stipulation) but (I) (the ~~Landlord~~) *failed to comply* with the Order of the Court because: ____

**4. DEFENSE** I allege that I have a good defense because:

____ I was improperly served.
____ the amount being claimed is incorrect.
____ there is credit due for rent overcharge.
____ the rent has been offered and refused.
____ petitioner is not the owner.
____ no rent was demanded.
____ the rent has been partially/fully paid.*
____ I have been harassed.
____ there are conditions in the apartment which need repair, or services which have not been provided.
____ *Explain rent payments, if any, or other defense: ____
please attached

**5. REQUEST** VG I request that the Judgment be vacated, that the case be restored to the calendar and that I be granted permission to serve these papers in person.

**6. PRIOR ORDER** VG a) I have not had a previous Order to Show Cause regarding this index number.
____ b) I have had a previous Order to Show Cause regarding this index number but I am making this further application because: ____

Sworn to before me this 26 day of Dec, 2014

[signature]
Signature of Court Employee and Title

[signature]
Signature of Respondent

CIV-LT-11 (Replaces CIV-LT-11B) (Revised, March, 2000)

157/07                    12/26/14

I am not in violation of the
stipulation my opponent the landlord
is the one who violated the stip, not me.

The stipulation was contingent to
necessary repairs and the repairs
were not fulfilled adequately.

So the way I see it. Please restore
this case to calendar so that
I can explain these things in open
court.



THOMAS J. BIA
MARSHAL, CITY OF NEW YORK
181 EAST 161 STREET
BRONX, NEW YORK 10451
(718) 681-8878
FAX (718) 681-8677

Farg864

WARRANT REQUISITION

COUNTY New York

INDEX NUMBER 61457/07 MARSHAL'S DOCKET # 208CCC

| PETITIONER(S) | RESPONDENT(S) |
|---|---|
| 795 Sheva Realty Assoc LLC | Victoria Grosparro |
| REJ. 4/27/07 | |
| PRIOR WARRANT | |
| ISSUED 4/17/07 | |

L & T
APR 18 2007
CIVIL COURT
NEW YORK COUNTY

ADDRESS 795 St Nicholas Avenue
New York, NY 10028
Apr 4H

N/P ✓ H/O ___ A/T ✓ DEF ___ RES ✓ COM ___

COMMENTS: ___

DATE 04/17/07

SIGNATURE Thomas J. Bia

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF NY PART G

Index No.: 61417 Year 2007
Date: 4/2/07
Hon: Marton

795 Shore Realty Assoc LLC
Petitioner,
against
Victoria Gaspero
Respondent,
795 St Nicholas Ave Apt. # 4H

The parties understand that each party has the right to a trial, the right to see a Judge at any time and the right not to enter into a stipulation of settlement. However, after a review of all the issues, the parties agree that they do not want to go to trial and instead agree to the following stipulation in settlement of the issues in this matter.

So Ordered:

IT IS STIPULATED AND AGREED: Petition is amended to [illegible]. Respondent paid $500 by check [illegible] [illegible] subject to collect[ion]. [illegible] respondent consent to a final judgment [illegible] 2007 [illegible] rent [illegible] 4/30/07 [illegible] of the check. Issuance of the warrant forthwith, execution stayed to 4/20/07 for respondent to pay $538.16. If paid [illegible] shall be stayed to 5/18/07 for respondent to pay May's rent. If paid [illegible] shall then be stayed to 5/20/07 for $1038.16. If paid execution shall then be stayed to 6/15/07 for respondent to pay June's rent. If paid execution shall then be stayed to 6/20/07 for respondent to pay $1038.16. All monies received will be applied to current rent and then to the arrears. Upon default the entire sum shall become due [illegible] warrant to execute. Petitioner to inspect and repair the following as needed: [illegible] [illegible] [illegible] [illegible] 4/13/07 [illegible] 9am-5pm. If further dates are needed respondent [illegible] Monday-Friday between 9am-5pm. [illegible] may sign lease [illegible] (as [illegible])

L&T
APR 18 2007
CIVIL COURT
NEW YORK COUNTY

GARY F. MARTON
JUDGE, HOUSING PART

So Ordered
4/2/07

Petitioner by:

Attorney for Petitioner
NOVICK, EDELSTEIN, LUBELL, REISMAN, WASSERMAN & LEVENTHAL, P.C.
[illegible]
[illegible]

Respondent:

Respondent's Attorney (if any)

**Civil Court of the City of New York**
County of New York
Part

Index Number L+T 61457/07 NY
Motion Cal. # ______ Motion Seq. # 23

795 Shore Realty Assoc. LLC

Claimant(s)/Plaintiff(s)/Petitioner(s)

against

Victoria Gasparro

Defendant(s)/Respondent(s)

Civil Court of the City of New York
MAY 14 2015
ENTERED
NEW YORK COUNTY

## DECISION/ORDER

Recitation, as required by CPLR §2219 (a), of the papers considered in the review of this Motion:

| Papers | Numbered |
|---|---|
| Notice of Motion and Affidavits Annexed | |
| Order to Show Cause and Affidavits Annexed | 1 |
| Answering Affidavits | |
| Replying Affidavits | |
| Exhibits | |
| Other | |

Upon the foregoing cited papers, the Decision/Order on this Motion to Vacate judgment is as follows:

Granted on default of Plaintiff. All levying restraint garnishments are lifted. Plaintiff may not seek to enforce any remaining balance due on the judgment under the 4/2/07 "So ordered" stipulation w/out further order of the court.

This constitutes the decision & order of the court.

5/14/15
Date

Judge, Civil Court
PAUL A. GOETZ
JUDGE, CIVIL COURT

CIV-GP-83 (Revised, September 1999)

(23)

Sp Term

CIVIL COURT OF THE CITY OF NEW YORK [illegible]
[illegible]
[illegible]
[illegible], 2015

---

[illegible] REALTY [illegible]
PETITIONER [illegible]

AGAINST

[illegible]
RESPONDENT [illegible]

Civil Court of the City of New York
JAN 1 [illegible] 5
ENT[illegible]
NEW YORK COUNTY

RECITATION, AS REQUIRED BY CPLR 2219(A), OF THE [illegible]
REVIEW OF THIS [illegible] TO VACATE DEFAULT [illegible]

PAPERS [illegible]

NOTICE OF MOTION AND AFFIDAVITS ANNEXED..........
ORDER TO SHOW CAUSE AND AFFIDAVITS ANNEXED..........
ANSWERING AFFIDAVITS..........
REPLYING AFFIDAVITS..........
EXHIBITS..........
STIPULATIONS..........
OTHER

UPON THE FOREGOING CITED PAPERS, THE DECISION/ORDER ON THIS [illegible]
AS FOLLOWS:

The motion is granted to the extent that the default judgment is vacated. Matter restored for a hearing on challenge to stipulation default May 14, 2015. All stays vacated.

1/13/15
DATE

JUDGE, CIVIL COURT [illegible]
HON. JAMES E. d'AUGUSTE

ADJOURNMENTS

GENERATED: 01/02/2015 @ 13:5[illegible] [illegible]

[illegible] COUNTY OF NEW YORK

SP TERM I

ORDER TO SHOW CAUSE TO VACATE DEFAULT JUDGMENT AND TO RESTORE TO THE CALENDAR

[illegible]

PREMISES: [illegible] ST NICHOLAS AVENUE [illegible] NEW YORK [illegible]

UPON THE ANNEXED AFFIDAVIT [illegible] OF VICTORIA [illegible] SWORN TO ON [illegible] JANUARY 02, 2015, [illegible]

LET THE PETITIONER(S) OR [illegible] THEIR ATTORNEY(S) SHOW CAUSE AT A [illegible]

CIVIL COURT OF THE CITY OF NEW YORK [illegible] 111 CENTRE STREET, NEW YORK [illegible] JANUARY [illegible], 2015, AT 09:30 AM

[illegible] WHY AN ORDER SHOULD NOT BE MADE:

[illegible] RESPONDENTS FAILURE TO APPEAR, [illegible] SUCH OTHER [illegible]

[illegible] PETITIONER, [illegible] ARE STAYED.

SERVICE OF A COPY OF THIS ORDER TO SHOW CAUSE AND ANNEXED AFFIDAVIT UPON THE [illegible]

PERSONAL [illegible] BY PERSONAL SERVICE (IN-HAND DELIVERY) [illegible] BY CERTIFIED MAIL, R. R. R. [illegible] BY FIRST CLASS MAIL WITH CERTIFICATE OF MAILING AT POST OFFICE [illegible] SHALL BE DEEMED GOOD AND SUFFICIENT.

1/16/15

PROOF OF SUCH SERVICE MAY BE FILED WITH THE CLERK IN THE PART INDICATED ABOVE OR IN THE CLERK'S OFFICE BEFORE THE RETURN DATE OF THIS ORDER TO SHOW CAUSE

ATTY - KAVULICH & ASSOCS
181 WESTCHESTER Ave
PORTCHESTER NY 10573
Suite # 500C

1/2/15

MARSHAL
Stephen W. Biegel
109 W 38th St
Suite 200
NY NY 10018

NOTICE OF ENTRY [illegible]

OFFICE OF COURT ADMINISTRATION
NYC HOUSING COURT INFORMATION SYSTEM - PAGE: 1
HISTORY OF PROCEEDINGS

[illegible] ASSOC LLC VS GASPARRO VICTORIA

... 2
... COLLECTN ATTY: NOVICK, EDELSTEIN & LUBELL, P.
... CASE TYPE1 CASE TYPE2 CASE TYPE3
... RESDT NON-PAY
... REALTY ASSOC LLC

VICTORIA

... AVENUE ... 4M
... NY 10463

... 04/30/2007 [illegible] 09:30A JURY DMD BY ...
... RENT OFFR'D DISPUTES ...
... ATTY: PRO SE 212-[illegible]
04/[illegible]/2007 ... 09:30A [illegible] 0A [illegible]

... OSC BY RESP NOT SIGNED ...
VACATE JUDGMENT

... OSC BY RESP SIGNED BY ... 01/[illegible]/2015 ... 09:30A
VACATE JUDGMENT
... 09:30A ...

04/[illegible]/2007 ... SIGNED BY ...
AS PER STIP
POSS AWARDED Y MONEY AWARD [illegible]

... VICTORIA

COMMENT: WAR REQ 4/27/07 - DUPE WARR
... WAR WARRANT REQUESTED
... WAR WARRANT REVIEWED
... WAR WARRANT ISSUED ... [illegible]
... AS PER STIP/ORDER

VICTORIA

WAR WARRANT REQUESTED
WAR WARRANT REVIEWED
WAR WARRANT REJECTED

VICTORIA

58F

... the City of New York

Housing Part S.P. Term I

(PLEASE PRESS HARD)

Index No. LT 61457-07

795 Steva Realty

Petitioner,

against

Gasparro

Respondent

**AFFIDAVIT IN SUPPORT OF AN ORDER TO SHOW CAUSE TO VACATE A JUDGMENT**
Based Upon a) Failure To Appear b) Failure to Comply
and
**TO RESTORE TO THE CALENDAR**

Address: X 795 St. Nicholas Ave.

Apt #4H

State of New York, County of NY ss.:

Vitor Gasparro (Print Your Name), being duly sworn, deposes and says:

**Tenant's Initials**

**1. PARTY** VG X a) I am the tenant named as respondent in the above summary proceeding.
VG b) I am the person claiming possession to these premises and am the ______ of the tenant named above.

**2. SERVICE and ANSWER** VG X received the Notice of Petition and Petition in this proceeding, filed my answer in the Clerk's Office and received a date for trial.
______ I received a Holdover Notice of Petition and Petition and the date had already passed.

**3. EXCUSE** On the Date of Trial before Judge 4-2-07 JSTP
______ a) a Judgment was entered against me by default for my *failure to appear*. My reason for not appearing in Court on the date scheduled for (Trial) (Motion) is: ______

VG X b) a Judgment was entered (after trial) (after stipulation) but (I) ~~(the Landlord)~~ *failed to comply* with the Order of the Court because: X

**4. DEFENSE** I allege that I have a good defense because:
______ I was improperly served.
______ the amount being claimed is incorrect.
______ there is credit due for rent overcharge.
______ the rent has been offered and refused.
______ petitioner is not the owner.
______ no rent was demanded.
______ the rent has been partially/fully paid.*
______ I have been harassed.
______ there are conditions in the apartment which need repair, or services which have not been provided.
VG X *Explain rent payments, if any, or other defense: X please see attached.

**5. REQUEST** VG X I request that the Judgment be vacated, that the case be restored to the calendar and that I be granted permission to serve these papers in person.

**6. PRIOR ORDER** ______ a) I have not had a previous Order to Show Cause regarding this index number.
X b) I have had a previous Order to Show Cause regarding this index number but I am making this further application because: X See attached

Sworn to before me this 2 day of Jan, 20 08

X [signature]
Signature of Respondent

[signature]
Signature of Court Employee and Title

CIV-LT-11 (Replaces CIV-LT-11B) (Revised, March, 2000)

This may concern.

On 12-23-14: I recieved Marshal notice of garnishment in mailed (see attached)
- dated 12-22-14
- with 20 calendar day deadline

on 12-26-14 - I reported to civil court to file judgement vacancy
2:49pm - requested files window 9 - (see attached) ; expedited 1/7/15
3:29pm - OSC was denied ; I left voicemail for attorney - no return call
4:45pm - went and gave marshal "good faith" payment - (see attached)
- Marshal office informed me that so long as the have my payments, they will not garnish my paycheck. I gave initial payment 10%, and also left with them 2 post-dated checks

(today) on 1-2-15 - I logged into online banking to find my accounts on hold - (see attached)

- These bank accounts funds are dedicated to the care of my home and my 3.5 year old child.
- I believe the attorney placed a hold on "legal fees" in the amount of $5,100.85, in which they weren't court ordered to do.
- 10:27am - left 2 voicemails to management attorney - still no response or call back

I respectfully request that the restraining order be lifted.

The City of New York

Department of Records and Information Services
MUNICIPAL RECORDS CENTER

**RECORDS REQUISITION**

DEPARTMENT: * Bob* winnow 9

OFFICE OR BUREAU

ADDRESS AND ROOM NO.: 795 SHEVA RLTY V VICTORIA GASPARRO

SIGNATURE

DATE: 12/26/14

TITLE

TEL.

LOCATION (Box Number)

RECORDS TITLE (From "Records Control Sheet")

SPECIFIC NAME OR NUMBER, AND YEAR: LT 61457-07

**FOR RECORDS OFFICE USE ONLY**

| DATE SUBMITTED TO MRC | DATE RECORD OR REPLY RECEIVED | DATE RECORD RETURNED TO MRC |
|---|---|---|
| | | |

REMARKS: * PLS expedite for Jan 7, 2014

**FOR MUNICIPAL RECORDS CENTER USE ONLY**

| DATE REQN. RECEIVED | DATE RECORD OR REPLY FORWARDED | RESEARCHER |
|---|---|---|
| | | |

- [ ] REQUISITION FILLED
- [ ] ADDITIONAL INFORMATION NEEDED (See Remarks)
- [ ] CHARGED OUT - NAME AND UNIT; DATE (See Remarks)
- [ ] DISPOSED
- [ ] RECORD NOT IN FILE
- [ ] BOX RANGE
- [ ] NAME DIFFERS (See Remarks)
- [ ] OTHER (See Remarks)
- [ ] RECORD SERIES NOT IN MRC

REMARKS

PLEASE CALL AFTER 3 PM ... AT ...

14 weeks



RIA I. GASPARRO
159
DATE 1-9-15
PAY TO THE ORDER OF NYC Marshal Stephen W. Biegel $ 266-
two hundred and sixty six DOLLARS
CHASE
JPMorgan Chase Bank, N.A.
New York, New York 10017
www.Chase.com
MEMO 10% of gross; 2nd payment

VICTORIA I. GASPARRO

160

DATE 1-23-15

PAY TO THE ORDER OF NYC Marshal Stephen W. Biegel $ 266

two hundred and sixty-six DOLLARS

CHASE

JPMorgan Chase Bank, N.A.
New York, New York 10017
www.Chase.com

MEMO 10% of gross, 3rd payment

New York City Marshal
Stephen W. Biegel, Badge #27
109 West 38th Street, Suite 200
New York, NY 10018
(212) MARSHAL

VICTORIA I. GASPARRO

158

DATE 12/26/14

PAY TO THE ORDER OF NYC Marshal Stephen W. Biegel $ 266—

two hundred and sixty six dollars DOLLARS

CHASE

JPMorgan Chase Bank, N.A.
New York, New York 10017
www.Chase.com

MEMO 10% of gross; 1st payment

## Transaction History

**Customer:** VICTORIA I GASPARRO
**Account:** NY/NJ/CT Savings #XXXXXX3361

*required field

| Current Balance | Present Balance | Available Less Overdraft | Available Balance | Calendar |
|---|---|---|---|---|
| $5,308.49 | $5,308.49 | $132.64 | $132.64 | |

*denotes end of day balance

| Date Posted | Tran Type | Description | $ Debits(-) | $ Credits(+) $ | Balance |
|---|---|---|---|---|---|
| Pending | | AN ACCOUNT HOLD HAS BEEN PLACE | -5,100.85 | | |
| Pending | | AN ACCOUNT HOLD HAS BEEN PLACE | -75.00 Bank legal fee | | |
| 12/19/2014 | Interest | INTEREST PAYMENT | | 0.04 | 5,308.49 * |
| 12/05/2014 | Online Transfer | Online Transfer to CHK ...6865 | -350.00 | | 5,308.45 * |
| 11/24/2014 | Interest | INTEREST PAYMENT | | 0.05 | 5,658.45 * |
| 10/22/2014 | Interest | INTEREST PAYMENT | | 0.05 | 5,658.40 * |
| 09/25/2014 | Online Transfer | Online Transfer to CHK ...6865 | -400.00 | | 5,658.35 * |
| 09/24/2014 | Misc. Debit | ODP TRANSFER TO CHECKING 0009 | -150.00 | | 6,058.35 * |
| 09/24/2014 | Online Transfer | Online Transfer to CHK ...6865 | -200.00 | | 6,208.35 |
| 09/22/2014 | Interest | INTEREST PAYMENT | | 0.05 | 6,408.35 * |
| 09/17/2014 | Online Transfer | Online Transfer from CHK ...68 | | 1,711.00 | 6,408.30 * |
| 09/08/2014 | Online Transfer | Online Transfer to CHK ...6865 | -1,050.00 | | 4,697.30 * |
| 09/08/2014 | Misc. Credit | SERVICE FEE REVERSAL | | 0.28 | 5,747.30 |
| 09/08/2014 | Misc. Credit | SERVICE FEE REVERSAL | | 4.00 | 5,747.02 |
| 08/21/2014 | Fee | SERVICE FEE | -4.00 | | 5,743.02 * |
| 08/21/2014 | Interest | INTEREST PAYMENT | | 0.02 | 5,747.02 |

Older

JPMorgan Chase Bank, N.A.
Branch 692
3940 Broadway
New York, NY 10032

# Transaction History

**Customer:** VICTORIA L GASPARRO

**Account:** NY/NJ/CT Checking #XXXXXXXX6865

Case number LT6195707

*required field

| Current Balance | Present Balance | Available Less Overdraft | Available Balance | Calendar |
|---|---|---|---|---|
| $2,902.87 | $2,753.09 | $837.64 | $970.28 | |

• denotes end of day balance

| Date Posted | Tran Type | Description | $ Debits(-) | $ Credits(+) $ | Balance |
|---|---|---|---|---|---|
| Pending | | AN ACCOUNT HOLD HAS BEEN PLACE | -1,915.45 | | |
| Pending | Memo | POS DEBIT RITE | -85.53 | | |
| Pending | Memo | POS DEBIT 719 B | -4.25 | | |
| Pending | Memo | ATM DEBIT 2218 | -60.00 | | |
| 12/31/2014 | Debit Card | 02022 LAUNDRY CARD NEW YORK NY | -10.00 | | 2,902.87 • |
| 12/30/2014 | Check | CHECK # 158 | -266.00 | | 2,912.87 • |
| 12/30/2014 | Debit Card | 1239 FOOD CORP NEW YORK NY | -57.21 | | 3,178.87 |
| 12/30/2014 | Debit Card | THE HOME DEPOT 6175 NEW YORK N | -62.03 | | 3,236.08 |
| 12/30/2014 | Debit Card | DUNKIN #345768 Q35 NEW YOR | -3.87 | | 3,298.11 |
| 12/30/2014 | Debit Card | DUNKIN #345768 Q35 NEW YOR | -11.26 | | 3,301.98 |
| 12/30/2014 | ACH Deposit | NYC HUMAN RES. CH SUP DEP | | 197.46 | 3,313.24 |
| 12/29/2014 | ACH Debit | NAVIENT NAVI DEBIT | -63.15 | | 3,115.78 • |
| 12/29/2014 | Debit Card | D'AGOSTINO #09 NEW YORK NY | -60.83 | | 3,178.93 |
| 12/29/2014 | Debit Card | USPS 3596550055/322 W NEW YORK | -521.25 | | 3,239.76 |
| 12/29/2014 | Debit Card | FAMOUS FAMIGLIA PIZZERI NEW YO | -15.75 | | 3,761.01 |
| 12/29/2014 | Debit Card | DNCSS MEADOWLANDS CO EAST RUTH | -6.00 | | 3,776.76 |

Older

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF [illegible] PART [illegible]

Index No. [illegible] Part No. [illegible]
Date: [illegible]
Hon: [illegible]

[illegible] Petitioner,

against

[illegible] Respondent.

The parties understand that each party has the right to a trial, the right to see a Judge at any time and the right not to enter into a stipulation of settlement. Therefore, after a review of all the issues, the parties agree that they do not want to go to trial and instead agree to the following stipulation in settlement of the issues in this matter.

So Ordered:

IT IS STIPULATED AND AGREED: [illegible]

[illegible]

CIVIL COURT OF THE CITY OF NEW YORK

County of [illegible]

Index No. [illegible]

LANDLORD TENANT

ANSWER IN PERSON

[illegible]

Petitioner,

-against-

Respondent.

Respondent has appeared and has orally answered the Petition as follows:

[illegible]

The Respondent did not receive a copy of the Notice of Petition and Petition.

The Respondent received the Notice of Petition and Petition, but service was not proper as required by law.

[illegible]

The [illegible] is [illegible] for the [illegible], or is not indicated on the Notice of Petition and Petition.

The [illegible] is not a proper party.

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible] the Petitioner has not provided [illegible]

[illegible] in the apartment or the building.

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK PART [illegible]
DECISION AND JUDGMENT

[illegible] Petitioner(s)

AGAINST

[illegible], VICTORIA Respondent(s)

Decision and judgment is rendered based upon a stipulation entered into by the parties as follows:

Judgment of possession is granted in favor of [illegible] and against [illegible], VICTORIA

A counterclaim is granted in favor of the respondent in the amount of $0.00 (which if not being entered separately is offset and reflected in the total amount due, listed below.)

A money judgment is hereby granted, along with cost and disbursements in the amount of $0.00 in favor of [illegible] and against [illegible], VICTORIA

for a total amount of $2614.47

(Monthly use and occupancy is set at $0.00 per month, as per order, stipulation or decision in record.)

Warrant to Issue Forthwith. Execution [illegible]

Date: [illegible]

HON. [illegible], JUDGE

Judge, Civil/Housing Court

[illegible]

ENTRY OF JUDGMENT

Judgment entered in accordance with the above on [illegible]

Chief Clerk, Civil Court

[illegible]

THOMAS J. BIA
MARSHAL, CITY OF NEW YORK
[illegible]
[illegible]
[illegible]
FAX [illegible]

[illegible]

WARRANT REQUISITION

COUNTY New York

INDEX NUMBER L145783 MARSHAL'S DOCKET # 208222

PETITIONER(S) RESPONDENT(S)

[illegible] Realty Assoc LLC Victoria Campos

ADDRESS [illegible] Nicholas Avenue

New York, NY [illegible]

Apt [illegible]

[illegible] DFT [illegible] DEF [illegible] CON

L&T

[illegible]

DATE [illegible]

MARSHAL [illegible]

[illegible] Realty [illegible] LLC

Petitioner

Respondent
Tenant

Vincenzo Gasparre

Address [illegible]

Tenant
Undertenant

State of New York, County of [illegible] ss:

[illegible] being duly sworn deposes and says that he/she is the agent for the petitioner [illegible]. This is a summary proceeding/action in which the respondent(s) [illegible]. I made several attempts to question the tenant, any blood relative or neighbor [illegible] in the military service or dependent upon someone in the military service.

1\. I spoke to [illegible] at the premises on [illegible] approximately [illegible]. The respondent [illegible] who is approximately [illegible] is not in the military service of the United States [illegible] and the respondent's family is not dependent upon anyone in the military service of the United States.

2\. I spoke to Respondent Vincenzo Gasparre directly over the telephone by calling number [illegible] on [illegible] 2017 [illegible]. The respondent stated he/she is not in military service of the United States. [illegible] not dependent on anyone in the military service of the United States.

3\. I made the following attempts to speak with [illegible] military service. [illegible]

[illegible]

[illegible]

Sworn to before me this [illegible] day of [illegible]

Notary Public

[illegible]

# [illegible] Civil Court of the City of New York

115 [illegible] Realty Assoc LLC

Landlord

Against

[illegible] Gasparro

Tenant

County of New York

Index No. 61457/17

YOU ARE HEREBY REQUESTED TO SUBMIT THE PAPERS IN THE ABOVE ENTITLED PROCEEDING TO THE JUDGE FOR [illegible]

Signature [signature]

[illegible]

LANDLORD

AGENT FOR LANDLORD

ATTORNEY FOR LANDLORD

Civil Court of the City of New York
Housing Part
County of

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

CIV-GP-78 (Replaces 43-1006A)

PLEASE PRINT

Index No. 061457 Year 02

# Civil Court of the City of New York

County of N.Y.

## NOTICE

**Filed papers may not be taken from this office and must be returned to the requisition counter.**

PENAL LAW, Sections 175.20 and 175.25 provide a penalty of imprisonment or fine for unlawful removal or alteration of a public record.

795 SHEVA REALTY

*against—*

VICTORIA GASPARRO

## REQUISITION

SEND TO: Copy of Judgment + Stip 4/2/02 AND AFTER

FOR: Kavulich + Ass

Name Celia Arrayo

Address 181 Westchester Ave

Date 1/29/15