CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

------------------------------------------------x

Kelly Street Realty Corp,

                Plaintiff,

    -against-

Eliza I Velazquez, Christebal Martinez,

               Defendant(s)

------------------------------------------------x

INDEX NO.
FILE NO. 10254.0   024996

SUMMONS
Place of Venue is Plaintiff's
place of business:

935 Kelly Street
Bronx, NY 10459

To the above named defendants(s):

  YOU ARE HEREBY SUMMONED to appear at the CIVIL COURT OF THE CITY OF NEW YORK, COUNTY OF BRONX at the office of the clerk of the said Court at 851 Grand Concourse, Bronx, NY 10451, in the COUNTY OF BRONX, State of New York, within the time provided by law as noted below and to file an answer to the below complaint with the clerk: upon your failure to answer, judgment will be taken against you for the sum of $9,500.00 with interest thereon from February 1, 2009 together with costs of this action.

DATED: February 23, 2010

FEE PAID

MAR 4 2010

CIVIL COURT
BRONX COUNTY

By: Gary Kavulich, Esq.,
Kavulich & Associates, P.C.
Attorney for Plaintiff
30 Church Street
Suite 26
New Rochelle, NY 10801
(914) 355-2074

Defendant's Address:
Eliza I Velazquez
113 Clarence Street, PH
Bridgeport, CT 06608-2227

Christebal Martinez,
*113 Clarence St, PH*
*Bridgeport, CT 06608-2227*

Note: The law provides that: (a) If the summons is served by its delivery to you personally within the City of New York, you must appear and answer within TWENTY days after such service; or (b) If the summons is served by any means other than personal delivery to you within the City of New York, you must appear and answer within THIRTY days after proof of service thereof is filed with the Clerk of this Court.

# COMPLAINT

**FIRST ACTION**: Plaintiff seeks to recover damages from defendant(s) for breach of a lease agreement in the sum of $9,000.00 representing rental arrears for the months of February, 2009 through and including October, 2009 at the agreed monthly sum of $1,000.00 for the premises known as 935 Kelly Street, Apt.1G Bronx, NY 10459 together with costs and disbursements of this action and for such other and further relief as the court may deem just.

SECOND ACTION: Plaintiff seeks to recover damages from the defendant in the sum of $0.00 representing damages together with costs and disbursements of this action and for such other and further relief as the Court may deem just.

**THIRD ACTION**: Plaintiff seeks to recover damages from the defendant in the sum of $500.00 representing reasonable attorneys fees together with costs and disbursements of this action and for such other further relief as the Court may deem just.

**WHEREFORE**, Plaintiff demands judgment (A) on the First Action, in the sum of $9,000.00 plus interest from February 1, 2009 together with costs and disbursements of this action and for such other and further relief as the Court may deem just, (B) on the Second Action, in the sum of $0.00 plus interest from February 1, 2009 together with costs and disbursements of this action and for such other and further relief as the Court may deem just, (C) on the Third Action, in the sum of $500.00 together with costs and disbursements of this action and for such other and further relief as the Court may deem just.

The Plaintiff in this action is NOT required to be licensed by the New York City Department of Consumer Affairs.

## AFFIDAVIT OF SERVICE

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

Index No. 24996/10
Filed: _____

Attorneys: Kavulich & Associates, P.C.
Address: 30 Church Street, Suite 26, New Rochelle, NY 10801     File No. 10254

KELLY STREET REALTY CORP.,
vs.
ELIZA I. VELAZQUEZ,
CHRISTEBAL MARTINEZ,

State of New York County of Nassau SS:
Richard Delgado, being duly sworn deposes and says:
Deponent is not a party herein, is over 18 years of age. On March 18, 2010 at 11:50a.m.
At: 113 Clarence Street, PH, Bridgeport, CT 06608-2227 served the within Summons and Complaint
on: ELIZA I. VELAZQUEZ, Defendant therin named.

| | |
|---|---|
| Individual [] | By delivering a true copy of each to said recipient: deponent knew the person served to be the person described as said person therein. |
| Corporation [ ] | By delivering to and leaving with _____ and that deponent knew the person so served and authorized to accept service on behalf of the Corporation |
| Suitable Age Person [] | By delivering a true copy of each to a person of suitable age and discretion Said premises is recipients [ ] actual place of business [] dwelling house within the state. |
| Affixing to Door [X] | By affixing a true copy of each to the door of said premises, which is recipients [ ] actual place of business    [X] dwelling house (place of abode) within the state |
| Mail Copy [ X ] | On March 19, 2010 deponent completed service under the last two sections by depositing a copy of the Summons and Complaint to the above address in a 1st Class properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. |

Deponent was unable, with due diligence to find the recipient or a person of suitable age and discretion having called thereat:

On the 16th day of March, 2010     at 3:38p.m.
On the 17th day of March, 2010     at 8:31p.m.
On the 18th day of March, 2010     at 11:50a.m.

Description   A description of the Defendant, or other person served on behalf of the Defendant
[] Sex:_____ Color of skin: _____ Color of Hair: _____ Age: _____ Height:_____ Weight: _____

Military Svce   Deponent asked person spoken to whether the recipient was presently in military
[ X ]          service of the United States Government or of the State of New York and was
               informed that the recipient is not. Recipient wore civilian clothes and no military uniform
Other
[X]"Jane Doe" neighbor stated that the Defendant is not in the military.

Sworn to before me on this 20 day of 3/10

Robert Delgado
LIC# 1334705

CHERYL MARSH
Notary Public, State of New York
No. 01MA6042816
Qualified in Bronx County
Commission Expires June 5, 2010

## AFFIDAVIT OF SERVICE

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

Index No. 24996/10
Filed: _____

Attorneys: Kavulich & Associates, P.C.
Address: 30 Church Street, Suite 26, New Rochelle, NY 10801    File No. 10254

KELLY STREET REALTY CORP.,
vs.
ELIZA I. VELAZQUEZ,
CHRISTEBAL MARTINEZ,

State of New York County of Nassau SS:

Richard Delgado, being duly sworn deposes and says:
Deponent is not a party herein, is over 18 years of age. On March 18, 2010 at 11:50a.m.
At: 113 Clarence Street, PH, Bridgeport, CT 06608-2227 served the within Summons and Complaint
on: CHRISTEBAL MARTINEZ, Defendant therin named.

| | |
|---|---|
| Individual<br>[] | By delivering a true copy of each to said recipient: deponent knew the person served to be the person described as said person therein. |
| Corporation<br>[ ] | By delivering to and leaving with _____ and that deponent knew the person so served and authorized to accept service on behalf of the Corporation |
| Suitable Age<br>Person<br>[] | By delivering a true copy of each to a person of suitable age and discretion Said premises is recipients [ ] actual place of business [] dwelling house within the state. |
| Affixing<br>to Door<br>[X] | By affixing a true copy of each to the door of said premises, which is recipients [ ] actual place of business    [X] dwelling house (place of abode) within the state |
| Mail Copy<br>[ X ] | On March 19, 2010 deponent completed service under the last two sections by depositing a copy of the Summons and Complaint to the above address in a 1st Class properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. |

Deponent was unable, with due diligence to find the recipient or a person of suitable age and discretion having called thereat:

On the 16th day of March, 2010      at 3:38p.m.
On the 17th day of March, 2010      at 8:31p.m.
On the 18th day of March, 2010      at 11:50a.m.

Description   A description of the Defendant, or other person served on behalf of the Defendant
[] Sex:_____ Color of skin: ____Color of Hair: _____ Age: _____ Height:____Weight: _____

| | |
|---|---|
| Military Svce<br>[ X ] | Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that the recipient is not. Recipient wore civilian clothes and no military uniform |
| Other | [X]"Jane Doe" neighbor stated that the Defendant is not in the military. |

Sworn to before me on this 20 day of 3/10

Robert Delgado
LIC# 1334705

CHERYL MARSH
Notary Public, State of New York
No. 01MA6042816
Qualified in Bronx County
Commission Expires June 5, 2010

Page 4

Bronx County Civil Court
Civil Judgment

Plaintiff(s):
KELLY STREET REALTY CORP.

**Index Number:  CV-024996-10/BX**

Judgment issued:  On Default

vs.

On Motion of:

Defendant(s):
ELIZA I VELAZQUEZ;
CHRISTEBAL MARTINEZ

Kavulich, Gary Michael
30 Church St Ste 26, New Rochelle, NY
10801-

| | | | | | |
|---|---|---|---|---|---|
| Amount claimed | $9,000.00 | Cost By Statute | $50.00 | Transcript Fee | $0.00 |
| Less Payments made | $0.00 | Index Number Fee | $45.00 | County Clerk Fee | $0.00 |
| Less Counterclaim Offset | $0.00 | Service Fee | $25.00 | Enforcement Fee | $40.00 |
| Interest     02/01/2009 at 9% | $1,034.14 | Non Military | $0.00 | Other Disbursements | $0.00 |
| Attorney fees | $0.00 | Notice of Trial | $0.00 | Other Costs | $0.00 |
| | | Jury Demand | $0.00 | | |

| Total Damages | $10,034.14 | Total Costs & Disbursements | $160.00 | Judgment Total | $10,194.14 |
|---|---|---|---|---|---|

The following named parties, addressed and identified as creditors below:

Plaintiff creditor(s) and address
(1) KELLY STREET REALTY CORP.
935 KELLY STREET, Bronx, NY 10459-

Shall recover of the following parties, addresses and identified as debtors below:

Defendant debtor(s) and address
(1) ELIZA I VELAZQUEZ
113 CLARENCE STREET, PH, Bridgeport, CT 06608-2227

Judgment entered at the Bronx County Civil Court, 851 Grand Concourse, Bronx, NY 10451, in the STATE OF NEW YORK in the total amount of **$10,194.14 on 05/14/2010 at 07:14 PM.**
Severed and Discontinued as to remaining parties

Judgment sequence 1

Jack Baer, Chief Clerk Civil Court

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

INDEX NO. 24996/10

-------------------------------------------

Kelly Street Realty Corp,

FILE NO. 10254.0
JUDGMENT

PLAINTIFF(S)

-AGAINST-

Eliza I Velazquez , Christebal Martinez

935 Kelly Street
Bronx, NY 10459

DEFENDANT(S)

-------------------------------------------

| | |
|---|---|
| AMOUNT CLAIMED LESS PMTS ON ACCT. | $9,000.00 |
| INTEREST FROM 2/1/2009 | $742.50 |
| | $9,742.50 |
| COSTS BY STATUTE | $50.00 |
| SERVICE OF SUMMONS AND COMPLAINT | $25.00 |
| FILING OF SUMMONS AND COMPLAINT | $45.00 |
| PROSPECTIVE MARSHALL'S FEE | $40.00 |
| NOTICE OF INQUEST | $0.00 |
| TRANSCRIPT & DOCKETING | $0.00 |
| | $160.00 |
| | TOTAL $9,902.50 |

STATE OF NEW YORK, COUNTY OF WESTCHESTER:
    THE UNDERSIGNED, ATTORNEY AT LAW OF THE STATE OF NEW YORK, ON OF THE
ATTORNEY(S) OF RECORD FOR THE PLAINTIFF(S) IN THE ABOVE ENTITLED ACTION,
STATES THAT THE DISBURSEMENTS ABOVE SPECIFIED HAVE BEEN OR WILL NECESSARILY BE MADE OR INCURRED
THEREIN AND ARE REASONABLE IN AMOUNT: UPON FAILURE TO ANSWER, THE TIME OF THE DEFENDANT TO APPEAR
AND ANSWER HEREIN HAS EXPIRED AND THE SAID DEFENDANT HAS NOT APPEARED AND ANSWERED HEREIN.
THE STATUTE OF LIMITATIONS HAS NOT EXPIRED. THE UNDERSIGNED AFFIRMS THIS STATEMENT TO BE TRUE UNDER
THE PENALTIES OF PERJURY.
DATED: WESTCHESTER, NY
        5/6/2010                         KAVULICH &ASSOCIATES, P.C.
                                          BY: GARY KAVULICH, ESQ.
                                          30 CHURCH STREET, SUITE 26
JUDGMENT ENTERED ON                       NEW ROCHELLE, NY 10801
SERVICE OF SUMMONS AND COMPLAINT IN THIS ACTION ON THE DEFENDANT(S)
HEREIN HAVING BEEN COMPLETED ON 5/4/2010 WITHIN THE CITY OF NEW YORK ON THAT DAY AND MORE THAN 20
DAYS
        HAVING ELAPSED.
    BY FILING ON SAID DAY OF PROOF OF THE SERVICE THEREOF BY SUBSTITUED SERVICE ON DEFENDANT(S)
AND MORE THAN 30 DAYS HAVING ELAPSED SINCE THE DAY OF COMPLETION OF SERVICE AND THE TIME OF SAID
DEFENDANT(S) TO APPEAR AND ANSWER HAVING EXPIRED, AND
    NOW ON MOTION OF KAVULICH & ASSOCIATES, P.C. ATTORNEY(S) FOR THE PLAINTIFF(S) IT IS,  ADJUDGED THAT
Kelly Street Realty Corp
RESIDING AT: 935 Kelly Street Bronx, NY 10459
RECOVER OF  Eliza I Velazquez,
RESIDING AT: 113 Clarence Street PH Bridgeport, CT 06608-2227
THE SUM OF  $9,000.00WITH INTEREST OF  $742.50 MAKING A TOTAL OF $9,742.50 TOGETHER WITH  $160.00 COSTS AND
DISBURSEMENTS, AMOUNTING IN ALL TO THE SUM OF $9,902.50 AND THAT PLAINTIFF HAVE EXECUTION THEREFORE.
SECOND AND THIRD CAUSES OF ACTION ARE HEREBY WAIVED.

*Sever + Discontinue as to
the Remaining Defendant*

                                          _____
                                          CLERK

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX
-------------------------------------------------------
Kelly Street Realty Corp,

              PLAINTIFF(S)

    AGAINST

Eliza I Velazquez, Christebal Martinez
           DEFENDANT(S)
-------------------------------------------------------

                    AFFIDAVIT OF FACTS
                    CONSTITUTING THE CLAIM
                    THE DEFAULT AND THE
                    AMOUNT DUE

STATE OF NEW YORK COUNTY OF WESTCHESTER
SS: GARY KAVULICH, ESQ. HEREBY DEPOSES AND SAYS UNDER THE PENALTIES OF PERJURY, THAT DEPONENT IS THE
ATTORNEY FOR THE PLAINTIFF(S) IN THE WITHIN ACTION; THIS ACTION WAS COMMENCED BY SUBSTITUED SERVICE
OF THE SUMMONS AND COMPLAINT UPON DEFENDANT(S) AND IS AN ACTION FOR RENT DUE AND OWING FOR (AFTER
APPLICATION OF PAYMENT AND SECURITY DEPOSIT)
February, 2009 $1,000.00
March, 2009 $1,000.00
April, 2009 $1,000.00
May, 2009 $1,000.00
June, 2009 $1,000.00
July, 2009 $1,000.00
August, 2009 $1,000.00
September, 2009 $1,000.00
October, 2009 $1,000.00
AT THE AGREED MONTHLY RENTAL OF $1,000.00
ALL OTHER CAUSES OF ACTION ARE HEREBY WAIVED AND DISPOSED. AFTER A COMPLETE AND THOROUGH
INVESTIGATION THE DEFENDANT IS FOUND NOT TO BE IN THE MILITARY AND RESIDES WITHIN THE CITY OF NEW
YORK. RENT WAS NOT PAID BY ANY OTHER SOURCE. THE STATUTE OF LIMITATIONS HAS NOT EXPIRED. I MAKE THIS
AFFIRMATION UPON INFORMATION AND BELIEF, A BELIEF PREDICATED UPON CONVERSATIONS WITH MY CLIENT, MY
INVOLVEMENT IN THE PROCEEDING AND READING THE FILE IN THIS CASE.
SECOND AND THIRD CAUSES OF ACTION ARE HEREBY WAIVED.
    WHEREFORE DEPONENT DEMANDS JUDGMENT AGAINST DEFENDANT(S) FOR $9,000.00 WITH INTEREST FROM
2/1/2009 TOGETHER WITH COSTS AND DISBURSEMENTS OF THE ACTION

               ------------------------------------------
               KAVULICH & ASSOCIATES, P.C.
               BY: GARY KAVULICH, ESQ.
               30 CHURCH STREET, SUITE 26
               NEW ROCHELLE, NY 10801

TO THE DEFENDANT(S): PLEASE TAKE NOTICE THAT THE WITHIN IS A TRUE COPY OF A JUDGMENT MADE AND
ENTERED IN THE WITHIN ENTITLED ACTION AND DULY FILED IN THE OFFICE OF THE CLERK OF THE COUNT ON

DATED: WESTCHESTER, NY             YOURS, ETC.,
      5/6/2010                   ATTORNEYS FOR PLAINTIFF

STATE OF NEW YORK, COUNTY OF         SS:
BEING DULY SWORN, DEPOSES AND SAYS; THAT DEPONENT IS NOT A PARTY TO THE ACTION, IS OVER 18 YEARS OF AGE
AND RESIDES IN

THAT ON        DEPONENT SERVED A TRUE COPY OF THE WITHIN JUDGMENT AND NOTICE OF ENTRY THEREOF
(EACH OF) THE FOLLOWING NAMED DEFENDANT(S) AT THE ADDRESS(ES) INDICATED (FOR EACH):

BY DEPOSITING SAME ENCLOSED IN POSTPAID PROPERLY ADDRESSED WRAPPER(S), IN –A POST OFFICE- OFFICIAL
DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POSTAL SERVICE WITHIN NEW
YORK STATE.

SWORN TO BEFORE ME ON

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX
----------------------------------------------------------------
Kelly Street Realty Corp,

INDEX NO.  24996/10

PLAINTIFF(S)

-AGAINST-

AFFIDAVIT OF
MAILING OF ADDITIONAL
NOTICE OF SUIT

Eliza I Velazquez, Christebal Martinez

DEFENDANT(S)
----------------------------------------------------------------
STATE OF NEW YORK)
COUNTY OF WESTCHESTER)  SS:

GARY KAVULICH, ESQ., BEING DULY SWORN HEREBY DEPOSES AND SAYS:

1.  I AM THE ATTORNEY FOR THE PLAINTIFF(S) HEREIN.

2.  THE ABOVE ENTITLED ACTION IS AGAINST A NATURAL PERSON AND IS BASED
UPON NON PAYMENT OF A CONTRACTUAL OBLIGATION.

3.  ON 4/12/2010, I MAILED A COPY OF THE SUMMONS AND COMPLAINT IN THE ABOVE ENTITLED ACTION BY DEPOSITING
THE ENVELOPE(S) IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE U.S. POSTAL
SERVICE WITHIN NEW YORK STATE.  SAID MAILING WAS BY FIRST CLASS MAIL IN A POSTPAID ENVELOPE(S), PROPERLY
ADDRESSED TO THE DEFENDANT(S), THE ENVELOPE(S) BORE THE LEGEND
"PERSONAL & CONFIDENTIAL" AND THERE WAS NO INDICATION ON THE OUTSIDE OF THE ENVELOPE(S) THAT THE
COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNED AN ALLEGED DEBT.  AT DEFENDANT(S):

----LAST KNOWN ADDRESS AT:  Eliza I Velazquez,               113 Clarence Street  PH  Bridgeport, CT  06608-2227

-------PLACE OF EMPLOYMENT AT:

THE ENVELOPE BORE THE LEGEND "PERSONAL & CONFIDENTIAL" AND THERE
WAS NO INDICATION ON THE OUTSIDE OF THE ENVELOPE THAT THE
COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNED AN ALLEGED DEBT.

-------A KNOWN ADDRESS OF THE DEFENDANT AT:

THIS ADDRESS IS NOT THE RESIDENCE OR PLACE OF EMPLOYMENT OF THE DEFENDANT.

THE AFOREMENTIONED MAILING:

----HAS NOT BEEN RETURNED UNDELIVERABLE BY POSTAL SERVICE.

-------WAS RETURNED UNDELIVERABLE BY POSTAL SERVICE AND WAS RESENT TO THE DEFENDANT AT:

SWORN TO BEFORE ME
ON THIS 6 DAY OF  May,  2010                              GARY KAVULICH, ESQ.

FRANK G. BUGLIONE
Notary Public, State of New York
No. 02BU5071950
Qualified in Westchester County
Commission Expires January 21, 2003
2011

Page 8

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX
-------------------------------------------------------------X

FILE NO: 10254.0

Kelly Street Realty Corp,                        PLAINTIFF,

                    -AGAINST-                                    AFFIRMATION OF FACTS
                                                                CONSTITUTING THE
Eliza I Velazquez, Christebal Martinez,          DEFENDANT(S)              AMOUNT DUE

-----------------------------------------------------X

hereby deposes and says under the penalties of perjury, ss:
That deponent is the managing agent of Kelly Street Realty Corp, Plaintiff in the within action; this action was commenced by substituted service of the summons and complaint upon defendant(s) and is an action for breach of a lease agreement in the amount of $9,000.00 for the months February, 2009 through and including October, 2009 at the agreed monthly rental amount of $1,000.00 per month (after application of security and after application of payments) no part having been paid, although duly demanded and Damages in the amount of $0.00. All other causes of action are hereby waived and disposed of. After a complete and thorough investigation, as I have been informed by Plaintiff's counsel, the defendant(s) is/are found not to be in the military and reside(s) in the City of New York. Rent was not paid by any other source. I make this affirmation upon personal Knowledge.

WHEREFORE, Plaintiff demands judgment against defendant for $9,000.00 with interest from February 1, 2009 together with costs and disbursements of the action.

Dated: 5/5/2010

Sworn to before me
on this 5 day of May, 2010

_____
Notary Public

GARY KAVULICH
NOTARY PUBLIC - STATE OF NEW YORK
NO: 02KA6205615
QUALIFIED IN WESTCHESTER COUNTY
MY COMMISSION EXPIRES 05/11/2013

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX
------------------------------------------------------------X
Kelly Street Realty Corp,

                              Index No. 24996/10
                              File No. **10254.0**

                  Plaintiff,

       -against-

**Eliza I Velazquez, Christebal Martinez**
                        Defendant(s).
------------------------------------------------------------X

                                    **AFFIDAVIT OF**
                                    **INVESTIGATOR**

STATE OF NEW YORK     )
                         )SS.:
COUNTY OF WESTCHESTER   )

I am over 18 years of age, am not a party to this action and reside in Westchester County, State of New York.

I have been requested by Kavulich & Associates, P.C. attorney for the Plaintiff, to make an investigation to ascertain if the Defendant(s) Eliza I Velazquez is at the present time in military service for the purpose of entry of judgment.

On May 6, 2010, I Denise Miranda, contacted the Defense manpower Date Center concerning the Defendant Eliza I Velazquez military status.

I inputted the social security number, as provided by the Defendant, into the Defense Manpower Data Center.

Under the Defendant's social security number I received an affidavit from the Defense Manpower Data Center stating that the said Defendant is not currently in the military service of the United States and the State of New York (National Guard).

                                            Denise Miranda

Sworn to before me this
 6  Day of _____ , 2010

Notary Public

GARY KAVULICH
NOTARY PUBLIC - STATE OF NEW YORK
NO: 02KA8206615
QUALIFIED IN WESTCHESTER COUNTY
MY COMMISSION EXPIRES 05/11/2013

Request for Mili...

Department of Defense Manpower Data Center

May-06-2010 09:35:29

 Military Status Report
Pursuant to the Service Members Civil Relief Act

| ⟨ Last Name | First/Middle | Begin Date | Active Duty Status | Active Duty End Date | Service Agency |
|---|---|---|---|---|---|
| VELAZQUEZ | ELIZA I. | Based on the information you have furnished, the DMDC does not possess any information indicating the individual status. | | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Service Members Civil Relief Act (50 USC App. §§ 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person is on active duty and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. §521(c).

If you obtain additional information about the person (e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects **active duty status** including date the individual was last on active duty, if it was within the preceding 367 days. For historical information, please contact the Service SCRA points-of-contact.

*More information on "Active Duty Status"*
Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d)(1) for a period of more than 30 consecutive days. In the case of a member of the National Guard, includes service under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy TARs, Marine Corps ARs and Coast Guard RPAs. Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps) for a period of more than 30 consecutive days.

*Coverage Under the SCRA is Broader in Some Cases*
Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of SCRA extend beyond the last dates of active duty.

Those who would rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected.

WARNING: This certificate was provided based on a name and SSN provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.
Report ID:1R2R2H3FLG

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX
------------------------------------------------------------X
Kelly Street Realty Corp.,
                    Plaintiff

        against                                        Index # 24996/10


Eliza I Velazquez, et al
                    Defendant
------------------------------------------------------------X
      Recitation, as required b CPLR 2219(a), of the papers submitted in the review of this motion to vacate a judgment
Notice of motion......................................................................................................................1

        Defendant's order to show cause, which seeks to vacate a judgment, is granted.  Any and all restraints, levy's or garnishments are hereby lifted.  The defendant is directed to serve a certified copy of this decision upon any institution or marshal which has withheld funds in order to lift said restraint. In addition, defendant's answer attached herein, is deemed filed.

        The Clerk of the Court is directed to place this matter on the trial calendar and notify both sides as to the time, date and place of hearing.

        This constitutes the Decision and Order of this Court.


                                            _____ 6-29-10
                                            Jose A. Padilla, Jr.
                                            Judge of the Civil Court


RECEIVED
RECORD ROOM
JUL - 1 2010
CIVIL COURT
BRONX COUNTY

...ourt of the City of New York
...nty of Bronx  Part 39

KELLY STREET REALTY CORP.
　　　-against-
ELIZA I VELAZQUEZ... et al.

Index Number  CV-024996-10/BX
**ORDER TO SHOW CAUSE**
To Vacate a Judgment, restore case to the Calendar, and vacate any liens and income executions involving this defendant on this case and or to dismiss
**APPEARANCE IS MANDATORY**

**UPON** the annexed affidavit of ELIZA I VELAZQUEZ, sworn to on June 7, 2010, and upon all papers and proceedings herein:

Let the Claimant(s)/Plaintiff(s) or Claimant(s)/Plaintiff(s) attorney(s) show cause at:

**Civil Court of the City of New York**
**851 Grand Concourse**
**Bronx, NY 10451**
Part 34　　　　　　Room 503
on June 28, 2010  at 9:30 AM　　　　PM

or as soon thereafter as counsel may be heard, why an order should not be made:

**VACATING** the Judgment, restoring to the calendar, vacating any liens and income executions and/or granting such other and further relief as may be just.

**PENDING** the hearing of this Order to Show Cause and the entry of an Order thereon, let all proceedings on the part of the Claimant(s)/Plaintiff(s), Claimant(s)/Plaintiff(s) attorney(s) and agent(s) and any Marshal or Sheriff of the City of New York for the enforcement of said Judgment be stayed.

**SERVICE** of a copy of this Order to Show Cause, and annexed Affidavit, upon the:

Claimant(s)/Plaintiff(s) or named attorney(s):
(Judge to Initial)

_____ by Personal Service by " In Hand Delivery"
✓ by Certified Mail, Return Receipt Requested
_____ by First Class Mail with official Post Office
　　　　Certificate of Mailing

Sheriff or Marshal:
(Judge to Initial)

_____ by Personal Service by " In Hand Delivery"
_____ by Certified Mail, Return Receipt Requested
_____ by First Class Mail with official Post Office
　　　　Certificate of Mailing

on or before June 17, 2010 _____ , shall be deemed good and sufficient.

**PROOF OF SUCH SERVICE** shall be filed with the Clerk in the Part indicated above on the return date of this Order to Show Cause.

Attorney(s):  Mail to:
Gary Michael Kavulich (Counsel for Pltf)
30 Church St Ste 26
New Rochelle, NY 10801-

Sheriff/Marshal:

June 7, 2010
DATE

Hon. Fernando Tapia, Civil Court Judge (NYC)

the City of New York, County of Bronx

...TREET REALTY CORP.
-against-
...LIZA I VELAZQUEZ... et al.

CV-024996-10/BX

Affidavit in Support to restore case to the calendar, and vacate any judgment, liens and income executions involving this defendant on this case , and/or to dismiss

State of New York, County of Bronx
**ELIZA I VELAZQUEZ**, being duly sworn, deposes and says:
(Defendant's initials)

1. _____ a) I am the **Party** named as (Defendant)(Respondent) in the above titled action.

2. _____ a) I have been **served** with a summons and complaint in this action. [NOTE: if Small Claims skip #3, and go to # 4]
   b) I **have not been served**, and my first notice of legal action was [NOTE: if you complete any of #2b, skip #3, #4, #5, and go to #6]
   _____ a Notice of Default Judgment mailed to me
   _____ a Restraining Notice on my bank account. 5/26/01
   _____ a copy of an Income Execution served on _____
   _____ Other: _____

3. _____ a) I did not appear and answer in the Clerk's Office because:[NOTE: if you complete # 3a, skip and go to #6].
   b) I did appear and answer in the Clerk's Office
   _____ and I received a date for trial.
   _____ but the answer was entered late
   _____ Other: _____

4. On the Date of **Trial** before Judge/Arbitrator
   _____ a stipulation(a written agreement) was made between claimant/plaintiff and defendant.
   _____ a judgment was entered after the trial.
   _____ a judgment was entered against me by default for my failure to appear.
   _____ Other: _____

5. My reason for not
   _____ complying with the stipulation is _____
   _____ following the order of the Court is _____
   _____ appearing in court on the date scheduled for trial is _____
   _____ Other: _____

6. _____ I allege that I have a good defense because: When I left the property I only owe him about 2 to 3 months rent of about $1,000.00

7. _____ a) I have not had a previous Order to Show Cause regarding this index number.
   b) I have had a previous Order to Show Cause regarding this index number but I am making this application because: _____

8. _____ I request that the Judgment be vacated, that the case be restored to the calendar and permission to serve these papers in person.

Sworn to before me this day June 7, 2010

_____
Signature of Court Employee and Title
COURT
REV. ASSIST.

(Sign Name) _____
ELIZA I VELAZQUEZ
113 CLARENCE STREET, ☐ Pvt .
Bridgeport, CT 06608-2227

CIVIL COURT OF THE CITY OF NEW YORK    NO CALENDAR NUMBER ASSIGNED
COUNTY OF BRONX: PART 34              INDEX NO. 24996/10
---------------------------------------------------------------X    FILE NO. 10254

KELLY STREET REALTY CORP.,

             Plaintiff,           NOTICE OF MOTION

   - against -

ELIZA I. VASQUEZ,

             Defendant.
---------------------------------------------------------------X

| | |
|---|---|
| MOTION BY: | Kavulich & Associates, P.C. |
| | Attorneys for Plaintiff |

| | |
|---|---|
| DATE, TIME AND PLACE | |
| OF HEARING: | August 21, 2012 |
| | 9:30 A.M. |
| | Motion Term: Part 34, Room 503 |
| | Civil Court of the City of New York |
| | County of Bronx |
| | 851 Grand Concourse |
| | Bronx, NY 10451 |

| | |
|---|---|
| SUPPORTING PAPERS: | Affirmation of Gary M. Kavulich, Esq., |
| | dated July 23, 2012, affidavit of Margarita |
| | Medina, and upon all the papers and |
| | proceedings heretofore and herein. |

| | |
|---|---|
| RELIEF REQUESTED: | Order: Restoring this matter to this Court's |
| | Calendar and Awarding the Plaintiff a |
| | default judgment against the Defendant for |

the sum of $9,500.00 plus costs, interest, and disbursements from February 1, 2009, based upon said Defendant's failure to answer the summons and complaint, and for such other and further relief as to this Court may deem just and proper.

Dated:    Port Chester, New York
           July 23, 2012

Yours Etc.,

Kavulich & Associates, P.C.
By: Gary M. Kavulich, Esq.,
Attorneys for Plaintiff
181 Westchester, Ave., Suite 500-C
Port Chester, NY 10573
(914) 355-2074

To:    Eliza I. Vasquez
       935 Kelly Street, PH
       Bronx, NY 10459

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX: PART 34

INDEX NO. 24996/10
FILE NO. 10254

-------------------------------------------------------------X

KELLY STREET REALTY CORP.,

                         Plaintiff,                  <u>AFFIRMATION</u>

    - against -

ELIZA I. VASQUEZ,

                         Defendant.

-------------------------------------------------------------X

       Gary M. Kavulich, Esq., an attorney duly admitted to practice law before the Courts of the State of New York hereby affirms the following under the penalty of perjury.

1.     I am a member of the law firm of Kavulich & Associates, P.C., attorneys for the Plaintiff, herein. As such, I am fully familiar with the facts and circumstances of the within proceeding, except as to those matters stated to be based upon information and belief, and as to those matters I believe them to be true. The basis of my belief is information furnished to me by my client, information contained within the Court's file, and information contained within the file as maintained by your affirmant's office.

2.     I make this affirmation which seeks an Order restoring this matter to this Court's calendar for a date certain and awarding the Plaintiff a default judgment for the sum sought in the summons and complaint based upon the Defendant's failure to file an answer to the summons and complaint.

3.     The within proceeding was commenced by service of a summons and complaint by the Plaintiff against the Defendant for breach of a lease agreement for the premises known 935 Kelly Street, Apt. 1G, Bronx, NY 10459.  Please see a copy of said summons and complaint annexed hereto as Exhibit "1". Please see a copy of the affidavit of service of said summons and complaint annexed hereto as Exhibit "2".

4.     Thereafter, the Defendant failed to file an Answer.

5.     Due to Defendant's failure to Answer, the Plaintiff obtained a default judgment in the amount of $10,034.14. Please see a copy of the judgment annexed hereto as Exhibit "3".

6.     Thereafter, the Defendant filed an Order To Show Cause which sought to vacate that default judgment.

7.     This Court granted Defendant's Order To Show Cause and the judgment against Defendant was vacated.

8.     To date, Defendant has failed to file an Answer in this matter.

9.     Also, Plaintiff respectfully submits that, to date, the Clerk has not placed this matter on the trial calendar.

10.    Accordingly, the Defendant remains liable to the Plaintiff for the amount sought in the summons and complaint with costs, interest, and disbursements from February 1, 2009. Please see the affidavit of Plaintiff's agent Anto Lulaj annexed hereto as Exhibit "4".

11.    As the Defendant has failed to serve an answer in this matter, your affirmant respectfully requests that this matter be restored the this Court's calendar and that this Honorable Court enter a default judgment for the sum sought in the summons and complaint in favor of the Plaintiff against the Defendant.

WHEREFORE, your affirmant respectfully requests that the instant motion be granted in all respects and for such other and further relief as to this Court may deem just and proper.

Dated:     Port Chester, New York
           July 23, 2012

Gary M. Kavulich, Esq.

Page 19

# Exhibit 1

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX
--------------------------------------------------------x

Kelly Street Realty Corp,

                  Plaintiff,

        -against-

Eliza I Velazquez, Christebal Martinez,

              Defendant(s)

--------------------------------------------------------x

INDEX NO.
FILE NO. 10254.0

SUMMONS
Place of Venue is Plaintiff's
place of business:

935 Kelly Street
Bronx, NY 10459

To the above named defendants(s):

   YOU ARE HEREBY SUMMONED to appear at the CIVIL COURT OF THE CITY OF NEW YORK, COUNTY OF BRONX at the office of the clerk of the said Court at 851 Grand Concourse, Bronx, NY 10451, in the COUNTY OF BRONX, State of New York, within the time provided by law as noted below and to file an answer to the below complaint with the clerk: upon your failure to answer, judgment will be taken against you for the sum of $9,500.00 with interest thereon from February 1, 2009 together with costs of this action.

DATED: February 23, 2010

                            By: Gary Kavulich, Esq.,
                            Kavulich &/Associates, P.C.
                            Attorney for Plaintiff
                            30 Church Street
                            Suite 26
                            New Rochelle, NY 10801
                            (914) 355-2074

Defendant's Address:
Eliza I Velazquez
113 Clarence Street, PH
Bridgeport, CT 06608-2227

Christebal Martinez,
113 Clarence St., PH
Bridgeport, CT 06608-2227

Note: The law provides that: (a) If the summons is served by its delivery to you personally within the City of New York, you must appear and answer within TWENTY days after such service; or (b) If the summons is served by any means other than personal delivery to you within the City of New York, you must appear and answer within THIRTY days after proof of service thereof is filed with the Clerk of this Court.

Page 21

## COMPLAINT

**FIRST ACTION**: Plaintiff seeks to recover damages from defendant(s) for breach of a lease agreement in the sum of $9,000.00 representing rental arrears for the months of February, 2009 through and including October, 2009 at the agreed monthly sum of $1,000.00 for the premises known as 935 Kelly Street, Apt.1G Bronx, NY 10459 together with costs and disbursements of this action and for such other and further relief as the court may deem just.

**SECOND ACTION**: Plaintiff seeks to recover damages from the defendant in the sum of $0.00 representing damages together with costs and disbursements of this action and for such other and further relief as the Court may deem just.

**THIRD ACTION**: Plaintiff seeks to recover damages from the defendant in the sum of $500.00 representing reasonable attorneys fees together with costs and disbursements of this action and for such other further relief as the Court may deem just.

**WHEREFORE**, Plaintiff demands judgment (A) on the First Action, in the sum of $9,000.00 plus interest from February 1, 2009 together with costs and disbursements of this action and for such other and further relief as the Court may deem just, (B) on the Second Action, in the sum of $0.00 plus interest from February 1, 2009 together with costs and disbursements of this action and for such other and further relief as the Court may deem just, (C) on the Third Action, in the sum of $500.00 together with costs and disbursements of this action and for such other and further relief as the Court may deem just.

The Plaintiff in this action is NOT required to be licensed by the New York City Department of Consumer Affairs.

Exhibit 2

## AFFIDAVIT OF SERVICE

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

Index No. 24996/10
Filed: _____

Attorneys: Kavulich & Associates, P.C.
Address: 30 Church Street, Suite 26, New Rochelle, NY 10801

File No. 10254

KELLY STREET REALTY CORP.,

vs.

ELIZA I. VELAZQUEZ,
CHRISTEBAL MARTINEZ,

State of New York County of Nassau SS:

Richard Delgado, being duly sworn deposes and says:
Deponent is not a party herein, is over 18 years of age. On March 18, 2010 at 11:50a.m.
At: 113 Clarence Street, PH, Bridgeport, CT 06608-3227 served the within Summons and Complaint on: ELIZA I. VELAZQUEZ, Defendant therin named.

| | |
|---|---|
| Individual [] | By delivering a true copy of each to said recipient: deponent knew the person served to be the person described as said person therein. |
| Corporation [ ] | By delivering to and leaving with _____ and that deponent knew the person so served and authorized to accept service on behalf of the Corporation |
| Suitable Age Person [] | By delivering a true copy of each to a person of suitable age and discretion Said premises is recipients [ ] actual place of business [] dwelling house within the state. |
| Affixing to Door [X] | By affixing a true copy of each to the door of said premises, which is recipients [ ] actual place of business    [X] dwelling house (place of abode) within the state |
| Mail Copy [ X ] | On March 19, 2010 deponent completed service under the last two sections by depositing a copy of the Summons and Complaint to the above address in a 1st Class properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. |

Deponent was unable, with due diligence to find the recipient or a person of suitable age and discretion having called thereat:

On the 16th day of March, 2010     at 3:38p.m.
On the 17th day of March, 2010     at 8:31p.m.
On the 18th day of March, 2010     at 11:50a.m.

Description   A description of the Defendant, or other person served on behalf of the Defendant
[] Sex:_____ Color of skin: ____Color of Hair: _____ Age: _____ Height:_____Weight: _____

Military Svce   Deponent asked person spoken to whether the recipient was presently in military
[ X ]      service of the United States Government or of the State of New York and was
informed that the recipient is not. Recipient wore civilian clothes and no military uniform

Other
[X]"Jane Doe" neighbor stated that the Defendant is not in the military.

Sworn to before me on this 2___ day of 3/1___

_____

CHERYL MARSH
Notary Public, State of New York
No. 01MA6042816
Qualified in Bronx County
Commission Expires June 5, 2C/___

Robert Delgado
LIC# 1334705

# Exhibit 3

Bronx County Civil Court
Civil Judgment

Plaintiff(s):
KELLY STREET REALTY CORP.

vs.

Defendant(s):
ELIZA I VELAZQUEZ;
CHRISTEBAL MARTINEZ

Index Number: CV-024996-10/BX

Judgment issued: On Default

On Motion of:

Kavulich, Gary Michael
30 Church St Ste 26, New Rochelle, NY
10801-

| | | | | | |
|---|---|---|---|---|---|
| Amount claimed | $9,000.00 | Cost By Statute | $50.00 | Transcript Fee | $0.00 |
| Less Payments made | $0.00 | Index Number Fee | $45.00 | County Clerk Fee | $0.00 |
| Less Counterclaim Offset | $0.00 | Service Fee | $25.00 | Enforcement Fee | $40.00 |
| Interest 02/01/2009 at 9% | $1,034.14 | Non Military | $0.00 | Other Disbursements | $0.00 |
| Attorney fees | $0.00 | Notice of Trial | $0.00 | Other Costs | $0.00 |
| | | Jury Demand | $0.00 | | |
| Total Damages | $10,034.14 Total Costs & Disbursements | | $160.00 | Judgment Total | $10,194.14 |

The following named parties, addressed and identified as creditors below:

Plaintiff creditor(s) and address

(1) KELLY STREET REALTY CORP.
935 KELLY STREET, Bronx, NY 10459-

Shall recover of the following parties, addresses and identified as debtors below:

Defendant debtor(s) and address

(1) ELIZA I VELAZQUEZ
113 CLARENCE STREET, PH, Bridgeport, CT 06608-2227

Judgment entered at the Bronx County Civil Court, 851 Grand Concourse, Bronx, NY 10451, in the STATE OF NEW YORK
in the total amount of $10,194.14 on 05/14/2010 at 07:14 PM.
Severed and Discontinued as to remaining parties

Judgment sequence 1

*Jack Baer*

Jack Baer, Chief Clerk Civil Court

Page 1 of 1

Exhibit 4

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX: PART 34

INDEX NO. 24996/10
FILE NO. 10254

-------------------------------------------------------------X

KELLY STREET REALTY CORP.,

                       Plaintiff,

- against -

ELIZA I. VASQUEZ,

                       Defendant.

AFFIDAVIT

-------------------------------------------------------------X

STATE OF NEW YORK   )
                        ) SS
COUNTY OF BRONX    )

I, Anto Lulaj, being duly sworn deposes and says:

1.     I am an agent of the Plaintiff, Kelly Street Realty Corp., herein, and as such I am fully familiar with the facts and circumstances of this proceeding.

2.     The parties entered into a lease agreement for the premises known 935 Kelly Street, Apt. 1G, Bronx, NY 10459.

3.     Thereafter, Defendant accumulated late and legal fees in the amount of $9,000.00.

4.     On May 14, 2010, a judgment was entered in favor of the Plaintiff, against the Defendants in the sum of $10,194.14.

5.     To date, despite repeated demands, the Defendant has failed to pay the balance on that judgment which is due and owing; as a result the Defendant's unpaid judgment balance is $10,194.14.

WHEREFORE, your deponent prays that the relief sought herein is granted in all respects and for such other and further relief as to this court may seem just and proper.

Sworn to before me this
___ day of July, 2012

_____
Notary Public

_____
Anto Lulaj

MARGARITA MEDINA
Notary Public, State of New York
No. 01ME6203690
Qualified in Bronx County
Commission Expires April 13, 2013

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX: PART 34

INDEX NO. 24996/10
FILE NO. 10254

--------------------------------------------------------------X

KELLY STREET REALTY CORP.,

                    Plaintiff,

AFFIRMATION
OF SERVICE

          - against -

ELIZA I. VASQUEZ,

                    Defendant.

--------------------------------------------------------------X

          Gary M. Kavulich, Esq., an attorney duly admitted to practice law before the Courts of the State of New York hereby affirms the following under the penalty of perjury.

On July 23, 2012, I served the within Notice of Motion upon Eliza I. Vasquez, the Defendant in this action, by depositing a true copy in a post-paid envelope addressed to:

                    Eliza I. Vasquez
                    935 Kelly Street, PH
                    Bronx, NY 10459

in an official depository under the exclusive dominion and control of the United States Postal Service within the State of New York via regular first class mail.

                    _____
                    Gary M. Kavulich, Esq.

INDEX NO: 24996                                        YEAR: 2010

INDEX NO: 24996

YEAR: 2010

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX: PART 34

KELLY STREET REALTY CORP.,

                                        Plaintiff,

            - against -

ELIZA I. VASQUEZ,

                                        Defendant.

NOTICE OF MOTION FOR ENTRY OF A DEFAULT JUDGMENT

Signature Rule 130-1.1-a

Print Name Beneath                      Gary M. Kavulich, Esq.

Kavulich & Associates, P.C.
Attorney for Plaintiff
181 Westchester Ave., Suite 500-C
Port Chester, NY 10573
(914) 355-2074

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX
------------------------------------------------------------X
KELLY STREET REALTY, CORP.,

                      Plaintiff,

-against-

ELIZA I. VELAZQUEZ, CHRISTEBAL MARTINEZ,
                           Defendant(s).
------------------------------------------------------------X

FILE NO.  10254
INDEX NO. 24996/10

NOTICE OF
DISCONTINUANCE

       PLEASE BE ADVISED, that the instant matter is hereby discontinued.  A facsimile shall be deemed an original for all purposes.

Dated:   August 22, 2012
          Port Chester, NY

Kavulich & Associates, P.C.
By: Gary Kavulich, Esq.
181 Westchester Ave, Ste. 500C
Port Chester, NY 10573
Phone (914) 355-2074
Facsimile (914) 355-2078
Attorney for Plaintiff

## CASE SUMMARY

| | |
|---|---|
| **Court:** | Bronx County Civil Court |
| **Index Number:** | CV-024996-10/BX |
| | |
| **Case Type:** | Civil |
| **Filed Date:** | 03/04/2010 |
| **Classification:** | General |
| **Status:** | Post Disposition |
| | |
| **Disposed Date:** | 05/14/2010 |
| **Disposed Reason:** | Judgment(1)-Default Judgment |

**Plaintiff(s):**
KELLY STREET REALTY CORP.

vs.

**Defendant(s):**
ELIZA I VELAZQUEZ;
CHRISTEBAL MARTINEZ

**Cause(s) of Action:** Other in the amount of $9,500.00 with interest from 02/01/2009

(P) KELLY STREET REALTY CORP.
Gary Michael Kavulich - 181 Westchester Avenue, Suite 500C, Port Chester, NY 10573, (914) 355-2074 ext:

(D) ELIZA I VELAZQUEZ - 113 CLARENCE STREET, PH, Bridgeport, CT 06608-2227

(D) CHRISTEBAL MARTINEZ - 113 CLARENCE STREET, PH, Bridgeport, CT 06608-2227

### PAPERS RECORDED

| Date | Description |
|---|---|
| 03/04/2010 | Summons and Complaint (Attorney), Filed By: (P) KELLY STREET REALTY CORP. |
| 05/10/2010 | Judgment (Default Judgment), Seq 1, Filed Date: 05/10/2010, Total Judgment: $10,194.14, Entered Date: 05/14/2010, Status: Vacated (06/28/2010), Creditor(s): (P) KELLY STREET REALTY CORP., Debtor(s): (D) ELIZA I VELAZQUEZ |
| 06/07/2010 | Motion (Order to Show Cause), Seq 1, Court Date(s): 06/28/2010, Filed By: (D) CHRISTEBAL MARTINEZ; (D) ELIZA I VELAZQUEZ, Relief: Vacate Judgment, Status: Decided (06/28/2010, Granted, Jose A. Padilla) |
| 07/24/2012 | Motion (General), Seq 2, Court Date(s): 08/21/2012, Filed By: (P) KELLY STREET REALTY CORP., Relief: Judgment - Default, Status: Decided (08/21/2012, Withdrawn, Donald A. Miles) |
| 08/27/2012 | Notice of Discontinuance - Index Disposed, Filed By: (P) KELLY STREET REALTY CORP. |

### APPEARANCE ACTIVITY

| Date | Description |
|---|---|
| 06/28/2010 | Part 34 - Procedural Motions - Self Represented Litigant, Purpose: Motion (1) - Vacate Judgment, Outcome(s): Granted |
| 08/21/2012 | Part 34 - Procedural Motions - Self Represented Litigant, Judge: Donald A. Miles, Purpose: Motion (2) - Judgment - Default, Outcome(s): Withdrawn |

This report reflects information recorded as of 08/11/2017 10:30 AM. Users should verify the accuracy of information by consulting original court records or sources. The Unified Court System is not responsible for consequential use of this data.

Page 1 of 1

Page 32